Miscellaneous Business Docket Judge For The United States District Court of Boston Massachusetts
1 Courthouse Way – Suite 2300
Boston              Massachusetts              02210

In Re: Joseph Marion Head Junior Reg. 17549-056

Motion To Allow The Motion For Disclosure To Be Filed In Forma Pauperis And Processed Etc..

Movant beleives said motion entitles him to the relief etc. and said motion is presented in good faith and for just cause or reasons.

Signed, Joseph Marion Head Junior aforsaid on Dec. 24th 2004

Consider and Apply the aforsaid as if properly notorized.
Joseph Marion Head Junior 17549-056
Dec. 24th, 2004



 

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

December 14, 2004

Mr. Joseph M. Head, Jr.
Reg. No. 17549-056
FMC Devens
P.O. Box 879
Ayer, MA 01432

Dear Mr. Head:

The Clerk received your correspondence seeking information on the three notices of appeal you recently filed.

The Court's records indicate that by Order dated November 30, 2004, Judge Stearns ordered the clerk to enter the Notices of Appeal in the following actions: (1) Head v. United States, et al., C.A. No. 04-40089-RGS; (2) Head v. Unknown Parties, et al., C.A. No. 04-40090-RGS; and (3) Head v. America, et al., C.A. No. 04-40103-RGS.

Enclosed please find courtesy copies of the docket sheets for these three cases and note that the docket for each case indicates the case is on appeal. After the district court transmits the files to the Court of Appeals for the First Circuit, you will be notified of the appeals court case numbers.

Finally, I am enclosing a copy of the December 8th Memorandum and Order issued by Judge Stearns in Head v. Winn, C.A. No. 04-40084-RGS. This order requires you to obtain approval of the Miscellaneous Business Docket Judge before filing any documents with this Court. In the future, if you wish to file any documents in the District of Massachusetts, the Memorandum and Order requires you to file a written petition accompanied by a copy of the December 8th Memorandum and Order together with the papers sought to be filed and a certification under oath that there is a good faith basis for their filing.

I hope that this letter addresses your concerns.

Barbara Morse
Pro Se Office

2

Now Comes, Joseph Marion Head Junior, Reg. No. 17549-056 who himself pro se respectfully moves the court for full and complete Disclosure the Himself. As related, stated and indicted herein.

Statement of Full Background is also demanded.

Respectfully Presented On 24th, Day of Dec. 2004

Signed, Joseph Marion Head Junior, Reg. No. 17549-056
N-2 Cell 219
Fed. Med. Center Devens
Post Office Box 879
42 Patton Street
Ayer, Massachusetts, 01432

# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 17549056 | | |
| Inmate Name: | HEAD, JOSEPH | Current Institution: | Devens FMC |
| Report Date: | 12/21/2004 | Housing Unit: | N SOMP |
| Report Time: | 10:35:50 AM | Living Quarters: | N02-219U |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

- Administrative Hold Indicator: No
- No Power of Attorney: No
- Never Waive NSF Fee: No
- Max Allowed Deduction %: 100
- PIN: 5438
- FRP Participation Status: ExemptTmp
- Arrived From:
- Transferred To:
- Account Creation Date: 2/15/2002
- Local Account Activation Date: 7/1/1991
- Sort Codes:
- Last Account Update: 12/17/2004 5:29:19 AM
- Account Status: Active
- ITS Balance: $0.00

### FRP Plan Information

FRP Plan Type    Expected Amount    Expected Rate

## Account Balances

- Account Balance: $50.70
- Pre-Release Balance: $0.00
- Debt Encumbrance: $0.00
- SPO Encumbrance: $0.00
- Other Encumbrances: $0.00

United States Federal District Court
For The District Of Boston Massachusetts
1 Courthouse Way – Suite 2300
Boston          Massachusetts          02210

Reference To,

United State Of America
  VS
Joseph Marion Head Junior
Defendant

United States Of America
  VS
Joseph Marion Head
Reg. No. 17549-056
Respondent

State Of North Carolina
  VS
Joseph Marion Head Junior
Defendant

Joseph Marion Head Junior
Reg. No. 17549-056 and
H2-007-410-46-36
  VS
As related of State and
Federal Court Records,
Respondents And Defendants

Motion For Full And Complete Disclosure To Joseph Marion Head Jr Reg. No. 17549-056 All Records, Etc. Which By Law, Etc., Is Authorized To Be Disclosed To Joseph Marion Head Junior Reg. No. 17549-056 In Forma Pauperis See Each Provision of Law Constitution Etc. Relating To Disclosure, To Include Each Case Law And Case And Each Provision Of The Code's of Ethic's And Annotated Rule of The Professional Conduct of Attorneys, Prosecutors, Judges, Justices, Clerks, Etc. Persons, Places, Things And Governmental Staff And Employees, Past, Present, Etc.

| | |
|---|---|
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $50.70 |
| National 6 Months Deposits: | $252.84 |
| National 6 Months Withdrawals: | $202.22 |
| National 6 Months Avg Daily Balance: | $5.86 |
| Local Max. Balance - Prev. 30 Days: | $50.70 |
| Average Balance - Prev. 30 Days: | $10.16 |

## Commissary History

### Purchases

| | |
|---|---|
| Validation Period Purchases: | $71.75 |
| YTD Purchases: | $133.35 |
| Last Sales Date: | 12/7/2004 12:28:26 PM |

### SPO Information

| | |
|---|---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

### Spending Limit Info

| | |
|---|---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Spending Limit: | $340.00 |
| Expended Spending Limit: | $34.75 |
| Remaining Spending Limit: | $305.25 |

## Commissary Restrictions

### Spending Limit Restrictions

# STATEMENT OF INDIGENCY

## Request To Waver Or Defer Payments

I do hereby swear, under penalty of perjury, that the following information is true and correct.

I, _Joseph Marion Head Junior_, do assert that my income prevents me from paying any fees while incarcerated due to the fact that I only earn $_20.00 about*_ per month at my current work assignment.

By my not being able to afford to pay any unreasonable payments, it adversely affects my ability to research information which could help with any appeal or liberty interest. Any other payments that may have been made in the past have been made with the assistance of family members who cannot afford to help with, nor is it their responsibility to do so.

In the event a full waver of payments is not feasible, I would agree to, and fully intend to, pay the fees required. However, I would request a deferment of such payments until such time as I am on Supervised Release, at which time I will have an opportunity to obtain meaningful and gainful employment.

Respectfully submitted this _24th_ day of _Dec_, 2_004_.

Name: _Joseph Marion Head Jr._
Number: _17549-056_
F.M.C. Devens, Unit: _N-2 Cell 219_
P.O. Box 879
Ayer, MA  01432

1. Please see copy of account for previous six (6) months.