United States District Court
For The District of Massachusetts
Boston Division
1 Courthouse Way - Suite 2300
Boston, Massachusetts 02210

United States Of America | Civil Case Number, _____
vs | _____ Re: Civil Committment
Joseph Marion Head | Under 18 U.S.C. 4245(d) Etc.
Reg. No. 175-49-056 |
Respondent |

Motion To Allow Untimely Appeal To The First Circuit Court of Appeals From The Fineal Orders of Fed. Judge, Tauro, dated Nov. 17th, 2003.

Reason Why Notice Of Appeal Was Not Timely Filed.

1- Ineffective Assistence of counsel. See Houser v United States S.D. Iowa 1970, 318 F. Supp 175. Movant told his defense counsel Mr. William Brown prior to the hearing that if the Judge committed him, he wanted to appeal and to present on the appeal all claims, grounds, errors, motions, etc. prior asserted within the prison and court records relating to his state and federal court cases, etc. relating thereto. Futher told said attorney he wanted all the aforsaid presented and represented in the district court hearing relating to

Legal Mail

Reg. No. 17549-056
N-2 Cell 219
Fed. Med. Center Devens
Post Office Box 879
Ayer, Ma. 01432

SCREENED

To: Miscellaneous Business Docket [Judge]
United States District Court
1 Courthouse Way - Suite 2300
Boston, Massachusetts, 02210

Movant hereof. Said attorney informed movant that he was not appointed for that purpose and by law did not have to present and represent the aforsaid at movants hearing Nov. 17th, 2003.

Mr. Brown nor the court wrote movant and informed movant of his rights to appeal and for appointment of counsel. Movant therefore did not know he had a legal right to appeal and for appointment of counsel on and for appeal. Movant did not waive nor abandoned a known right of Appeal and To Appointment of Counsel For The Appeal.

Prior to and at the Hearing conducted on Nov. 17th, 2003 in Boston, Movant requested and demanded his attorney be removed from his case because said attorney was not prepared to represent movant and was not competent to represent movant and was ineffective, because of insufficient time allowed him to prepare in and for other reasons evident by the court records etc. as to the representation received and not received in movants case.

That at the Nov. 17, 2003 hearing aforsaid, Mr. Brown presented no evidence nor witnesses in favor of movant and did not allow movant to testify nor talk to him nor the judge durring

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

**Item Restrictions**

List Name    List Type    Start Date    End Date    Userid    Active

# Comments

Comments:

said hearing and the court did not allow a Hybird Defense. Why Not? Legality of Same? Movant was denied and deprived of his due process rights stated in 18 U.S.C. 4247 as is evident by prison and court records and the aforsaid related herein and therefore the committment is and was illegal and violative of law and constitution and the rights and priviledges of movant.

Futher see all matters etc. relating to the Due Process Hearing conducted Dec. 1, 2003 at F.M.C. Devens which futher violated the rights and priviledges of movant.

Futher see all matters etc. relating to the Annual Case Summary's And Etc. thereto which relates to movant and the aforsaid, and some background of movant, all of which so prejudicially written, etc., to constitute several violations of movants rights and priviledges, futher Doctor Thompson testified at the hearing Nov. 17th, 2003 and at the Due Process Hearing Dec. 1, 2003 and etc. as related of prison and court records. Futher movant has filed complaints in the Court and on cop outs against Doctor Thompson, Etc. Staff, See Records.

