Miscellaneous Business Docket Judge
For The United States District Court of Massachusetts
Boston Division

Reference To The Below Causes Motion To Allow Notice of Appeal In Forma Pauperis To Be Filed And Processed In Forma Pauperis. Futher The Motions Therein Said Notice And Relating Thereto. See Records Herewith.

I state that I beleive I will receive relief and release on this appeal if same is correctly adjudged.
  Signed, Joseph Marion Head Junior, 175-49-056
          Dec. 23rd. 2004
Consider and apply the aforsaid as if properly and legally Notarized.
  Signed, Joseph Marion Head Junior aforsaid
          Dec. 23rd. 2004
  Same date sent to court by mail is Dec. 24th. 2004 as date put in mail box at F.M.C. Devens.

3

Each, claim, ground, etc, presented to the District Courts, as if each of same was stated herein in proper form and order of each of same.

(2)

Violative of Appellants constitutional Rights and or Priviledges, The District court judges entered their judgments and orders as relates of court records, denying to plaintiff-Appellant relief and release, authorized, Required, or Entitled by laws, constitutions etc, and human rights of americans.

That As To A Informal Brief To Be Filed On The Appeal Appellant Moves For Appointment of counsel For That Purpose and To Fully Effectively Represent Appellant On This Appeal
See 18 U.S.C. 3006A, Amend. 5, 14, 1, ETC.

Relief Demanded On Appeal
Pro Se By Appellant

The Maximum, Criminal, civil, tort and domestic relief and S.S. and V.A. Benefits, authorized by, laws, constitutions, etc..

Signed, Joseph Marion Head Junior Reg. No. 17549-056
December 23rd. 2004.

 

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

December 14, 2004

Mr. Joseph M. Head, Jr.
Reg. No. 17549-056
FMC Devens
P.O. Box 879
Ayer, MA   01432

Dear Mr. Head:

The Clerk received your correspondence seeking information on the three notices of appeal you recently filed.

The Court's records indicate that by Order dated November 30, 2004, Judge Stearns ordered the clerk to enter the Notices of Appeal in the following actions: (1) <u>Head v. United States, et al.</u>, C.A. No. 04-40089-RGS; (2) <u>Head v. Unknown Parties, et al.</u>, C.A. No. 04-40090-RGS; and (3) <u>Head v. America, et al.</u>, C.A. No. 04-40103-RGS.

Enclosed please find courtesy copies of the docket sheets for these three cases and note that the docket for each case indicates the case is on appeal. After the district court transmits the files to the Court of Appeals for the First Circuit, you will be notified of the appeals court case numbers.

Finally, I am enclosing a copy of the December 8th Memorandum and Order issued by Judge Stearns in <u>Head v. Winn,</u> C.A. No. 04-40084-RGS. This order requires you to obtain approval of the Miscellaneous Business Docket Judge before filing any documents with this Court. In the future, if you wish to file any documents in the District of Massachusetts, the Memorandum and Order requires you to file a written petition accompanied by a copy of the December 8th Memorandum and Order together with the papers sought to be filed and a certification under oath that there is a good faith basis for their filing.

I hope that this letter addresses your concerns,

Barbara Morse
Pro Se Office

2

court of appeals is hereby entered and made.

Reference To The Case
Head v America 4:04-40103
Objections Is Hereby Made As To Each Order Entered Relating To This Case Prior. And Notice of Appeal In Forma Pauperis Is hereby entered as to each said order aforesaid prior entered relating to the above entitled case, And Given To The First Circuit Court of Appeals, As To Said Orders Aforsaid, See Records of The Court.

Reference To The Case
Head v United States of America et al
Case Number: 4:04-cv-40089
Objections Is Hereby Entered As To Each Prior Order Entered In and Relating To The aforsaid cause And Cases And Etc, Relating Thereto.
Notice of Appeal In Forma Pauperis From Each Order of The courts aforsaid, Is Hereby Given To The First Circuit court of Appeals, That as To Said Orders aforsaid, See The Court Records.

