United States District Court
For The District of Massachusetts
Boston Division
1- Courthouse Way - Suite 2300
Boston    Massachusetts    02210

| | |
|---|---|
| Joseph Marion Head Junior<br>Prison Number 175-49-056<br>Plaintiff<br>vs<br>United States of America<br>And<br>David L. Winn,<br>Warden, F.M.C. Devens | Motion To Allow This<br>Complaint, Etc. Herewith<br>to Be Filed and Processed<br>and In Forma Pauperis<br>Appoint Counsel<br>18 U.S.C. 3006A and<br>Sub sec.s As Applies. |

Miscallionce Dockete Record Judge

   Now Comes, Joseph Marion Head Junior, who pro se presents this motion pursuant to the, the, Dec. 8, 2004 court order of Judge Stearns of the U.S.D.Ct. Boston Ma., a copy of which is not attached hereto as required because movant was unable to obtain a copy. Therefore see court record as to same on file in the court records.
   To be filed and processed etc. fully.
   Same is presented in good faith and for just cause.
   Consider this Motion Legally Notorized.
   Signed, Joseph Marion Head Junior aforesaid
   1-1-05

UNITED STATES GOVERNMENT

# Memorandum

Northeast Regional Office, Philadelphia, PA
FEDERAL BUREAU OF PRISONS

DATE: October 8, 2004

REPLY TO
ATTN OF: Henry J. Sadowski, Regional Counsel

SUBJECT: Administrative Tort Claim No. TRT-NER-2004-03203

TO: Joseph Marion Head, Reg. No. 17549-056
FMC Devens

Your Administrative Tort Claim No. TRT-NER-2004-03203, properly received by this agency on April 28, 2004, has been considered for settlement as provided by the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2672, under authority delegated to me by 28 C.F.R. § 543.30. You seek compensatory damages in the amount of $4,000,000.00 for an alleged personal injury. Specifically, you claim medical staff at the Federal Medical Center (FMC), Devens, Massachusetts, failed to make you a full set of dentures to relieve the pain and pressure in your head.

After careful review of this claim, I have decided not to offer a settlement. Investigation reveals you have no teeth or dentures, which was your own choice. You advised medical staff that dentures would not fit you. In August, the dentist at FMC Devens began constructing dentures for you. This process generally takes approximately five (5) months. There is no evidence that negligence on the part of any Bureau of Prisons' employee resulted in your alleged injury.

Accordingly, your claim is denied. If you are dissatisfied with this decision, you may seek reconsideration from this office or bring an action against the United States in an appropriate United States District Court within six (6) months of the date of this memorandum.

cc: David L. Winn, Warden, FMC Devens

Joseph Marion Head -
Appoint Inmate Head Counsel Hereto, Judge Stearns
Dec. 31, 04

Northeast Regional Office, Philadelphia, PA.
Federal Bureau of Prisons

Memorandum Dated October 9, 2004
Re: Subject: Administrative Tort Claim, TRT-NER-2004-03262
Joseph Marion Head Junior, No. 17549-056

Objection To The Findings Of Fact And To The Judgment Entered, Is Hereby Made, Timely.

Motion For Reconsideration Of The Tort Claim For $1,000,000,000.00 As Relief For A Personal Injury.

Most of the findings of facts are untrue or false or perjuried stated, in that,

That while housed in Seg. At F.C.I. Beckley, I reported the injury several times and was not treated. I was set up for the X-ray's two or three times and none was ever made. I was not given any medicen for pain.
I was not provided first aid at F.C.I. Beckley and I was not told to put ice on my jaw and I was never provided any ice. I applied for sick call several times and was not treated.
See Record as to the date I reported the injury at F.C.I. Beckley and F.M.C. Devens and the Date X-Rays was made and the date detures was ordered

UNITED STATES GOVERNMENT

# Memorandum

Northeast Regional Office, Philadelphia, PA
FEDERAL BUREAU OF PRISONS

DATE: October 8, 2004

REPLY TO
ATTN OF: Henry J. Sadowski, Regional Counsel

SUBJECT: Administrative Tort Claim No. TRT-NER-2004-03202

TO: Joseph Marion Head, Reg. No. 17549-056
FMC Devens

Your Administrative Tort Claim No. TRT-NER-2004-03202, properly received by this agency on April 28, 2004, has been considered for settlement as provided by the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2672, under authority delegated to me by 28 C.F.R. § 543.30. You seek compensatory damages in the amount of $1,000,000,000.00 for an alleged personal injury. Specifically, you claim you did not receive appropriate medical care for the broken jaw you suffered while housed at the Federal Correctional Institution (FCI), Beckley, West Virginia.

After careful review of this claim, I have decided not to offer a settlement. Investigation reveals you reported to Health Services at FCI Beckley on January 10, 2002, when you claimed you took the first swing at the other individual and received a contusion on the left side of your face. You were provided minor first aid and advised to apply ice to the affected area. You were also advised to report any complications to medical staff and to follow up with sick call, if needed. The medical record does not indicate you reported any jaw problems until April 22, 2003, when you advised the left side of your jaw was hurting because you were hit with a fist a couple months earlier. X-rays were ordered, however, you were transferred to the Federal Medical Center (FMC), Devens, Massachusetts, before the they could be taken. After arriving at FMC Devens, x-rays were taken and you were seen by the dentist and oral surgeon. The medical record indicates you have and continue to receive appropriate medical care for the symptoms you present. You failed to report to medical staff at FCI Beckley for a long period of time that you were experiencing jaw pain, therefore, no action could be taken to diagnose your alleged injury. You fail to show you have experienced an injury as the result of negligence on the part of any Bureau of Prisons' employee.

Accordingly, your claim is denied. If you are dissatisfied with this decision, you may seek reconsideration from this office or bring an action against the United States in an appropriate United States District Court within six (6) months of the date of this memorandum.

cc: David L. Winn, Warden, FMC Devens

and the date dentures was made.

The only medical care I have received, is Tynolals for pain, which dose not releive the pain.

I promply reported the jaw injury at F.M.C. Devens and at F.C.I. Beckley, several times and was not treated for same.

Because no x-rays was timely made and medical treatment I now have a perment Head injury which causes me sever pain each day and loss of sleep at night and has from date of the injury forward and will until I am dead.

I demand you take testimony and statements from all Government Employee involed and all Dentist involved and the Dentist Oral Surgeon that made the x-rays and ordered the dentures, for all aforsaid to fully state all facts turely and under oath and the cause of the Head injeury and pain, etc.

I demand an Federal Bureau Investigation and an investigation by the U.S. Secate Service in these matters and your findings of fact and judgment entered, For futher determine if same is a consperncy to deny me Tort Relief which I Demand and am legally entitled.

Signed, Joseph Marion Head junior 17549-056
10-20-04
F.M.C. Devens, P.O. Box 879, Ayer, Ma. 01432