United States District Court
For The District of Massachusetts
Boston Division
1 Courthouse Way Suite 2300
Boston Massachusetts 02210

Re:

Joseph Marion Head Junior
Reg. No. 17549-056
And Etc.

Motion To Allow The
Enclosed, To Be Filed And
Processed In Forma Pauperis

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS – Phone (913) 682-8700 ext. 465

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM *Warden, Winn*
SEP 98                                          *U.S.A.*
U.S. DEPARTMENT OF JUSTICE *Attorney General* **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) *Phy,* *Med.Rec., N-Med.Rec.,Dept.* | DATE: *12—17—04* |
|---|---|
| FROM: *Joseph Marion Head Jr.* | REGISTER NO.: *17549—056* |
| WORK ASSIGNMENT: *Ed. ORD* | UNIT: *N-2 Cell 219* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

*Reference To The Due Process Hearing Conducted at F.M.C. Devens Dec. 1, 2003, and all records, persons, places, things, relating thereto, to include the appeal, etc. processes etc. I request a copy of each record relating to the aforesaid, past and present, etc... And a statement from each person involved as to how involved and why, etc.. And why the hearing was stoped and I was removed from the hearing and no other hearing was conducted with me present. Why Not?*

(Do not write below this line)

DISPOSITION:

*Received 12/30/04*

*Mr Head,*
*    Please seek copies of your medical Record. Thank you.*

*12/30/04*

Signature Staff Member         Date

United States District Court
For the District of Massachusetts
Boston Division
1 Courthouse Way Suite 2300
Boston Massachusetts 02210

Re:
Joseph Marion Head Junior          Motion To Allow The
Reg. No. 17549-056                  Enclosed, To Be Filed And
        And Etc.                    Processed In Forma Pauperis
Relating Thereto,

Now Comes, Joseph Marion Head Junior who pro se
respectfully moves the court and judge to allow
the attached motions etc to be filed, processed,
adjudged etc. in accordence with law, etc..
Herewith is a copy of Judge, Stearns Order
of 8 Dec, 04 as required.

        Joseph Marion Head Junior 17549-056
            Dec, 7th, 2005

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM *Warden - Winn*
SEP 98                                     *U.S.A.*
**U.S. DEPARTMENT OF JUSTICE** *Attorney General* **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) *Doctor, Thompson, N-Building* | DATE: *12-18-04* |
|---|---|
| FROM: *Joseph Marion Head Jr.* | REGISTER NO.: *17549-056* |
| WORK ASSIGNMENT: *Ed. ORD* | UNIT: *N-2-Cell 219* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back if necessary. *[handwritten overlapping text: State and Prove Right Authority, legal prior to use or to result in or psychotic may result in no action being]*
taken. If necessary, you will be interviewed in order to successfully respond to your
request. *[handwritten overlapping text: Head and to force medicin into him]*

*Doctor Thompson, Reference to the Annual Case Summary For Court Dated 10-12-04 Signed by you relating to inmate Head 17549-056. Who wrote that case summary? On the last page thereof (Opinion and Recommendation) What insight? Provide information and legal proof of mental illness. Prove that Head becomes dangerous as stated and to who or what and why, how, where? What kind of medicin injectable in Head and why, for what legal reason and purpose? Who is Our, that made the recommendation to remain committed. What other reports was made and sent* not write below the line etc.?

DISPOSITION:

*Received 12/30/04*

*Mr. Head,*
      *You are under treatment for a mental illness.*

*Thank you,*

| Signature Staff Member *[signature]* | Date *12/30/04* |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94




**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

December 14, 2004

Mr. Joseph M. Head, Jr.
Reg. No. 17549-056
FMC Devens
P.O. Box 879
Ayer, MA  01432

Dear Mr. Head:

The Clerk received your correspondence seeking information on the three notices of appeal you recently filed.

The Court's records indicate that by Order dated November 30, 2004, Judge Stearns ordered the clerk to enter the Notices of Appeal in the following actions: (1) <u>Head v. United States, et al.</u>, C.A. No. 04-40089-RGS; (2) <u>Head v. Unknown Parties, et al.</u>, C.A. No. 04-40090-RGS; and (3) <u>Head v. America, et al.</u>, C.A. No. 04-40103-RGS.

Enclosed please find courtesy copies of the docket sheets for these three cases and note that the docket for each case indicates the case is on appeal. After the district court transmits the files to the Court of Appeals for the First Circuit, you will be notified of the appeals court case numbers.

Finally, I am enclosing a copy of the December 8th Memorandum and Order issued by Judge Stearns in <u>Head v. Winn,</u> C.A. No. 04-40084-RGS. <u>This order requires you to obtain approval of the Miscellaneous Business Docket Judge before filing any documents with this Court.</u> In the future, if you wish to file any documents in the District of Massachusetts, the Memorandum and Order requires you to file a written petition accompanied by a copy of the December 8th Memorandum and Order together with the papers sought to be filed and a certification under oath that there is a good faith basis for their filing.

