Joseph Marion Head, Jr.
FMC Devens
Reg. #17549-056
P.O. Box 879
Ayer, MA  01432

------------------------------------------------

United States Federal Judge, Tauro

   Motion is Heretofore made To You to order and allow the complaints herewith to be filed in This Court In Forma Pauperis or otherwise as allowed or Ordered By You. Timely Each Month as the Court of Appeals did on my appeals of Case No. 05-1048-1049-1050 1st. Cir. Ct App.
   I cannot pay filing fee etc. cost See all prison and court record relating to me for the past 31 years.
   Joseph Marion Head Junior 6-13-05

OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

RICHARD CUSHING DONOVAN
CLERK

One Courthouse Way
Suite 2500
Boston, MA 02210
617-748-9057

June 10, 2005

Joseph Marion Head, Jr.
FMC Devens
Reg. No. 17549-056
PO Box 879
Ayer, MA  01432

Dear Mr. Head:

    Enclosed please find pleadings that was mistakenly filed in the United States Court of Appeals for the First Circuit on June 10, 2005.

    A review of the cases before this court reflect that there are no open cases that bear your name or the case numbers you noted in your pleadings.  The pleadings are, therefore, returned to you with this letter without any action taken since they reflect the heading of another court.

Sincerely,

By: _____
Appellate Liaison

DB/file

In The United States District Court
For The <u>Ma., Boston</u> District of <u>Massachusetts</u>

<u>Joseph Marion Head Jr.</u>
Plaintiff
Reg. No. <u>17549056</u>
          VS
<u>United States of America</u>
<u>And State of North Carolina</u>

Case No. _____

Defendants

## Complaint

This is a civil rights act suit for damages for unlawful, conviction, sentence.

## Jurisdiction

The court has legal jurisdiction herein pursuant to the provisions of law and constitution which applies hereto. To include 42 U.S.C. 1981, 1983, 1984, 1985(3), 1986 - 28 U.S.C. 1331, 1341, 1342, 1343, 2201, 2202, Federal Rules of Civil Procedure R. 57.

## Plaintiff

Plaintiff herein is Joseph Mari
Reg. No. <u>17549056</u>, who
Prisoner, housed in th

Complaint Page No. 2

Cell 524   Located at, Post Office Box 879
Ayer - Massachusetts 01432
Plaintiff is in the custody of the Warden
of the aforesaid F.M.C. Devens
, Who is, David L. Winn   - Warden.
Also in the custody of the United States
Attorney General.

## Defendants

Defendants herein are as related below,

(1) United States of America, Title, See U.S. Attorney General
Address, United States Department of Justice
Washington D.C. 20530

(2) State of North Carolina, Title, See N.C. Att. Gen.
Address, North Carolina Department of
Justice, Raleigh, North Carolina 27602

Plaintiff herein is proceeding pro se
, without the legal assistance of a
person trained in law and plaintiff
is a layman at law and has had no
professional training in law and
plaintiff therefore respectfully moves
the court for a liberal construction
on and as to, all pleadings, claims, etc
herein and relating hereto;
That it is well settled that pro se
litigants generally are entitle
a liberal construction of →
, which should be read t
strongest argument

Complaint Page No. (3)

Green (v) United States, 260 F. 3d. 78, 83, (2d. cir. 2001), Haines (v) Kerner, 404, U.S.C. 519, 520-21 (1972 per curiam)

Plaintiffs rights to counsel, etc. legal assistence, 18 U.S.C. 3006A and sub sec.'s thereof. U.S. Const. Amend. Six and Fourteen. Plintiff states that he dose not waive this right to counsel, etc..

That the United States court of Appeals For The Fourth circuit Prior, Adjudges, that indigent laymens, (proceeding pro se, are not required to prove their asserted claims, in advance of a full in court evidentry hearing.

The background of Plaintiff, and his State and Federal court cases, and all related and asserted therein and relating thereto, is related within the prison and court records of and relating to plaintiff, prior and present. Plaintiff dose not him self have a copy of said records, therefore cannot state the background herein and therefore refers the court to said records as for the background of same and all related and assei and demanded therein and relating. To enclude all opinions, judgn and orders of the courts, etc.,

Complaint Page No. (4)

Grounds Asserted Herein By Plaintiff Pro Se Without Legal Assistance Of A Person Professionally Trained In Law.

Ground No. (1)

The Convictions Obtained In Case No. 74CR2403-74CR2403A, Was Obtained In violation of the laws or constitution of the United States or of the State of North Carolina In the ways Related herein below and for the reasons stated herein below.

(1)
As Prior Asserted Within The Prison and Court Records relating to Plaintiff and his State and federal court cases

(2)
The reasons of the trial jurors for their verdicts of guilty was not stated and proven to be legal and valid nor was the sentence legal and valid.

(3)
Failure Of The Government Attorneys To Assert Violations of Laws, Constitutions, Based on Violations of Head's Rights, Etc., Violates Head's Rights, Etc., Mens Rea.

