

U.S. Ct. App. 1st. Cir. Re. Appellant, Joseph Marion Head Junior Case No. 05-1048, 1049, 1050. Admendment To The Petition For Rehearing Dated 5-11 or 12, 05 See Records As To Same. Additional Relief Demanded, Appellant Be Given Free Of Charge, A Memberographraph Copy Of Each and all Record Known Of That Applies To Him And His State And Federal court cases, crim., civ. And 14 Zillion Dollars Tax Free And Privit Mountains.

Grounds Asserted

False Imprisonment Or Kidnaping Head, In That the Governments Attorneys Failed To Legally Prove That Heads State convictions Was Legal And Valid, Prior To Useing Same To Head's Prejudice To Obtain An Upward Departure And Greater Sentences As To The Federal Sentences of Head Therefore Said Sentences Is Illegal And Was Illegally Imposed At The Time Imposed. Title 21 U.S.C. 851 and sub provision as applies and Strickland (vs) Washington 1984, 18 U.S.C. 3006A and sub sec. as applies, U.S. Constitution Amendments 1, 4, 5, 6, 8, 9, 14.

Futher see and apply each and all of Head's prior, claims, grounds, errors of trials, motions, etc as related and asserted within the prison and court records of and relating to Head aforsaid, prior and present, etc as applies. N.C. Const. Art. 1 Sec. 19, 21, 23, 27, N.C.G.S. 17-8, 17-21 Etc..

Signed, Joseph Marion Head Junior 17549-056 (5-12-05)



Marion Hendersonian
No. 175-49-05-6
) Cell 524
1. Med. Center Devens
to office Box 879
17 - Via. 01432
To: United States Federal Judge,
for United States District And Appeal Court
1 Courthouse Way Suit 2300
Boston, Massachusetts - 02210

"Mail 28-05"

Attention: Henge W. Bush Jr.
President of United States
And Attention To Each
State and Federal Hon.
Attorney and Attorney General
And Department of Justice

[illegible marginal notes]

United States District Court
For The District of Massachusetts
Boston Division
18 U.S.C. 4245(d) Committment By Judge.
United States of America - Petitioner
vs
Joseph Marion Head Junior - Respondent
Reg. Number 17549-056
See all Records of Each Appeal, Past, Present, Etc..
Motion For Appointment of Counsel
For The Purpose of Filing Motions
Relating To 18 U.S.C. 4245(e) and 4247(h)
, 28 U.S.C. 2241, 1331, 1343, Etc. Laws.
See 18 U.S.C. 3006A and Sub Sec..s

Now Comes, Joseph Marion Head Junior, aforsaid
, movant herein, who himself, pro se,
respectfully moves the court as aforsaid
pursuant to the provisions of laws, constitut
ional and Human Rights and Other Rights
of movant and of The United States of America
, Etc. As legally applies and may be applied,

Movant, moves, request, demands, The court to
enter the complete background of movant
as known and learned of, in the courts
order relating hereto. This to include all
judicial and other Records, Etc Relating Thereto
and each process etc. relating to each of same,
to include all institutional records etc..
Signed, Joseph Marion Head Junior - 4-27-05

# UNITED STATES COURT OF APPEALS

## FOR THE FIRST CIRCUIT

No. 05-1048

*See Also*
*No. 05-1049*
*No. 05-1050*

JOSEPH MARION HEAD, JR.

Plaintiff - Appellant

v.

UNITED STATES; DAVID L. WINN, Warden, Federal
Medical Center, Devens; STATE OF NORTH CAROLINA

Defendants - Appellees

---

**NOTICE OF DEFAULT AND INTENT TO DISMISS**

**ORDER OF COURT**

Entered: 4/20/05

By order dated 1/21/05 the clerk of this Court notified you that the appellant's brief was due in the Court of Appeals on 4/13/05.

The appellant is presently in default as to this filing. It is ordered that if the brief is not received in the Clerk's Office on or before 5/4/05, **this appeal will be dismissed in accordance with Local Rule 45(a).**

By the Court:

Richard Cushing Donovan, Clerk

JULIE GREGG

By_____
    Operations Manager

cc:  Michael J. Sullivan, USA
     Roy Cooper, AAG
     Joseph Marion Head, Jr.

*This Motion Etc., Relates and Applies To Each of Appellants cases on Appeals Past, Present, Etc., See Records of Each State and Federal Courts and Institutional Records and Tort and V.A. Records.*

*Appellant Cannot File Brief As He Has Related To The Courts Prior And Made Motion For Counsel, and same was denied, See Each And All Known Record, Etc. Relating To Appellant, Past, Present Etc. Make Findings of Fact, Etc., As To Each of Same Etc. Hereto and all appeals etc of Head's, Past, Pres relating*

# UNITED STATES COURT OF APPEALS

## FOR THE FIRST CIRCUIT

No. 05-1049

JOSEPH MARION HEAD, JR.

Plaintiff - Appellant

v.

DAVID L. WINN, Warden, Federal Medical Center, Devens; UNKNOWN PARTIES, named as Each Governmental Employee Liable Relating Hereto

Defendants - Appellees

**NOTICE OF DEFAULT AND INTENT TO DISMISS**

**ORDER OF COURT**

Entered: 4/20/05

By order dated 1/21/05 the clerk of this Court notified you that the appellant's brief was due in the Court of Appeals on 4/13/05.

The appellant is presently in default as to this filing. It is ordered that if the brief is not received in the Clerk's Office on or before 5/4/05, **this appeal will be dismissed in accordance with Local Rule 45(a).**

By the Court:

Richard Cushing Donovan, Clerk

By_____
Operations Manager

cc: Michael J. Sullivan, USA
Joseph Marion Head, Jr.

# UNITED STATES COURT OF APPEALS

## FOR THE FIRST CIRCUIT

No. 05-1050

JOSEPH MARION HEAD, JR.

Petitioner - Appellant

v.

UNITED STATES; DAVID L. WINN; STATE OF NORTH CAROLINA

Respondents - Appellees

NOTICE OF DEFAULT AND INTENT TO DISMISS

ORDER OF COURT

Entered: 4/20/05

By order dated 1/21/05 the clerk of this Court notified you that the appellant's brief was due in the Court of Appeals on 4/13/05.

The appellant is presently in default as to this filing. It is ordered that if the brief is not received in the Clerk's Office on or before 5/4/05, **this appeal will be dismissed in accordance with Local Rule 45(a).**

By the Court:

Richard Cushing Donovan, Clerk

By_____
Operations Manager

cc:   Michael J. Sullivan, USA
      Roy Cooper, AAG
      Joseph Marion Head, Jr.