AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

Boston District of Massachusetts

FILED
2004 SEP 21 P 12:22
U.S. DISTRICT COURT
DISTRICT OF MASS

Joseph Marion Head Junior

Plaintiff

V.

U.S.C., N.C. and David L. Winn, Warden - F.M.C. Devens

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, Joseph Marion Head Junior 17549-056 declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☑ Yes ☐ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration F.M.C. Devens

   Are you employed at the institution? YES Do you receive any payment from the YES

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☑ Yes ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   F.M.C. Devens, Ed. Dept. about $20.00 a month

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☑ No
   b. Rent payments, interest or dividends ☐ Yes ☑ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☑ No
   d. Disability or workers compensation payments ☐ Yes ☑ No
   e. Gifts or inheritances ☑ Yes ☐ No
   f. Any other sources ☑ Yes ☐ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Each defendant who uses the below, send to Joseph Marion Head Junior Prison Number 17549-056, what an attorney would have charged to represent you, If you win.

This Applies To All Guilty Plea Cases

That had the defendant knowed, prior to his plea of guilty, that the Gov. attorney would have to prove at trial, if he plead not Guilty,

Whether Or Not The Defendant Knowed What Was Legal and Not Legal at The Time of The Offense And That The Defendant Knowingly Violated The Law alledged Violated.

The defenants plea would have been not Guilty instead of Guilty

The Court excepted the defendants plea of guilty without requireing defendant to explane to the court, how the defendant was legally guilty, nor required defendant to prove himself guilty.

The defendants Answer YES to the Question, Are You Guilty, was not intelligenly made because of ineffective assistence of counse, defendant was a laymen at law and did not himself know what the law required PROVEN to make the defendant guilty. (Legally Proven)

Defendant was of belief, doing the acts, made him guilty, but that is not the Law.

Conviction and Sentence Is Illegal, in that,

The Court excepted defendants plea of guilty, not knowing if the defendant was actually and factually, legally guilty of the offense charged.

Re: State Of North Carolina VS Joseph Marion Head Junior, Def. From North Carolina, Each Case To Which A Guilty Plea Was Entered, And Used To Obtain Upward Departure On Federal Case Of Def.

Conviction Obtained In Violation Of The Laws Or Constitution of The United States and The Sentence Is Therefore Illegal

(1)

That had the defendant knowed prior to his plea of guilty, that the Governments attorney would have to prove at trial, if the defendant plead not guilty.

(1) Whether Or Not The Defendant Knowed What Was And Was Not Legal At The Time Of The Alledged Offense, ?

(2) Whether Or Not The Defendand Knowingly Violate The Law Alledged Violated, At The Time Alledged Violated, and The Way Alledged Violated?

(3) Whether Or Not The Defendant Knowed The Acts Alledged Done By Defendant, Violated The Law Alledged Violated, At The Time Of The Offense?

(4) Whether Or Not The Defendant Did The Acts Alledged, With The Intent Of Violating The Law Alledged Violated The Way Alledged Violated At The Time of The offense?

The defendants plea would have been not guilty as to all charges.

(2)

That the court excepted the defendants plea of guilty without requiring the defendant to explan to the court how

Joseph Marion Head Junior VS - U.S.A., N.C., David L. Winn - Warden, Fed. Med. Center, Devens, Defendants and Respondents. 28 U.S.C. 2241(3) 28 U.S.C. 2255, 18 U.S.C. 1201, 42 U.S.C. As May Be Applied Hereto, One Billion Dollars Demanded As Relief and Lawful Court Release.

In The United States District Court
For The District of Massachusetts
Boston Division
1 Courthouse Way - Suite 2300
Boston Massachusetts 02210

FILED
IN CLERKS OFFICE
2004 SEP 14 P 2:22
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| Joseph Marion Head Junior<br>Prison Number 17549-056<br>Plaintiff<br>VS<br>United States of America<br>And<br>State of North Carolina<br>And<br>Employees of Each Defendant, Liable Herein And Relating Hereto<br>Defendants | Complaint<br>In Forma Pauperis<br><br>Case Civil File Number, ________ |

## Jurisdiction

The Court has jurisdiction herein pursuant to the provisions of 18-28 and 42 U.S.C. as applies herein and as may be applied herein. Futher pursuant to Federal Rule 57 of Civil Procedure and The Constitution of The United States of America.

