

### UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210
(617) 748-9152

*NOV 22 2004*



# LAWYER   REFERRAL   SERVICE*

<u>Boston Bar Association Lawyer Referral Service</u>
16 Beacon Street
Boston, MA 02108
(617) 742-0625
The Lawyer Referral Service will make referrals to lawyers through the Greater Boston area for both civil and criminal cases.

<u>Massachusetts Bar Association Lawyer Referral Service</u>
20 West Street
Boston, MA 02111
(617) 654-0400   or (800) 392-6164
The Lawyer Referral Service will make referrals to lawyers throughout the state of Massachusetts for both criminal and civil cases.

<u>Volunteer Lawyers Project (VLP)</u>     *I request Representation on This*
29 Temple Place     *appeal and Ets. Relating Thereto.*
Boston, MA 02120
(617) 338-6790     *Joseph Marion Head Junior 17549-056*
Through the volunteer lawyers project, private attorneys contribute their services to eligible clients at no cost.

<u>Greater Boston Legal Services</u>
197 Friend Street
Boston, MA 02114
(617) 371-1234
This legal service program provides free legal services to low income people in civil cases only.

<u>Legal Advocacy and Resource Center</u>
Telephone assistance only.  (617) 742-9179

\*     This list is not all inclusive.  For more information, please consult your local Yellow Pages.

Relief Demanded By The Plaintiff Pro Se

1. Leave to Proceed In Forma Pauperis
2. Appointment of Cousels
3. Appointment of Investigators
4. The MaximumCriminal, Civil, Tort,
   and Domestic Reliefs authorized by
   law, to include as to all prior re-
   lief demanded by Plaintiff in his
   prison and court records
5. All processes, _et cetera_, relating
   hereto be fully Transcribed and
   Transcripts of Same be made and
   given to Plaintiff


Signed Joseph Marion Head Junior, _Joseph Marion Head jn_
17549-056

Nov. 6th, 2004

F.M.C. Devens

PO Box 879

Ayer, MA 01432


Date Sent To court By Mail

Nov. _13_ 2004

Joseph Marion Head Junior 17549-056

Nov. _13_ 2004


The court will have to make and serve
all Required Copies of this Complaint.
Plaintiff is unable to do so, due to
his indigence.

_Joseph Marion Head Junior_
_Reg. No. 17549-056_
_Nov. 13, 2004_

United States District Court
District of Massachusetts

Joseph Marion Head
          VS
Unknown Parties
No. 04-40089-RGS
          And
United States of America
No. 04-40090-RGS
          And
United States of America,
State of North Carolina,
David L. Winn
No. 04-40103-RGS
          And
Numbers Below As Applies
04-CV-10522
04-CV-11120
04-CV-40042
04-CV-40084
04-CV-40090
04-CV-40103

Notice of Appeal
In Forma Pauperis
As To Each Case
          And
Motion For Appointment
of Counsel On Appeal
Of Each Case

Now Comes, Joseph Marion Head, who pro se gives notice of appeal to the First Circuit Court of Appeals, From The Final Order of United States Federal District Court Judge, Richard G. Stearns, dated November 9, 2004, dismissing without prejudice, the above entitled cases. As to

court holds proper hearings.   In
plaintiff's state case 73CR5057,
the trial judge did not hold said
hearings.   On appeal a new trial
was ordered for reasons stated in
the court records, and later the
charge was dismissed.

(24)

The federal courts required filing
fees which the plaintiff could not
pay, and said courts dismissed, be-
cause the filing fees were not time-
ly paid.

(25)

Whether or not plaintiff is in cus-
tody of his state cases, because
the state cases were used to preju-
dice the plaintiff, as to his fed-
eral sentences.   Further, the sex
offender's act as applied to the
plaintiff to report for ten years
after sentence's completed
(28U.S.C.2254).

(26)

All prior claims, et cetera, pre-
sented within prison records and
court records relating to the plaintiff.

2

said order, appellant objects thereto and makes exceptions thereto as legally applies.

## The Issues On Appeal Are

Each presented claim and ground etc. in the above entitled cause and all others of prison and court records relating to appellant which may be presented on appeal hereof. As to all the aforsaid, see the prison and court records relating to the aforsaid and appellant herein and Records of F.M.C. Devens Relating To Appellant herein.

