Identify proper mailing address
No. William A. Brown's. What is same?
1-10-05

Joseph Marion Head Junior, Reg. No. 17549-056
N-2 Cell 219 - F. M. C. Devens
Post office Box 879
Ayer, Massachusetts - 01432
Ann H. Zgrodnik, Esq.
Attorney At Law
Boston - Massachusetts
    Miss Zgrodnik
See and apply each and all of Head's
claims, grounds etc within the
prison and court records as to Head's
State and Federal court Cases and
Etc. legal matters. 18 U.S.C. 4245 6)
Reference to my State case 74 CR 2403 - 74 CR 2403A
   Moreover, consent need not be actually
and objectively present. If government
failed to prove that the defendant did
not have reasonable grounds to beleive
that the complainant consented, The
Jury  Must  Acquit Defendant,
See, Davis v United States, 613 A. 2d, 906,
908-912 (D.C. 1992) Jury should be
informed that it may acquit if it
concludes that defendant had reason
able grounds to beleive complainant
consented.
   See transcripts of trial and records
on appeals as to Head's testimony
and Griffens testimony and her
statements to police.

Ann H. Zgrodnik, Esq., Attorney At Law
file the Motion States in 18 U.S.C. 4 2 4 7 (h) and
Demand & Certificate be filed as stated in
18 U.S.C. 4 2 4 (e) or Reasons Why Same
Is not filed at this time and prior, be filed

To the Court as legal proof of said reasons etc.
and file a letter for Writ of Habeas Corpus
28 U.S.C. 2 2 4 1 (3) etc., file Law Suits anytime
Do all the above for me as gone write, etc., lawyer.

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM  *Director B. O. P. and Staff*
SEP 98                                                          *U.S.A.*
U.S. DEPARTMENT OF JUSTICE  *Attorney General*  FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| *Director, Warden, Ass. Warden* | *1-11-05* |
| FROM: *Joseph Marion Head Jr.* | REGISTER NO.: *17549-056* |
| WORK ASSIGNMENT: *Ed. ORD* | UNIT: *IV-2 Cell 219* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)  *28 U.S.C. 2255*

*Re: U.S.A. (vs) Head – Judgment of Acquittal Required
in prior State Conviction 74CR2403 – 74CR2403A
the alledged victim could not be proven
to have not consented to sex and oral sex.
She made pretrial statement to the police
in which she related her intent to
commit perjury etc. to convict; said
statement was read in open court at the
trials. The convictions was obtained based
on perjured testimony or testimony not proven
to be not perjured testimony which had to
be proven in order for the convictions to be
legal and valid.*  (Do not write below this line)

DISPOSITION: *Moreover, consent need not be actually and objectively present.
If the government failed to prove that the defendant did not have
reasonable grounds to believe that the complainant consented,
the jury must acquit the defendant. See Davis v United States,
613 A, 2d, 906, 908 – 1992. (D.C. 1992) Jury should be informed
that it may acquit if it concludes that defendant had a
reasonable grounds to believe complainant consented.
See and apply all other claims, grounds, etc of Heads
etc otherwise, legal marriage, included as aforesaid not
apply*

| Signature Staff Member | Date |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94



John ___ Muslim Head Janitor
No. 13.17549-056
Unit - N-2 Cell 219
Fed. Med. Center Devens
Post Office Box 879
Ayer, Massachusetts 01432

Legal Mail

To: Ann H. Zgrodnik
Attorney At Law
c/o
Tauro (U.S.D.C.)
United States District Court - Massachusetts
1 Courthouse Way - Suite 2300
Boston - Massachusetts — 02210

DATE:
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return to the above address.

AO 243 (Rev. 2/95)

## MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

(If movant has a sentence to be served in the future under a federal judgment which he or she wishes to attack, the movant should file a motion in the federal court which entered the judgment.)

## MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

*Explanation and Instructions–Read Carefully*

(1) This motion must be legibly handwritten or typewritten, and signed by the movant under the penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt, motion will be filed if it is in proper order. No fee is required within this motion.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute form AO 240 or any other form required by the court, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions either in the same district or in different districts, you must file separate motions as to each such judgment.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

(7) When the motion is fully completed, the original and at least two copies must be mailed to the Clerk of the United States District Court whose address is

(8) Motions which do not conform to these instructions will be returned with a notation as to the deficiency.

Motion For Appointment of Counsel
18 U.S.C. 3006A and sub sec. D

AO 243 (Rev. 2/95)

(e) On appeal _____

_____

(f) In any post-conviction proceeding _____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?

Yes ☐        No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes ☐        No ☐

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____

_____

(b) Give date and length of the above sentence: _____

_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Yes ☐        No ☐

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_____
                                                                Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_____
            (Date)

_____
                                                                Signature of Movant

(7)

PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

AO 243 (Rev. 2/95)

| UNITED STATES DISTRICT COURT | District |  |
|---|---|---|
| Name of Movant | Prisoner No. | Case No. |
| Place of Confinement | | |

| UNITED STATES OF AMERICA | V. | |
|---|---|---|
| | | (name under which convicted) |

## MOTION

1. Name and location of court which entered the judgment of conviction under attack _____

   _____

2. Date of judgment of conviction _____

3. Length of sentence _____

4. Nature of offense involved (all counts) _____

   _____

   _____

   _____

5. What was your plea?  (Check one)
   (a) Not guilty ☐
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

   _____

   _____

   _____

6. If you pleaded not guilty, what kind of trial did you have?  (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐     No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐     No ☐

AO 243 (Rev. 2/95)

D.    Ground four: (h) *listed above, as applies to what was and was not presented on the appeal and why.*

Supporting FACTS (state *briefly* without citing cases or law) _____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

_____

_____

_____

_____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?

Yes ☐        No ☐

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing _____

_____

(b) At arraignment and plea _____

_____

(c) At trial _____

_____

(d) At sentencing _____

_____

AO 243 (Rev. 2/95)

9.  If you did appeal, answer the following:

(a) Name of court _____

(b) Result _____

(c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

Yes ☐        No ☐

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court _____

(2) Nature of proceeding _____
_____

(3) Grounds raised _____
_____
_____
_____
_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐        No ☐

(5) Result _____

(6) Date of result _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____
_____

(3) Grounds raised _____
_____
_____
_____
_____

AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(h) Denial of right of appeal.

A.    Ground one: *The sentences is illegal and exssive, the upward departure is illegal.*

Supporting FACTS (state *briefly* without citing cases or law)

*Title 21 U.S.C. S. 851 and sub sec., was not applied in Head's federal cases in the District Court nor on appeal nor cert. therefrom. Why? Head's state charges and convictions was and is illegal or unconstitutional, See all ct. and prison Rec,*

B.    Ground two: *(f) above listed as relates and applies to the Fed. and State cases of Head.*

Supporting FACTS (state *briefly* without citing cases or law) _____

_____

_____

_____

C.    Ground three: *(I) listed above, as applies to the State and Fed. cases of Head and etc relating thereto*

Supporting FACTS (state *briefly* without citing cases or law) _____

_____

_____

_____

AO 243 (Rev. 2/95)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐        No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.          Yes ☐        No ☐
(2) Second petition, etc.         Yes ☐        No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution:    If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

United States District Court
For The District Of Massachusetts
Boston          Division
1 Courthouse Way — Suite 2300
Boston      Massachusetts  02210

United States of America | Case No. _____
        VS          | Civil Committment
Joseph Marion Head Junior | 18 U.S.C. 4245
Respondent          |

Motion For An Evidentry Hearing Pursuant
To 18 U.S.C. 4247 d, U.S. Const. Amend. 1, 4, 5,
8, 14 And Human Rights As Relates And Applies
Hereto and Thereto The Aforsaid Committment
And Movant Hereof Relating Thereto.

    Now Comes, Joseph Marion Head Junior, Reg. No.
17549-056, who is the respondent in the
above entitled cause and is the movant
herein, who himself pro se, respectfully
moves this Court for an evidentry hearing
pursuant to 18 U.S.C. 4247 d, etc. aforsaid,

    This court is refered to the court records
as to the committment of movant and etc.
relating thereto, prior and present as is
related of court records.

    Movant contends and asserts that his

5

(16)

What could have and should have you done prior to effectively and competently represent Mr. Head, that you did not do? What your reasons is and was for not doing it, prior and present?

(17)

Was Mr. Head's rights or priviledges or Human Rights Violated in any way to your knowledge? If so, Which, How, Where, When, Why, By Who or What and What relief must be legally ordered to Mr. Head because of same and relating thereto? Who or What must pay or order said relief? When, Where, How, Why, Etc.?

(18)

See the Annual Case Summary For court Dates 10-12-04 Signed by Doctor Thompson at F.M.C. Devens, Relating To Mr. Head. What else has Doctor Thompson Wrote, Signed, Etc., Testified, Judges, Etc. relating to Mr. Head, prior and present, etc. to include as to civil action Mr. Head sent to the Courts against Doctor Thompson and Other Staff at F.M.C. Devens. What did they do, say, write, etc. relating to Mr. Head, When, Where, How, Why, Etc.?

Signed Joseph Marion Head Junior 17549-056 (12-4-04)

United States District Court
For The District of Massachusetts
Boston    Division
1 Courthouse Way - Suite 2300
Boston    Massachusetts    02210

| United States of America Petitioner | Civil Committment 18 U.S.C. 2245, No. |
|---|---|
| VS Joseph Marion Head Reg. No. 17549-056 Respondent | And Re: 18 U.S.C. 4247(d) (e)(f) and (g), (a), (b) (c) |

Motion For The Court To Advise Court
Appointed Attorney William Brown Of His
Rights And Then Order Him File Type
Written Answers To The Questions Asked
Herein And Or His Reasons For Not So
Answering Said Questions Under Oath.

## QUESTIONS

### (1)

Did Mr. Head ever ask or tell you to
withdrawal from his case? If so, When
, Where, How, Why, Who Heard Same Said?
If so, Why did you not withdraw from his
case? Did your reasons for not withdrawing
and by you not withdrawing from his case
, violate any of Mr. Head's Rights Or Priviledges
Or Human Rights? If so, Which and How? If Not, How Not

4

Have you ever read Mr. Head's State and Federal Prison and Court Records? If so, when? If not, why not?

(12)

Who was that female lawyer with you each time you visited Mr. Head and was with you in Court? What is Her Name and busness address? Why was she with you each time?

(13)

What records and transcripts do you have and or can obtain for Mr. Head personal records of same and for his lawful useage of same? When will you provide Mr. Head said records? Why didn't you provide Mr. Head said records prior?

(14)

Why didn't you represent Mr. Head's State and Federal Court Cases and legal claims and grouns, in an effort to obtain Mr. Head liberty to him and other relief, civil, tort, demestic, etc?

(15)

What can and Can't you do at this time and hereinafter to assist and represent Mr. Head and Why? Why Not Prior Hereto?

(2)

Did Mr. Head Make Oral Motion To The Judge For Your Removal As His Court Appointed Attorney? If so, when, where, how, why and what judgment of the judge was entered to said motion by Mr. Head?

(3)

What did you do in order to prepare to represent Mr. Head Effectively and Competently?

(4)

What did you do, in an effort to effectively and competently represent Mr. Head?

(5)

What was your reasons for Not presenting any evidence nor witnesses in Mr. Head's favor at the Hearing in Federal District Court In Boston, Massachusetts? Futher what was your reasons for not allowing Mr. Head to testify in his own behalf at the aforsaid Hearings?

(6)

What was your reasons for Not advising Mr. Head of his legal rights to appeal and how, when, where, to appeal and his rights to counsel for an appeal?

3

(7)

What is your reasons for not providing Mr. Head with a copy of all records and transcripts, etc. relating to his State and Federal Court cases and Prison Records, Without Cost to him for same? So that Mr. Head could have assisted you and in his defense?

(8)

What was your reasons for not otaining a copy of all court and prison records your self to use to prepare Mr. Head's defense and to use to effectively and competently represent Mr. Head?

(9)

What motions etc. did you file and represent on behalf of Mr. Head? When Where, How, Why? What Was The Jugments and Orders of the Court As To Each of Same?

(10)

What motions etc. did the Gov. Attorney file relating to Mr. Head? When, Where, How, Why, When did you receive a copy of same and what Judgments, Orders was entered thereto each of same, by the Judge?

(11)

United States District Court
For The Western District of North Carolina
Asheville Division
309 United States Courthouse Building
100 Otis Street
Asheville – North Carolina – 28801

Joseph Marion Head Junior
Reg. No. 17549-056
Plaintiff
vs                          | civil Action Case No.
United States Of America
And The Employee's
Thereof, Liable Herein
Defendants

Complaint – In Forma Pauperis

Jurisdiction

The Court has jurisdiction herein pursuant to the provisions of laws and constitution of The United States of America which legally applies hereto and which may be legally applied hereto.

Plaintiff

Plaintiff herein is, Joseph Marion Head Junior, Reg. No. 17549-056, who is a carcausion male born on Desember 2nd. 1946 in Gastonia – North carolina of the United States Of America and is presently housed in N-2 Cell 219 of Federal Medi-

ViewAllTransCombined                                                             Page 1 of 1

# All Transactions



| Inmate Reg #: | 17549056 | Current Institution: | Devens FMC |
| Inmate Name: | HEAD, JOSEPH | Housing Unit: | N SOMP |
| Report Date: | 12/09/2004 | Living Quarters: | N02-219U |
| Report Time: | 8:45:14 AM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 12/7/2004 12:28:26 PM | DEV3009 | Sales | ($29.60) | 48 | | $0.70 |
| 12/6/2004 9:06:36 AM | DEV2007 | Payroll - IPP | $21.92 | 5JV021 | | $30.30 |
| 11/30/2004 5:36:14 PM | DEV3002 | Sales | ($42.15) | 59 | | $8.38 |
| 11/30/2004 5:31:03 AM | AMSERVICE | Lockbox - CD | $50.00 | 70121005 | | $50.53 |
| 11/9/2004 12:23:51 PM | DEV3008 | Sales | ($40.35) | 35 | | $0.53 |
| 11/5/2004 9:39:14 AM | DEV2007 | Payroll - IPP | $19.76 | 5JV004 | | $40.88 |
| 10/20/2004 1:32:03 PM | DEV2007 | Local Collections | $20.00 | 1055 | | $21.12 |
| 10/5/2004 12:17:32 PM | DEV3009 | Sales | ($21.25) | 39 | | $1.12 |
| 10/5/2004 10:03:00 AM | DEV2007 | Payroll - IPP | $22.28 | 4JV157 | | $22.37 |
| 9/15/2004 11:59:42 AM | DEV3009 | Sales | ($3.10) | 29 | | $0.09 |
| 9/9/2004 12:22:58 PM | DEV3002 | Sales | ($21.85) | 51 | | $3.19 |
| 9/8/2004 7:59:53 AM | DEV2007 | Payroll - IPP | $25.04 | 4JV146 | | $25.04 |
| 8/18/2004 6:14:32 PM | DEV3002 | Sales | ($1.11) | 63 | | $0.00 |
| 8/11/2004 12:08:03 PM | DEV3009 | Sales | ($19.81) | 36 | | $1.11 |
| 8/5/2004 7:07:54 AM | DEV2004 | Payroll - IPP | $20.84 | 4JV132 | | $20.92 |
| 7/9/2004 12:12:45 PM | DEV3002 | Sales | ($23.00) | 34 | | $0.08 |
| 7/6/2004 8:56:57 AM | DEV2007 | Payroll - IPP | $23.00 | 4JV117 | | $23.08 |
| 6/10/2004 12:18:51 PM | DEV3007 | Sales | ($17.50) | 47 | | $0.08 |
| 6/7/2004 8:13:23 AM | DEV2007 | Payroll - IPP | $17.24 | 4JV102 | | $17.58 |
| 6/3/2004 12:06:36 PM | DEV3006 | Sales | ($40.40) | 31 | | $0.34 |
| 5/24/2004 7:17:08 AM | DEV2007 | Photo Copies | ($9.30) | 4JV108 | | $40.74 |
| 5/20/2004 12:08:01 PM | DEV3006 | Sales | $0.00 | 38 | | $50.04 |
| 5/13/2004 1:06:11 PM | DEV3007 | Sales | ($20.02) | 84 | | $50.04 |
| 5/13/2004 12:59:57 PM | DEV3007 | Sales | $0.00 | 80 | | $70.06 |
| 5/10/2004 2:27:56 PM | DEV2007 | Local Collections | $50.00 | 14466 | | $70.06 |
| 4/26/2004 11:50:27 AM | DEV3006 | Sales | $0.00 | 17 | | $20.06 |
| 4/22/2004 3:07:49 PM | DEV2005 | Local Collections | $20.00 | 13344 | | $20.06 |
| 4/15/2004 2:01:13 PM | DEV3006 | Sales | $0.00 | 102 | | $0.06 |
| 4/8/2004 2:02:50 PM | DEV3006 | Sales | $0.00 | 55 | | $0.06 |
| 3/25/2004 1:55:39 PM | DEV3002 | Sales | $0.00 | 94 | | $0.06 |
| 3/18/2004 1:43:19 PM | DEV3006 | Sales | $0.00 | 69 | | $0.06 |
| 3/11/2004 1:17:07 PM | DEV3006 | Sales | ($20.30) | 71 | | $0.06 |

# STATEMENT OF INDIGENCY

## Request To Waver Or Defer Payments

I do hereby swear, under penalty of perjury, that the following information is true and correct.