Did Doctor Thomson have a legal right to write annual case summary on me as wrote 10-12-04 and etc. as wrote and dirvoiced and ordered by Doctor Thompson?

| | |
|---|---|
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $50.70 |
| National 6 Months Deposits: | $252.84 |
| National 6 Months Withdrawals: | $202.22 |
| National 6 Months Avg Daily Balance: | $5.86 |
| Local Max. Balance - Prev. 30 Days: | $50.70 |
| Average Balance - Prev. 30 Days: | $10.16 |

## Commissary History

**Purchases**

| | |
|---|---|
| Validation Period Purchases: | $71.75 |
| YTD Purchases: | $133.35 |
| Last Sales Date: | 12/7/2004 12:28:26 PM |

**SPO Information**

| | |
|---|---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

**Spending Limit Info**

| | |
|---|---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Spending Limit: | $340.00 |
| Expended Spending Limit: | $34.75 |
| Remaining Spending Limit: | $305.25 |

## Commissary Restrictions

**Spending Limit Restrictions**

Issues To Be Presented On The Appeal

The Court is refered to the prison, medical, phy., court and other records relating to and for movant, from December 2nd 1946 forward and determine therefrom what can and can not be presented on this appeal and why. The Court Do this with the assistence, etc. of counsels, etc appointed by the court for that purpose and to represent movant thereto and on appeal and hereto and etc, relating hereto and thereto the aforsaid herein.

Respectfully Presented On This The 27th day of December 2004.
Signed, Joseph Marion Head Junior, Reg. No. 175 49-056 - N-2 Cell 219 - Fed. Med. Center Devens, Ayer, Massachusetts, 01432

Miscellaneous Business Docket Judge For U.S.D.C.-Ma,
File And Process This Motion Aforsaid, In Accordance With Judge Stearns Order 8, Dec, 2004 a copy of same is herewith.
The aforsaid motion is presented in good faith and for just cause and just reasons.
Consider the aforsaid as if properly Notarized.
Signed, Joseph Marion Head Junior aforsaid
On 12-27-04
Date Mailed To Court 12-27-04

# Inmate Inquiry

[PRINT]

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 17549056 | **Current Institution:** | Devens FMC |
| **Inmate Name:** | HEAD, JOSEPH | **Housing Unit:** | N SOMP |
| **Report Date:** | 12/21/2004 | **Living Quarters:** | N02-219U |
| **Report Time:** | 10:35:50 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 5438 |
| FRP Participation Status: | ExemptTmp |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 2/15/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 12/17/2004 5:29:19 AM |
| Account Status: | Active |
| ITS Balance: | $0.00 |

**FRP Plan Information**

FRP Plan Type    Expected Amount   Expected Rate

## Account Balances

| | |
|---|---|
| Account Balance: | $50.70 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |




**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

December 14, 2004

Mr. Joseph M. Head, Jr.
Reg. No. 17549-056
FMC Devens
P.O. Box 879
Ayer, MA  01432

Dear Mr. Head:

The Clerk received your correspondence seeking information on the three notices of appeal you recently filed.

The Court's records indicate that by Order dated November 30, 2004, Judge Stearns ordered the clerk to enter the Notices of Appeal in the following actions: (1) Head v. United States, et al., C.A. No. 04-40089-RGS; (2) Head v. Unknown Parties, et al., C.A. No. 04-40090-RGS; and (3) Head v. America, et al., C.A. No. 04-40103-RGS.

Enclosed please find courtesy copies of the docket sheets for these three cases and note that the docket for each case indicates the case is on appeal. After the district court transmits the files to the Court of Appeals for the First Circuit, you will be notified of the appeals court case numbers.

Finally, I am enclosing a copy of the December 8th Memorandum and Order issued by Judge Stearns in Head v. Winn, C.A. No. 04-40084-RGS.  This order requires you to obtain approval of the Miscellaneous Business Docket Judge before filing any documents with this Court.  In the future, if you wish to file any documents in the District of Massachusetts, the Memorandum and Order requires you to file a written petition accompanied by a copy of the December 8th Memorandum and Order together with the papers sought to be filed and a certification under oath that there is a good faith basis for their filing.