Appellant States That As Issues On Each Of The Aforsaid Appeals Of Each case aforsaid Herein Is as Stated and Related and Indicated Herein By Appellant Himself, Probe.

Issues On Appeal
As To Each Case Herein

(1)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH MARION HEAD,           )
          Petitioner,         )
                              )
     v.                       ) C.A. No. 04-40084-RGS
                              )
DAVID L. WINN,                )
          Respondent.         )

MEMORANDUM AND ORDER

By Order dated September 17, 2004, the court instructed the Clerk to docket no further filings submitted by Joseph Marion Head without the prior approval of the court. See 9/17/04 Order, Docket No. 5.

For the reasons set forth below, the Clerk is directed to return to petitioner the documents that were received for filing after the issuance of the court's September 17th Order.

DISCUSSION

Petitioner Joseph Marion Head is a federal prisoner[1] now confined to FMC Devens in Ayer, Massachusetts. Despite the issuance of an injunction on September 17th, Mr. Head has continued to submit documents for filing. Upon review of these submissions, the court finds the documents, save one

---

[1] Petitioner is now serving a 360-month sentence that was imposed pursuant to his convictions on nine counts of mailing threatening communications in violation of 18 U.S.C. § 876. See United States v. Head, No. 98-cr-102-ALL (W.D. N.C. Sept. 12, 2001).

United States District Court
For The District of Massachusetts
Boston Division
1 Courthouse Way - Suite 2300
Boston Massachusetts 02210

Reference To The Case of
Head v Winn 4:04-CV-40084
Order Dated 8 December 2004
Richard G. Stearns, U.S.D.Ct. Judge
Etc. Orders And Etc. Filed Relating To
This Case, As To Same See Records of The
Court Above, Etc As Legally Relates Hereto.
    Objections To Each Order Entered In and
Relating To The Aforesaid Case Is Hereby Made.
    Notice Of Appeal In Forma Pauperis
From The Orders Entered In The Above Cause
To The First Circuit Court of Appeals Is Hereby
Made And Presented To The Court.

Reference To Case of
Head v Unknown Parties et al
Case Number 4:04-CV-40090
Order's Entered As Related of Court
Records By R.G. Stearns, (U.S.D.Ct. Judge)
All Other Orders Of The Court Relating To
This Case.
    Objection To Each Order Entered In And Relating
To The Above Entitled Cause And Case Is Hereby Made.
    Notice Of Appeal In Forma Pauperis
From The Orders Aforesaid, To The First Circuit

pleading concerning the denial of a petition for writ of certiorari by the Supreme Court of the United States, to be duplicative of the claims raised in Civil Action Nos. 04-40042-RGS and 04-40084-RGS. Because I find these documents to be duplicative and malicious under the authority of 28 U.S.C. § 1915A,[2] the court will direct the clerk to return these documents to Joseph Marion Head.

ORDER

Based upon the foregoing, it is hereby

ORDERED that in accordance with this Court's order dated September 17, 2004, the clerk shall return to Joseph Marion Head the documents submitted for filing since September 17, 2004; and it is further

ORDERED that petitioner Joseph Marion Head be precluded from filing any additional papers, claims, cases, files, complaints, or anything resembling those pleadings, or any other documents in the United States District Court for the District of Massachusetts, in any manner, way or form, without first obtaining the prior written approval of the Miscellaneous Business Docket Judge of the United States

---

[2] 28 U.S.C. § 1915A provides in pertinent part:
(a) Screening.--The court shall review, before docketing, if feasible or, in any event, as soon as practicable after docketing, a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a government entity.
(b) Grounds for Dismissal.--On review, the court shall identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint--
(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or
(2) seeks monetary relief from a defendant who is immune from such relief.