I hope that this letter addresses your concerns,

Barbara Morse
Pro Se Office

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM *Warden, Ass. Warden's*
SEP 98 *U. S. A.*
**U.S. DEPARTMENT OF JUSTICE** *Attorney General* **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) *Doctor Thompson - N-2* | DATE: *12-19-04* |
| FROM: *Joseph Marion Head Jr.* | REGISTER NO.: *17549-056* |
| WORK ASSIGNMENT: *Ed. ORD* | UNIT: *N-2 Cell 219* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.) *Special Request*

*Doctor Thompson, where did you get your information from as you related in the annual case Summary for court dated 10-12-04, signed by you, relating to inmate Head 17549-056? I request a copy of all records, etc you have and had relating to my court cases and me.*
*Who wrote the aforesaid Summary? It appears as a Prosecutor wrote it who had many years of training but not related inaccordence with N.C.S.B. Cannon & CT-13-1,2,3, U.S. Const. Amend. 4,5,6,8,14, N.C. Const, art. 1 sec. 19, 21, 23, 27, I do not believe you wrote it. You only signed (do not write below this line)*

DISPOSITION:

*Received 12/30/04*

*Mr Head,*
*Please seek a copy of your medical record. Thank you.*

| Signature Staff Member | Date *12/30/04* |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


JOSEPH MARION HEAD,                     )
                    Petitioner,         )
                                        )
            v.                          )   C.A. No. 04-40084-RGS
                                        )
DAVID L. WINN,                          )
                    Respondent.         )


MEMORANDUM AND ORDER

By Order dated September 17, 2004, the court instructed the Clerk to docket no further filings submitted by Joseph Marion Head without the prior approval of the court. See 9/17/04 Order, Docket No. 5.

For the reasons set forth below, the Clerk is directed to return to petitioner the documents that were received for filing after the issuance of the court's September 17th Order.

DISCUSSION

Petitioner Joseph Marion Head is a federal prisoner[1] now confined to FMC Devens in Ayer, Massachusetts. Despite the issuance of an injunction on September 17th, Mr. Head has continued to submit documents for filing. Upon review of these submissions, the court finds the documents, save one

_____

[1]Petitioner is now serving a 360-month sentence that was imposed pursuant to his convictions on nine counts of mailing threatening communications in violation of 18 U.S.C. § 876. See United States v. Head, No. 98-cr-102-ALL (W.D. N.C. Sept. 12, 2001).

BP-S148.055  INMATE REQUEST TO STAFF CDFRM  *Warden, Ass. Warden's*
SEP 98
U.S. DEPARTMENT OF JUSTICE  *Attorney General's*  FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| *Doctor Thompson* | *Dec. 27th. 2004* |
| FROM: *Joseph Marion Head Junior* | REGISTER NO.: *17549-056* |
| WORK ASSIGNMENT: *Ed. ORD* | UNIT: *N-2 Cell 219* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)  *Speedy Reply Requested. Demand*

*I request an index list of all records relating to me here a F.M.C. Devens, and a statement as to which of same I am allowed to have and not have and reasons why. As to the one's I am allowed to have I request a copy of same without cost to me for for same. Past the Word and this Cop out, to the officer or staff incharge of each Dept. where the Records are keep. See all Prior Cop Outs for Records ETC..*

ATTENTION

*The herein requested is also demanded pursuant to all laws which applies thereto, to include all disclosure laws and Freedom of Infromation and Privacy Act.*

(Do not write below this line)

DISPOSITION:

*Received 12/30/04*

*Mr Head;*

*Please seek a copy of your medical record.*

| Signature Staff Member | Date *12/30/04* |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

pleading concerning the denial of a petition for writ of

certiorari by the Supreme Court of the United States, to be

duplicative of the claims raised in Civil Action Nos. 04-40042-

RGS and 04-40084-RGS.   Because I find these documents to be

duplicative and malicious under the authority of 28 U.S.C. § 1915A,[2]

the court will direct the clerk to return these documents to Joseph

Marion Head.

ORDER

Based upon the foregoing, it is hereby

ORDERED that in accordance with this Court's order dated
September 17, 2004, the clerk shall return to Joseph Marion
Head the documents submitted for filing since September 17,
2004; and it is further

ORDERED that petitioner Joseph Marion Head be precluded
from filing any additional papers, claims, cases, files,
complaints, or anything resembling those pleadings, or any
other documents in the United States District Court for the
District of Massachusetts, in any manner, way or form, without
first obtaining the prior written approval of the
Miscellaneous Business Docket Judge of the United States

---

[2] 28 U.S.C. § 1915A provides in pertinent part:
(a) Screening.--The court shall review, before docketing, if
feasible or, in any event, as soon as practicable after
docketing, a complaint in a civil action in which a prisoner
seeks redress from a governmental entity or officer or
employee of a government entity.
(b) Grounds for Dismissal.--On review, the court shall
identify cognizable claims or dismiss the complaint, or any
portion of the complaint, if the
complaint--
(1) is frivolous, malicious, or fails to state a claim upon
which relief may be granted; or
(2) seeks monetary relief from a defendant who is immune from
such relief.