(4)
Plintiff did not consent to the mistrial nor to the Discharge of the chosen jury. 7 Did the Prosecutor object to s and did not timely move for mistrial nor for legal co reprosecute the mis

Complaint Page No. (5)

Ground No. (2)

The federal sentences of plaintiff is illegal in that they was enhanced based on an unlawful conviction not legally proven to be legal, valid, final prior to useing same to enhance plaintiffs federal sentence and or to obtain an upward departure and a greater sentence based on said unlawful prior convictions. See Title 21 U.S.C. 851.

Ground No. (3)
The federal sentences is illegal because they are not based on a legal and valid conviction and indictment. See all asserted and related within Heads prisons and court records to include on prison cop outs, BP-8, 9 etc. of Heads and Tort claims, V.A..

Ground No. (4)
The U.S. Attorney failed to prove the prior convictions etc. legal and valid and final prior to useing same to Heads prejudice in Federal Courts. See Title 21 U.S.C. 851 and sub sec's.

Ground No. (5)
Defense counsel was ineffective for failing to timely asserting all the aforsaid herein to the District Court and on appeal. Strickland v Washington 1984.

Complaint Page No. (6.)

Relief Demanded By Plaintiff Pro Se

1 - Leave To Proceed In Forma Pauperis

2 - Appointment of Counsel Hereto.

3 - Incourt Evidentry Hearing With The Plaintiff Present For Same.

4 - Subpoena's Issue To The Below Persons
(1) Name, Each Person Involved In State Cases Address State cases Herein - See court Records
(2) Name all persons involved in fed cases Address Federal cases herein
(3) Name, All prison staff involved, Address, in Head's cases etc.

5 - Grant And Order To Plaintiff, The Maximum Relief and Money, Authorized By Law, Constitution, Relating Hereto.

Signed Joseph Marion Head Junior Reg. No. 17549-056
Address, N-5 Cell 524 Fed. Med. Center Devens
Post office Box 879 - Ayer - Ma.

Certification Of Service

I Joseph Marion Head Junior Reg. No. 17549-056
States that on the 7 day of June 2005
I sent to the Court, - U.S.D.C.
located at Boston Massachusetts 02210
The original and 10 copies
of the forgoing complaint and I also

complaint Page No.(7)

a copy of said complaint To, The Attorney General of The United States address, Court Must Make and Send The copies.

and To,

Signed Joseph Marion Head Jr. Reg. No. 17549-056, On This The 7 day of June 2005

*U.S. Ct. of App. _____ Order _____ the District Court To File Process, Etc. This Complaint herewith, In Forma Pauperis. See All Known Records To Head.*

IN FORMA PAUPERIS DECLARATION

*United States* _District court, Boston Massachusetts_
[Insert appropriate court]

_Joseph Marion Head Junior_   DECLARATION IN SUPPORT
(Petitioner)   OF REQUEST
v.   TO PROCEED
_U.S.A. and N.C._   IN FORMA PAUPERIS
(Respondent(s))

I, _Head_, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes ☑  No ☐
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. _F.M.C. Devens Ed. Dept. Less than $20.00 per month._
   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment?   Yes ☐  No ☑
   b. Rent payments, interest or dividends?   Yes ☐  No ☑
   c. Pensions, annuities or life insurance payments?   Yes ☐  No ☑
   d. Gifts or inheritances?   Yes ☑  No ☐
   e. Any other sources?   Yes ☑  No ☐
   If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. _Gifts from Brother - amount N/A_
   _Va. Check amount N/A - Prison Job_

3. Do you own cash, or do you have money in checking or savings account?
   Yes ☑  No ☐  (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned. _Less than $40.00_

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐  No ☑  _Ct. Denied Prior Relief_
   If the answer is "yes," describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _None_

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on _____ (date). _6-7-05_

_Joseph Marion Head Jr._
Signature of Petitioner

Certificate

I hereby certify that the movant herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined.
I further certify that petitioner likewise has the following securities to his credit according to the records of said _____ institution: _____

_____

Authorized Officer of Institution

(Amended, effective August 1, 1982; effective December 1, 2004.)

U.S. Attorney's Office, Order The U.S.D.C., Boston Ma
To File, Process, Etc. This Complaint in forma pauperis
Order F.M.C. Devens Provide The Courts With My Trust Fund
Statement For Past Six Months or 31 years.

In The United States District court
For The ___MA.___ District of Massachusetts
___Boston___ Division

Joseph Marion Head, Jr.
Plaintiff,
Reg. No. 17549-056
       vs
United States Of America
And Etc. Related
Herein.


Defendants

Civil Case Number
_____

## COMPLAINT

Complaint In Forma Pauperis Or
On Payments Timely For Filing And For
Legal Assistance By court appointed counsel.
Violations Of Amendments 5, 6, 8, 14, Etc. Asserted Herein.