## Plaintiff

Plaintiff herein is Joseph Marion Head Junior, Prison Number 17549-056, who is a carcausion

Relief Demanded Herein
Is Related Herein Below

(1)
Leave To Proceed In Forma Pauperis Based On This Courts Records Of Plaintiffs Indigence Related Within Court Records.

(2)
Appointment of Counsel Hereto, 18 U.S.C. 3006A.

(3)
Incourt Evidentry Hearing With Plaintiff Present.

(4)
That all processes, etc. relating hereto be Ordered By the Court, to be fully filmed, recorded, transcribed and transcripts and memergrapted copies of same be ordered made and given to plaintiff free of charge.

(5)
Defendants be ordered to pay plaintiff at least One Lillion Dollors Tax Free.

(6)
The Court Order The Clerk Of Court to make and serve all required copies of this complaint for plaintiff is unable, do so himself, due to his indigence.

Signed Joseph Marion Head Junior, 17549-056
On This The 12th. Day of 9th month, 2004

Date This Complaint Sent To The Court By United States Mail, 9-12-04

Defendants

Defendants herein is the United States of America and the State of North Carolina and the employees of each, which is liable herein and relating hereto.

The Claims And Grounds Herein Are Asserted By Plaintiff Himself Without The Assistence of Aperson Professionally trained in law. And Plaintiff Has Never Had Any Professional Training In Law And Is A Laymen At Law. Therefore The Court is to give to plaintiff claims and grounds special consideration, etc, as required by law, etc..

Claims And Grounds Asserted Herein Pro Se

(1)

Plaintiffs Federal Sentences Is And Was Illegal In That The Gov. attorney Failed To Prove Plaintiffs State Convictions To Be Legal and Valid and Final, Prior To Useing Same To Plaintiffs Prejudice In Federal Court To Obtain An Upward Departure And Greater Sentences On Plaintiffs Federal Cases. Futher Plaintiffs Federal Court appointed attorney, William E. Loose Did Not Enter Objections and

(2)
Plaintiffs federal sentences are illegal in that they are not based on a valid and legal conviction, as appears and as related and as asserted within the prison and court records relating to the plaintiffs federal court cases.

(3)
Plaintiffs federal convictions are illegal and invalid in that as related and as asserted within the prison and court records relating to plaintiffs federal cases.

(4)
Plaintiffs federal sentences and convictions are illegal in that defense attorney William E. Loose failed to present on direct appeal, all, errors, claims, grounds, which could have and should have beed presented on the direct appeal, as appears and as related and as asserted, within the prison and court records of plaintiffs state and federal prison and court records.

(5)
That based on the aforsaid herein, plaintiffs federal sentences was imposed inviolation of the laws or constitution of the United States and plaintiffs rights thereby.

(6)
That based on the aforsaid herein and relating thereto, plaintiffs federal and state convictions was obtained inviolation of the laws and constitution of the United States

In The United States District Court
For The District of Massachusetts
Boston Division
1 Courthouse Way - Suite 2300
Boston Massachusetts 02210

FILED IN CLERKS OFFICE 2004 SEP 14 P 2:22 U.S. DISTRICT COURT DISTRICT OF MASS

Joseph Marion Head Junior
Prison Number 17549-056
Movant

VS

United States of America
And
State of North Carolina
Respondents

Case Number

Motion To Dismiss With Prejudice All State and Federal Criminal Charges Against Movant Because of Ineffective Assistance of Counsel. Strickland VS Washington And Amendment Six And Fourteen To The Constitution of The United States Of America And Article One Section Nineteen To The Constitution of North Carolina.

Now Comes, Joseph Marion Head Junior, movant herein, who pro se respectfully moves the court for dismissal with prejudice because of ineffective assistence of counsel.

The Court is heretofore referred to all prison, medical, phyc and court records, relating to each of movants state and federal

Defense Counsel was Ineffective By Not Timely nor Otherwise Makeing The Below Recommendations To His Client in TypeWritten Form.

1- Recommendation By Defense Counsel To His Client As To What Plea To Enter And Why.