Signed, Joseph Marion Head Reg. No. 17549-056

N-2 Cell 219, F.M.C. Devens

Post office Box 879

Ayer, Massachusetts, 01432

        Date This Notice of Appeal Sent To The District Court, Boston Ma. November 17th, 2004

Joseph Marion Head Junior Reg. No. 17549-056

(20)

The prior state convictions of plaintiff
are illegal and invalid and unconstitu-
tional, as related in the prison and the
court records, thus not available as a
basis for enhancing the plaintiff's fed-
eral sentencing or for satisfying the
statutory elements of a crime that is
defined as part of the offender's pre-
vicusly having been convicted . This
is unconstitutional, thus establishing
the predicate for a Civil Rights Ac. Law-
suit for damages, based on unlawful con-
victions.

(21)

Plaintiff's right to a writ of habeas
corpus was prioi-denied to the plaintiff as
related in the state and Federal court
records and habeas corpus is intended to
ensure thatbno person forfeits life nor
liberty without basic structures of a
fair trial and appeal, et cetera.

(22)

The state and Federal courts prior-failed
to conduct in-court evidentiary hearings,
a violation of due process and/or the
equal protection of the law, as well as
constitutional rights and privileges.

(23)

Due process requires that trial judges
resolve questions, whether confessions
are voluntary or not, in a hearing,
outside the presence of jurors, to order
the prisoner released, unless the state

United States District Court
For The District of Massachusetts
Boston Division
1 Court House Way — Suite 2300
Boston  Massachusetts  02210

Joseph Marion Head Junior
Plaintiff
        VS
Organization Of American
States, Inter American
Commission And Court On
Human Rights
Defendants

Complaint
In Forma Pauperis
Case Number _____

## Jurisdiction

The Court has jurisdiction herein pursuant to the provisions of laws and constitution which applies hereto and which may be applied hereto.

## Plaintiff

Plaintiff herein is, Joseph Marion Head Junior, Reg. No. 17549-056, who is a carcausion male born on December Second 1946 in Gastonia, North Carolina of The United States Of America and is presently housed in N-2 Cell 219 of Federal Medical Center Devens, Located at 42 Patton Road, Post Office Box 879, Ayer, Massachusetts, ZipCode 01432 And is in the custody of the Warden thereof, who is

relating to plaintiff's state and
federal court cases, except as
appears of court records.

(16)

The state and federal courts have
never afforded the plaintiff a post-
trial evidentiary hearing, or a
denial of due process hearing, et
cetera.

(17)

Plaintiff's rights and privileges
are and were violated as related and
asserted within the prison and court
records relating to the plaintiff,
and his state and federal court cases,
et cetera.

(18)

Plaintiff's sentences, to be served
in the future, are illegal and un-
constitutional because, as related in
the prison and court records, they are
not based on said reasonable grounds.

(19)

Plaintiff's present sentence is illeg-
al and excessive and is unconstitution-
al, as related within the prison and
court records, but not limited to said
reasons and grounds.

David L. Winn, also in the Custody of the United States Attorney General by Court orders.

## Defendants

Defendants herein is the Organization of American States, Inter-American Commission and Court On Human Rights, 1889 F. Street, N.W., Washington, D.C. 20006 - United States.

Plaintiff is a laymen at law with no professional training in law and is proceeding pro se without legal assistance of a person professionally trained in law and therefore is legally entitled to a liberal construction of all matters relating hereto and asserted and demanded herein. See Green VS United States 260 F. 3d. 78, 83, (2d. cir. 2001)

Plaintiff is an indigent federal prisoner proceeding pro se informa pauperis and is not by law, required to prove his asserted claims and grounds in advance of an incourt evidentry hearing.

Plaintiffs rights to counsel relating hereto see and apply 18 U.S.C. 3006A U.S. Const. Amend. 6 and 14. Plaintiffs dose not waive his rights to counsel and dose demand counsel to be legally appointed hereto.

*Page 5*

(10)

Although the state court conducted
the trials, et cetera, plaintiff
was denied due process of law and
the equal protectionoof law, and
other rights, as is evident from
court records and laws.

(11)

Plaintiff was not afforded sufficient
time to prepare for retrial of the
mistrial and the trial judge denied
plaintiff's motion for a continuance, *which was*
based on two constitutional grounds,
and reasons as related to the records.