I, *Joseph Marion Head Junior*, do assert that my income prevents me from paying any fees while incarcerated due to the fact that I only earn $ *20.00 about* [1] per month at my current work assignment.

By my not being able to afford to pay any unreasonable payments, it adversely affects my ability to research information which could help with any appeal or liberty interest. Any other payments that may have been made in the past have been made with the assistance of family members who cannot afford to help with, nor is it their responsibility to do so.

In the event a full waver of payments is not feasible, I would agree to, and fully intend to, pay the fees required. However, I would request a deferment of such payments until such time as I am on Supervised Release, at which time I will have an opportunity to obtain meaningful and gainful employment.

Respectfully submitted this __*7*__ day of __*Dec.*__, 2 *004*.

Name: *Joseph Marion Head Junior*
Number: *17549-056*
F.M.C. Devens, Unit: *N-2 -Cell 2/9*
P.O. Box 879
Ayer, MA  01432

---

1. Please see copy of account for previous six (6) months.

15. If this petition concerns jail or prison conditions, prison discipline, a parole problem or other cause under 28 U.S.C. § 2241, answer the following:

a. Did you present the facts in relation to your present complaint in the internal prison grievance procedure?

_____✓_____ Yes _____ No *See Prison Cop Outs*

(1) If your answer to "a" above is yes, what was the result? *N/A – See Prison Records*

_____

(2) If your answer to "a" above is no, explain: _____

_____

_____

b. Did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

_____✓_____ Yes _____ No *See Prison Cop Outs*

(1) If your answer is "yes," state the date such claim was submitted and what action, if any has been taken: *N/A – See Prison Records*

_____

(2) If your claim has not been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agency concerning you. *N/A – See Prison and Court Records*

c. **STATEMENT OF CLAIM:** State here as briefly as possible the facts of your case. DO NOT give any legal arguments or cite any cases or any statutes. Attach extra pages of the same size to this page if more room is necessary. DO NOT write on the reverse side of this page.

*18 U.S.C. 2245 Committment and etc. relating thereto; See all prison and court records relating to same and see all state and Federal Prison and Court records relating to petitioner, prior and present and all relating and asserted and demanded therein and relating thereto; See also all cop outs relating to the aforesaid; and See the records of the Inter American Commission and Court on Human Rights, and all other known Records etc. relating to the aforesaid.*

_____

_____

_____

AO 240. (Rev. 9/96)

# UNITED STATES DISTRICT COURT

Boston Ma. and Western District of North Carolina

Joseph Marion Hero Junior
Reg. No. 17549-056

Plaintiff

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

U.S.A. And v. U.S.A. Att. Gen.
David L. Winn — Warden
F. M. C. Devens

CASE NUMBER:

Defendant

I, Joseph Marion Hero Junior declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion. *herewith*

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☑ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration F. M. C. Devens

   Are you employed at the institution? YES Do you receive any payment from the     YES

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☑ Yes     ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. F. M. C. Devens, Ed. Dept., Amount about $20.00 per month

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
   | e. | Gifts or inheritances | ☑ Yes | ☐ No |
   | f. | Any other sources | ☑ Yes | ☐ No |

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

7. Indictment or case number, if known: *N/A – See Court Records*

8. Offense or Offenses for which sentence was imposed: *Mail Threatening Communications, Attempt To Extort*

9. Date upon which sentence was imposed and the term of the sentence: *N/A – See Court Records*

10. When was a finding of guilt made? (Check one)

_____ After a plea of guilty

___✓___ After a plea of not guilty *and plea insanitee*

_____ After a plea of Nolo Contendre

11. If you were found guilty after a plea of not guilty, was that finding made by:

___✓___ A jury

_____ A judge without a jury

12. Did you appeal the judgment of the conviction or the imposition of a sentence? ___✓___ Yes _____ No

13. If you did appeal, give the following information for each appeal:

a. Name of court: *United States Court of Appeals – Fourth Circuit*

b. Result: *N/A – See Court Records*

c. Date of result: *N/A – See Court Records*

d. Citation or number of opinion: *N/A – See Court Records*

e. Grounds raised: (List each one)
*N/A – See Court Records*

_____

_____

_____

_____

_____

_____

**NOTE: If you appealed more than once, attach an additional sheet of paper the same size, give all the information requested above in question number 13, a through e. DO NOT WRITE ON BACK OF PAGE.**

3

**FORM TO BE USED BY FEDERAL PRISONERS FOR FILING A PETITION FOR WRIT OF HABEAS CORPUS UNDER TITLE 28 U.S.C. § 2241**

### IN THE UNITED STATES DISTRICT COURT

FOR THE *Boston-Ma. and Asheville, N.C.*

*Joseph Marion Head Junior*
_____
Petitioner

*Reg. No. 17549-056 - F.M.C. Devens*
*Post Office Box 879*
*Ayer - Massachusetts - 01432*
(Full name under which you were convicted;
Prison Number; Full Mailing Address).

vs. *U.S.A. And David L. Winn*
*Warden - F.M.C. Devens*
*United States Attorney General*
_____
Respondent(s)
*U.S. Dept. of Justice*
*Washington, D.C. 20543*
_____

CIVIL ACTION NO._____

(Name of Warden or other authorized person
having custody of Petitioner).

**PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT.  ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.**

1. This petition concerns:  (check appropriate blank)

___✓___ A conviction
___✓___ A sentence  (**CAUTION:** If you are attacking a sentence imposed under a Federal Judgment, you must file a direct motion under 28 U.S.C. § 2255 in the Federal Court which entered the Judgment).
_____ Jail or prison conditions
_____ Prison discipline issue
___✓___ A parole problem
_____ Other.  State briefly: *Illegal or Unconstitutional Custody By Court order of Federal Judge. Relating to convictions & sentences, committments and further committments 18 U.S.C. 2245, 2247(d) etc. as applied.*

2. Place of detention: *N-2-Cell 219-F.M.C. Devens - Post Office Box 879 - Ayer - Massachusetts, 01432*

1

**FORM TO BE USED BY FEDERAL PRISONERS FOR FILING A PETITION FOR WRIT OF HABEAS CORPUS UNDER TITLE 28 U.S.C. § 2241**

**IN THE UNITED STATES DISTRICT COURT**

FOR THE *Boston-Ma. and Asheville, N.C.*

*Joseph Marion Head Junior*
_____
                Petitioner
*Reg. No. 17549-056 - F.M.C. Devens*
*Post Office Box 879*
*Ayer - Massachusetts - 01432*
(Full name under which you were convicted;
Prison Number; Full Mailing Address).

vs. *U.S.A. And David L. Winn*
*Warden - F.M.C. Devens*
*United States Attorney General*
_____
                Respondent(s)
*U.S. Dept. of Justice*
*Washington, D.C. 20543*
_____
(Name of Warden or other authorized person
having custody of Petitioner).

CIVIL ACTION NO._____

**PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT.  ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.**

1. This petition concerns:  (check appropriate blank)

    ✓_____ A conviction
    ✓_____ A sentence  (**CAUTION:** If you are attacking a sentence imposed under a Federal Judgment, you
                must file a direct motion under 28 U.S.C. § 2255 in the Federal Court which entered the
                Judgment).
    _____ Jail or prison conditions
    _____ Prison discipline issue
    _____ A parole problem
    ✓_____ Other.  State briefly: *Illegal or Unconstitutional Custody By Court*
*order of Federal Judge Relating To convictions, & sentences,*
*committments and futher committments 18 U.S.C. 2245,*
*2247(d) etc. as applied.*

2. Place of detention: *N-2 - Cell 219 - F.M.C. Devens - Post office*
*Box 879 - Ayer - Massachusetts, 01432*

1

7. Indictment or case number, if known: *N/A - See Court Records*

8. Offense or Offenses for which sentence was imposed: *Mail Threatening Communications, Attempt To Extort*

9. Date upon which sentence was imposed and the term of the sentence: *N/A - See Court Records*

10. When was a finding of guilt made? (Check one)

_____ After a plea of guilty

____✓____ After a plea of not guilty *and plea insanitee*

_____ After a plea of Nolo Contendre

11. If you were found guilty after a plea of not guilty, was that finding made by:

____✓____ A jury

_____ A judge without a jury

12. Did you appeal the judgment of the conviction or the imposition of a sentence? __✓__ Yes _____ No

13. If you did appeal, give the following information for each appeal:

a. Name of court: *United States Court of Appeals - Fourth Circuit*

b. Result: *N/A - See Court Records*

c. Date of result: *N/A - See Court Records*

d. Citation or number of opinion: *N/A - See Court Records*

e. Grounds raised: (List each one)
*N/A - See Court Records*

_____

_____

_____

_____

_____

**NOTE: If you appealed more than once, attach an additional sheet of paper the same size, give all the information requested above in question number 13, a through e. DO NOT WRITE ON BACK OF PAGE.**

3

AO 240. (Rev. 9/96)

# UNITED STATES DISTRICT COURT

_Boston Ma. and Western_ District of _North Carolina_

_Joseph Marion Head Junier_
_Reg. No. 17549-056_

Plaintiff

V.  _U.S.A, Att. Gen._
_David L. Winn — Warden_
_F.M.C. Devens_

Defendant

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER:

I, _Joseph Marion Head Junier_ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion. _herewith_

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _F. M. C. Devens_

   Are you employed at the institution? _YES_ Do you receive any payment from the    _YES_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☒ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _F. M. C. Devens, Ed. Dept., Amount about $20.00 per month_

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends    ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments    ☐ Yes    ☒ No
   e. Gifts or inheritances    ☒ Yes    ☐ No
   f. Any other sources    ☒ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

15. If this petition concerns jail or prison conditions, prison discipline, a parole problem or other cause under 28 U.S.C. § 2241, answer the following:

a. Did you present the facts in relation to your present complaint in the internal prison grievance procedure?

_____✓_____ Yes _____ No *See Prison Cop Outs*

(1) If your answer to "a" above is yes, what was the result? *N/A – See Prison Records*

_____

_____

(2) If your answer to "a" above is no, explain: _____

_____

_____

b. Did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

_____✓_____ Yes _____ No *See Prison Cop Outs*

(1) If your answer is "yes," state the date such claim was submitted and what action, if any has been taken:
*N/A – See Prison Records*

_____

(2) If your claim has not been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agency concerning you. *N/A – See Prison and Court Records*

c. **STATEMENT OF CLAIM:** State here as briefly as possible the facts of your case. DO NOT give any legal arguments or cite any cases or any statutes. Attach extra pages of the same size to this page if more room is necessary. DO NOT write on the reverse side of this page.

*18 U.S.C. 2245 Commitment and etc. relating thereto. See all prison and court records relating to same and see all state and Federal Prison and court records relating to petitioner, prior and present and all relating and asserted and demanded therein and relating thereto. See also all cop outs relating to the aforesaid. And see the records of the Inter American Commission and Court on Human Rights. And all other known Records etc. relating to the aforesaid.*

# STATEMENT OF INDIGENCY

## Request To Waver Or Defer Payments

I do hereby swear, under penalty of perjury, that the following information is true and correct.

I, *Joseph Marion Head Junior*, do assert that my income prevents me from paying any fees while incarcerated due to the fact that I only earn $ *20.00 about* [1] per month at my current work assignment.

By my not being able to afford to pay any unreasonable payments, it adversely affects my ability to research information which could help with any appeal or liberty interest. Any other payments that may have been made in the past have been made with the assistance of family members who cannot afford to help with, nor is it their responsibility to do so.

In the event a full waver of payments is not feasible, I would agree to, and fully intend to, pay the fees required. However, I would request a deferment of such payments until such time as I am on Supervised Release, at which time I will have an opportunity to obtain meaningful and gainful employment.

Respectfully submitted this _7_ day of _Dec._ , 2 _004_.

Name: *Joseph Marion Head Junior*
Number: _12549-056_
F.M.C. Devens, Unit: _N-2 -Cell 2/9_
P.O. Box 879
Ayer, MA  01432

---

1. Please see copy of account for previous six (6) months.

# STATEMENT OF INDIGENCY

## Request To Waver Or Defer Payments

I do hereby swear, under penalty of perjury, that the following information is true and correct.

I, *Joseph Marion Head Junior*, do assert that my income prevents me from paying any fees while incarcerated due to the fact that I only earn $ *20.00 about* [1] per month at my current work assignment.

By my not being able to afford to pay any unreasonable payments, it adversely affects my ability to research information which could help with any appeal or liberty interest. Any other payments that may have been made in the past have been made with the assistance of family members who cannot afford to help with, nor is it their responsibility to do so.

In the event a full waver of payments is not feasible, I would agree to, and fully intend to, pay the fees required. However, I would request a deferment of such payments until such time as I am on Supervised Release, at which time I will have an opportunity to obtain meaningful and gainful employment.

Respectfully submitted this __*7*__ day of __*Dec.*__ , 2 *004*.

Name: *Joseph Marion Head Junior*
Number: *12549-056*
F.M.C. Devens, Unit: *N-2 -Cell 19*
P.O. Box 879
Ayer, MA  01432

---

1.  Please see copy of account for previous six (6) months.

15. If this petition concerns jail or prison conditions, prison discipline, a parole problem or other cause under 28 U.S.C. § 2241, answer the following:

a. Did you present the facts in relation to your present complaint in the internal prison grievance procedure?

_____✓_____ Yes  _____ No  *See Prison Cop Outs*

(1) If your answer to "a" above is yes, what was the result? *N/A - See Prison Records*

_____

_____

(2) If your answer to "a" above is no, explain: _____

_____

b. Did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

_____✓_____ Yes  _____ No  *See Prison Cop Outs*

(1) If your answer is "yes," state the date such claim was submitted and what action, if any has been taken:
*N/A - See Prison Records*

(2) If your claim has not been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agency concerning you. *N/A - See Prison and Court Records*

c. **STATEMENT OF CLAIM:** State here as briefly as possible the facts of your case. DO NOT give any legal arguments or cite any cases or any statutes. Attach extra pages of the same size to this page if more room is necessary. DO NOT write on the reverse side of this page.