I hope that this letter addresses your concerns,

Barbara Morse
Pro Se Office

Gifts From A Brother, Amount, N/A
Institutional Job. At F.M.C. Devens
Amount — N/A

4. Do you have **any** cash or checking or savings accounts?    ☑ Yes    ☐ No

   If "Yes," state the total amount.  $5.65

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☑ No   At. D denied relief prior

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

12-27-04        Joseph Marion Head Junior - 17549-056
Date                         Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH MARION HEAD,           )
          Petitioner,         )
                              )
     v.                       )    C.A. No. 04-40084-RGS
                              )
DAVID L. WINN,                )
          Respondent.         )

## MEMORANDUM AND ORDER

By Order dated September 17, 2004, the court instructed the Clerk to docket no further filings submitted by Joseph Marion Head without the prior approval of the court. See 9/17/04 Order, Docket No. 5.

For the reasons set forth below, the Clerk is directed to return to petitioner the documents that were received for filing after the issuance of the court's September 17th Order.

## DISCUSSION

Petitioner Joseph Marion Head is a federal prisoner[1] now confined to FMC Devens in Ayer, Massachusetts. Despite the issuance of an injunction on September 17th, Mr. Head has continued to submit documents for filing. Upon review of these submissions, the court finds the documents, save one

---

[1] Petitioner is now serving a 360-month sentence that was imposed pursuant to his convictions on nine counts of mailing threatening communications in violation of 18 U.S.C. § 876. See United States v. Head, No. 98-cr-102-ALL (W.D. N.C. Sept.

# UNITED STATES DISTRICT COURT

Boston Massachusetts   District of   Massachusetts

United States of America
Plaintiff

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

V.

Joseph Marion Head
Reg. No. 17549-056
Defendant, Respondent

CASE NUMBER:

I, Joseph Marion Head Junior, declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant    ☒ other Appellant

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration   F.M.C. Devens

   Are you employed at the institution?  Yes   Do you receive any payment from the   YES

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☒ Yes   ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.   F.M.C. Devens Ed. Dept. ORD. $20.00 About a month.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments   ☐ Yes   ☒ No
   e. Gifts or inheritances   ☒ Yes   ☐ No
   f. Any other sources   ☒ Yes   ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

pleading concerning the denial of a petition for writ of certiorari by the Supreme Court of the United States, to be duplicative of the claims raised in Civil Action Nos. 04-40042-RGS and 04-40084-RGS. Because I find these documents to be duplicative and malicious under the authority of 28 U.S.C. § 1915A,[2] the court will direct the clerk to return these documents to Joseph Marion Head.

ORDER

Based upon the foregoing, it is hereby

ORDERED that in accordance with this Court's order dated September 17, 2004, the clerk shall return to Joseph Marion Head the documents submitted for filing since September 17, 2004; and it is further

ORDERED that petitioner Joseph Marion Head be precluded from filing any additional papers, claims, cases, files, complaints, or anything resembling those pleadings, or any other documents in the United States District Court for the District of Massachusetts, in any manner, way or form, without first obtaining the prior written approval of the Miscellaneous Business Docket Judge of the United States

---

[2] 28 U.S.C. § 1915A provides in pertinent part:
(a) Screening --The court shall review, before docketing, if feasible or, in any event, as soon as practicable after docketing, a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a government entity.
(b) Grounds for Dismissal.--On review, the court shall identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint--
(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or
(2) seeks monetary relief from a defendant who is immune from such relief.

District Court for the District of Massachusetts; and it is further

ORDERED that if petitioner Joseph Marion Head undertakes to file any additional papers in this Court, he shall file a written petition seeking leave of court to do so. The petition must contain a copy of this Memorandum and Order, together with the papers sought to be filed, and a certification under oath that there is a good faith basis for their filing. The Clerk of Court shall accept the documents, mark them received, and forward them to the Miscellaneous Business Docket Judge for action on the petition; and it is further

ORDERED that petitioner Joseph Marion Head is advised that failure to comply with these requirements may result in the imposition of additional sanctions, including monetary fines.

SO ORDERED.

Dated at Boston, Massachusetts, this <u>8th</u> day of <u>December</u>, 2004.

/s/ Richard G. Stearns
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

3