2

| | |
|---|---|
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $50.70 |
| National 6 Months Deposits: | $252.84 |
| National 6 Months Withdrawals: | $202.22 |
| National 6 Months Avg Daily Balance: | $5.86 |
| Local Max. Balance - Prev. 30 Days: | $50.70 |
| Average Balance - Prev. 30 Days: | $10.16 |

## Commissary History

**Purchases**

| | |
|---|---|
| Validation Period Purchases: | $71.75 |
| YTD Purchases: | $133.35 |
| Last Sales Date: | 12/7/2004 12:28:26 PM |

**SPO Information**

| | |
|---|---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

**Spending Limit Info**

| | |
|---|---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Spending Limit: | $340.00 |
| Expended Spending Limit: | $34.75 |
| Remaining Spending Limit: | $305.25 |

## Commissary Restrictions

**Spending Limit Restrictions**

District Court for the District of Massachusetts; and it is further

ORDERED that if petitioner Joseph Marion Head undertakes to file any additional papers in this Court, he shall file a written petition seeking leave of court to do so. The petition must contain a copy of this Memorandum and Order, together with the papers sought to be filed, and a certification under oath that there is a good faith basis for their filing. The Clerk of Court shall accept the documents, mark them received, and forward them to the Miscellaneous Business Docket Judge for action on the petition; and it is further

ORDERED that petitioner Joseph Marion Head is advised that failure to comply with these requirements may result in the imposition of additional sanctions, including monetary fines.

SO ORDERED.

Dated at Boston, Massachusetts, this <u>8th</u> day of <u>December</u>, 2004.

                               <u>/s/ Richard G. Stearns</u>
                               RICHARD G. STEARNS
                               UNITED STATES DISTRICT JUDGE

# Inmate Inquiry



| | | | |
|---|---|---|---|
| Inmate Reg #: | 17549056 | Current Institution: | Devens FMC |
| Inmate Name: | HEAD, JOSEPH | Housing Unit: | N SOMP |
| Report Date: | 12/21/2004 | Living Quarters: | N02-219U |
| Report Time: | 10:35:50 AM | | |

General Information   |   Account Balances   |   Commissary History   |   Commissary Restrictions   |   Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 5438 |
| FRP Participation Status: | ExemptTmp |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 2/15/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 12/17/2004 5:29:19 AM |
| Account Status: | Active |
| ITS Balance: | $0.00 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $50.70 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |

AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

Boston, Ma.    District of  Massachusetts

Joseph Marion Head Junior
vs
Winn, Unknown Parties, and
America and United States of
America

Plaintiff

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

See Notice of Appeal

CASE NUMBER: Herewith

I, Joseph Marion Head Junior, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant       ☒ other  Appellant

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion. Notice of Appeal

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  F.M.C. Devens

   Are you employed at the institution? YES   Do you receive any payment from the    YES

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☒ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. F.M.C. Devens - Ed. Dept., P.O. Box 880, Ayer, Ma., 01432  about $20.00 Per mo.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends              ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments       ☐ Yes    ☒ No
   e. Gifts or inheritances                             ☒ Yes    ☐ No
   f. Any other sources                                 ☒ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

# STATEMENT OF INDIGENCY

## Request To Waver Or Defer Payments

I do hereby swear, under penalty of perjury, that the following information is true and correct.

I, *Joseph Marion Head Junior*, do assert that my income prevents me from paying any fees while incarcerated due to the fact that I only earn $*20.00 About*[1] per month at my current work assignment.

By my not being able to afford to pay any unreasonable payments, it adversely affects my ability to research information which could help with any appeal or liberty interest. Any other payments that may have been made in the past have been made with the assistance of family members who cannot afford to help with, nor is it their responsibility to do so.

In the event a full waver of payments is not feasible, I would agree to, and fully intend to, pay the fees required. However, I would request a deferment of such payments until such time as I am on Supervised Release, at which time I will have an opportunity to obtain meaningful and gainful employment.

Respectfully submitted this __23__ day of __Dec.__, 2__004__.

Name: *Joseph Marion Head Junior*
Number: __175749-056__
F.M.C. Devens, Unit: __N-2 Cell 216__
P.O. Box 879
Ayer, MA  01432

---

1. Please see copy of account for previous six (6) months.

**SEALED   DOCUMENT**