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS – Phone (913) 682-8700 ext. 465

*To The Federal Court Boston – Massachusetts*

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM *N-Unit Team – F.M.C. Devens*

SEP 98

U.S. DEPARTMENT OF JUSTICE *Attorney General*   FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) *N-* | DATE: |
|---|---|
| *Reg. Director, Warden, Unit Team* | *11-24-04* |
| FROM: | REGISTER NO.: |
| *Joseph Marion Head Junior* | *17549-056* |
| WORK ASSIGNMENT: | UNIT: |
| *Ed. ORD* | *N-2 Cell 219* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

*18, 28, 42 U.S.C. As May Be Applied Hereto*
*18 U.S.C. 1201*

*Re: Annual Case Summary For Court, Re: Joseph Marion Head Junior Reg. No. 17549-056, Dated 10-12-04 Signed By Doctor Thompson, Inmate Head's rights to due process of law, is and was violated – Every accused person is persumed to be innocent until legally proven guilty, Inmate Head is and was not legally proven to be guilty of any offense in which he was convicted of nor accused of.*
*Inmate Head Demands F.M.C. Devens to Legally Pay to him, Ten Million Dollars Tax Free Because of the rights violated by Doctor Thompson in her Summary aforesaid as applies to inmate Head.*

(Do not write below this line)

DISPOSITION: *The issues you present regarding due process of law and finding of guilt lie within the jurisdiction of the Sentencing Court. The Bureau of prison's has no authority to review matters of law exposed by Your Court of jurisdiction.*

*Received*
*11·24·04*
*By Unit Team*

_____  _____
Signature Staff Member           Date

District Court for the District of Massachusetts; and it is further

    ORDERED that if petitioner Joseph Marion Head undertakes to file any additional papers in this Court, he shall file a written petition seeking leave of court to do so.  The petition must contain a copy of this Memorandum and Order, together with the papers sought to be filed, and a certification under oath that there is a good faith basis for their filing.  The Clerk of Court shall accept the documents, mark them received, and forward them to the Miscellaneous Business Docket Judge for action on the petition; and it is further

    ORDERED that petitioner Joseph Marion Head is advised that failure to comply with these requirements may result in the imposition of additional sanctions, including monetary fines.

SO ORDERED.


Dated at Boston, Massachusetts, this <u>8th</u> day of <u>December</u>, 2004.


                           <u>/s/ Richard G. Stearns</u>
                           RICHARD G. STEARNS
                           UNITED STATES DISTRICT JUDGE



Ann Thacher Anderson
Intake Assistant
617-482-3170

January 4, 2005

Mr. Joseph Marion Head, Jr.
Reg. No. 17549-056 N-2 cell 219
Federal Medical Center Devens
P.O. Box 879
Ayer MA 01432

Dear Mr. Head:

Thank you for your recent inquiry. I am sorry to report that the American Civil Liberties Union of Massachusetts cannot provide you with the legal advice that you have requested. We receive a large number of inquiries regarding questions of civil rights and civil liberties, and we simply do not have the ability to answer all of them.

I am sorry that we cannot be more helpful.

The papers that you sent here are returned to you herewith.

Very truly yours,

*Ann Thacher Anderson*

Ann Thacher Anderson
Intake Assistant

ACLU of Massachusetts, 99 Chauncy Street, Suite 310, Boston, Massachusetts 02111
Phone: 617-482-3170   Fax: 617-451-0009   Website: www.aclu-mass.org

United States District Court
For The District of Massachusetts
Boston Division
1 Court House Way - Suite 2300
Boston Massachusetts 02210

Joseph Marion Head Junior
Plaintiff
                VS
American Convention On
Human Rights
Defendant

Complaint
In Forma Pauperis
Case Number

_____

## Jurisdiction

The Court Has Jurisdiction Herein Pursuant To The Provisions of Laws And Constitution Which Legally Applies Hereto And Which May Be Legally Applied Hereto By The Courts.

## Plaintiff

Plaintiff herein is Joseph Marion Head Junior, Reg. No. 17549-056, who is a Carcausion male born on December Second 1946 in Gastonia, North Carolina of The United States of America and is presently housed in N-2 Cell 219 of Federal Medical Center Devens, Located At 42 Patton Road, Post office Box 879 - Ayer, Massachusetts, Zip Code 02210. Plaintiff is in the Custody of David L. Winn,

✔ Freedom of conscience and religion.