### Jurisdiction

The court has jurisdiction herein pursuant
to the provisions of law and constitution
as legally applies herein and as may
be legally applied hereto.

### Plaintiff

Plaintiff herein is, Joseph Marion Head, Junior
Reg. No. 17549-056 _____, who is a federal

Complaint Page No. 2

V, state ___, prisoner, presently, housed in N-5 Cell 524 Fed. Med. Center Devens - Post Office Box 879 Ayer - Massachusetts - 01432, in the custody of the Warden thereof, who is, David L. Winn, also in the custody of the United States Attorney General.

## Defendants

Defendants herein are as listed below

1- United States of America And The States Thereof, Liable Herein And Relating Hereto, And The Governments Employee's Of Defendants Aforsaid, Liable Here in And Relating Hereto As Determined By The Courts and Judges Therefore.

2- Defense counsel, See Ct. Records who was plaintiffs defense counsel in case number, 4-98-CR-102   73CR5054, 74CR2403  74CR2403A, at trial and on appeals

3- Name, Shenia Marie Griffen, Title, State Witness, Heads cases Address, See Ct Records

(4) Name, Paul Arnold Cooper, Title, State Witness Heads Case Address, See Court Records

Complaint Page No. 5

Around No. 2

The Governments Attorneys failed to timely prove that plaintiffs federal convictions was legal and valid, to include as to the reasons of each jurior for their verdicts of guilty. Therefore the sentences is illegal, invalid or unconstitutional.

## BACKGROUND

Background of Plaintiff and His Prison and Court Records and All Related and Asserted and Asked For and Demanded Therein and Relating Thereto. See all known prison and court records relating to Plaintiff and His court cases as if same was stated herein, in proper order and form of same.

## RELIEF

Plaintiff Demands The Relief Listed Herein Below, By Plaintiff Pro Se.

1 - Leave to proceed in forma pauperis or in payments for cost of filing and for legal assistence, etc.

2 - The maximum criminal and civil and tort and S.S., S.S.I. and V.A. Benefits and Relief and Release authorized, Required and Entitled by law, constitution and by Human Rights, Etc. As Legally Applies.

Complaint Page No. 6

3- Subpoena's Issue To The Below Listed

1- Each Governmental Employee Relating To Head's Cases Etc.

2- William A. Brown - Attorney At Law - Boston - Ma.

3- Each X-Governmental Employee Relating To Heads Cases.

Signed, Joseph Marion Head Jr. Reg. No. 17549-056
Date Signed 8 day of June 2005,
Address, N-5 Cell 524 F.M.C. Devens, Post office Box 879 - Ayer - Ma. 01432

Certification of Service

I Joseph Marion Head Jr. Reg. No. 17549 056 States that on the 8 day of 6 2005 I sent the original of the forgoing complaint to the United States District Court, Address, C/O U.S.Ct. App. 1st. Cir
No Copies Was Made Nor Sent to Ct. Etc...
and two copies therewith. I also sent a copy to the United States Attorney General, United States Department of Justice, Washington, D.C. 20530, on the ___ day of 200__, by placeing all aforsaide in legal mail Box at
Signed, Joseph Marion Head Junior D.T. 6-8 2005

Ground 3

Violation of the 5 and 14th. amend; of the U.S. Const. The Governments, attorneys, judges, Defense Counsel, failed to timely assert that the defendant's constitution amendment 5 and 14 was violated and The defendants rights was violated, based on the related and assertion in the paper and by the related hereof, this illegal sentence, breakside hereof, this illegal sentence not timely correcting this illegal sentence on their own action, etc., Title 21 U.S.C. §§ 510 and sub sec. 5, Amend. 5, 6, 8, 14.

**Ground 5:** (5th amendment 5 and 14 the violation of amendments) failed to itself, notaine is (Attorney) 
Governments Attorney failed to give the defendants prior convictions of the defendants prior conviction legal and valid and final prior to using same to the defendant, prejudice to plain an illegal upward depart and greater sentence and prior to illegally enhancing the defendants sentence.

Upward Departures and Enhancement must be based legal, valid, final convictions, in order to be legal. Title 21 U.S.C. 851 and sub sec.

Who and What can and could Have Prevented and did not, to avert violations of U.S. Constitution and Head's rights and [illegible] yes, Heads and others.

See all prison and court records relating to Head from 1965 forward memo Roe, as applies.

Per each violation of Head's rights aforesaid, Head Demands at least One Million Dollars Tax Free 42 U.S.C. 1981, 1983, 1984, 1985(3), 1986, 28 U.S.C. 1331, 1341, 1342, 1343, etc as applies, 2255, 2241, 2254

U.S. Ct. App., 1st. Cir. - Re: Head - Appellant - Case No. 05-1048-1049, 1050 Etc. Relating thereto.

See the claim on the track side sheet that applies to the aforesaid and its relating to Head, prior, present, etc. from 1965 forward, State and Federal, Etc. As known.

Joseph Nerson Aseas Junior 6-7-05
Reg. No. 175-49-056