2- Recommendation By Defense Counsel To His Client As To Whether Or Not The Client Should Or Should Not Except The Plea Bargan offered By The Governments Attorney And Why.

3- Recommendation By Defense Counsel To His Client As To Whether Or Not Witnesses Should Or Should Not Be Subpoenaed And Why.

4- Recommendation By Defense Counsel To His Client As To Whether Or Not A Motion For A Speedy Trial By An Impartial Jury and Judge Should Or Should Not Be Filed And Why.

5- Recommendation By Defense Counsel To His Client As To Whether Or Not An Appeal Should Or Should Not Be Taken And Why.

The above recommendation should be required made as procedural due process in all cases, criminal, civil, etc..

AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

Boston District of Massachusetts

2004 SEP 14 P 2:22

Joseph Marion Head Junior

Plaintiff

V.

U.S.A. and N.C.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, Joseph Marion Head Junior declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☑ Yes ☐ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration Fed. Med. Center Devens

   Are you employed at the institution? yes Do you receive any payment from the yes

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☑ Yes ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. F.M.C. Devens, Ed. Dept. about $20.00 monthly

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
| d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
| e. | Gifts or inheritances | ☑ Yes | ☐ No |
| f. | Any other sources | ☑ Yes | ☐ No |

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

In The United States District Court
For The District of Massachusetts
Boston Division
1 Courthouse Way - Suite 2300
Boston Massachusetts 02210

| | |
|---|---|
| Joseph Marion Head Junior<br>Prison Number 17549-056<br>Movant<br>VS<br>United States of America<br>And<br>State of North Carolina<br>And<br>David L. Winn,<br>Warden of F.M.C. Devens<br>Respondents | Case File Number ________ |

Motion To Dismiss With Prejudice All State And Federal Charges Against Movant On The Ground of Ineffective Forced Self Representation For The Past 30 Years, From 1974 Forward.

Now Comes, Joseph Marion Head Junior movant herein, who respectfully moves the Court as related herein above. Pursuant to the provisions of laws and constitutions which applies hereto and may be applied hereto.

Movant refers the Court to all State

FILED
CLERKS OFFICE
2004 SEP 14 P 2:22
U.S. DISTRICT COURT
DISTRICT OF MASS

In The United States District Court
For The District of Massachusetts
Boston Division
1 Courthouse Way - Suit 2300
Boston Massachusetts 02210

United States Of America
VS
Joseph Marion Head Junior
Defendant

Case File Number

State of North Carolina
VS
Joseph Marion Head Junior
Defendant

Motion For A Competence Hearing For The Purpose of, In Forma Pauperis.

(1)

To Determained Whether Or Not Defendant Was Competent At The Time of The Offense Charged And Whether Or Not Defendant Knowed What Was Legal And Not Legal At The Time Of The offense Charged. And Whether Or Not Defendant Knowingly, Delibertly, Wilfully Violated The Laws Alledged Violated By Defendant The Way Stated In The Warrant For Arrest And Bill of Indictments.

(2)

To Determained Whether Or Not Defendant Is And Was Competent To Effectively Represent

(4)

To Determane Whether Or Not Defendant Was Competent To Make His Own Choice In Whether To Testify Or Not In His Own Behalf Relating To His State and Federal Criminal Cases.

(5)

To Determane Whether Or Not Defendant Competently And Effectively Assisted In The Defense of His State And Federal Criminal Cases.

Convictions of an Incompetent person, violates due process. U.S. v Masthers, 176 U.S. App. D.C. 242, 246, 539, F.2d, 721, 725 (1976) and U.S. Const. Amend. 1, 4, 5, 6, 8, 14 and N.C. Const. Art. 1 sec. 19, 23, 27, as applies and as may be applied to the aforsaid, as applies and may be applied to the Defendant.

Respectfully Presented On This The 10th. Day of 9th month, 2004
Signed, Joseph Marion Head Junior aforsaid
9-10-04, Prison Number 17549-056.

N-4 Cell 423
Federal Medical Center Devens
42 Patton Road
Post Office Box 879
Ayer, Massachusetts, 01432

AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

Boston District of Massachusetts

FILED 2004 SEP 14 P 2:50 U.S. DISTRICT COURT DISTRICT OF MASS

Joseph Marion Head Junior
Plaintiff

V.