(12)

The state and federal courts failed
to consider and apply the full scope
of the errors of trials, claims, grounds,
allegations, motions, et cetera, of
prison and court records relating to
plaintiff's state and federal cases.

(13)

That the true merits of the factual dis-
pute, et cetera, were not resolved in
state and federal court hearings, et
cetera, as is evident by the court
records relating to same.

(14)

That the material facts were no adequate-
ly developed in the state and federal
courts prior hereto as is evident of court
records.

(15)

That plaintiff was, and is, indigent, and
the state and federal courts, in deprivat-
ion of plaintiff's liberty and constitu-
tional rights, failed to appoint counsel
to represent plaintiff in the state and
federal court processes, et cetera, *as*
*appears of court Records*

3

## Claims Herein Are Asserted By Plaintiff Pro Se

### Claim Number One

Defendants herein failed to afford to plaintiff judicial protection against acts, persons, places, things, complained of to Defendants by plaintiff himself prior hereto. See Defendants records as to all aforesaid and etc relating thereto as to all action, ets taken etc and not taken and why? Defendants thereby the aforesaid, violated plaintiffs constitutional and human rights as known by the courts and defendants.

## Relief Demanded Herein By Plaintiff Pro Se

1 - Order Defendants to provide to the Court all records of theirs relating to plaintiff, with a statement as to all matters etc relating to each and all said records as to the processes, etc, of same and all that was asserted and asked for in each of same and the judgments etc entered of to same.

2 - Order Defendants to obtain a copy of each and all records relating to plaintiff and his court cases, State and Federal and Institutional Records also to include all medical and phy. records. And to take all appropriate legal actions relating thereto to include criminal and civil, tort and domestic, actions

*Page 4*

custody and housed in the county
jail at that time.  Therefore,
the retrial of the mistrial was
so fundamentally unfair it it con-
stituted a denial of due process
and equal protection of the law,
as well as constitutional rights,
and privileges.  It was a mis-
carriage of justice as applicable
to double jeopardy, and other vio-
lations of rights that also relate
to this trial.

(6)

The state trail judges of the plain-
tiff's state cases made serious pre-
judicial errors, as they appear in the
court records and the law.

(7)

The state's trier of facts relied on
events and testiminy in the court-
room as the bases for its findings
without a reenactment of the alleged
crimes and the crimes scene.

(8)

The state court proceedure was not
capable of reliably finding the rel-
evant facts.

(9)

The state proceedure, even if it does
not violate the laws or constitutions,
appears to be seriously inadequate
for the assertaining of the truth.

4

on behalf of plaintiff herein and to fully and effectively represent same and plaintiff herein until there is no remidy left to persue. Otherwise Pay to Plaintiff One Zillion Dollars Tax Free because of the violations of plaintiffs aforsaid in claim 1 herein.

That as to the indigence of plaintiff see this courts court records relating to plaintiff. Futher plaintiff has only $.53 in his prison trust fund account.

Appoint Defendants Herein And The United Nation Commission Ets., To Fully Represents Plaintiff, relating to all legal matters relating to plaintiff, prior, present, hereinafter, Also Appoit to Plaintiff The American Convention ON Human Rights. A.B.A. And A.C.L.U.

Signed Joseph Marion Head Junior 17549-056
11-22-04.

Date This Complaint Sent To court By Mail 11-23-04
Joseph Marion Head Junior
17549-056

and that deprivation, under the
circumstances, renderd the State
proceeding so fundamentally un-
fair, as a violation of laws, and
rights, <u>et</u> <u>cetera</u>.

(3)

TThat the performance of plaintiff's
court appointed attorneys prior to
their withdrawal was so egregiously
inadequate or ineffective that counsel's
presence and defense actually hindered
the plaintiff's exercise of rights and
or privileges.

(4)

The state judges who conducted the
trials of plaintiff's state cases
73CR5057-74CR2403-74CR2403A, and found
facts, was not an impartial decision-
maker, either because of the judge s own
conduct was at issue or from some other
reasons of records, <u>et</u> <u>cetera</u>.