*18 U.S.C. 2245 Commitment and etc. relating thereto. See all prison and court records relating to same and see all state and Federal Prison and Court records relating to petitioner, prior and present and all related and asserted and demanded therein and relating thereto; See also all cop outs relating to the aforesaid; and See the records of the Inter American Commission and Court on Human Rights; And all other known Records etc. relating to the aforesaid.*

5

AO 240. (Rev. 9/96)

# UNITED STATES DISTRICT COURT

_Boston Ma. and Western_ District of _North Carolina_

_Joseph Marion Hero Junior_
_Reg. No. 17549-056_
                    Plaintiff

_U. S. A. And_     v.  _U. S. A. Att. Gen._
_David L. Winn — Warden_
_F. M. C. Devens_

                    Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

I, _Joseph Marion Hero Junior_ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion. _herewith_

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _F. M. C. Devens_

    Are you employed at the institution? _YES_ Do you receive any payment from the _YES_

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☑ Yes    ☐ No

    a.   If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _F. M. C. Devens, Ed. Dept., Amount about $20.00 per month_

    b.   If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a.   Business, profession or other self-employment    ☐ Yes    ☑ No
    b.   Rent payments, interest or dividends    ☐ Yes    ☑ No
    c.   Pensions, annuities or life insurance payments    ☐ Yes    ☑ No
    d.   Disability or workers compensation payments    ☐ Yes    ☑ No
    e.   Gifts or inheritances    ☑ Yes    ☐ No
    f.   Any other sources    ☑ Yes    ☐ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

7. Indictment or case number, if known: _N/A - See Court Records_

8. Offense or Offenses for which sentence was imposed: _Mail Threating Communications, Attempt To Extorn_

9. Date upon which sentence was imposed and the term of the sentence: _N/A - See Court Records_

10. When was a finding of guilt made? (Check one)

_____ After a plea of guilty

___✓___ After a plea of not guilty _and plea insanitee_

_____ After a plea of Nolo Contendre

11. If you were found guilty after a plea of not guilty, was that finding made by:

___✓___ A jury

_____ A judge without a jury

12. Did you appeal the judgment of the conviction or the imposition of a sentence? ___✓___ Yes _____ No

13. If you did appeal, give the following information for each appeal:

a. Name of court: _United States Court of Appeals - Fourth Circuit_

b. Result: _N/A - See Court Records_

c. Date of result: _N/A - See Court Records_

d. Citation or number of opinion: _N/A - See Court Records_

e. Grounds raised: (List each one)
_N/A - See Court Records_

**NOTE: If you appealed more than once, attach an additional sheet of paper the same size, give all the information requested above in question number 13, a through e. DO NOT WRITE ON BACK OF PAGE.**

**FORM TO BE USED BY FEDERAL PRISONERS FOR FILING A PETITION FOR WRIT OF HABEAS CORPUS UNDER TITLE 28 U.S.C. § 2241**

**IN THE UNITED STATES DISTRICT COURT**

FOR THE *Boston-Ma. and Asheville, N.C.*

*Joseph Marion Head Junior*
_____
           Petitioner
*Reg. No. 17549-056 - F. M. C. Devens*
*Post Office Box 879*
*Ayer - Massachusetts - 01432*
(Full name under which you were convicted;
Prison Number; Full Mailing Address).

vs. *U.S.A. And David L. Winn*
*Warden - F. M. C. Devens*
*United States Attorney General*
           Respondent(s)
*U.S. Dept. of Justice*
*Washington, D.C. 20543*
_____
(Name of Warden or other authorized person
having custody of Petitioner).

**CIVIL ACTION NO.** _____

**PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT.  ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.**

1. This petition concerns:  (check appropriate blank)

   ✓   A conviction
   ✓   A sentence  (**CAUTION:** If you are attacking a sentence imposed under a Federal Judgment, you must file a direct motion under 28 U.S.C. § 2255 in the Federal Court which entered the Judgment).
         Jail or prison conditions
         Prison discipline issue
         A parole problem
   ✓   Other.  State briefly: *Illegal or Unconstitutional Custody By Court order of Federal Judge Relating to convictions, sentences, commitments and further commitments 18 U.S.C. 2245, 2247(d) etc. as applied.*

2. Place of detention: *N-2 - Cell 219 - F.M.C. Devens - Post Office Box 879 - Ayer - Massachusetts, 01432*

1

**FORM TO BE USED BY FEDERAL PRISONERS FOR FILING A PETITION FOR WRIT OF HABEAS CORPUS UNDER TITLE 28 U.S.C. § 2241**

## IN THE UNITED STATES DISTRICT COURT

FOR THE *Boston - Ma. and Asheville, N. C.*

*Joseph Marion Head Junior*
_____
Petitioner

*Reg. No. 17549 - 056 - F. M. C. Devens*
*Post Office Box 879*
*Ayer - Massachusetts - 01432*
(Full name under which you were convicted;
Prison Number; Full Mailing Address).

VS. *U.S.A. And David L. Winn*
*Warden - F. M. C. Devens*
*United States Attorney General*
_____
Respondent(s)
*U.S. Dept. of Justice*
*Washington, D.C. 20543*
_____
(Name of Warden or other authorized person
having custody of Petitioner).

CIVIL ACTION NO._____

**PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT.  ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.**

1. This petition concerns:  (check appropriate blank)

_____✓_____  A conviction

_____✓_____  A sentence  (**CAUTION:** If you are attacking a sentence imposed under a Federal Judgment, you must file a direct motion under 28 U.S.C. § 2255 in the Federal Court which entered the Judgment).

_____  Jail or prison conditions

_____  Prison discipline issue

_____  A parole problem

_____✓_____  Other.  State briefly: *Illegal or Unconstitutional Custody By Court order of Federal Judge Relating to convictions & sentences, commitments and futher committments 18 U.S.C. 2245, 2247(d) etc. as applied.*

2. Place of detention: *N - 2 - Cell 219 - F. M. C. Devens - Post office Box 879 - Ayer - Massachusetts, 01432*

1

7. Indictment or case number, if known: *N/A - See Court Records*

8. Offense or Offenses for which sentence was imposed: *Mail Threatening Communications, Attempt To Extorn*

9. Date upon which sentence was imposed and the term of the sentence: *N/A - See Court Records*

10. When was a finding of guilt made? (Check one)

_____ After a plea of guilty

___✓___ After a plea of not guilty *and plea insanitee*

_____ After a plea of Nolo Contendre

11. If you were found guilty after a plea of not guilty, was that finding made by:

___✓___ A jury

_____ A judge without a jury

12. Did you appeal the judgment of the conviction or the imposition of a sentence? ___✓___ Yes _____ No

13. If you did appeal, give the following information for each appeal:

a. Name of court: *United States Court of Appeals - Fourth Circuit*

b. Result: *N/A - See Court Records*

c. Date of result: *N/A - See Court Records*

d. Citation or number of opinion: *N/A - See Court Records*

e. Grounds raised: (List each one)

*N/A - See Court Records*

_____

_____

_____

_____

_____

_____

**NOTE: If you appealed more than once, attach an additional sheet of paper the same size, give all the information requested above in question number 13, a through e. DO NOT WRITE ON BACK OF PAGE.**

3

AO 240. (Rev. 9/96)

# UNITED STATES DISTRICT COURT

_Boston, Ma. and Western_ District of _North Carolina_

_Joseph Marion Head Junior_
_Reg. No. 17549-056_
### Plaintiff

_U.S.A. And_      v.  _U.S.A. Att. Gen._
_David L. Winn - Warden_
_F.M.C. Devens_

### Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

**CASE NUMBER:**

I _Joseph Marion Head Junior_ _____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant        ☐ other _____

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion. _herewith_

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No        (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _F.M.C. Devens_        _YES_

   Are you employed at the institution? _YES_ Do you receive any payment from the

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☑ Yes    ☐ No

   a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _F.M.C. Devens, Ed. Dept., Amount about $20.00 per month_

   b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a.  Business, profession or other self-employment    ☐ Yes    ☑ No
   b.  Rent payments, interest or dividends    ☐ Yes    ☑ No
   c.  Pensions, annuities or life insurance payments    ☐ Yes    ☑ No
   d.  Disability or workers compensation payments    ☐ Yes    ☑ No
   e.  Gifts or inheritances    ☑ Yes    ☐ No
   f.  Any other sources    ☑ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

15. If this petition concerns jail or prison conditions, prison discipline, a parole problem or other cause under 28 U.S.C. § 2241, answer the following:

a. Did you present the facts in relation to your present complaint in the internal prison grievance procedure?

___✓___ Yes _____ No *See Prison Cop Outs*

(1) If your answer to "a" above is yes, what was the result? *N/A – See Prison Records*

_____

_____

(2) If your answer to "a" above is no, explain: _____

_____

_____

b. Did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

___✓___ Yes _____ No *See Prison Cop Outs*

(1) If your answer is "yes," state the date such claim was submitted and what action, if any has been taken: *N/A – See Prison Records*

_____

(2) If your claim has not been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agency concerning you. *N/A – See Prison and Court Records*

c. **STATEMENT OF CLAIM:** State here as briefly as possible the facts of your case. DO NOT give any legal arguments or cite any cases or any statutes. Attach extra pages of the same size to this page if more room is necessary. DO NOT write on the reverse side of this page.

*18 U.S.C. 2245 Committment and etc. relating thereto; See all prison and court records relating to same and see all state and Federal Prison and court records relating to petitioner, prior and present and all relating and asserted and demanded therein and relating thereto; See also all cop outs relating to the aforesaid; and See the records of the Inter American Commission and Court on Human Rights. And all other known Records etc. relating to the aforesaid.*

_____

_____

_____

_____

5

# STATEMENT OF INDIGENCY

## Request To Waver Or Defer Payments

I do hereby swear, under penalty of perjury, that the following information is true and correct.

I, *Joseph Marion Hand Junior*, do assert that my income prevents me from paying any fees while incarcerated due to the fact that I only earn $ *20.00 about* [1] per month at my current work assignment.

By my not being able to afford to pay any unreasonable payments, it adversely affects my ability to research information which could help with any appeal or liberty interest. Any other payments that may have been made in the past have been made with the assistance of family members who cannot afford to help with, nor is it their responsibility to do so.

In the event a full waver of payments is not feasible, I would agree to, and fully intend to, pay the fees required. However, I would request a deferment of such payments until such time as I am on Supervised Release, at which time I will have an opportunity to obtain meaningful and gainful employment.

Respectfully submitted this ___7___ day of __Dec.__ , 2 _004_.

Name: *Joseph Marion Hand Junior*
Number: _17549-056_
F.M.C. Devens, Unit: _N-2 -Cell 2/9_
P.O. Box 879
Ayer, MA  01432

---

1. Please see copy of account for previous six (6) months.

# STATEMENT OF INDIGENCY

## Request To Waver Or Defer Payments

I do hereby swear, under penalty of perjury, that the following information is true and correct.

I, *Joseph Marion Hearn Junior*, do assert that my income prevents me from paying any fees while incarcerated due to the fact that I only earn $ *20.00 about* [1] per month at my current work assignment.

By my not being able to afford to pay any unreasonable payments, it adversely affects my ability to research information which could help with any appeal or liberty interest. Any other payments that may have been made in the past have been made with the assistance of family members who cannot afford to help with, nor is it their responsibility to do so.

In the event a full waver of payments is not feasible, I would agree to, and fully intend to, pay the fees required. However, I would request a deferment of such payments until such time as I am on Supervised Release, at which time I will have an opportunity to obtain meaningful and gainful employment.

Respectfully submitted this __*7*__ day of __*Dec.*__, 2 *004*.

Name: *Joseph Marion Hearn Junior*
Number: *17549-056*
F.M.C. Devens, Unit: *N-2 -Cell 219*
P.O. Box 879
Ayer, MA  01432

---

1. Please see copy of account for previous six (6) months.

15. If this petition concerns jail or prison conditions, prison discipline, a parole problem or other cause under 28 U.S.C. § 2241, answer the following:

a. Did you present the facts in relation to your present complaint in the internal prison grievance procedure?

___✓___ Yes    _____ No  *See Prison Cop Outs*

(1) If your answer to "a" above is yes, what was the result?  *N/A - See Prison Records*

_____
_____

(2) If your answer to "a" above is no, explain: _____
_____
_____

b. Did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

___✓___ Yes    _____ No  *See Prison Cop Outs*

(1) If your answer is "yes," state the date such claim was submitted and what action, if any has been taken:
*N/A - See Prison Records*
_____

(2) If your claim has not been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agency concerning you. *N/A - See Prison and Court Records*

c. **STATEMENT OF CLAIM:** State here as briefly as possible the facts of your case. DO NOT give any legal arguments or cite any cases or any statutes. Attach extra pages of the same size to this page if more room is necessary. DO NOT write on the reverse side of this page.

*18 U.S.C. 2245 Committment and etc. relating thereto. See all prison and court records relating to same and see all state and Federal Prison and court records relating to petitioner, prior and present and all related and asserted and demanded therein and relating thereto. See also all cop outs relating to the aforsaid. and See the records of the Inter American Commission and Court on Human Rights. And all other known Records etc. relating to the aforsaid.*

5

AO 240. (Rev. 9/96)

# UNITED STATES DISTRICT COURT

*Boston Ma. and Western* District of *North Carolina*

*Joseph Marion Head Junior*
*Reg. No. 17549-056*
### Plaintiff

*U.S.A. And* v. *U.S.A. Att. Gen.*
*David L. Winn – Warden*
*F. M. C. Devens*

### Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

I, *Joseph Marion Head Junior*, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion. *herewith*

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration *F. M. C. Devens*

   Are you employed at the institution? *YES*  Do you receive any payment from the    *YES*

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☒ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. *F. M. C. Devens, Ed. Dept., Amount about $20.00 per month*

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends    ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments    ☐ Yes    ☒ No
   e. Gifts or inheritances    ☒ Yes    ☐ No
   f. Any other sources    ☒ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

7. Indictment or case number, if known: *N/A - See Court Records*

8. Offense or Offenses for which sentence was imposed: *Mail Threating Cummunications , Attempt To Exstorn*

9. Date upon which sentence was imposed and the term of the sentence: *N/A - See Court Records*

10. When was a finding of guilt made? (Check one)

_____ After a plea of guilty

____✓____ After a plea of not guilty *and plea insanitee*

_____ After a plea of Nolo Contendre

11. If you were found guilty after a plea of not guilty, was that finding made by:

____✓____ A jury

_____ A judge without a jury

12. Did you appeal the judgment of the conviction or the imposition of a sentence? __✓__ Yes _____ No

13. If you did appeal, give the following information for each appeal:

a. Name of court: *United States Court of Appeals - Fourth Circuit*

b. Result: *N/A — See Court Records*

c. Date of result: *N/A — See Court Records*

d. Citation or number of opinion: *N/A — See Court Records*

e. Grounds raised:  (List each one)
*N/A — See Court Records*

**NOTE: If you appealed more than once, attach an additional sheet of paper the same size, give all the information requested above in question number 13, a through e. DO NOT WRITE ON BACK OF PAGE.**

3

**FORM TO BE USED BY FEDERAL PRISONERS FOR FILING A PETITION FOR WRIT OF HABEAS CORPUS UNDER TITLE 28 U.S.C. § 2241**

**IN THE UNITED STATES DISTRICT COURT**

FOR THE *Boston - Ma. and Asheville, N. C.*

*Joseph Marion Head Junior*
_____
Petitioner

*Reg. No. 17549-056 - F. M. C. Devens*
*Post Office Box 879*
*Ayer - Massachusetts - 01432*
(Full name under which you were convicted;
Prison Number; Full Mailing Address).

vs. *U.S. A. And David L. Winn*
*Warden - F. m. C. Devens*
*United States Attorney General*
_____
Respondent(s)

*U.S. Dept. of Justice*
*Washington, D.C. 20543*
_____
(Name of Warden or other authorized person
having custody of Petitioner).

CIVIL ACTION NO._____

**PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT.  ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.**

1. This petition concerns:  (check appropriate blank)

_____✓_____ A conviction

_____✓_____ A sentence  (**CAUTION:** If you are attacking a sentence imposed under a Federal Judgment, you must file a direct motion under 28 U.S.C. § 2255 in the Federal Court which entered the Judgment).