✔ Freedom of thought and expression.

✔ The right to reply or to make a correction to inaccurate or offensive statements.

✔ The right of assembly.

✔ Freedom of association.

✔ Rights of the family.

✔ The right to a name.

✔ Rights of the child.

✔ The right to nationality.

✔ The right to property.

✔ Freedom of movement and residence.

✔ The right to participate in government.

✔ The right to equal protection of the law.

✔ The right to judicial protection against acts that violate fundamental rights.

who is the Warden of F. M. C. Devens and is also in the custody of the United States Attorney General By court orders.

## Defendants

Defendants herein is the American Convention on Human Rights, who's legal address is unknown to the Plaintiff herein, but known by the courts and Governments.

Plaintiff herein is A laymen at law proceeding pro se in forma pauperis without assistence by persons professionally trained in law, therefore is legally entitled to a liberal construction of all matters relating herein related and asserted and demanded, Green vs United States 260, F. 3d, 78, 83 ( 2d, cir. 2001) U. S. Const. Amend. '14' etc as applies and as may be applied herein.

Plaintiff is an indigent person - "prisoner", proceeding pro se in forma pauperis and therefore is not required by law to prove his asserted claim and grounds in advance of a full incourt evidentry hearing.

Plaintiffs rights to counsel relating hereto 18 U. S. C. 3006 A, U. S. Const. Amend. 5, 6, 14 and same is not waived by plaintiff and is demanded by plaintiff pro se. As well all

# PROTECTED RIGHTS

The American Convention on Human Rights protects the following civil and political rights and freedoms:

✔  The right to juridical personality (to be recognized as a person before the law).

✔  The right to life.

✔  The right to humane treatment, including the right not to be subjected to cruel, inhuman, or degrading punishment or treatment.

✔  Freedom from slavery.

✔  The right to personal liberty.

✔  The right to a fair trial by a competent tribunal.

✔  Freedom from ex post facto laws.

✔  The right to compensation in the case of sentencing by a final judgment through a miscarriage of justice.

✔  The right to privacy.

4

attorneys, etc. that will voluntary assist and represent plaintiff at no cost to plaintiff for same.

Claims And Grounds Asserted Herein By The Plaintiff Hereof Pro Se Are Related Below.

(1)

Defendants Herein Failed To Protect The Plaintiffs Rights, Protected By The Defendant Listed In The Attached Sheets Hereof. See etc. All Known Records Etc. Relating To Plaintiff From December Second 1946 Forward To Enclude All Prison And Court Records and all Medical and Phy. Records, Etc. Records Relating To The Aforsaid and all related, asked for and demanded and asserted in the aforsaid records and etc relating thereto.

Relief Demanded By Plaintiff Pro Se Is,

One Lillion Trillion Dollars Tax Free, Worth of New, Hospitals, Schools of Law And Medisen, Hotels, Motels, Appartment Buildings, Houses, office Buildings, Shopping Centers, Sports centers, Health Centers, Clothing Factories, Tire and Rim Factories, Textile Mills, Computor Centers, Medical Research Centers, Privit Schools Of Each kind, Legal Research Centers, YMCA'S, YWMCA'S, Privit Astates, Ranches, Farms, Land, Lakes, Rivers, Beaches, Ponds, Bays, Channels, Lagoons, Oceans.

4

Lawful Court Release of Plaintiff from custody, charges, convictions, committments. and with all of his rights etc. fully retused to him.

Such other and further relief as the court deems fair, proper, just, entitled, etc..

Signed, Joseph Marion Head Junior 17549-056 Nov. 21st, 2004   Same Date Complaint Was Sent to the court By Mail.

The court will have to make and serve all required copies of this complaint. Due to Plaintiff's indigence etc. he cannot do so himself.
Signed, Joseph Marion Head Junior 11-21-04

See This Courts Court Records As To The Indigence of Plaintiff. Further plaintiff prison trust fund balance is $.53.

United States District Court
For the District of Massachusetts
        Boston            Division
1 Courthouse Way    Suite 2300
Boston        Massachusetts        02210

Re:
Joseph Marion Head Junior        | Motion To Allow The
Reg. No. 17549-056               | Enclosed, To Be Filed And
        And Etc.                 | Processed In Forma Pauperis
Relating Thereto,                |

    Now Comes, Joseph Marion Head Junior who pro se
respectfully moves the court and judge to allow
the attached motions etc to be filed, processed,
adjudged etc. in accordance with law, etc..
    Herewith is a copy of Judge, Stearns Order
of 8 Dec, 04 as required.

        Joseph Marion Head Junior  17549-056
            Dec, 7th. 2005