Michael J. Sullivan and Gina Y. Walcott-Torres
Defendants

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, Joseph Marion Head Junior 17549-056 declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion. attached herewith

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration Fed. Med. Center Devens

   Are you employed at the institution? YES Do you receive any payment from the YES

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☒ Yes ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. About $20.00 a month F.M.C. Devens, Ed. Dept.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
| d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
| e. | Gifts or inheritances | ☒ Yes | ☐ No |
| f. | Any other sources | ☒ Yes | ☐ No |

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

This Applies to All Guilty Plea Cases

That had the defendant knowed, prior to his plea of guilty, that the Gov. attorney would have to prove at trial, if he plead not Guilty, Whether Or Not The Defendant Knowed What Was Legal and Not Legal at The Time of The Offense And That The Defendant Knowingly Violated The Law alledged Violated.

The defendants plea would have been not Guilty instead of Guilty

FILED
2004 SEP 16 P 2:19
U.S. DISTRICT COURT
DISTRICT OF MASS

The Court excepted the defendants plea of guilty without requiring defendant to explane to the court, how the defendant was legally guilty, nor required defendant to prove himself guilty.

The defendants Answer YES to the Question, Are You Guilty, was not intelligenly made because of ineffective assistence of counse, defendant was a laymen at law and did not himself know what the law required PROVEN to make the defendant guilty. (Legally Proven)

Defendant was of belief, doing the acts, made him guilty, but that is not the Law.

Conviction and Sentence Is Illegal, in that,

The Court excepted defendants plea of guilty, not knowing if the defendant was actually and factually, legally guilty of the offense charged.

FILED IN CLERKS OFFICE 2004 ... P 2:50 U.S. DISTRICT COURT DISTRICT OF MASS

In The United States District Court
For The District of Massachusetts
Boston Division
1 Courthouse Way - Suite 2300
Boston Massachusetts 02210

| | |
|---|---|
| Joseph Marion Head Junior<br>Prison Number 17549-056<br>VS<br>Michael J. Sullivan<br>United States Attorney<br>Defendant<br>And<br>Gina Y. Walcott-Torres<br>Assistant U.S. Attorney<br>Defendants | Complaint<br>In Forma Pauperis<br>civil case Number<br><br>Re: Civil Case Numbers as Related Within The Court Records, Re: Joseph Marion Head, Joseph Marion Head Jr., 17549-056 |

Jurisdiction

18-28-42 U.S.C, As Applies Hereto And As May Be Applied Hereto. U.S. Const. Amend. 1, 5, 8, 14 as applies hereto and as may be applied hereto.

Plaintiff

Plaintiff herein is Joseph Marion Head Junior, Prison Number 17549-056, who is a carcausion male born on December Second 1946 in Gastonia, North Carolina of the United States of America, who is presently housed in N-4 Cell 423 of Federal Medical Center

how the defendant was actually and factually and legally guilty according to law, etc., of the offense charged. Futher without requiring the defendant to prove to the court that the defendant was actually and factually and legally guilty of the offense charged.

(3)

That the defendants answer to the question, Are You Guilty, Answer YES, was not Intelligently Made, because of, ineffective assistance of counsel, defendant was a laymen at law, defendant though by him doing the acts, made defendant guilty by law, but that is not the law as had to be applied for defendant to have been actually and factually and legally guilty of the offenses charged.

(4)

That the Court excepted the defendants plea of guitly and imposed the sentence and committed the defendant, without knowing whether or not the defendant was actually and factually and legally guilty.

(5)

That the court failed to conduct a competence Hearing to determine whether or not the defendant was competent or not to make a choice of what plea to enter and why and a choice of whether or not to testify.

, who is an United States Attorney, in Boston, Massachusetts.

Defendant herein is Gina Y. Walcott-Torres who is an Assistant U.S. Attorney in Boston, Massachusetts

Defendants Mailing Address c/s, John Joseph Moakley U.S. Courthouse 1 Courthouse Way, Suite 9200 Boston, Massachusetts 02210 Phone - (617) 748-3369.