(5)

There were three trials of 74CR2403 and
two trials of 74CR2403A and one trial
of 73CR5057.  At each trail there was
a different jury and judge, the same
prosecutor at each trial, and at the
last trial, of 74CR2403, plaintiff was
forced to represent himself, as appears
in related court records, and the plaint-
iff was a layman at law, had no profess-
ional training in law, and was afforded
only a day and a half to prepare for
trial.  Moreover, plaintiff was in

NOV 1 2004

*Motion And Request For Legal Assistance And Representation; Present and Hereinafter.*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210
(617) 748-9152



# LAWYER REFERRAL SERVICE*

<u>Boston Bar Association Lawyer Referral Service</u>
16 Beacon Street
Boston, MA 02108
(617) 742-0625
The Lawyer Referral Service will make referrals to lawyers through the Greater Boston area for both civil and criminal cases.

<u>Massachusetts Bar Association Lawyer Referral Service</u>
20 West Street
Boston, MA 02111
(617) 654-0400  or (800) 392-6164
The Lawyer Referral Service will make referrals to lawyers throughout the state of Massachusetts for both criminal and civil cases.

<u>**Volunteer Lawyers Project (VLP)**</u>
29 Temple Place
Boston, MA 02120
(617) 338-6790
Through the volunteer lawyers project, private attorneys contribute their services to eligible clients at no cost.

<u>**Greater Boston Legal Services**</u>
197 Friend Street
Boston, MA 02114
(617) 371-1234
This legal service program provides free legal services to low income people in civil cases only.

<u>**Legal Advocacy and Resource Center**</u>
Telephone assistance only.  (617) 742-9179

&ast;     This list is not all inclusive.  For more information, please consult your local Yellow Pages.

Defendants

Defendants herein are the United States of America
And the State of North Carolina And David L. Winn-
Warden of F.M.C. Devens, Post Office Box 890,
Ayer, Massachusetts, 01432

Plaintiff herein is a layman at law and has had no
professional training in law, and has no legal
assistance relating hereto, and therefore moves the
court for liberal consideration, _et cetera_ , as to
all matters, claims, _et cetera,_ relating hereto
this instant complaint.

Plaintiff is proceeding _pro se_, _informa pauperis_,
and is an indigent layman at law; therefore he
is not by law required to prove his asserted claims
in advance of a full court evidentiary hearing.
See judgments of the 4th Cir. Ct. App., of over 20
years ago , to the effect of the aforesaid.

> Claims And Grounds Asserted Herein
> Pro Se By Plaintiff Aforesaid,
> Herein Above:
>                    (1)
> Plaintiff was not afforded any
> funded counsel at the retrial
> of a mistrial of Plaintiff's state
> case, in violation of Plaintiff's
> Constitutional rights to counsel for
> his defense.
>                    (2)
> Plaintiff was not afforded any or
> adequately funded counsel for his
> defense after the court-appointed
> attorney from another county ~~within~~ withdrew
> ~~drive time~~, because of insufficient
> time, in order to prepare for retrial
> of a mistrial of case 74CR2403, State
> N.C. vs. Head.

AO 240. (Rev. 9/96)

# UNITED STATES DISTRICT COURT

_Boston_    District of    _Massachusetts_

_Joseph Marion Head Junior_

Plaintiff

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

_United States of_ V. _America, And David L. Winn, Warden F.M.C. Devens_

CASE NUMBER:

Defendant

I, _Joseph Marion Head Junior_ ___ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.    Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _F.M.C. Devens._

    Are you employed at the institution? _YES_ Do you receive any payment from the _YES_

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2.    Are you currently employed?    ☑ Yes    ☐ No

    a.    If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _F.M.C. Devens, Ed. Dept. Amount About $25.00 Per Month_

    b.    If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.    In the past 12 twelve months have you received any money from any of the following sources?

    a.    Business, profession or other self-employment    ☐ Yes    ☑ No
    b.    Rent payments, interest or dividends    ☐ Yes    ☑ No
    c.    Pensions, annuities or life insurance payments    ☐ Yes    ☑ No
    d.    Disability or workers compensation payments    ☐ Yes    ☑ No
    e.    Gifts or inheritances    ☑ Yes    ☐ No
    f.    Any other sources    ☑ Yes    ☐ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

United States District Court
For The District Of Massachusetts
Boston Division
1 Courthouse Way - Suite 2300
Boston, Massachusetts 02210

| | |
|---|---|
| Joseph Marion Head Junior | Complaint |
| Prison Number 17549-056 | In Forma Pauperis |
| Plaintiff | Case Number |
| Vs | |
| United States of America | |
| And | |
| David L. Winn, | |
| Warden of F.M.C. Devens, | |
| Devens | |