_____ Jail or prison conditions

_____ Prison discipline issue

_____✓_____ A parole problem

_____✓_____ Other.  State briefly: *Illegal or Unconstitutional Custody By Court order of Federal Judge. Relating to convictions, Sentences, commitments and further commitments 18 U.S.C. 2245, ,2247(d) etc. as applied.*

2. Place of detention: *N-2 - Cell 219 - F. M. C. Devens - Post office Box 879 - Ayer - Massachusetts, 01432*

1

United States District Court
For The District Of Massachusetts
    Boston            Division
1 Courthouse Way — Suite 2300
Boston        Massachusetts   02210

United States of America | Motion For A Show Cause Order
Petitioner              | To Issue To Petitioner To Show
          VS            | Cause And Prove Legal Reasons
Joseph Marion Head      | And Just Cause Why Respondent
Reg. No. 17549-056      | Should Not Be Lawfully Released On
Respondent              | Unconditional Or Conditional
                        | Release Relating To The Civil
                        | Commitment 18 U.S.C. 2245
                        | And Federal Criminal Commitments
                        | And Federal Sentences To Prison

Now Comes, Joseph Marion Head Junior, Reg. No.
17549-056, Respondent in the above entitled cause
and movant herein, who himself pro se hereby
respectfully presents to this court, the instant motion
pursuant to the provisions of laws and constitution
of The United States of America And of The States Thereof,
Which Legally Applies Hereto And Which May Be Legally
Applied Hereto to Exclude As Relates And Applies
To Human Rights Of American's.
    United States Constitution Amendments 1, 4, 5, 6, 8, 14
Rights Protected By The American Convention On
Human Rights And By The Inter American Commission
And Court On Human Rights, Located In Washington, D.C.,
Signed, Joseph Marion Head Junior 17549-056 (Dec. 13th. 04)
the Custody of The United States Government and On

not advise Head of his rights to appeal
nor gave Head a copy of the records
and transcripts, etc., Therefore No
appeal was taken by Head. See
18 U.S.C. 4247(d). See court records
as to the representaion received and
not received from Mr. Brown.
Did the aforsaid constitute a conspeircy
against Head and Kidnaping of Head
By Judical Processes?

Was and Is Head's State and Federal
convictions and Sentences legal and
valid and not violative of any law
, right, priviledge of Head, etc. persons
, places or things, past, present?
See all Prison and court Records
and all asserted Etc Therein and
Relating Thereto Prior and Present,
Etc, As Applies.

Speedy Reply Demanded
Joseph Marion Head Junior 17549-056
        December 15 th. 2004
N-2 Cell 219 - F.M.C. Devens
42 Patton Road - Post Office Box 879
Ayer - Massachusetts - 01432

    18 U.S.C. 1201

    Title 21 U.S.C. S. 851 and
    Sub Sec, s.

2

Court orders issuing from the United States District Court in Boston - Massachusetts and Asheville, North Carolina, That As To The Cause And Pretents And The Legality of The Aforsaid, See all prison and court records and etc. records, and all related, asserted, askes for and demanded in and relating to each and all of the aforsaid prison and court, etc. records, etc. relating to the aforsaid and movant hereof, prior, present etc. as applies.

David L. Winn, Is The Warden of F. M. C. Devens Aforsaid Where Movant Is Housed. See each and all of movants cop outs, etc. to said Warden and See each and all of movants civil complaints, etc. petitions, motions etc. Movant vs ing Said Warden and Etc. Persons, Places and Things. See all asserted and all demanded in each of the aforsaid, by movant. Futher see all State and Federal Prison and Court Records Of and Relating To Movant, Prior, Present, Hereinafter as applies and see all moved for and asserted and demanded, in each and all of the aforsaid records and etc. records etc. relating thereto, prior, present, etc..

Movant has an absolute right under the United States constitution Amendments 1, 4, 5, 6, 8, 14 As Legally Applies Hereto, To request and demand his lawful release from the committments under 18 U.S.C. 4245, etc as ordered by the courts prior hereto as applies to movant herein.

United States Federal Grand Jury
For Boston Massachusetts
And Beckley, West Virginia
C/O
United States Federal District Court
1 Courthouse Way - Suite 2300
Boston          Massachusetts  02210

Re: Joseph Marion Head Junior - 17549-056

Was Head's transfer from F.C.I. Beckley
, To F. M. C. Devens, A Legal Transfer?
If, So, How So? If Not, How Not?
If Not, Did It Constitute Kidnaping And
or conspericey Against Head?
 Head did not consent to the transfer,
See Head letter Written At F.C.I. Beckley
To The Warden And Inmate Systems
Manager, While Head was in Seg. Just
before transfer to F. M. C. Devens.

Was And Is Head's Committment 18 U.S.C.
4245 (d) 4247 (d), Legal And Valid And
Not Violative Of Head's Rights, Priviledges?
 Head's motion to the court to have
 His Attorney, Mr. William Brown
 Removed As His Attorney Was Denied,
 Why Denied And Was The Order Legal
 And Valid And Not Violative Of Law
 Or Head's Rights Or Priviledges?
Mr. Brown Was Ineffective Counsel and
Not Prepared To Represent Head. Mr. Brown
Presented no Evidence nor Witnesses and
Did Not Allow Head To Testify And Did

7

The act of fear was stated etc. to lay the foundation of first degree murder and to alledge that person acted in self defense. And that person was allowed to buy or have a gun for the purpose of killing Head with. Premeditated Murder called and to be reported as self defense.

Who poses the real threat to who? Which court ordered who to not come in the State or county again or go around a certain person for the court had giving that person the right to buy a Gun to KILL with if that person want to and to call it self defense of himself or others.

Who was the threat to Who? How, When, Where, Why, Legal or Not Legal? Who or What gave who notice of who brought a gun and why? Did the law require such a Notice to be given? If not, Why Not? As part of self defense law and rights. The law of North Carolina in a Nut Shall is, We will let you buy or have a gun to kill with and you have to say you acted in self defense when you kill. But well will not give you or require you to have a copy of the law, so you will know when and how to kill some one legally.

Signed, Joseph Marion Head Junior 17549-056 (12-13-04)

15. If this petition concerns jail or prison conditions, prison discipline, a parole problem or other cause under 28 U.S.C. § 2241, answer the following:

a. Did you present the facts in relation to your present complaint in the internal prison grievance procedure?

_____ Yes _____ No *N/A – See Prison Records*

(1) If your answer to "a" above is yes, what was the result? _____

_____

(2) If your answer to "a" above is no, explain: _____

_____

b. Did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

_____ Yes _____ No *N/A – See Prison Records*

(1) If your answer is "yes," state the date such claim was submitted and what action, if any has been taken:

_____

(2) If your claim has not been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agency concerning you. *N/A – See Prison and Court Records*

c. **STATEMENT OF CLAIM:** State here as briefly as possible the facts of your case. DO NOT give any legal arguments or cite any cases or any statutes. Attach extra pages of the same size to this page if more room is necessary. DO NOT write on the reverse side of this page.

*See The Complete State and Federal Prison and Medical, Phy. and Court, Records Relating To petitioner, prior, present, etc., and all persons, places and things relating to the aforsaid herein and petitioner hereof.*

United States District Court
Boston, Massachusetts
Each U.S. Federal Judge And Magistrate,
Att: U.S. Attorney General — U.S. Dept. Justice
Re: U.S.A. vs Joseph Marion Head Junior
U.S. D. Ct. W. D. N. Ash. Div.

Federal Rules Criminal Procedure Rule 52 (b)
    Rule 52 (b)   Plane Error
        See And Apply
U.S. Const. Amend. 1, 4, 5, 6, 8, 14, ETC.
Title 21 Sec. 851 a, a-1, etc. as applies
    Kidnaping By Judical Processes
        18 U.S.C. 1201
Violations Of Procedureal Due Process, Due
Process, Etc Rights.

    Joseph Marion Head Junior
        17549-056
        Dec. 13 - 04

7. Indictment or case number, if known: *N/A – See Court Records*

8. Offense or Offenses for which sentence was imposed: *N/A – See Court Records*

9. Date upon which sentence was imposed and the term of the sentence: *N/A – See Court Records*

10. When was a finding of guilt made? (Check one)

_____ After a plea of guilty

\_\_✓\_\_ After a plea of not guilty

_____ After a plea of Nolo Contendre

11. If you were found guilty after a plea of not guilty, was that finding made by:

\_\_✓\_\_ A jury

_____ A judge without a jury

12. Did you appeal the judgment of the conviction or the imposition of a sentence?  \_\_✓\_\_ Yes _____ No

13. If you did appeal, give the following information for each appeal:

a. Name of court: *U.S. Ct. App, 4th. Cir.*

b. Result: *N/A – See Court Records*

c. Date of result: *N/A – See Court Records*

d. Citation or number of opinion: *N/A – See Court Records*

e. Grounds raised: (List each one)
*N/A – See Court Records*

**NOTE: If you appealed more than once, attach an additional sheet of paper the same size, give all the information requested above in question number 13, a through e. DO NOT WRITE ON BACK OF PAGE.**

United States District Court
For The District of Massachusetts
Boston Division
1 Courthouse Way - Suite 2300
Boston    Massachusetts    02210

United States of America      |  Case Number,_____
        VS                    |
Joseph Marion Head Junior     |
Defendant                     |

Motion For Unconditional Or Conditional Release,
The Right To Writ Of Habeas Corpus To Issue.
    Now Comes, Joseph Marion Head Junior, Reg. No.
17549-056, defendant in the above entitled cause
and movant herein, who himself pro se respect
fully moves the court as related hereinabove,
pursuant to the provisions of laws and constitution
and human rights as applies and may be applied
hereto by the court, legally and officially.

    Movant herein is a carcausion male born
on December Second 1946 in Gastonia, North
Carolina of The United States of America and is presently
housed in the Federal Medical Center Devens, located
at 42 Patton Road, Post Office Box 879, Ayer, Massach
usetts, Zip Code 01432, The Warden Is David L. Winn
. Movant is in the custody of the United States
attorney General by court order of the United States
District Court, Boston Massachusetts and Asheville
North, Carolina, as to same, See Court Records.

**FORM TO BE USED BY FEDERAL PRISONERS FOR FILING A PETITION FOR WRIT OF HABEAS CORPUS UNDER TITLE 28 U.S.C. § 2241**

**IN THE UNITED STATES DISTRICT COURT**

FOR THE *Boston, Massachusetts*

*Joseph Marion Head Junior (17549-056)*
_____
Petitioner
*F. M. C. Devens, P.O. Box 879*
*Ayer - Ma. 01432*
_____
(Full name under which you were convicted;
Prison Number; Full Mailing Address).

**VS.**                                    CIVIL ACTION NO._____

*United States Attorney General*
_____
Respondent(s)
*U.S. Dept. of Justice*
*Washington, D.C. 20543*
_____
(Name of Warden or other authorized person
having custody of Petitioner).

**PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT.  ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.**

1. This petition concerns:  (check appropriate blank)

_√_____ A conviction
_√_____ A sentence  (**CAUTION:** If you are attacking a sentence imposed under a Federal Judgment, you
                    must file a direct motion under 28 U.S.C. § 2255 in the Federal Court which entered the
                    Judgment).
_____ Jail or prison conditions
_____ Prison discipline issue
_____ A parole problem
_√_____ Other.  State briefly: *18 U.S.C. 4245 Committment And*
*Etc. Relating Thereto, Institutionally And otherwise.*
_____
_____

2. Place of detention: *N-2 Cell 219 - F.M.C. Devens - P.O. Box 879*
*- Ayer - Massachusetts 01432*
_____

1

# All Transactions

PRINT

| | | | | | |
|---|---|---|---|---|---|
| **Inmate Reg #:** | 17549056 | | **Current Institution:** | Devens FMC | |
| **Inmate Name:** | HEAD, JOSEPH | | **Housing Unit:** | N SOMP | |
| **Report Date:** | 12/09/2004 | | **Living Quarters:** | N02-219U | |
| **Report Time:** | 8:45:14 AM | | | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 12/7/2004 12:28:26 PM | DEV3009 | Sales | ($29.60) | 48 | | $0.70 |
| 12/6/2004 9:06:36 AM | DEV2007 | Payroll - IPP | $21.92 | 5JV021 | | $30.30 |
| 11/30/2004 5:36:14 PM | DEV3002 | Sales | ($42.15) | 59 | | $8.38 |
| 11/30/2004 5:31:03 AM | AMSERVICE | Lockbox - CD | $50.00 | 70121005 | | $50.53 |
| 11/9/2004 12:23:51 PM | DEV3008 | Sales | ($40.35) | 35 | | $0.53 |
| 11/5/2004 9:39:14 AM | DEV2007 | Payroll - IPP | $19.76 | 5JV004 | | $40.88 |
| 10/20/2004 1:32:03 PM | DEV2007 | Local Collections | $20.00 | 1055 | | $21.12 |
| 10/5/2004 12:17:32 PM | DEV3009 | Sales | ($21.25) | 39 | | $1.12 |
| 10/5/2004 10:03:00 AM | DEV2007 | Payroll - IPP | $22.28 | 4JV157 | | $22.37 |
| 9/15/2004 11:59:42 AM | DEV3009 | Sales | ($3.10) | 29 | | $0.09 |
| 9/9/2004 12:22:58 PM | DEV3002 | Sales | ($21.85) | 51 | | $3.19 |
| 9/8/2004 7:59:53 AM | DEV2007 | Payroll - IPP | $25.04 | 4JV146 | | $25.04 |
| 8/18/2004 6:14:32 PM | DEV3002 | Sales | ($1.11) | 63 | | $0.00 |
| 8/11/2004 12:08:03 PM | DEV3009 | Sales | ($19.81) | 36 | | $1.11 |
| 8/5/2004 7:07:54 AM | DEV2004 | Payroll - IPP | $20.84 | 4JV132 | | $20.92 |
| 7/9/2004 12:12:45 PM | DEV3002 | Sales | ($23.00) | 34 | | $0.08 |
| 7/6/2004 8:56:57 AM | DEV2007 | Payroll - IPP | $23.00 | 4JV117 | | $23.08 |
| 6/10/2004 12:18:51 PM | DEV3007 | Sales | ($17.50) | 47 | | $0.08 |
| 6/7/2004 8:13:23 AM | DEV2007 | Payroll - IPP | $17.24 | 4JV102 | | $17.58 |
| 6/3/2004 12:06:36 PM | DEV3006 | Sales | ($40.40) | 31 | | $0.34 |
| 5/24/2004 7:17:08 AM | DEV2007 | Photo Copies | ($9.30) | 4JV108 | | $40.74 |
| 5/20/2004 12:08:01 PM | DEV3006 | Sales | $0.00 | 38 | | $50.04 |
| 5/13/2004 1:06:11 PM | DEV3007 | Sales | ($20.02) | 84 | | $50.04 |
| 5/13/2004 12:59:57 PM | DEV3007 | Sales | $0.00 | 80 | | $70.06 |
| 5/10/2004 2:27:56 PM | DEV2007 | Local Collections | $50.00 | 14466 | | $70.06 |
| 4/26/2004 11:50:27 AM | DEV3006 | Sales | $0.00 | 17 | | $20.06 |
| 4/22/2004 3:07:49 PM | DEV2005 | Local Collections | $20.00 | 13344 | | $20.06 |
| 4/15/2004 2:01:13 PM | DEV3006 | Sales | $0.00 | 102 | | $0.06 |
| 4/8/2004 2:02:50 PM | DEV3006 | Sales | $0.00 | 55 | | $0.06 |
| 3/25/2004 1:55:39 PM | DEV3002 | Sales | $0.00 | 94 | | $0.06 |
| 3/18/2004 1:43:19 PM | DEV3006 | Sales | $0.00 | 69 | | $0.06 |
| 3/11/2004 1:17:07 PM | DEV3006 | Sales | ($20.30) | 71 | | $0.06 |

1

Miscellaneous Business Docket Judge For The
United States District Court
For The District Of Massachusetts
Boston Division

United States Of America
Petitioner
          VS
Joseph Marion Head
Reg. No. 17549-056
Respondent

03-CV-10228

Motion To Allow An Untimely Appeal
To The First Circuit Court Of Appeals
From The Final Order Of Judge Tauro
Of The United States District Court For Boston
Massachusetts, Dated Nov. 17th, 2003
Committing Movant Pursuant To 18 U.S.C. 4245(c)
  And Appoint Counsel To Represent
Said Appeal And Etc. Relating Thereto.
18 U.S.C. 3006A, Amend. 5, 6, 14.