Plaintiffs Claims And Grounds Asserted Herein Pro Se Without Legal Assistence To Which Plaintiff Moves The Court For Liberal Consideration, Etc. of Each And A Full In Court Evidentry Hearing On and Relating To Each, With Plaintiff Present For Same Himself With The assistence of Appointed Counsel Hereto.

Claim And Grounds

(1)

Defendants in their prior responds to plaintiffs prior complaints and petitions did not move that plaintiff be appointed counsel nor aforded an in court evidentry hearing on each of his claims, grounds, motions. Why Not? Did This Violate

Admendment To Petition For Writ of Habeas Corpus Now Pending, And To The appeal Now Pending.

(1)

Conviction Obtained In Violation Of The Laws Or Constitution of The United States and The Sentence Is Therefore Illegal.

(1)

That had the defendant knowed prior to his plea of guilty, that the Governments attorney would have to prove at trial, if the defendant plead not guilty,

(1) Whether Or Not The Defendant knowed What Was And Was Not Legal At The Time Of The alledged offense,?

(2) Whether Or Not The Defendand Knowinglly Violate The Law alledged Violated, At The Time Alledged Violated, and The Way alledged Violated?

(3) Whether Or Not The Defendant Knowed The Acts alledged Done By Defendant Violated The Law Alledged Violated, At The Time Of The Offense?

(4) Whether Or Not The Defendant Did The Acts alledged, With The Intent Of Violating The Law Alledged Violated The Way Alledged Violated At The Time of The offense?

The defendants plea would have been not guilty as to all charges.

(2)

That the court excepted the defendants plea of guilty without requiring the defendant to explan to the court how

AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

Boston District of Massachusetts

Joseph Marion Head Jr.

Plaintiff

V.

William Brown

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, Joseph Marion Head Junior declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion. Attached Hereto

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☑ Yes ☐ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration F.M.C. Devens

   Are you employed at the institution? Yes Do you receive any payment from the Yes

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☑ Yes ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. F. M. C. Devens, Ed. Dept. about $20.00 a month

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☑ No
   b. Rent payments, interest or dividends ☐ Yes ☑ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☑ No
   d. Disability or workers compensation payments ☐ Yes ☑ No
   e. Gifts or inheritances ☑ Yes ☐ No
   f. Any other sources ☑ Yes ☐ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

5. Disposition: (Was case dismissed? Was it appealed? Is it still pending?) : N/A

C. 1. Did you present the facts relating to your complaint in the internal prison grievance procedure? Yes ______ No ______ See Prison Records.

2. If your answer is Yes, what was the result? N/A - See Prison Records

3. If your answer is No, explain. N/A - See Prison Records

D. 1. Did you present your claim to the Bureau of Prisons or other Federal agency for administrative action? Yes ______ No ______ N/A - See Prison Records

2. If your answer is yes, state the date such claim was submitted and what action, if any has been taken. N/A - See Prison Records

3. If your claim has been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other Federal agency concerning your claim.

E. 1. Are you suing for a work related injury? Yes ______ No ✓

2. If your answer is Yes, state the nature of the duties you were performing when the injury occurred. ______

**FORM TO BE USED BY FEDERAL PRISONERS IN FILING A CIVIL ACTION UNDER 28 U.S.C. § 1331 OR § 1346**

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ______________**

**DIVISION**

FILED ... 11 P 2:21 ... DISTRICT COURT ... OF MASS

Joseph Marion Head Junior
17549-056, F.M.C. Devens
Post office Box 879
Ayer-Massachusetts 01432
(Enter above the full name of the Plaintiff or Plaintiffs in this action)

VS.

William Brown -
Attorney At Law -
Boston -
Massachusetts 02210
(Enter above the full name of the Defendant or Defendants in this action)

A. Have you begun other actions in Federal Court dealing with the same facts involved in this Action? Yes______ No ______ See Court Records of This Court.

B. If your answer to A is yes, describe the action in the spaces below. (If there is more than one action, describe the additional actions on the reverse side of this page).

1. Parties to the action: N/A
2. Court (Federal Court name the district): N/A
3. Docket Number: N/A
4. Name of Judge to whom case was assigned: N/A