## Jurisdiction

The court has Jurisdiction hrein pursuant
to the provisions of laws and constitut-
ion as legally applies hereto as known by
the Judge. 18, 28, and 42 U.S.C. As Applies
Hereto And As May Be Applied Hereto, Also
Fed. R, 57 Civ. Proc. As Applies, Etc. Herein
Plaintiff

Plaintiff herein is Joseph Marion Head
Junion, Prison number 17549-056, who
caucasian male, born December second,
1946, in Gastonia, North Carolin   in the
United States of America, and is present-
ly housed in N-2, cell 219, of the Feder-
al Medical Center, located at 42 Patton
Road, Post Office Box 849, Ayer, Massachu-
setts, Zip Code 01432.
David L. Winn is the Warden of F.M.C.
Devens

AO 240 Reverse (Rev. 10/03)

*Gifts From A Brother - Amount — N/A*
*Institutional Job, F.M.C. Devens, Ed. Dept.*
*Amount — About $20.00 Per Month*

4.  Do you have any cash or checking or savings accounts?    ☑ Yes    ☐ No

    If "Yes," state the total amount.  *$0.53*

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other
    thing of value?    ☐ Yes    ☑ No  *courts denied prior relief demanded*

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate
    how much you contribute to their support.

    *None*

I declare under penalty of perjury that the above information is true and correct.

*11- 2-04*   *Joseph Marion Head Junior - 17549-056*
_____     _____
Date                                    Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit a affidavit
stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional officer
showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have
multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each
account.

# STATEMENT OF INDIGENCY

## Request To Waver Or Defer Payments

I do hereby swear, under penalty of perjury, that the following information is true and correct.

I, *Joseph Marion Head Junior*, do assert that my income prevents me from paying any fees while incarcerated due to the fact that I only earn $ *20.00 About* [1] per month at my current work assignment.

By my not being able to afford to pay any unreasonable payments, it adversely affects my ability to research information which could help with any appeal or liberty interest. Any other payments that may have been made in the past have been made with the assistance of family members who cannot afford to help with, nor is it their responsibility to do so.

In the event a full waver of payments is not feasible, I would agree to, and fully intend to, pay the fees required. However, I would request a deferment of such payments until such time as I am on Supervised Release, at which time I will have an opportunity to obtain meaningful and gainful employment.

Respectfully submitted this ___12___ day of ___Nov.___, 2004.

Name: *Joseph Marion Head Junior*
Number: 1___79 - 056
F.M.C. Devens, Unit: N - ___ 217
P.O. Box 879
Ayer, MA  01432

1. Please see copy of account for previous six (6) months.



**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210
(617) 748-9152

*Motion And Request For Legal Assistance And Representation, Present and Hereinafter.*

# LAWYER  REFERRAL  SERVICE*

### Boston Bar Association Lawyer Referral Service
16 Beacon Street
Boston, MA 02108
(617) 742-0625
The Lawyer Referral Service will make referrals to lawyers through the Greater Boston area for both civil and criminal cases.

### Massachusetts Bar Association Lawyer Referral Service
20 West Street
Boston, MA  02111
(617) 654-0400   or (800) 392-6164
The Lawyer Referral Service will make referrals to lawyers throughout the state of Massachusetts for both criminal and civil cases.

### Volunteer Lawyers Project (VLP)
29 Temple Place
Boston, MA  02120
(617) 338-6790
Through the volunteer lawyers project, private attorneys contribute their services to eligible clients at no cost.

### Greater Boston Legal Services
197 Friend Street
Boston, MA  02114
(617) 371-1234
This legal service program provides free legal services to low income people in civil cases only.

### Legal Advocacy and Resource Center
Telephone assistance only.  (617) 742-9179

\*      This list is not all inclusive.  For more information, please consult your local Yellow Pages.