  Now comes, Joseph Marion Head, Junior, 17549-
056, respondent in the above entitled
cause and movant herein, who pro se
respectfully moves the court to allow
him to appeal untimely for the reason
is related herein and the laws and
constitution as relates and applies thereto
and hereto.

  Movants Court appointed Attorney, Mr.
William Brown would not with-
draw from movants case when

and Order Violative of Law, Constitution
or The Rights Or Priviledges of The
Appellant Hereof? If So, What Relief
Must Be Ordered On appeal, etc. And
Why, When, How, Where, To who, Etc.?
Same Is also asked as To the Letter
from Barbara Morse (Pro Se office, Dated
Dec. 14th, 2004, received Dec. 17, 2004
by way of U.S. Mail.

What was the out come of the appeals
to the First Circuit Court of Appeals
as to each Judgment and Order of
District Court Judges For The Federal
District Court In Boston Massachusetts
relating to Joseph Marion Head and Joseph
Marion Head Junior, both the same person
as known to the Court, Reg. No. 175-49-056.
Each Judgment and Order of Said
Court Received By Mail, By Head Aforsaid
, A Notice of Appeal Was Sent To The Court
Thereto, By Way of U.S. Mail.
Was Each Notice of Appeal Filed And Fully
Processed Etc.? If So, When? If Not,
Why Not?

Signed Joseph Marion Head Junior, 17549-056
Dec. 17th, 2004
N-2 Cell 219, F.M.C. Devens, P.O. Box 879,
Ayer, Ma., 01432.

 

OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

December 14, 2004

Mr. Joseph M. Head, Jr.
Reg. No. 17549-056
FMC Devens
P.O. Box 879
Ayer, MA  01432

Dear Mr. Head:

The Clerk received your correspondence seeking information on
the three notices of appeal you recently filed.

The Court's records indicate that by Order dated November 30,
2004, Judge Stearns ordered the clerk to enter the Notices of
Appeal in the following actions: (1) <u>Head v. United States, et
al.</u>, C.A. No. 04-40089-RGS; (2) <u>Head v. Unknown Parties, et al.</u>,
C.A. No. 04-40090-RGS; and (3) <u>Head v. America, et al.</u>, C.A. No.
04-40103-RGS.

Enclosed please find courtesy copies of the docket sheets for
these three cases and note that the docket for each case
indicates the case is on appeal.  After the district court
transmits the files to the Court of Appeals for the First
Circuit, you will be notified of the appeals court case numbers.

Finally, I am enclosing a copy of the December 8th Memorandum and
Order issued by Judge Stearns in <u>Head v. Winn</u>, C.A. No. 04-
40084-RGS.  This order requires you to obtain approval of the
Miscellaneous Business Docket Judge before filing any documents
with this Court.  In the future, if you wish to file any
documents in the District of Massachusetts, the Memorandum and
Order requires you to file a written petition accompanied by a
copy of the December 8th Memorandum and Order together with the
papers sought to be filed and a certification under oath that
there is a good faith basis for their filing.

I hope that this letter addresses your concerns.

Barbara Morse
Pro Se Office

To: The Miscellaneous Business Docket
Judge Of The United States District Court Of
Boston, Massachusetts, Presented For Approval

United States District Court
For The District of Massachusetts
Boston   Division

Joseph Marion Head          Objection And Notice Of Appeal
Petitioner                  In Forma Pauperis.
        VS                  C.A. No. 04-40084-RGS
David L. Winn
Respondent

Objection To The Memorandum And Orders
Of Judge, Stearns, dated 8, Dec. 2004,
Received By Petitioner On 17, Dec. 2004.
Said Orders Being Prejudically Entered And is contrary
To And Violative of Laws, Constitution and or The
Rights or Priviledges of Petitioner.

Futher, Notice Of Appeal Is Hereby Given To The
First Circuit Court Of Appeals From The
Final Memorandum And Orders Of Judge
Stearns aforsaid, Dated Dec. 8, 2004 that
was not received by petitioner until Dec.
17th, 2004 by way of U.S. Mail.

The Issues On This Appeal Are
As Related Herein Below By
Appellant Pro Se Without Legal
Assistence. See And Apply Hereto
Green vs United States, 260 F. 3d. 78, 85 (1d. cir.
2001) and Haines v Kerner, 404 U.S.C. 519.
520-21 (1972)(per curiam).
        Issues   Presented
                (1)
Was And Is The Lower Courts Memorandum

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH MARION HEAD,  )
       Petitioner,  )
         )
     v.  )  C.A. No. 04-40084-RGS
         )
DAVID L. WINN,  )
       Respondent.  )

## MEMORANDUM AND ORDER

By Order dated September 17, 2004, the court instructed the Clerk to docket no further filings submitted by Joseph Marion Head without the prior approval of the court. See 9/17/04 Order, Docket No. 5.

For the reasons set forth below, the Clerk is directed to return to petitioner the documents that were received for filing after the issuance of the court's September 17th Order.

## DISCUSSION

Petitioner Joseph Marion Head is a federal prisoner[1] now confined to FMC Devens in Ayer, Massachusetts. Despite the issuance of an injunction on September 17th, Mr. Head has continued to submit documents for filing. Upon review of these submissions, the court finds the documents, save one

---

[1] Petitioner is now serving a 360-month sentence that was imposed pursuant to his convictions on nine counts of mailing threatening communications in violation of 18 U.S.C. § 876. See United States v. Head, No. 98-cr-102-ALL (W.D. N.C. Sept. 12, 2001).

*Joseph Marion Head v David L. Winn, C. A. No. 04-40084-RGS,*
*Reference To Notice of Appeal To First Circuit Court of Appeals*

# STATEMENT OF INDIGENCY

## Request To Waver Or Defer Payments

I do hereby swear, under penalty of perjury, that the following information is true and correct.

I, *Joseph Marion Head Junior*, do assert that my income prevents me from paying any fees while incarcerated due to the fact that I only earn $ *20.00 about*[1] per month at my current work assignment.

By my not being able to afford to pay any unreasonable payments, it adversely affects my ability to research information which could help with any appeal or liberty interest. Any other payments that may have been made in the past have been made with the assistance of family members who cannot afford to help with, nor is it their responsibility to do so.

In the event a full waver of payments is not feasible, I would agree to, and fully intend to, pay the fees required. However, I would request a deferment of such payments until such time as I am on Supervised Release, at which time I will have an opportunity to obtain meaningful and gainful employment.

Respectfully submitted this *17th* day of *Dec.*, 2 *004*.

Name: *Joseph Marion Head Junior*
Number: *17549-056*
F.M.C. Devens, Unit: *N-2 Cell 219*
P.O. Box 879
Ayer, MA  01432

1. Please see copy of account for previous six (6) months.

pleading concerning the denial of a petition for writ of
certiorari by the Supreme Court of the United States, to be
duplicative of the claims raised in Civil Action Nos. 04-40042-
RGS and 04-40084-RGS.  Because I find these documents to be
duplicative and malicious under the authority of 28 U.S.C. § 1915A,[2]
the court will direct the clerk to return these documents to Joseph
Marion Head.

ORDER

Based upon the foregoing, it is hereby

ORDERED that in accordance with this Court's order dated
September 17, 2004, the clerk shall return to Joseph Marion
Head the documents submitted for filing since September 17,
2004; and it is further

ORDERED that petitioner Joseph Marion Head be precluded
from filing any additional papers, claims, cases, files,
complaints, or anything resembling those pleadings, or any
other documents in the United States District Court for the
District of Massachusetts, in any manner, way or form, without
first obtaining the prior written approval of the
Miscellaneous Business Docket Judge of the United States

---

[2] 28 U.S.C. § 1915A provides in pertinent part:
(a) Screening.--The court shall review, before docketing, if
feasible or, in any event, as soon as practicable after
docketing, a complaint in a civil action in which a prisoner
seeks redress from a governmental entity or officer or
employee of a government entity.
(b) Grounds for Dismissal.--On review, the court shall
identify cognizable claims or dismiss the complaint, or any
portion of the complaint, if the
complaint--
(1) is frivolous, malicious, or fails to state a claim upon
which relief may be granted; or
(2) seeks monetary relief from a defendant who is immune from
such relief.

2

District Court for the District of Massachusetts; and it is further

ORDERED that if petitioner Joseph Marion Head undertakes to file any additional papers in this Court, he shall file a written petition seeking leave of court to do so.  The petition must contain a copy of this Memorandum and Order, together with the papers sought to be filed, and a certification under oath that there is a good faith basis for their filing.  The Clerk of Court shall accept the documents, mark them received, and forward them to the Miscellaneous Business Docket Judge for action on the petition; and it is further

ORDERED that petitioner Joseph Marion Head is advised that failure to comply with these requirements may result in the imposition of additional sanctions, including monetary fines.

SO ORDERED.


Dated at Boston, Massachusetts, this <u>8th</u> day of <u>December</u>, 2004.


                          <u>/s/ Richard G. Stearns</u>
                          RICHARD G. STEARNS
                          UNITED STATES DISTRICT JUDGE

United States District Court
For The District of Massachusetts
Boston Division
1 Courthouse Way - Suite 2300
Boston    Massachusetts  02210

| Joseph Marion Head Junior Reg. No. 17549-056 Plaintiff | Complaint I/n Forma Pauperis Civil Case Number |
|---|---|
| vs United States Federal Bureau of Prisons And Federal Medical Center Devens And The Employee's Of Each, Liable Relating Hereto, Defendants | |

## Jurisdiction

The Court Has Jurisdiction Herein Pursuant
To The Provisions of Laws And Constitution
Which Legally Applies Hereto And Which May
Be Legally Applied Relating Hereto As
Known By The Courts And Judges, Justices,
of And For The United States of America,
And The, Places, Persons, Things, Within The
Legal Jurisdiction Thereof Aforsaid Etc.

## Plaintiff

Miscelleneous Business Docket Judge, See, Head V Winn - C.A. No. 04-40084 Motion for Leave To File This Complaint In Forma pauperis or defer payment until Plaintiff (my filing fees and each court knows that by now or should, I have been denied my access to the courts, etc. by their orders and the courts kidnapped me, 18 U.S.C. 1201 and you know I am right, about

Complaint Page No. (4)

Defendents could have related to the court, all the plaintiffe legal claims and grounds, error's, etc. within the prison and State and Federal court records relating to Plaintiff and his State and Federal Court cases. Futher claims and grounds and laws, cases, etc. as known to defendant that would have and dose entitle plaintiff to his lawful court release from custody etc..

The court is refered to all prison and court records relating to plaintiff as to the complete background of same and of all related and asserted and demanded, therein and relating thereto and etc. infromation relating to All of same, prior, present, hereinafter.

Plaintiff futher refers the court to all records, persons, places and things relating to all the aforsaid and to the committment of plaintiff because of Defendants, and futher committment based on the Annual Case Summary For Court dated 10-12-04 signed by Doctor Thompson and all other records relating to the afor said, prior, present, etc. as applies, to enclude all court records and judgments, and orders of the courts relating to the aforsaid and plaintiff hereof.

See all prison and court records relating to all the aforsaid and to plaintiff as to all prior relief and release demanded

Complaint Page No. (2)

in Boston, Massachusetts and Asheville
, North Carolina, As To Same And Etc.
Relating To Same, See All Prison And
Court Records Of And Relating To Same
As If Same Was Attashed Hereto As
Part Hereof And As If Stated Herein In
Proper Order And Form of Same.

The Warden of F.M.C. Devens I's
David L. Winn, Address, Post office Box
880, F. M. C. Devens, Ayer, Ma., 01432.

## Defendants

Defendants herein is, The United
States Federal Bureau of Prisons And
Federal Medical Center Devens And
The Employee's Of Each, Past, Present,
And Hereinafter, Ada's And May Become
, Liable Herein And Relating Hereto.

That By A Judgment And Order of The
United States Court of Appeals For The
Fourth Cirsuit Over 20 Years Ago,
Indigent, Inmates, (Plaintiffs), proceed
ing pro se, is not required to prove
their claims and grounds in advance
of a full incourt evidentry hearing.

That plaintiff states that he dose not
waive nor abandons his known right
's to counsel to be appointed hereto

Complaint Page No. (3)

see and apply thereto and hereto this
complaint etc. relating thereto, That,
It is well settled that pro se
litigants generally are entitled
to a liberal construction of
their pleadings, etc., which
should be read, to raise the
strongest arguments they suggest.
Green vs United States, 260 F. 3d. 78, 83,
(2d. Cir. 2001) and Haines vs Kerner,
404 U.S.C. 519, 520-21 (1972) per curiam
United States Constitution As Applies To The
Aforsaid and As May Be Applied Thereto.

That the, claims, grounds, etc. herein
is related and asserted pro se by the
plaintiff aforsaid, who is a laymen at
law and has had no professional train-
ing in law, etc. and is an indigent
, therefore can not retain an attorney of
his choice to assist and represent him,
and plaintiff has no legal assistence
relating hereto, by or from a person
who is professionally trained in
law, etc..

Claims And Grounds Asserted Herein
Are As Related Herein Below ETC..

(1)
Defendants, Violative Of The Laws

UNITED STATES DISTRICT COURT

_Boston_ DISTRICT OF _Massachusetts_

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Case No.: |
| | : |
| Plaintiff, | : MOTION FOR APPOINTMENT OF |
| | : COUNSEL |
| vs. | : _Re. Ea. Motion, Petition, Complaint_ |
| _Joseph Marion Head Junior_ | : _Etc. Filed, Presented, Etc. To_ |
| _Respondent_ | : _This Court Relating To Warrant,_ |
| Defendant | : _Defendant, Etc. Hereof,_ |
| | : _Past, Present, Hereinafter, Etc "_ |

NOW COMES, _Joseph Marion Head Junior,_ filing Pro Se,

seeking from this Honorable Court appointment of counsel[1] to

assist in Defendant's:

1. Title 28 U.S.C. § 2255 Motion ✓

2. Title 28 U.S.C. § 2241 Motion ✓

3. Direct Appeal ✓

4. Evidentiary Hearing ✓

5. Other: _18 U.S.C. 4245 through 4247, Processes And Appeals_
_Relating Thereto and Therefrom, Etc "_

_Respondent_ — Defendant hereby submits that he is indigent[2] and that

counsel will be necessary in the present action/proceeding to

_United States District Court in Boston - Massachusetts and_
_to the Appeals Court, First Circuit_

---

[1] See Title 18 U.S.C. § 3006A

[2] See Copy of Inmate Account Enclosed _(This Record Is Not Attached_ )

(3)

prior, present and hereinafter, and whether
or not same is and was, legal, valid,
final, constitutional, and not violative
of, law, constitution, Rights, Priviledges or
Human Rights and How Not and or
How So, etc. as applies and relates
thereto, etc..

The Court and Judge, orders all the afor
said without delay and as soon as
legally possiable, to persons, places,
and things, which must disclose all
the aforsaid and indicated herein.
All of same be reduced into type
written form and in memergraph form
and Volum's Etc With Index etc.,
and in transcript form and tapes and
filmed, form with sound thereto, also.
Speedy Reply, Etc. Is Demanded Hereby.
Respectfully, Presented On This The
18 Th. Day of December 2004,
Signed, Joseph Marion Head Junior, Reg. No.
17549-056, Old State Prison Number
H2-007-410-46-36, Old Service No.
RA-128-133-58 (S.S. No. 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).
N-2 Cell 219, F. M. C. Devens
Post Office Box 879
Ayer — Massachusetts — 01432

ensure that his constitutional rights are protected in accords
to the Sixth Amendment to the United States Constitution.

WHEREFORE, for all the above reasons, Defendant hereby
requests of this Honorable Court the benefit of appointment of
counsel and any further relief this Court deem fair and
appropriate.