*[Handwritten left margin: I will be providing to him relating to him prior, present and hereinafter. Request Number 15341-056. Request all legal assistance and representation which am now relating to each of this state and federal court cases and etc. Relating to him prior, present and hereinafter. For same, thank you.]*

Relief Demanded By The Plaintiff Pro Se

1. Leave to Proceed In Forma Pauperis
2. Appointment of Cousels
3. Appointment of Investigators
4. The MaximumCriminal, Civil, Tort,
   and Domestic Reliefs authorized by
   law, to include as to all prior re-
   lief demanded by Plaintiff in his
   prison and court records
5. All processes, _et cetera_, relating
   hereto be fully Transcribed and
   Transcripts of Same be made and
   given to Plaintiff

Signed Joseph Marion Head Junior, *Joseph Marion Head Jr.*
17549-056
Nov. 6th, 2004
F.M.C. Devens
PO Box 879
Ayer, MA 01432

Date Sent To court By Mail
Nov. ___13___ 2004
Joseph Marion Head Junior 17549-056
Nov. ___13___ 2004

The court will have to make and serve
all Required Copies of this Complaint.
Plaintiff is unable to do so, due to
his indigence.

*Joseph Marion Head Junior*
*Reg. No. 17549-056*
*Nov. 13, 2004*

AO 240. (Rev. 9/96)

# UNITED STATES DISTRICT COURT

*Boston*                    District of *Massachusetts*

*Joseph Marion Head Junior*

### Plaintiff

*United States of* v. *America, And*
*David L. Winn, Warden F. M. C. Devens*

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**


CASE NUMBER:

### Defendant

I, *Joseph Marion Head Junior*  declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs
under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the
relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?        ☑ Yes        ☐ No        (If "No," go to Part 2)

   If "Yes," state the place of your incarceration *F. M. C. Devens*

   Are you employed at the institution? *YES* Do you receive any payment from the        *YES*

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months'
   transactions.

2. Are you currently employed?        ☑ Yes        ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the
      name and address of your employer. *F. M. C. Devens, Ed. Dept. Amount*
      *About $20.00 Per Month*

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or
      wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment        ☐ Yes        ☑ No
   b. Rent payments, interest or dividends                 ☐ Yes        ☑ No
   c. Pensions, annuities or life insurance payments       ☐ Yes        ☑ No
   d. Disability or workers compensation payments          ☐ Yes        ☑ No
   e. Gifts or inheritances                                ☑ Yes        ☐ No
   f. Any other sources                                    ☑ Yes        ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state
   the amount received and what you expect you will continue to receive.

court holds proper hearings.  In
plaintiff's state case 73CR5057,
the trial judge did not hold said
hearings.  On appeal a new trial
was ordered for reasons stated in
the court records, and later the
charge was dismissed.

(24)

The federal courts required filing
fees which the plaintiff could not
pay, and said courts dismissed, be-
cause the filing fees were not time-
ly paid.

(25)

Whether or not plaintiff is in cus-
tody of his state cases, because
the state cases were used to preju-
dice the plaintiff, as to his fed-
eral sentences.  Further, the sex
offender's act as applied to the
plaintiff to report for ten years
after sentence's completed
(28U.S.C.2254).

(26)

All prior claims, et cetera, pre-
sented within prison records and
court records relating to the plaintiff.

# STATEMENT OF INDIGENCY

## Request To Waver Or Defer Payments

I do hereby swear, under penalty of perjury, that the following information is true and correct.

I, *Joseph Marion Head Junior*, do assert that my income prevents me from paying any fees while incarcerated due to the fact that I only earn $ *20.00 About* per month at my current work assignment.

By my not being able to afford to pay any unreasonable payments, it adversely affects my ability to research information which could help with any appeal or liberty interest. Any other payments that may have been made in the past have been made with the assistance of family members who cannot afford to help with, nor is it their responsibility to do so.

In the event a full waver of payments is not feasible, I would agree to, and fully intend to, pay the fees required. However, I would request a deferment of such payments until such time as I am on Supervised Release, at which time I will have an opportunity to obtain meaningful and gainful employment.

Respectfully submitted this ___*12*___ day of ___*Nov.*___, 2 *004*.

Name: *Joseph Marion Head Junior*
Number: *17549-056*
F.M.C. Devens, Unit: *N-2-Cell 219*
P.O. Box 879
Ayer, MA 01432

1. Please see copy of account for previous six (6) months.

*Page 7*

(20)

The prior state convictions of plaintiff
are illegal and invalid and unconstitu-
tional, as related in the prison and the
court records, thus not available as a
basis for enhancing the plaintiff's fed-
eral sentencing or for satisfying the
statutory elements of a crime that is
defined as part of the offender's pre-
viously having been convicted . This
is unconstitutional, thus establishing
the predicate for a Civil Rights Act law-
suit for damages, based on unlawful con-
victions.