Respectfully submitted this _22_, day of _Dec_ , 2004

Name: _Joseph Marion Head Junior_

Number: _17549-056_

FMC Devens, Unit _N-2 Cell 219_

P.O. Box 879

Ayer, MA 01432

Miscellaneous Business Docket Judge For The
United States District Court of Boston Massachusetts
1 Courthouse Way  —  Suite   2 3 0 0
Boston          Massachusetts          0 2 2 1 0

United States Of America
Petitioner

                    VS

Joseph Marion Head
Respondent

Reference To Case
03 - CV - 1 0 2 2 8, And
All Matters, Etc', Relating
To Respondent, Prior,
Present Hereinafter.

Motion For Full And Complete Disclosure
To Respondent Himself, All Matters And
Information And Records And Etc., Requires
And Entitled To Be Disclosed To Respondent
Himself, Based On And Pursuant To Each
Provision Of Law And Constitution, Etc., That
Applies And May Be Applied Relating Hereto
And Thereto Each And All Known Records, ETC.
Relating To Respondent Prior, Present And
Hereinafter, To Enclude As Relates And Applies
To Each And All Processes Etc. Relating To
The Aforsaid And All Related, Stated, Etc,
and Asserted And Asked For And Demanded
Relating To The Aforsaid And Respondent,
And The Legality, Validity, Fineality, Etc. Of
And Relating To All The Aforsaid And Respondent
Be Also Disclosed To Respondent Herein,
With A Complete Background Statement Of
and As To All The Aforsaid And Respondent
And All Relating Thereto Known Of And All
Learnded Of Hereinafter, To Enclude As
To All Representaion Respondent Received And
Did Not Receive, When, Where, How, Why, Etc..

**FORM TO BE USED BY FEDERAL PRISONERS FOR FILING A PETITION FOR WRIT OF HABEAS CORPUS UNDER TITLE 28 U.S.C. § 2241**

## IN THE UNITED STATES DISTRICT COURT

FOR THE *Boston, Massachusetts*

*Joseph Marion Head Junior*
_____
Petitioner
*Reg. No. 17549-056*
*P.O. Box 879 - F.M.C. Devens*
*Ayer - Massachusetts - 01432*
(Full name under which you were convicted;
Prison Number; Full Mailing Address).

VS.                                             CIVIL ACTION NO._____

*U.S.A. Attorney General and David L. Winn - Warden*
_____
Respondent(s)
*F. M. C. Devens*
*P. O. Box 880*
*Ayer - Mas 01432*
(Name of Warden or other authorized person
having custody of Petitioner).

**PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT.  ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.**

1. This petition concerns:  (check appropriate blank)

_____✓____ A conviction
_____✓____ A sentence  (**CAUTION:** If you are attacking a sentence imposed under a Federal Judgment, you must file a direct motion under 28 U.S.C. § 2255 in the Federal Court which entered the Judgment).

_____ Jail or prison conditions
_____ Prison discipline issue
_____ A parole problem
_____✓____ Other.  State briefly: *18 U.S.C. 4245(d) commitment - Was not afforded right to evidence and witnesses in my favor and to testify in my own behalf. Was not allowed to appeal the commitment, etc.. See 18 U.S.C. 4247 (d) (h) (e) (c)(b)(a)(f)*

2. Place of detention: *N-2-Cell 219 - F.M.C. Devens - Post Office Box 879 Ayer - Massachusetts 01432*

1

**RELIEF**

IV. State what relief you seek from the Court. Make no legal arguments. Cite no cases or statutes.

(1) Lawful Court Release From All Charges, Etc.
(2) Appoint Counsel Hereto, 18 U.S.C. 3006A.
(3) Order Defendant To Legally Pay To Plaintiff
One Billion Dollars Tax Free In U.S.A. Currency.
(4) Order a Jury Trial Hereto.
(5) Order Incourt evidentiary Hearings Hereto.
(6) Order Such Other Criminal, civil, tort, domestic
relief and release, authorized, required, entitled
, prior demanded etc., See Prison and Court
Records relating to Plaintiff, as to all of Same.

Signed this _____ day of _December_____ 200 _4__.

Joseph Marion Head Junior
17549-056 (N-2 Cell 219)
F.M.C. Devens, P.O. Box 879
Ayer, Ma. 01432
(Signature of Plaintiff or Plaintiffs)

**DECLARATION**

I, _Joseph Marion Head Junior_, declare under penalty of perjury that I have read and subscribed to the above and state that the information contained therein is true and correct to the best of my knowledge.

Executed _December_, _2004_ at _F.M.C. Devens_
　　　　　　　Date　　　　　　　　　　　　　　　Place

Joseph Marion Head Junior
Signature of Plaintiff

_____
Signature of Attorney (If Any)

4

7. Indictment or case number, if known: _N/A – See Ct. Rec._

8. Offense or Offenses for which sentence was imposed: _N/A – See Ct. Res._

9. Date upon which sentence was imposed and the term of the sentence: _N/A – See Ct. Rec._

10. When was a finding of guilt made? (Check one)
_____ After a plea of guilty

___✓_____ After a plea of not guilty

_____ After a plea of Nolo Contendre

11. If you were found guilty after a plea of not guilty, was that finding made by:
___✓_____ A jury

_____ A judge without a jury

12. Did you appeal the judgment of the conviction or the imposition of a sentence? ___✓___ Yes _____ No

13. If you did appeal, give the following information for each appeal:

a. Name of court: _U.S. Ct. App. 4th. Cir._

b. Result: _N/A – See Ct. Rec._

c. Date of result: _N/A – See Ct. Rec._

d. Citation or number of opinion: _N/A – See Ct. Rec._

e. Grounds raised: (List each one)
_N/A – See Ct. Rec._
_____
_____
_____
_____
_____
_____

**NOTE: If you appealed more than once, attach an additional sheet of paper the same size, give all the information requested above in question number 13, a through e. DO NOT WRITE ON BACK OF PAGE.**



See and Apply all claims, grounds, etc, to each of my state and federal court cases. See all Prison and court Records as to all of same.

See also, all prior relief demanded etc. relating to each of same, etc..

Joseph Marion Head Junior, Plaintiff, 12-19-04

15. If this petition concerns jail or prison conditions, prison discipline, a parole problem or other cause under 28 U.S.C. § 2241, answer the following:

a. Did you present the facts in relation to your present complaint in the internal prison grievance procedure?

_____ Yes _____ No *See Prison and Court Records*

(1) If your answer to "a" above is yes, what was the result? _____

_____

(2) If your answer to "a" above is no, explain: *See Prison And Court Records*

_____

b. Did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

_____ Yes _____ No *See Prison And Court Records*

(1) If your answer is "yes," state the date such claim was submitted and what action, if any has been taken:

_____

(2) If your claim has not been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agency concerning you. *See Prison and Court Records*

c. **STATEMENT OF CLAIM:** State here as briefly as possible the facts of your case. DO NOT give any legal arguments or cite any cases or any statutes. Attach extra pages of the same size to this page if more room is necessary. DO NOT write on the reverse side of this page.

*Appoint Counsel To Make Claim Hereto*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**FORM TO BE USED BY FEDERAL PRISONERS IN FILING A CIVIL ACTION
UNDER 28 U.S.C. § 1331 OR § 1346**

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF** *Massachusetts*

*Boston* **DIVISION**

*Joseph Marion Head Junior*
*Reg. No. 17549-056 (N-2 Cell 219)*
*I. M. C. Devens - P.O. Box 879*
*Ayer - Ma., 01432*
(Enter above the full name of the Plaintiff
or Plaintiffs in this action)

*Jurisdiction of The Court Hereto*
*United States Constitution and*
*18, 28, 42 U.S.C., And Fed. R.*
*Civ. Proc. R. 57, As Applies and*
*as may, May be Applied Hereto.*

*See Court Records As To All*
*Prior Court Orders Relating*
*To Plaintiff Herein.*

**VS.**

*William Loose - Att. At. Law*
*68 N. Market Street*
*Asheville*
*North Carolina 28801*
(Enter above the full name of the Defendant
or Defendants in this action)

*Case No. 04-40084-R.G.S,*
*Boston, Ma., Orders dated*
*8 Dec. 2004*

A. Have you begun other actions in Federal Court dealing with the same facts involved in this
Action? Yes_____ No _____ *N/A - See Ct. Rec. s*

B. If your answer to A is yes, describe the action in the spaces below. (If there is more than one
action, describe the additional actions on the reverse side of this page).

1. Parties to the action: *N/A - See Ct. Rec. s*

2. Court (Federal Court name the district): *N/A - See Ct. Rec. s*

3. Docket Number: *N/A - See Court Records*

4. Name of Judge to whom case was assigned: *N-A - See Ct. Rec. s*

1

AO 240. (Rev. 9/96)

# UNITED STATES DISTRICT COURT

Boston - Massachusetts   **District of**   Massachusetts

Joseph Marion Head Junior

**Plaintiff**

U.S.A., U.S.A. v. Att. Gen.,
Warden of F.M.C. Devens

**Defendant**

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

I Joseph Marion Head Junior declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion. *Petition Herewith*

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?          ☑ Yes          ☐ No          (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  F.M.C. Devens

   Are you employed at the institution?  Yes  Do you receive any payment from the          Yes

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?          ☑ Yes          ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. F.M.C. Devens, Ed. Dept. - P.O. Box
   About $20.00 a month, 880 Ayer, Ma. 01432

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
   | e. | Gifts or inheritances | ☑ Yes | ☐ No |
   | f. | Any other sources | ☑ Yes | ☐ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Joseph Marion Hear Junior - Plaintiff, vs, William Loose, Defendant
civil No, ——————, U.S.D, Ct. Boston - Ma., Div.

# STATEMENT OF INDIGENCY

## Request To Waver Or Defer Payments

I do hereby swear, under penalty of perjury, that the following information is true and correct.

I, _Joseph Marion Hear Junior_ , do assert that my income prevents me from paying any fees while incarcerated due to the fact that I only earn $ _20.00 about_ [1] per month at my current work assignment.

By my not being able to afford to pay any unreasonable payments, it adversely affects my ability to research information which could help with any appeal or liberty interest. Any other payments that may have been made in the past have been made with the assistance of family members who cannot afford to help with, nor is it their responsibility to do so.

In the event a full waver of payments is not feasible, I would agree to, and fully intend to, pay the fees required. However, I would request a deferment of such payments until such time as I am on Supervised Release, at which time I will have an opportunity to obtain meaningful and gainful employment.

Respectfully submitted this _19th_ day of _December_ , 2 _004_.

Name: _Joseph Marion Hear Junior_
Number: _17549-056_
F.M.C. Devens, Unit: _N-2 Cell 219_
P.O. Box 879
Ayer, MA 01432

1. Please see copy of account for previous six (6) months.

AO 240 Reverse (Rev. 9/96)

*Gifts From A Brother — Amount N/A*
*F. M. C. Devens, Ed. Dept. Job — ORD.*

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☐ No

   If "Yes," state the total amount. *$5,65*

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☑ No    *Court denied relief prior*

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   *None*

I declare under penalty of perjury that the above information is true and correct.

*Dec. 28-04*                    *Joseph Marion Head Junior — 17547-056*
_____                _____
Date                           Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

District Court for the District of Massachusetts; and it is further

ORDERED that if petitioner Joseph Marion Head undertakes to file any additional papers in this Court, he shall file a written petition seeking leave of court to do so. The petition must contain a copy of this Memorandum and Order, together with the papers sought to be filed, and a certification under oath that there is a good faith basis for their filing. The Clerk of Court shall accept the documents, mark them received, and forward them to the Miscellaneous Business Docket Judge for action on the petition; and it is further

ORDERED that petitioner Joseph Marion Head is advised that failure to comply with these requirements may result in the imposition of additional sanctions, including monetary fines.

SO ORDERED.

Dated at Boston, Massachusetts, this 8th day of December, 2004.

/s/ Richard G. Stearns
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

3

# STATEMENT OF INDIGENCY

## Request To Waver Or Defer Payments

I do hereby swear, under penalty of perjury, that the following information is true and correct.

I, *Joseph Marion Head Junior*, do assert that my income prevents me from paying any fees while incarcerated due to the fact that I only earn $ *20.00 about* [1] per month at my current work assignment.

By my not being able to afford to pay any unreasonable payments, it adversely affects my ability to research information which could help with any appeal or liberty interest. Any other payments that may have been made in the past have been made with the assistance of family members who cannot afford to help with, nor is it their responsibility to do so.

In the event a full waver of payments is not feasible, I would agree to, and fully intend to, pay the fees required. However, I would request a deferment of such payments until such time as I am on Supervised Release, at which time I will have an opportunity to obtain meaningful and gainful employment.

Respectfully submitted this ___28___ day of ___Dec.___, 2 _004_.

Name: *Joseph Marion Head Jr.*
Number: _17549-056_
F.M.C. Devens, Unit: _N-2 - Cell 219_
P.O. Box 879
Ayer, MA  01432

---

1. Please see copy of account for previous six (6) months.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH MARION HEAD,                    )
            Petitioner,                )
                                       )
        v.                             )    C.A. No. 04-40084-RGS
                                       )
DAVID L. WINN,                         )
            Respondent.                )

### MEMORANDUM AND ORDER

By Order dated September 17, 2004, the court instructed the Clerk to docket no further filings submitted by Joseph Marion Head without the prior approval of the court. See 9/17/04 Order, Docket No. 5.

For the reasons set forth below, the Clerk is directed to return to petitioner the documents that were received for filing after the issuance of the court's September 17th Order.

### DISCUSSION

Petitioner Joseph Marion Head is a federal prisoner[1] now confined to FMC Devens in Ayer, Massachusetts. Despite the issuance of an injunction on September 17th, Mr. Head has continued to submit documents for filing. Upon review of these submissions, the court finds the documents, save one

---

[1]Petitioner is now serving a 360-month sentence that was imposed pursuant to his convictions on nine counts of mailing threatening communications in violation of 18 U.S.C. § 876. See United States v. Head, No. 98-cr-102-ALL (W.D. N.C. Sept. 12, 2001).

**FORM TO BE USED BY FEDERAL PRISONERS FOR FILING A PETITION FOR WRIT OF HABEAS CORPUS UNDER TITLE 28 U.S.C. § 2241**

### IN THE UNITED STATES DISTRICT COURT

FOR THE *Boston – Massachusetts*

*Joseph Marion Head Junior*
_____
Petitioner

*Reg. No. 17549-056*
*F. M. C. Devens P.O. Box 879*
*Ayer – Massachusetts – 01432*
(Full name under which you were convicted;
Prison Number; Full Mailing Address).

VS.                                          CIVIL ACTION NO._____

*United States of America*
_____
Respondent(s)
*United States Attorney General,*
*Warden of F. M. C. Devens, 01432*
*F.M.C. Devens - P.O. Box 879 - Ayer - Ma.*
(Name of Warden or other authorized person
having custody of Petitioner).

**PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT. ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.**

1. This petition concerns: (check appropriate blank)

_____✓_____ A conviction
_____ A sentence (**CAUTION:** If you are attacking a sentence imposed under a Federal Judgment, you must file a direct motion under 28 U.S.C. § 2255 in the Federal Court which entered the Judgment).
_____ Jail or prison conditions
_____ Prison discipline issue
_____ A parole problem
_____ Other. State briefly: *18 U.S.C. 4245 (d) Committment*
*Nov. 17th, 2003, Boston Massachusetts, Federal*
*District Court, Etc., Relating Thereto, Prior,*
*Present and Hereinafter.*

2. Place of detention: *N-2 Cell 219 Fed. Med. Center Devens,*
*Post Office Box 879 - Ayer, Massachusetts,*
*01430*

1




UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

December 14, 2004

Mr. Joseph M. Head, Jr.
Reg. No. 17549-056
FMC Devens
P.O. Box 879
Ayer, MA  01432

Dear Mr. Head:

The Clerk received your correspondence seeking information on the three notices of appeal you recently filed.

The Court's records indicate that by Order dated November 30, 2004, Judge Stearns ordered the clerk to enter the Notices of Appeal in the following actions: (1) <u>Head v. United States, et al.</u>, C.A. No. 04-40089-RGS; (2) <u>Head v. Unknown Parties, et al.</u>, C.A. No. 04-40090-RGS; and (3) <u>Head v. America, et al.</u>, C.A. No. 04-40103-RGS.