(21)

Plaintiff's right to a writ of habeas
corpus was prior-denied to the plaintiff as
related in the state and Federal court
records and habeas corpus is intended to
ensure thatbno person forfeits life nor
liberty without basic structures of a
fair trial and appeal, et cetera.

(22)

The state and Federal courts prior-failed
to conduct in-court evidentiary hearings,
a Violation of due process and/or the
equal protection of the law, as well as
constitutional rights and privileges.

(23)

Due process requires that trial judges
resolve questions, whether confessions
are voluntary or not, in a hearing,
outside the presence of jurors, to order
the prisoner released, unless the state

United States District Court
For The District Of Massachusetts
Boston Division
1 Courthouse Way — Suite 2300
Boston, Massachusetts 02210

Joseph Marion Head Junior          Complaint
Prison Number 17549—056            In Forma Pauperis
Plaintiff                          Case Number
    Vs
United States of America
    And
David L. Winn,
Warden of F.M.C. Devens,
Devens

                    Jurisdiction


The court has Jurisdiction hrein pursuant
to the provisions of laws and constitut-
ion as legally applies hereto as known by
the Judge. 18, 28, and 42 U.S.C. As Applies
Hereto And As May Be Applied Hereto, Also
Fed. R, 57 Civ. Proc. As Applies, Etc. Hereto
                    Plaintiff


Plaintiff herein is Joseph Marion Head
Junion, Prison number 17549—056, who is a
caucasian male, born December second,
1946, in Gastonia, North Carolina, in the
United States of America, and is present-
ly housed in N-2, cell 219, of the Feder-
al Medical Center, located at 42 Patton
Road, Post Office Box 849, Ayer, Massachu-
setts, Zip Code 01432.
David L. Winn is the Warden of F.M.C.
Devens

and that deprivation, under the
circumstances, render the State
proceeding so fundamentally un-
fair, as a violation of laws, and
rights, et cetera.

(3)

TThat the performance of plaintiff's
court appointed attorneys prior to
their withdrawal was so egregiously
inadequate or ineffective that counsel's
presence and defense actually hindered
the plaintiff's exercise of rights and
or privileges.

(4)

The state judges who conducted the
trials of plaintiff's state cases
73CR5057-74CR2403-74CR2403A, and found
facts, was not an impartial decision-
maker, either because of the judge's own
conduct was at issue or from some other
reasons of records, et cetera.

(5)

There were three trials of 74CR2403 and
two trials of 74CR2403A and one trial
of 73CR5057. At each trail there was
a different jury and judge, the same
prosecutor at each trial, and at the
last trial, of 74CR2403, plaintiff was
forced to represent himself, as appears
in related court records, and the plaint-
iff was a layman at law, had no profess-
ional training in law, and was afforded
only a day and a half to prepare for
trial. Moreover, plaintiff was in

Defendants

Defendants herein are the United States of America
And the State of North Carolina And David L. Winn-
Warden of F.M.C. Devens, Post Office Box 890,
Ayer, Massachusetts, 01432

Plaintiff herein is a layman at law and has had no
professional training in law, and has no legal
assistance relating hereto, and therefore moves the
court for liberal consideration, et cetera , as to
all matters, claims, et cetera, relating hereto
this instant complaint.

Plaintiff is proceeding pro se, informa pauperis,
and is an indigent layman at law; therefore he
is not by law required to prove his asserted claims
in advance of a full court evidentiary hearing.
See judgments of the 4th Cir. Ct. App., of over 20
years ago , to the effect of the aforesaid.

> Claims And Grounds Asserted Herein
> Pro Se By Plaintiff Aforesaid,
> Herein Above:
>
> (1)
>
> Plaintiff was not afforded any
> funded counsel at the retrial
> of a mistrial of Plaintiff's state
> case, in violation of Plaintiff's
> Constitutional rights to counsel for
> his defense.
>
> (2)
>
> Plaintiff was not afforded any or
> adequately funded counsel for his
> defense after the court-appointed
> attorney from another county ~~within~~ *withdrew*
> ~~drive time~~, because of insufficient
> time, in order to prepare for retrail
> of a mistrial of case 74CR2403, State
> N.C. vs. Head.