Enclosed please find courtesy copies of the docket sheets for these three cases and note that the docket for each case indicates the case is on appeal. After the district court transmits the files to the Court of Appeals for the First Circuit, you will be notified of the appeals court case numbers.

Finally, I am enclosing a copy of the December 8th Memorandum and Order issued by Judge Stearns in <u>Head v. Winn,</u> C.A. No. 04-40084-RGS.  This order requires you to obtain approval of the Miscellaneous Business Docket Judge before filing any documents with this Court.  In the future, if you wish to file any documents in the District of Massachusetts, the Memorandum and Order requires you to file a written petition accompanied by a copy of the December 8th Memorandum and Order together with the papers sought to be filed and a certification under oath that there is a good faith basis for their filing.

I hope that this letter addresses your concerns.

Barbara Morse
Pro Se Office

7. Indictment or case number, if known: *N/A – See Ct. Rec.*

8. Offense or Offenses for which sentence was imposed: *N/A – See Ct. Rec.*

9. Date upon which sentence was imposed and the term of the sentence: *N/A – See Ct. Rec.*

10. When was a finding of guilt made? (Check one)

_____ After a plea of guilty

___✓_____ After a plea of not guilty

_____ After a plea of Nolo Contendre

11. If you were found guilty after a plea of not guilty, was that finding made by:

___✓_____ A jury

_____ A judge without a jury

12. Did you appeal the judgment of the conviction or the imposition of a sentence? ___✓___ Yes _____ No

13. If you did appeal, give the following information for each appeal:

a. Name of court: *U.S. Ct. App. 4th. Cir.*

b. Result: *N/A – See Ct. Rec.*

c. Date of result: *N/A – See Ct. Rec.*

d. Citation or number of opinion: *N/A – See Ct. Rec.*

e. Grounds raised: (List each one)
*N/A – See Ct. Rec.*

_____

_____

_____

_____

_____

**NOTE: If you appealed more than once, attach an additional sheet of paper the same size, give all the information requested above in question number 13, a through e. DO NOT WRITE ON BACK OF PAGE.**

3

**RELIEF**

IV. State what relief you seek from the Court. Make no legal arguments. Cite no cases or statutes.

(1) Consperices And Kidnaping Charges Issue against Defendant Herein.

(2) Defendant Be Ordered To Legally Pay Plaintiff One Billion Dollors Tax Free in U.S.A. Curnicey.

(3) Court Order Plaintiff's Lawful Court Release From Custody, Charges, Etc..

(4) Trial By Jury Relating Hereto.

(5) Appoint Coursel To Represent Plaintiff - 18 U.S.C. 3000 6A.

(6) Conduct In Court Evidentry Hearing Hereto.

Signed this _19 th_ day of _December_ 200 _4_.

Joseph Marion Head Junior
Reg. No. 17549-056
F.M.C. Devens, P.O. Box 879
Ayer - Ma. 01432

(Signature of Plaintiff or Plaintiffs)

**DECLARATION**

I, _Joseph Marion Head Jr_ declare under penalty of perjury that I have read and subscribed to the above and state that the information contained therein is true and correct to the best of my knowledge.

Executed _Dec. 19th 2004_ at _F.M.C. Devens_
          Date                              Place

Joseph Marion Head Jr.
Signature of Plaintiff

_____
Signature of Attorney (If Any)

4

15. If this petition concerns jail or prison conditions, prison discipline, a parole problem or other cause under 28 U.S.C. § 2241, answer the following:

a. Did you present the facts in relation to your present complaint in the internal prison grievance procedure?

_____ Yes _____ No *N/A – See Prison Records*

(1) If your answer to "a" above is yes, what was the result? _____

_____

_____

(2) If your answer to "a" above is no, explain: _____

_____

_____

b. Did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

_____ Yes _____ No *N/A – See Prison Records*

(1) If your answer is "yes," state the date such claim was submitted and what action, if any has been taken: _____

_____

_____

(2) If your claim has not been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agency concerning you. *See Prison and Court Records*

c. **STATEMENT OF CLAIM:** State here as briefly as possible the facts of your case. DO NOT give any legal arguments or cite any cases or any statutes. Attach extra pages of the same size to this page if more room is necessary. DO NOT write on the reverse side of this page.

*As stated and related herein on pg. 4 grounds 1, 2, 3 and the facts of each as applies and as may be applied. Either facts is the complete Prison, Medical, Phy. and court Records, relating to the aforesaid committment and all relating thereto, To include all prison cop outs etc / forms filed by petitioner herein.*

*Illegal Transfer To F.M.C. Devens From F.C.I. Beckely. Petitioner did not consent to the transfer, and has petitions, motions, etc pending in Federal District Court, Beckely W.Va. 18 U.S.C. 1201*

**PARTIES**

(In item I. Below, place our name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any).

I. Name of Plaintiff: *Joseph Marion Head Junior – 17549–056*
   Address: *N-2 Cell 219 – F.M.C. Devens – P.O. Box 879 Ayer – Ma, 01432*

(In item II. Below, place the full name of the defendant in the first blank, his / her official position in the second blank, and his / her place of employment in the third blank. Use the space below item II. for names, positions and places of employment of any additional defendants.)

II. Defendant *William Brown* is employed as *Ct. App. Attorney*
    *, U.S. D. Ct. Boston Div.* At *Massachusetts, 02210*

**STATEMENT OF CLAIM**

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet(s), if necessary.)

*Re: U.S.A. (v) Joseph Marion Head Reg. No. 17549-056, 18 U.S.C. 4245 committment and 4247(d) process, etc. relating thereto as related of prison and court records: F.M.C. Devens, U.S.D. Ct. Boston – Massachusetts. Court appointed counsel was William Brown – Attorney At Law in Boston, Massachusetts. Ineffective Assistance of Counsel – Was not legally prepared to represent Head, did not present any evidence nor witnesses in Head's favor, did not allow Head to testify in his own behalf, did not advise Head of his rights to appeal, therefore no appeal was taken by Head. Had appeal been taken claims, grounds, etc. relating to Head's criminal cases, convictions, sentences, etc. could have been presented on this appeal to obtain Head's freedom for Head and etc relief, criminal and civil, tort, domestic, etc. V.A, ETC. Struckland vs Washington As applies to the aforesaid. U.S. Const. Amend. 1, 4, 5, 6, 8, 14 and 9. 18 U.S.C. 1201.*

United States District Court
For The District of Massachusetts
1 Courthouse Way Suite 2300
Boston   Massachusetts   02210

Joseph Marion Head Junior | Case No. _____
Movant

            vs
United States of America
Respondent

    Admendment To Motion's, Etc. Now Pending.
Motion For Appointment Of Counsel For Each
Purpose Movant Is Entitled To Be Appointed
Counsel To Assist And Represent Movant. See
And Apply Hereto, 18 U.S.C. 3006A and sub sec. s
, Title 18 U.S.C. 313 and 4109, Federal Rules
of Criminal Procedure, Rules 5 and 44, Such
Other Laws And Court Cases, Etc. As Applies And As
May Be Applied Relating Hereto. U.S. Const.

# MOVANT

    Now Comes, Joseph Marion Head Junior, Reg. Number
17549-056, Movant, herein, who himself, pro se
respectfully moves the court for appointment of
counsel as related hereinaforesaid for the purposes as
stated herein.

    Movant heretofore refers the court to all

5. Disposition: (Was case dismissed? Was it appealed? Is it still pending?) : _____
   *N/A – See Court Records*

C. 1. Did you present the facts relating to your complaint in the internal prison grievance
   procedure?  Yes _____  No _____  *N/A – See Prison Records*

2. If your answer is Yes, what was the result?  *N/A – See Prison Records*
   _____
   _____

3. If your answer is No, explain.  *N/A – See Prison Records*
   _____
   _____

D. 1. Did you present your claim to the Bureau of Prisons or other Federal agency for
   administrative action?  Yes _____  No _____  *N/A – See Prison Records*

2. If your answer is yes, state the date such claim was submitted and what action, if any
   has been taken.  *N/A  See Prison Records*
   _____
   _____

3. If your claim has been acted on, attach copies of any correspondence you have
   received from the Bureau of Prisons or other Federal agency concerning your claim.

E. 1. Are you suing for a work related injury?  Yes _____  No _____

2. If your answer is Yes, state the nature of the duties you were performing when the
   injury occurred. _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

United States District Court
For The Western District of North Carolina
Asheville Division
309 United States Courthouse Building
100 Otis Street
Asheville North Carolina 28801

**FORM TO BE USED BY FEDERAL PRISONERS IN FILING A CIVIL ACTION
UNDER 28 U.S.C. § 1331 OR § 1346**

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF** *Massachusetts*

*Joseph Marion Head, Junior*
*Reg. No. 17549-056, N-2 Cell 219*
*F.M.C. Devens - P.O. Box 879*
*Ayer - Massachusetts 01432*
(Enter above the full name of the Plaintiff
or Plaintiffs in this action)

**VS.**

*William Brown - Attorney At Law,*
*United States District Court*
*1st House Way - Suite 2300*
*Boston - Massachusetts, 02210*
(Enter above the full name of the Defendant
or Defendants in this action)

*Boston* **DIVISION**

*Jurisdiction of The Court*
*18, 28, 42 U.S.C., Fed. R. 57*
*Civ. Proc., U.S. Constitution,*
*As Applies And As may Be Applied*
*Hereto.*
*See Order of Fed. Judge, Stearns*
*U.S.D. Ct. Boston, Ma. Dated*
*December 8th. 2004, Case Number*
*04-40084-RGS*
*Joseph Marion Head, Petitioner*
*VS*
*David L. Winn, Respondent,*
*See all other Records Also of Head's*
*Court and Prison Records*

A. Have you begun other actions in Federal Court dealing with the same facts involved in this
   Action? Yes_____ No *✓ Or Maybe, See Court Records*

B. If your answer to A is yes, describe the action in the spaces below. (If there is more than one
   action, describe the additional actions on the reverse side of this page).

   1. Parties to the action: *N/A - See Court Records*

   2. Court (Federal Court name the district): *N/A - See Court Records*

   3. Docket Number: *N/A - See Court Records*

   4. Name of Judge to whom case was assigned: *N/A - See Court Records*

1

Attention: Fed. Bureau Of Investigation
Attention: U.S. Fed. Grand Jury - Boston, Ma.

United States District Court
For The District Of Massachusetts
Boston Division
1 courthouse Way - Suite 2300
Boston   Massachusetts   02210

United States of America
Petitioner
              VS                    | 03-CV-10228
Joseph Marion Head                  |
Reg. No. 17549-056
Respondent

__F.B.I. And Fed. Grand Jury Fill This Motion__
Motion For Court Order To Issue Ordering
Eugenia M. Carris - Assistant U.S. Attorney
To Legally Prove To The Court And To Respondent
Everything Stated In The Petition Dated July 30
,2003, relating to the above entitled cause.
And To Futher Prove ThatWhat Was Said In Said
Petition Dose Not constitutes A Consperisey To
Kidnap Respondent By And Through A
Judical Process, Futher That She Is Or Was
Not Part Of That Consperisey, As Well
,Michael J. Sullivan - United States Attorney.
And The Judge That Heard The Petition, Etc
And committed Respondent On Nov. 17, 2003
Without legal reason and just cause,
having been poven in court nor stated to
said, said in court nor in petitions, motions,
etc, relating to the above entitled cause.
Nor with legal proof shown and presented
To the court and to Respondent that the
Respondents State and Federal Charges And
convictions And Sentences And Committments

Joseph Marion Head Junior - Plaintiff (VS) William Brown - Defendant
civil case number _____, U.S.D.Ct. Boston, Ma

# STATEMENT OF INDIGENCY

## Request To Waver Or Defer Payments

I do hereby swear, under penalty of perjury, that the following information is true and correct.

I, Joseph Marion Head Junior , do assert that my income prevents me from paying any fees while incarcerated due to the fact that I only earn $20.00 about [1] per month at my current work assignment.

By my not being able to afford to pay any unreasonable payments, it adversely affects my ability to research information which could help with any appeal or liberty interest. Any other payments that may have been made in the past have been made with the assistance of family members who cannot afford to help with, nor is it their responsibility to do so.

In the event a full waver of payments is not feasible, I would agree to, and fully intend to, pay the fees required. However, I would request a deferment of such payments until such time as I am on Supervised Release, at which time I will have an opportunity to obtain meaningful and gainful employment.

Respectfully submitted this 19th day of December , 2004 .

Name: Joseph Marion Head Junior
Number: 17549-056
F.M.C. Devens, Unit: N-2 Cell 219
P.O. Box 879
Ayer, MA  01432

1. Please see copy of account for previous six (6) months.

  

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

December 14, 2004

Mr. Joseph M. Head, Jr.
Reg. No. 17549-056
FMC Devens
P.O. Box 879
Ayer, MA  01432

Dear Mr. Head:

The Clerk received your correspondence seeking information on
the three notices of appeal you recently filed.

The Court's records indicate that by Order dated November 30,
2004, Judge Stearns ordered the clerk to enter the Notices of
Appeal in the following actions: (1) Head v. United States, et
al., C.A. No. 04-40089-RGS; (2) Head v. Unknown Parties, et al.,
C.A. No. 04-40090-RGS; and (3) Head v. America, et al., C.A. No.
04-40103-RGS.

Enclosed please find courtesy copies of the docket sheets for
these three cases and note that the docket for each case
indicates the case is on appeal.  After the district court
transmits the files to the Court of Appeals for the First
Circuit, you will be notified of the appeals court case numbers.

Finally, I am enclosing a copy of the December 8th Memorandum and
Order issued by Judge Stearns in Head v. Winn, C.A. No. 04-
40084-RGS.  This order requires you to obtain approval of the
Miscellaneous Business Docket Judge before filing any documents
with this Court.  In the future, if you wish to file any
documents in the District of Massachusetts, the Memorandum and
Order requires you to file a written petition accompanied by a
copy of the December 8th Memorandum and Order together with the
papers sought to be filed and a certification under oath that
there is a good faith basis for their filing.

I hope that this letter addresses your concerns.

Barbara Morse
Pro Se Office

PS 5270.07
CN 12 10/11/2000
Chapter 4, Page 7

[TABLE 3 (Cont'd)
HIGH CATEGORY

| CODE | PROHIBITED ACTS | | SANCTIONS |
|------|-----------------|---|-----------|
| 200 | Escape from unescorted Community Programs and activities and Open Institutions (minimum) and from outside secure institutions--<u>without</u> violence. | A. | Recommend parole date rescission or retardation. |
| 201 | Fighting with another person | B. | Forfeit earned statutory good time or non-vested good conduct time up to 50% or up to 60 days, whichever is less, and/or terminate or disallow extra good time (an extra good time or good conduct time sanction may not be suspended) |
| 202 | (Note to be used) | | |
| 203 | Threatening another with bodily harm or any other offense | | |
| 204 | Extortion, blackmail, protection: Demanding or receiving money or anything of value in return for protection against others, to avoid bodily harm, or under threat of informing | B.1 | Disallow ordinarily between 25 and 50% (14-27 days) of good conduct time credit available for year (a good conduct time sanction may not be suspended). |
| 205 | Engaging in sexual acts | | |
| 206 | Making sexual proposals or threats to another | | |
| 207 | Wearing a disguise or a mask | C. | Disciplinary Transfer (recommend). |
| 208 | Possession of any unauthorized locking device, or lock pick, or tampering with or blocking any lock device (includes keys), or destroying, altering, interfering with, improperly using, or damaging any security device, mechanism, or procedure | D. | Disciplinary segregation (up to 30 days). |
| | | E. | Make monetary restitution. |
| 209 | Adulteration of any food or drink | F. | Withhold statutory good time] |
| 210 | (Not to be used) | | |
| 211 | Possessing any officer's or staff clothing | | |

*another – What or Who, Statute or code Unconstitutional Dose not Specify What*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH MARION HEAD,                    )
            Petitioner,                )
                                       )
        v.                             )    C.A. No. 04-40084-RGS
                                       )
DAVID L. WINN,                         )
            Respondent.                )

### MEMORANDUM AND ORDER

By Order dated September 17, 2004, the court instructed the Clerk to docket no further filings submitted by Joseph Marion Head without the prior approval of the court. See 9/17/04 Order, Docket No. 5.

For the reasons set forth below, the Clerk is directed to return to petitioner the documents that were received for filing after the issuance of the court's September 17th Order.

### DISCUSSION

Petitioner Joseph Marion Head is a federal prisoner[1] now confined to FMC Devens in Ayer, Massachusetts. Despite the issuance of an injunction on September 17th, Mr. Head has continued to submit documents for filing. Upon review of these submissions, the court finds the documents, save one

_____

[1]Petitioner is now serving a 360 month sentence that was imposed pursuant to his convictions on nine counts of mailing threatening communications in violation of 18 U.S.C. § 876. See United States v. Head, No. 98-cr-102-ALL (W.D. N.C. Sept. 12, 2001).

| PART III – INVESTIGATION | 22. DATE AND TIME INVESTIGATION BEGAN 5-20-03    0945 |

23. INMATE ADVISED OF RIGHT TO REMAIN SILENT: YOU ARE ADVISED OF YOUR RIGHT TO REMAIN SILENT AT ALL STAGES OF THE DISCIPLINARY PROCESS BUT ARE INFORMED THAT YOUR SILENCE MAY BE USED TO DRAW AN ADVERSE INFERENCE AGAINST YOU AT ANY STAGE OF THE INSTITUTIONAL DISCIPLINARY PROCESS. YOU ARE ALSO INFORMED THAT YOUR SILENCE ALONE MAY NOT BE USED TO SUPPORT A FINDING THAT YOU HAVE COMMITTED A PROHIBITED ACT.

THE INMATE WAS ADVISED OF THE ABOVE RIGHT BY _____ S. Antley _____ AT (DATE/TIME) 5-20-03  0945

24. INMATE STATEMENT AND ATTITUDE

n 5-20-03 at 0945 I advised inmate Head, Joseph Reg. no. 17549-056 of his rights as stated above.

ead stated that he understood his rights and did not wish to make a statement.

mate displayed a good attitude.

25. OTHER FACTS ABOUT THE INCIDENT, STATEMENTS OF THOSE PERSONS PRESENT AT SCENE, DISPOSITION OF EVIDENCE, ETC.

mo from Officer Sullivan, attached.

is report was suspended on 5-20-03 pending mental health review.

-mail from Psychiatry Services stating Head is not competent for the disciplinary process, copy ttached.

26. INVESTIGATOR'S COMMENTS AND CONCLUSIONS

rse Stonionis adequately describes the prohibited act of threatening, code 203, in section 11 this report supported by the statement from staff witness. Therefor it is the conclusion of this vestigator that Head was appropriately charged.

ased on information received from Psychiatry Services stating Head is not competent for the isciplinary process it is my conclusion Head should be found not competent.

27. ACTION TAKEN

his report will be sent to the UDC for further disposition.

DATE AND TIME INVESTIGATION COMPLETED: 5-20-03   1300

PRINTED NAME/SIGNATURE OF INVESTIGATOR:        S. Antley
                                               PRINTED NAME

SIGNATURE                                      Lieutenant
                                               TITLE

pleading concerning the denial of a petition for writ of certiorari by the Supreme Court of the United States, to be duplicative of the claims raised in Civil Action Nos. 04-40042-RGS and 04-40084-RGS.  Because I find these documents to be duplicative and malicious under the authority of 28 U.S.C. § 1915A,[2] the court will direct the clerk to return these documents to Joseph Marion Head.

ORDER

Based upon the foregoing, it is hereby

ORDERED that in accordance with this Court's order dated September 17, 2004, the clerk shall return to Joseph Marion Head the documents submitted for filing since September 17, 2004; and it is further

ORDERED that petitioner Joseph Marion Head be precluded from filing any additional papers, claims, cases, files, complaints, or anything resembling those pleadings, or any other documents in the United States District Court for the District of Massachusetts, in any manner, way or form, without first obtaining the prior written approval of the Miscellaneous Business Docket Judge of the United States

---

[2] 28 U.S.C. § 1915A provides in pertinent part:
(a) Screening.--The court shall review, before docketing, if feasible or, in any event, as soon as practicable after docketing, a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a government entity.
(b) Grounds for Dismissal.--On review, the court shall identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint--
(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or
(2) seeks monetary relief from a defendant who is immune from such relief.

2

Incident Report

110 5831

of Justice

_____ ___ of Prisons

NAME          STITUTION    FMC Devens

## PART I – INCIDENT REPORT

| 2. NAME OF INMATE | 3. REGISTER NUMBER | 4. DATE OF INCIDENT | 5. TIME |
|---|---|---|---|
| Head, Joseph | 17549-056 | 5-19-03 | 10:00 PM |

| 6. PLACE OF INCIDENT | 7. ASSIGNMENT | 8. UNIT |
|---|---|---|
| N3 unit | NA | N-3 |

| 9. INCIDENT | 10. CODE |
|---|---|
| Threatening another with bodily harm. | 203 |

11. DESCRIPTION OF INCIDENT (Date: 5-19-03 Time: 10^PM Staff became aware of incident)

On 5-19-03 at 10 PM, inmate Head, Joseph, 17549-056 then in conversation with this writer and C.O. Sullivan, became agitated and stated "when the bomb goes off, you will know who I am" "You will get yours" "if I saw you on the street you would be dead" pt continued to be belligerent, was placed in his cell and locked in, Lt. Diamond notified.

| 12. SIGNATURE OF REPORTING EMPLOYEE | DATE AND TIME | 13. NAME AND TITLE (Printed) |
|---|---|---|
|  | 5-19-03  11:00 PM | C. Stonionis  RN |

14. INCIDENT REPORT DELIVERED TO ABOVE INMATE BY

| | 15. DATE INCIDENT REPORT DELIVERED | 16. TIME INCIDENT REPORT DELIVERED |
|---|---|---|
| | 5/20/03 | 0745 |

## PART II – COMMITTEE ACTION

17. COMMENTS OF INMATE TO COMMITTEE REGARDING ABOVE INCIDENT

A. IT IS THE FINDING OF THE COMMITTEE THAT YOU:
_____ COMMITTED THE FOLLOWING PROHIBITED ACT.

_____ DID NOT COMMIT A PROHIBITED ACT.
COMMITTEE DECISION IS BASED ON THE FOLLOWING INFORMATION

B. _____ THE COMMITTEE IS REFERRING THE CHARGE(S) TO THE DHO FOR FURTHER HEARING.

C. _____ THE COMMITTEE ADVISED THE INMATE OF ITS FINDINGS AND OF THE RIGHT TO FILE AN APPEAL WITHIN 15 CALENDAR DAYS.

COMMITTEE ACTION AND/OR RECOMMENDATION IF REFERRED TO DHO (CONTINGENT UPON DHO FINDING INMATE COMMITTED PROHIBITED ACT)

and incompetent by the Chief of Psychiatry.

DATE AND TIME OF ACTION  5-23-03  0830  (THE UDC CHAIRMAN'S SIGNATURE NEXT TO HIS NAME CERTIFIES SAT ON THE UDC AND THAT THE COMPLETED REPORT ACCURATELY REFLECTS THE UDC PROCEEDINGS.)

a. Day / ab
Chairman (Typed Name/Signature)

K. Evans
Member (Type/Name)

Member (Typed N____

al – Central File Record     Blue – To Inmate after UDC Action
– DHO

Conspiracy, kidnaping — See U.S. Attorney, Bulliston – Wake Relation.

District Court for the District of Massachusetts; and it is further

ORDERED that if petitioner Joseph Marion Head undertakes to file any additional papers in this Court, he shall file a written petition seeking leave of court to do so.  The petition must contain a copy of this Memorandum and Order, together with the papers sought to be filed, and a certification under oath that there is a good faith basis for their filing.  The Clerk of Court shall accept the documents, mark them received, and forward them to the Miscellaneous Business Docket Judge for action on the petition; and it is further

ORDERED that petitioner Joseph Marion Head is advised that failure to comply with these requirements may result in the imposition of additional sanctions, including monetary fines.

SO ORDERED.


Dated at Boston, Massachusetts, this 8th day of December, 2004.


                         /s/ Richard G. Stearns
                         RICHARD G. STEARNS
                         UNITED STATES DISTRICT JUDGE

3

To: Sui Judicial Body and Officers and Justices thereof, Therefore See all person and court records reenting to Head hereof, ORDER All Appropriate, Crim., Civ. Tort. Demestic, S.S., V.A., Relief and Release Authorized By Law, Constitution, Eta. Rights.

State of North Carolina (v) Joseph Marion Head junior - 74CR2403 - 74CR2403A

## Element of Consent

If the government failed to prove that the defendant did not have a reasonable grounds to beleive that the complainant consented, The jury must acquit the defendant, see, Davis v U.S. 613 A.2, 906 ,908-912 (DC, 1992)

That in 74CR2403 - 74CR2403A - The victem and defendant had consexual sexual relation in an agreement for sex of $ 20.00 and a ride half way to the beach as the defendant did Testify at his trials, but for some reasons which happened after sex the defendant would not keep his agreement for sex. The defendant testified that her puajohnnia stunk real bad and was big, as his reasons for not keeping his agreement for sex with her. Prior to probable cause hearing and first trial and each trial, the defendant told the police and others that he had sex with her as aforsaid, etc. aforsaid and the police, etc, made no attempt to collect evidence etc. favorable to the defendant which would have proved the defendant told the truth about her puajohnnia stunk real bad and was big to him all of which could have been proven by medical test and testi- mony from doctors who examined her on April 15th, 1974

The alledged vistem made statements to the police that, (I'll do or say anything to convict him - anything it takes - whatever is nessesary, whether it is true or not) The government cannot and could not legally shift the burden of proof on to the defendant to prove that she consented to sex and that his reasons for not paying her was true.

Futher see, State v Whitmore 1969 which requires proof of penniatration of the sex orgain as is nessiary for a legal and valled conviction. Defendants confession was inadmissable for he did not was his right to counsel same as in 73CR5057.

Hand Pro Se Demands One Zillion Dollars Forty Three Plus Billions

Inmate Was Dealt Unjust the Transfer &

F.C.I. Berkeley to F.M.C. Deserion.

Prior to being transferred from F.C.I. Berkeley to F.M.C. Deserion
inmate Hara on numerous prior occasions was sent actual, objected to being
Transferred and futher two petitions to pending in the
U.S. Dist. Berkeley w/ the court declaring Hara's
of wisedom, willingness and covenant, litigation remained w/ to
The spesion. The Transfer was illegal and constituted
kidnapping inmate Hara 18 U.S.C. 1201; U.S. Const. Amend.
4, 5, 8, 14, 18 U.S.C. 1841; 18 U.S.C. 242; 42 U.S.C. 1983 Etc. . .





Name: Joshua Monica Nivardo
Reg. #: 25549-056

N-2 Cell 219
Fed. Med. Center Devens
c/o unit B-1 Box 879
Ayer, Ma., 01432

To: Re...
Uni...
1 ...
Basi...

Legal Mail

Johnson v Zerbst 304 U.S. 458, 464 (1938)(Harrison v Broadnick 392

U.S. 293, 296 (1968)

Defendant not advised he waived the right. Prior (...)  U.S.C.

by taking the stand. special mailing procedures  sub. sec. o

Powell v Zeta  02.

Buchanan v Kentucky, 483 U.S.

Hoffman v United States 341 U.S.

United States v Rose 183 U.S. 45  Federal Medical Center

Estelle v Smith, 451 U.S. 45  Title 21 U.S.C. 851

Boswell v U.S. 511 A.2d. 29,33 (D.C. 1986)  and sub. sec. o

Boykin v Palmigiano, 425 U.S. 308, 3-16-20 (1976)

as legally applies relating hereto. N.C.G.S. 17-8, 17-10, 17-19, 17-21, 15A-954(a) 1 through 10, 15A-1415 a-B-1,2,3,4,6,7,8.

Background Of Movant And Movants Criminal, Civil, Demestic, Tort, S.S., Va. Cases And Etc. Relating Thereto To Include All criminal and civil commitments and Etc. Relating Thereto. All To Be Stated By The Court In It's Findings Of Facts And Records Relating Hereto, With An Opinion, Judgment, Order Of The Court Relating To All Of Same And all Persons, Places, Things Relating To Same And as To The Competence Of Each Relating To The Aforsaid. Relating To The Rules Of Law – Convictions Of And By Incompetent Persons Violates Due Process United States Constitution Amendment 5 and 14, North Carolina Constitution Article 1 Sec. 19. Striskland v Washington, Ineffective counsel because incompetent oi What And How, Why?

The Court Order The Federal Courts To Conduct alike Competence Hearing Relating To The competence of Each Person Relating To Heads State And Federal Court Cases, Etc. Relating To Head. Due Process And Equal Protection of Law, Etc. Requires, Entitles The Aforsaid To Be Legally Ordered Hereto.
Signed Joseph Marion Head Junior, 17549-056
December 25th 2004

U.S. Const. Amend. 1,4,5,6,9,14, N.C.G.S. 17-8, 17-10, 17-17, 17-21, 15A-954(a) ,15A-1415(B)1,2,3,7,8

If the government failed to prove that the defendant did not have reasonable grounds to beleive that the complainant consented, the jury must acquit. See Davis v U.S. 613 A.2.906, 908-912 (D.C. 1992); See State v Head 74CR2403

The alledged victim and defendant engaged in consensual sexual relations, in an agreement for sex of $20.00 and a ride half way to the beach, as the defendant did testify. But for something which happen after sex, the defendant would not keep his agreement for sex. Defendants reasons for not keeping his agreement for sex was, her puajohania stank read bad and was big.

When arrested and thereafter prior to trial and prior to probabale cause, the defendant told the police and others the aforsaid several times.

The Government made no attempt to collect evidence, etc. as to the aforsaid. Had no test made on the victem nor defendant.

Had no medical evidence and proof, that the defendant did not tell the truth when he said the aforsaid.

The alledged victem had made statements to the police, doctors and others, that, I'll do or say anything to convict him, whatever it takes, whatever is necessary whether it is true or not.

The Government Cannot Shift The Burden of Proof on to the defendant to prove she did consent to what defendant beleived to be legal consent at the time she consented

U.S. D. Ct. Judge, R. D. Stearns, Order, It The Court
To Do What Is Related In This Motion And Order It
Done By The Federal courts also.

State of North Carolina                In The General Court of Justice
county of Rutherford                   Superior   court Division
                                       Re: 74CR2403 - 74CR2403A


State of North Carolina                Motion For An In Court
    VS                                 Evidentry Hearing To Determine
Joseph Marion Head Junior             And Adjudge The Competence of
Defendant                              Movant, Prior, Present, Etc. At
        And                            And Relating To Each, Matter, Process,
All Matters Relating Thereto,          Etc. Relating To Each Of Movants
Past, Present, Hereinafter             State And Federal court cases.


To The Honorable Presiding And Resident Judge For The
Superior Court of Rutherford county, North Carolina.


Attention: District Attorney For The 29th. Judicial District of N. C.


        Comes Now, Joseph Marion Head Junior, Reg. Number 175
49-056 who pro se respectfully moves the court for
a competence hearing as related hereinabove pursuant
to the provisions of law and constitution which applies
and may be applied, to exclude the rule of law
that a conviction of an incompetent person,
violates the due process rights of that person.
See, Robinson 383 U.S. at 378, Drope 420 U.S. at 172,
Medina v California 505 U.S. 437, 449 (1992) Cooper
v Oklahoma, 116 S. Ct. 1373 (1996) Riggins v Nevada
504 U.S. 127, 134 (1992), Dusky v United States 362 U.S.
402 (1960) United States Constitution Amendments
1, 4, 5, 6, 8, 9, 14 as applies hereto as well North
Carolina Constitution Artical 1 sec. 19, 21, 23, 27, Etc.