United States of America Grand Jury
C/O United States Federal District Court
1 Courthouse Way Suite 2300
Boston Massachusetts 02210
Case File No. Hereto, _____

United States of America
vs
Joseph Marion Head Junior
Defendant — Respondent And Etc.
Relating Thereto As Related Of Records.
Reg. No. 17549-056

State of North Carolina
vs
Joseph Marion Head Junior
Defendant — Respondent And Etc. As
Relating Thereto As Related Of Court Records.
Prison No. H2-007-410-46-36

Application For Indictments To Issue
Against Governmental Employees
For Kidnaping Joseph Marion Head Junior
By Judicial Processes And Relating Thereto
-As Deprivation Of Liberty Without Due
Process And Equal Protection Of Law And
costitution of The United States Of America
And Or By The States Thereof.

The Grand Jury is heretofore refered to
each and all state and federal prison and
and court records, persons, places and things
, relating to Joseph Marion Head Junior Reg. No.
17549-056, Prison No. H2-007-410-46-36,



*(handwritten left margin, vertical):* his refusal is part of a conspiracy to deprive liberty without due process of equal protection on Constitution

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

Main Reception: (617) 748-3100          John Joseph Moakley U. S. Courthouse
Fax Number: (617) 748-3971               1 Courthouse Way, Suite 9200
                                                          Boston, Massachusetts 02210

January 3, 2005

Joseph Marion Head, Jr.
Reg. No. 17549-056
FMC-Devens
P. O. Box 879
Ayer, MA 01432

    RE:    <u>USA v. Joseph Marion Head</u>, U.S. District Court MBD No. 03-10228
            **Filed Under Seal**

*(handwritten left margin):* 18 U.S.C. 4247 H) ETC. 4245 e) ETC.

Dear Mr. Head:

    Our office is in receipt of your request dated December 17, 2004. Be advised that your case is closed, and if you wish to make a request for copies of documents under the Freedom of Information Act (FOIA), you must file your request with the FOIA Unit, Executive Office of the United States Attorneys in Washington, D.C. That office coordinates the processing of all FOIA requests for all of the United States Attorney Offices. The address for the FOIA Unit is:

Freedom of Information Act/Privacy Act Unit
Executive Office for United States Attorneys
600 E Street, N.W., Room 7300
Washington, DC 20530

    I am returning your request with this letter so that you may contact the FOIA Unit directly. Be advised that if you continue sending FOIA requests to this Office, they will not be answered.

*(handwritten):* Was This My Attorney
what is His address
what is Her address
its and who is she

Sincerely,

*(signature)*

Eugenia M. Carris
Assistant U.S. Attorney

Enclosure

cc:    William A. Brown, Esq.
        Ann H. Zgrodnik, Esq.
        (both w/o enclosures)

*(handwritten):* Judge, Tauro, Enter appropriate Order Herein To The Ends I be provided said records and infromation etc. and Order Appropriate Action otherwise as to me being Kidnaped, Etc. See all prison and court Records, Etc. Relating To Me. State the complete Background of all of same, prior, present, etc.

*(handwritten left margin):* 18 U.S.C. 4247 (h)

Violations of
Due Process And Other Rights, Etc.

Failure of the Court at each trial of Head's cases to Charge and Instruct the jury on all lesser offenses of Rape and crime against nature Violated Head's rights to due process and equal protection of law and constitution and did violate several rights and priviledges of Head.

What Constituted An Lesser Offense Of The offenses Head Was Charged With And Tried For. Elements, Evidence, Facts, Testimony, Etc.. Jones v United States, 544 A. 2d. 12 50 (D.C. 1988) Blockburger (1932) Photographs of complainants body, relvant and necessary to show forcible rape. United States v Sampol, 204 U.S. App. D.C. 3 49, 636 F. 2d. 621 (1980). U.S. Const. Amend 4, 5, 6, 8, 9, 14, N.C. Const. Art. 1 sec. 19, 21, 23, 27 etc as applies.

That according to Head's Testimony, all He did was solicited prostitution, if That and there was no legal proof at his trials, of a greater offense or crime. Head's reasons for not keeping his agreement with her for sex was not legally proven to be untrue and same relates only guilt of a breach of agreement, not rape, etc..

When police etc learned of Head's reasons, No test was ordered to be preformed on the girl for any purpose. Why Not. Same violated several rights of Head by not doing so,

That Head engaged in consensual sexual relations only with Griffen and its was not legally proven otherwise and cannot be proven otherwise



David Kelly, Intake Staff
617-482-3170 ext. 317
DKelly@aclu-mass.org

January 3, 2005

**LEGAL MAIL**
Joseph Marion Head Jr., Reg. No. 17549-056
Federal Medical Center
N-2, Cell 219
Box 879
Ayer, MA 01432

Thank you for your recent inquiry. I am sorry to report that the American Civil Liberties Union of Massachusetts cannot provide you with legal assistance. We are a relatively small private organization, supported by membership contributions. A large number of complaints come in to us regarding violations of civil rights and civil liberties, and we are only able to handle a very few. The result is that we must sometimes decline to help people who have meritorious claims.

I am sorry that we could not be more helpful.

Sincerely yours,

David Kelly

*Appoint Head Counsel, 18 U.S.C. 30006A and sub sec.s as applies to his cases, etc..*

The instruction should not be given if the factual issues to be resolved are the same as to both the lesser and greater offenses, Berra v United States, 351 U.S. 131 (1956)

One very important issue is whether the jury can legally begin deliberating on the lesser included offense without first unanimously voting to acquit on the greater offense, Jones v United States (1988) and Blockburger (1932) Comber v United States, 584 A.2d. 26, 53, n. 46 (D.C. 1990)(en banc) the trial court erroneously instructed the jury that involuntary manslaughter is a lesser-included offense of voluntary manslaughter, and that it could consider involuntary manslaughter only if it first acquits on voluntary manslaughter. While both are included within second-degree murder, involuntary manslaughter is not a lesser included offense of voluntary manslaughter, and the jury should be instructed to consider both if there is a sufficient evidentiary basis, See United States v Bradford 344 A.2d, 208, 218 (D.C. 1975) Reed v United States 584 A.2d, 585, 590 (D.C. 1990)

The instruction must be given for any lesser included offense, even one to which the defendant would not be entitled to a jury trial, if there is an evidentiary basis, Id. at 1167, See e.g. Simmons 554 A.2d. 1167, Sansone v U.S., 380 U.S. 343, 349-50 (1965)

P-5148.055 INMATE REQUEST TO STAFF CDFRM *Each Gov. Employee*
EP 98
U.S. DEPARTMENT OF JUSTICE *Attorney General*    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) *Director B.O.P., Warden, Ass. Wardens* | DATE: *1 - 4 - 05* |
|---|---|
| FROM: *Joseph Marion Head Sr.* | REGISTER NO.: *17549-056* |
| WORK ASSIGNMENT: *Ed. ORD.* | UNIT: *N - 2 Cell 219* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

*Failure of the Assistant Attorney - Eugenia M. Carris, to provide inmate Head a copy of all records as requested and the name and address of the attorney who Represented him in the Nov. 17th, 03 hearing in Fed. Ct. Boston denied and deprived inmate Head with the records and information necessary to fail a motion to the court as authorized by 18 U.S.C. 4247(h) and the United States constitution. Thereby several rights of inmate Head's was violated and denied and deprived to him and unnecessary delaied. The aforsaid appears to Have been part of a consperisy against inmate Head and constituted a Kidnaping of inmate Head as in deprivation of liberty without due process and aporab (by detention) of law and constitution.*

DISPOSITION: *The above, supported by a copy of a letter from the aforsaid, proves the violations of law and rights. Head Pro Se Demands his lawfull court release be ordered and that He be legally paid One Trillion Dollars Tax Free and the aforsaid E. M. Carris as his personal property or slave hereinafter or she be legally prosecuted for a consperisy and kidnaping aforsaid. Her choice an not forced one way or the other. She completely obey Head forever until dead or go to Prison Per Head's request.*

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
[  ]  may be replicated via WP)    This form replaces BP-148.070 dated Oct 86

4

The defendant must be informed of the degrees of the offenses he can and will be tried for, and of all included in the offense charged, see, In Re. W.B.W., 397 A.2d, 143, 148 (D.C. 1979), See, Hall v United States, 343 A.2d, 35 (D.C. 1975) United States v Whitaker, 144 U.S. App. D.C. 344, 447 F.2d. 314 (1971)

A defendant is entitled to a lesser-included offense instruction when,
(1) All elements of the lesser offense are included in the offense charged,
(2) There is a sufficient evidentiary bases for the lesser charge, Simmons v United States, 554 A.2d. 1167, 1170 (D.C. 1989) Rease v United States 403 A.2d., 322, 328 (D.C. 1979) see, Stevenson v United States, 162 U.S. 313 (1896) (defendant entitled to instruction when jury rationally could not find him not guilty of greater offense but guilty of lesser offense.) This requirement generally is met when there is some evidence tending to create a dispute on the factual elements differentiating the two crimes.
But see all laws and cases relating to double jeopardy and other rights also.
See, Blockburger v United States, 284 U.S. 299, 304 (1932), Brown v Ohio, 432 U.S. 161, 166 (1977). Blockburger - Since the greater offense follows or precedes, contains every element of the included offense, (prosecution for the lesser offense is barred.) Double Jeopardy Rights

17549-056 who himself pro se respectfully moves the court as related herein above for the purposes stated herein, and states that morovant dose not have a copy of his prison, medical, phy, court records and therefore cannot properly relate a complete background of the case and movant herein to include his personal and privite life and criminal history and all relating thereto as known and as may be learned of relating hereto. Morant demands the United States provide the court with said infromation in its responds hereto and to provide movant with a copy of same and all records, etc. relating thereto, so movant may file a rebuttal thereto, etc thereto and have said copy as a personal record of same.

The United States Be Legally Ordered To State and List in the aforskid responds hereto, each and all, claims, grounds, allegations, errors, motions, ever been made, presented, asserted, etc, within the prison and court records relating to movant and in all records etc. relating thereto, criminal, civil, tort, demestic, Bocal Security, V.A, etc, as known and as may be learned of, and futher state all laws etc which legally applies thereto and what relief should and should not be ordered and legal reasons why.

Signed, Joseph Marion Head Junior aforsaid, 1-4-05

5

Wherefore, Joseph Marion Head Junior herein
aforsaid respectfully moves the Grand
Jury to fully investigate and issue or
cause to be issued indictments for the
just and legal cause for same as known
by the Grand jury.

Respectfully Presented On This The 23
rd. day of Jan, 2005
Signed, Joseph Marion Head Junior 17549-056
N-2 cell 219 - Fed. Med. Center Devens
Post Office Box 879 - Ayer - Massachusetts 01432

Date The Forgoing Application Placed In The
Mail Box For Legal Mail of Inmates, At
F. M. C. Devens, Jan. 24th. 2004.
Signed, Joseph Marion Head Junior aforsaid.
Jan. 23rd. 2005

United States District Court
For The District Of Massachusetts
Boston Division
1 Courthouse Way Suite 2300
Boston Massachusetts 02210

United States of America    |    Civil No. _____
Petitioner                  |    18 U.S.C. 4245(d)
                            |    Commitment
          VS                |
Joseph Marion Head          |
Reg. No. 17549-056          |
Respondent                  |

Motion For A Hearing To Determine Whether Movant Should Or Should Not Be Discharged From His Commitment-18 U.S.C. 4245(d). Movant Makes This Motion Pursuant To 18 U.S.C. 4247(h) And The Constitution Of The United States of America As Legally Relates And Applies Hereto, To Include Amendments 1, 4, 5, 6, 8, 9 and 14, as applies hereto.

Movant Futher Moves The Court For Appointment of Counsel Hereto And For The Hearing Above Moved For And For Such Other Purposes Known To The Court, Needed Or May Become Needed To Include Appeals, Law Suits, Etc. Authorized By Law. 18 U.S.C. 3006A and sub sections as legally applies hereto and maybe legally applied hereto. The Constitution Of United States As Applies Hereto.

Now Comes, Joseph Marion Head Junior Reg. Nor.

BP-S148.055 INMATE REQUEST TO STAFF CDFRM *Each Gov. Employee*
EP 98
U.S. DEPARTMENT OF JUSTICE *Attorney General*   FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: 1 - 4 - 05 |
|---|---|
| *Director B.O.P., Warden, Ass. Wardens* | |
| FROM: *Joseph Marion Head Jr.* | REGISTER NO.: 17549-056 |
| WORK ASSIGNMENT: *Ed. ORD.* | UNIT: N - 2 Cell 219 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

*Failure of the Assistant Attorney - Eugenia M. Carris, to provide inmate Head a copy of all records as requested and the name and address of the attorney who Represented him in the Nov. 17th., 03 hearing in Fed. Ct. Boston denied and deprived inmate Head with the records and information necessary to fail a motion to the court as authorized by 18 U.S.C. 4247(h) and the United States constitution. Thereby several rights of inmate Head's was violated and denied and deprived to him and unnecessary delaied. The aforsaid appears to have been part of a consperisig against inmate Head and constituted a Kidnaping of inmate Head as in deprivation of liberty without due process and expansition of law and constitution.*

DISPOSITION: *The above, supported by a copy of a letter from the aforsaid, proves the violations of law and rights. Head Pro Se Demands his lawfull Court release be ordered and that He be legally paid One Lillion Dollars TaxFree and the aforsaid E. M. Carris as his personal property or slave hersinafter or she be legally prosecuted for a conspericey and kidnaping aforsaid. Her choice an not forced one way or the other. She completely obay Head forever until dead or go to Prison Per Head's request.*

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

This form replaces BP-148.070 dated Oct 86

Further see the Annual Case Summary for court dated 10-12-04
Signed by Doctor Phy. Thompson relating to plaintiff. And see all
Prison and court records and all related and asserted therein and all
relief demanded therein.

**RELIEF**

IV.  State what relief you seek from the Court.  Make no legal arguments.  Cite no cases or
statutes.

(1) Appoint Counsel Hereto, 18 U.S.C. 3006A

(2) Order an in court evidentry hearing and

(3) jury trial on all matters tryable by jury.

(3) Order criminal charge issue against the
Defendant herein.

(4) Order Defendant Pay To Plaintiff One Billion Zillion
Dollars, Tax Free And Zillion Dollar Estate For Plaintiff.

(5) Order Plaintiff's Lawful Court Release From
Illegal custody, convictions, sentences, commitments.

Signed this _____ 19 _____ day of _____ Dec _____ 200 4 .

Joseph Marion Head Jr.
17549-056, P.O. Box 879
F. M. C. Devens
Ayer - Ma. 01432
(Signature of Plaintiff or Plaintiffs)

**DECLARATION**

I, Joseph Marion Head Jr. declare under penalty of perjury that I have read and
subscribed to the above and state that the information contained therein is true and correct to the
best of my knowledge.

Executed Dec. 19th 2004 at F. M. C. Devens
          Date                              Place

Joseph Marion Head Jr.
Signature of Plaintiff

The Court Will Have To Make and Serve all
Required Copies of This Complaint For
Plaintiff is Unable To Do So due to his
indigence. Further Must Order F.M.C.
Devens To Send The Court a copy of Plaintiff
Trust Fund Blance For Past Six Months.
The Court Could Have Done This Prior As To
all other complaints, Petitions, Etc. of
Plaintiff. See Court Records and all
Prior orders of The Court Relating To Plaintiff.
Joseph Marion Head Junior aforesaid 1-4-05

_____
Signature of Attorney (If Any)



**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*
*Fax Number: (617) 748-3971*

*John Joseph Moakley U. S. Courthouse*
*1 Courthouse Way, Suite 9200*
*Boston, Massachusetts 02210*

January 3, 2005

Joseph Marion Head, Jr.
Reg. No. 17549-056
FMC-Devens
P. O. Box 879
Ayer, MA 01432

RE:    USA v. Joseph Marion Head, U.S. District Court MBD No. 03-10228
**Filed Under Seal**

Dear Mr. Head:

Our office is in receipt of your request dated December 17, 2004. Be advised that your case is closed and if you wish to make a request for copies of documents under the Freedom of Information Act (FOIA), you must file your request with the FOIA Unit, Executive Office of the United States Attorneys in Washington, D.C. That office coordinates the processing of all FOIA requests for all of the United States Attorney Offices. The address for the FOIA Unit is:

Freedom of Information Act/Privacy Act Unit
Executive Office for United States Attorneys
600 E Street, N.W., Room 7300
Washington, DC 20530

I am returning your request with this letter so that you may contact the FOIA Unit directly. Be advised that if you continue sending FOIA requests to this Office, they will not be answered.

Sincerely,

Eugenia M. Carris
Assistant U.S. Attorney

Enclosure

cc:    William A. Brown, Esq.
Ann H. Zgrodnik, Esq.
(both w/o enclosures)

**PARTIES**

(In item I. Below, place our name in the first blank and place your present address in the second blank.  Do the same for additional Plaintiffs, if any).

I.  Name of Plaintiff: *Joseph Marion Head Junior* - Reg. No. 17549-056
     Address: *F. M. C. Devens - P. O. Box 879 - Ayer - Ma - 01432*

(In item II. Below, place the full name of the defendant in the first blank, his / her official position in the second blank, and his / her place of employment in the third blank.  Use the space below item II. for names, positions and places of employment of any additional defendants.)

II.  Defendant *David L. Winn*          is employed as *Warden of F. M. C.
     Devens*                       At *Ayer, Massachusetts*

**STATEMENT OF CLAIM**

III.  State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need. Attach extra sheet(s), if necessary.)

*Without legal reasons and just cause, Defendant did request that plaintiff be committed and a hearing for that purpose was conducted and plaintiff was known was, was illegally committed on Nov. 19th, 2003, 18 U.S.C. #245 as is evident and proof of same within the prison and court records relating to the aforesaid and relating to plaintiff and his criminal and civil cases. from North Carolina and relating thereto. Plaintiff is and was relating to the aforesaid and thereby is and was kidnaped, deprived of his liberty without due process and equal protection of and was not allowed to appeal the commitment and a (Law,) Motion 18 U.S.C. 4247 (h) was not filed on plaintiffs behalf and a certificate was not[3] sent to the court by the Director of F. M. C. Devens nor others, For Plaintiffs Release.*



David Kelly, Intake Staff
617-482-3170 ext. 317
DKelly@aclu-mass.org

January 3, 2005

**LEGAL MAIL**
Joseph Marion Head Jr., Reg. No. 17549-056
Federal Medical Center
N-2, Cell 219
Box 879
Ayer, MA 01432

      Thank you for your recent inquiry.  I am sorry to report that the American Civil Liberties Union of Massachusetts cannot provide you with legal assistance.  We are a relatively small private organization, supported by membership contributions.  A large number of complaints come in to us regarding violations of civil rights and civil liberties, and we are only able to handle a very few.  The result is that we must sometimes decline to help people who have meritorious claims.

      I am sorry that we could not be more helpful.

Sincerely yours,

David Kelly

*Appoint Head Counsel, 18 U.S.C. 3006 A and sub sec.s as applies to his cases, etc..*

# FORM TO BE USED BY FEDERAL PRISONERS IN FILING A CIVIL ACTION
## UNDER 28 U.S.C. § 1331 OR § 1346

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF _Massachusetts_

_Boston_ **DIVISION**

_Joseph Marion Head Junior_
_Reg. No. 17549-056_
_P.O. Box 879 - 7, M.C. Devens_
_Ager - Ma. 01432_
(Enter above the full name of the Plaintiff
or Plaintiffs in this action)

**VS.**

_United States of America, And_
_David L. Winn_
_Warden of F. M.C. Devens_
_P.O. Box 880_
_Ager - Ma. 01432_
(Enter above the full name of the Defendant
or Defendants in this action)

_Jurisdiction of Court_
_18, 28, 42 U.S.C., R. 57_
_Fed. Cir. Proc., U.S._
_Constitution, Etc. Laws_
_As Legally Applies_
_Hereto and As May_
_Be Applied Hereto._
_18 U.S.C. 3006A and_
_Sub Sec's as applies_
_Hereto._

A. Have you begun other actions in Federal Court dealing with the same facts involved in this
   Action? Yes_____ No _✓_ _May Be, See Court Records_

B. If your answer to A is yes, describe the action in the spaces below. (If there is more than one
   action, describe the additional actions on the reverse side of this page).

   1. Parties to the action: _N/A — See Court Records_

   2. Court (Federal Court name the district): _N/A — See Court Records_

   3. Docket Number: _N/A — See Court Records_

   4. Name of Judge to whom case was assigned: _N/A See Court Records_

**1**

United States of America
Federal Grand Jury
C/o United States Federal District Court
1 Courthouse Way, Suite 2300
Boston    Massachusetts  02210

In Re: United States of America
vs
Joseph Marion Head Junior
Defendant - Respondent
And Etc. Relating Thereto The Aforsaid
, State And Federal Institutional And
Otherwise, Prior, Present, Hereinafter.

In Re:    State of North Carolina
vs
Joseph Marion Head Junior
Defendant - Respondent
And Etc. Relating To The Aforsaid, Prior
, Present And Hereinafter, State, Federal
, Institutional, Courts, Etc And Otherwise.

Joseph Marion Head Junior Reg. No. 17549-056
hereby respectfully makes application
for indictments to issue as stated
and indicated, herein and otherwise
as authorized by State and Federal Laws
and Constitutions Etc. Relating Thereto.
And Refers the Grand Jury to All Known Records
Persons, Places and Things Relating To The
Aforsaid Herein and Head Hereof.

3

When could have and should have the state and federal courts appointed counsel and for what purpose and did not and because of same movant was forced to do the best he could pro se, when, how, where, why? What relief etc would have been ordered had movant been represented by counsel fully, effectively?

What cost more and why, forcing inmates, defendants to represent them self's or providing counsel to represent each of same. at each stage of the processes? Which constitutes Kidnaping or Conspiracy?

How dose the laws relating to the Guide Lines, Points, Upward Departure and Downward Departure Now legally apply To Movants State and Federal court cases and Sentences? What changes in said laws was made that applies to movants cases and how applies and for what purpose and reasoning and relief, etc, to be entered relating thereto?

See movants commitment orders for 18 U.S.C. 4245 (d) and see other sub sec of 4245 and 4247 to enclude 4245 (e) and 4247 (h).

What relief and release is and was movant legally entitled to and why, when? Speedy Reply Etc Hereto Requested. Signed, Joseph Marion Head Junior 17549 056 Jan. 12 th. 2005.

2

Perjury At Trial
And Otherwise Relating Thereto.
Due process is violated any time perjury
testimony is procured by the prosecutor.
Mooney v Holohan, 294 U.S. 103 (1935) Hawthorne
v United States, 504 A.2d 580, 589-90 (D.C.), cert.
denied 479 U.S. 992 (1986) United States v Cuffie
, 80 F.3d 514 (D.C. cir. 1996) Solicitation of
the perjury is not required, even when the
perjury comes completely on the whim of the
witness, if the prosecutor knows it is false
, there is a duty to disclose. Alcorta v
Texas 355 U.S. 28 (1957)
Whether the defendant has requested any BRADY
material or not, the prosecutor must
disclose known perjury if "there is any
reasonable likelihood that the false testimony
could have affected the judgment of the jury"
United States v Agurs, 427 U.S. 97, 103, (1976)
    Giles v Maryland 386 U.S. 66 (1967)-- Victim and
her boyfriend, both witnesses at defendants trial,
testify as to factual events in manner totally
contradictory to the statements they gave to
police, prosecutor made no attempt to correct
their testimony despite knowing about the
prior statements.
Re: Bagley, held in a concurring opinion that the unified standard
announced in that case " sufficiently flexible to cover
all instances of prosecutorial failure to disclose evidence that

2

case and movant and ets persons relating to him and the aforsaid.

Movant need a copy of said records etc. for court related matters and a personal record of same. Movant dose not have funds to pay for a copy of the aforsaid records etc.

Base on the aforsaid, the court will have to make findings of fact of records etc as to the complete background of all of movans State and Federal Prison and court records etc relating thereto.

Futher the curt must order movant be provided without cost to him for same, a copy of all records, etc relating to him and the aforsaid; past, present, hereinafter.

The court is refered to the prison and court records as to all prior relates and asserted relating to the aforsaid and movant herein, what, when, where, how, by who, etc..

Movant Contends And Asserts That He Is and Was Kidnaped, Etc., By And Relating to the aforsaid and etc; relating thereto.

Futher movant respectfully moves for appointment of counsel hereto, Etc; aforsaid, 18 U.S.C. 3006A ~~sub~~ sect. as applies hereto and ~~Hereto~~ the aforsaid herein, and movant rights and priviledges to habeas corpus relief and release and relief and release otherwise by motions, complaints, etc. legal matters and remidies.

3

is and was favorable to the accused; id. at 685
; 102 S.Ct. at 3385, and it was generally assumed
this ment the court would use this single
standard for instances of ~~perjured~~ testimony as
well.

That the aforsaid applies to HEAD'S cases
, see Griffens statements to the police and
see her trial testimony at each trial and
see HEAD'S trial testimony.

The prosecutor made no attempt to
prove Griffen did not commit
perjury to convict HEAD in
each of HEAD'S cases.

That it is evident of court records that Griffen
did committ perjury to convict Head. See Griffen's
statements to the police, doctors and others which was
read at HEAD'S trials in the presents of the jury,
etc. and related in the records of the appeals.

Had Griffen not have testified that no agreement
for sex was made and that Head's reasons for not
keeping the agreement was false and untrue,

The Jury Verdicts Would Have Been Not Guilty.
See records on appeal where Griffen said,
I LET HIM --- have sex. Consent,
prior to and durning sex. Eliminates The
Criminal offense of rape. She was Not Raped,
It was an agreement for sex between two persons
of legal ~~age~~ age, to give consent to each other.
It was not Solisitaion For Sex Nor Prostitution Nor Rape.

In The United States District Court
For The District of Massachusetts
Boston    Division
1 Courthouse Way - Suite 2300
Boston    Massachusetts    02210

United States of America | Case No. _____
            VS            | civil Commitment
Joseph Marion Head        | 18 U.S.C. 4245(d)
Reg. No. 17549 - 056      |
Respondent                |

Motion For Judicial Protection Against
Acts, Persons, Places, Things, Opinions, Orders
Judgments, Of The Courts, Etc. And Dienoices
By Doctors, Phy., Etc., That Violates, Violating
Violated, Will Or May Violate, The Fund-
emental And Other Rights, Priviledges of
Joseph Marion Head Junior Reg. No. 17549
-056, And His Personal Familiy, Children
and their Moters And Girls of His Past
, Present, Hereinafter,
This motions is respectfully made
pursuant to the Provisions of Laws And
Constitution And Human Rights, As legally
relates and applies to the aforsaid herein.


Background of The Case And Movant

Violative Of Movants And Others Rights
Or Priviledges, Joseph Marion Head Junior
him self dose not have a copy of the
records etc. relating to the aforsaid

4

It was a conspericy by Griffen, Cooper, Lowe, etc. to convict Head as is and was evident and proof same by the prison and court records and etc relating thereto.

Why was, Cooper, Griffen, Lowe, Never indisted relating to the charges Head related etc against each of same?

Futher why was Cooper Not charged with perjury, conspericy, rape, and aiding and abeting anything Head was convicted of and accessary to the fact, before and after the fact, of anything Head was convicted of and guilt by association, of anything Head was convicted of?

Cooper, Griffen, Lowe, Etc. Did Wilfully, Deliberty And Knowingly Tried To Murder Head In The First Degree By and Through A Judicial Process And Trial For An Alledged First Degree Rape And A crime Against Nature And In The Alternative Kidnaped Head If And By The Jury Verdicts of Guilty of Second Degree Rape and crime Against Nature. Head Was Kidnaped From Date of Arrest in April 15, 1974 Foward And Still Is Kidnaped Relating To The Aforsaid and Otherwise As Is and Was Evident and Proof of Same By And Within The Prison and Court records relating to Head.

To: Ann H. Zgrodnick, Attorney At Law.
Boston Mass.

Due Process And Equal Protection Of Law

Rights To Appeal, Etc. To Effective Assistance of Counsel
of, after a trial, a respondent (Head) has been found
likely to injure self or others as a result of mental
illness, "the court shall advise the respondent
(Head) of his right to appeal" within the time
required by law as stated by the Court.
Counsel must discuss the right to appeal with the
respondent (Head) and must file a timely
notice of appeal on the respondents behalf.
Failure to file a notice of appeal on behalf of
respondent (Head), absent the respondents
explicit instructions not to do so, violates
ethical obligations and obligations imposed
on counsel appointed to cases pursuant to the
criminal justice Act. If counsel is unable to
represent the respondent (Head) in the court
of appeals, after filing the Notice of appeal, Counsel
may request leave to withdraw and assign
ment of a new attorney.
Violation of Right To Appeal, Thereby, 18 U.S.C. 1201
Failure of counsel to take simple steps of filing
notice of appeal when requested to do so by his
client, constituted ineffective assistance of counsel
, Alouses v United States, S.D. Iowa 1970, 318, F. Supp
, 75,
United States v Smith C.A. 6 (Mich.) 1967, 387 F. 2d.
268

Violation Of Right To Counsel.
Rights to Counsel to file petition for writ of cert. To
U.S. Supreme Ct. Cases and Law 18 U.S.C. 3006A.
Read, 42 U.S.C, 1983, 1984, 1985, (3), 1986, 1343.

Wherfore, Head, pro se respectfully moves the Grand Jury to fully investigate and return Indictments and or cause indictments to be returned against all violators of law and Heads Rights and Priviledges and futher cause Head to be Lawfully Released from custody etc. and lawfully paid the relief Authorized by law, in maximum amount thereof possiable. See all prison and court records as to relief etc. Head prior Remanded, and etc. demanded relating thereto the aforsaid.

Signed, Joseph Marion Head Junior Reg. No.
17549-056, Jan. 23rd and 22 nd, 05
N-2 Cell 219, Federal Medical Center
Devens, Post office Box 879, Ayer. Mass
achusetts, ZipCode 01432,

Date The Forgoing Placed In The Mail
Box at F.M.C. Devens For Legal Mail
, 1-23-05
, Joseph Marion Head Junior 17549-056
     1-22-05

Motion Page No. 6

If so, How So? If Not, How Not? See all related, stated, asserted, asked for, and demanded within the prison's and court records relating to each case aforsaid and etc. relating thereto.

Wherefore movant respectfully moves the court as related herein and futher moves the court Order that all cost of movants, postage for legal mail and all cost of and for copies for court related and other legal matters and all cost for lage envelopes for legal mail, be paid by the Government due to movants indigence as shown by his prison and court records for the past 31 years. Futher order that movant be paid back, all cost prior for legal mail and copy, cost and for ink pens and paper, etc. for the past 31 years. The court estimate the cost for same. based on a review of all records relating to movant.

Respectfully presented 1-22-05
Sign, Joseph Marion Head Junior 17549-056
N-2-Cell 219, Fed. Med. Center Devens,
Post Office Box 879 - Ayer - Massachusetts - 01432

United States District Court
For The District Of Massachusetts,
Boston Division
1 Courthouse Way — Suite 2300
Boston — Massachusetts — 02210

United States Of America | civil committment Pursuant
Petitioner | To 18 U.S.C. 4245(d)
| case No. Nov. 17th, 03
VS | Objection To The Commit-
Joseph Marion Head, | ment and Forced Medication
Reg. No. 17549-056 | Is Hereby Entered.
Respondent |

Motion To Be Aforded The Right To Refuse
Medication And Treatment Presently
Being Forced On And Or Into Movant
Violative of Laws Constitution and Movants
Rights And Priviledges And Human Rights.
And For Lawful Court Release From Custody Etc.
To The Honorable Judge, Tauro, United States,
Federal District Court In Boston, Massachusetts

Attention, United States Attorney General and
His Or Her Staff, Relating To The Above Case.

Attention, William A. Brown, Attorney At Law,

Attention, Ann H. Zgrodnik, Attorney At Law,

Motion Page No. 5

Movant futher moves the Court to order that movant be ordered given a copy of all, records, reports, statements, documents, etc. relating to movants court cases and institutional records etc, committments, etc., and that all of same be made into memergraph form typed written and transcript form, typy written, and all of same given to movant with out cost for same.

Movant futher moves for an Order of this court issue Ordering the Reason is why 18 U.S.C. 4244 and sub sec.s was not applied and ordered relating to movant prior. Futher Why 18 U.S.C. 4245 and 4247 and sub sec.s thereof, was and was not fully applied to movant in accordence with due process and equal protection of same, What was and was not required by said law and was same done or not done, etc.?

Movant futher moves the court to Order petitioner aforsaid herein to legally prove whether or not movants State and fedederal charges and convictions and sentences, and committments, is and was legal, valid, final, constitutional, or not!

Motion Page No. 2

Now comes, Joseph Marion Head Junior Reg. No. 175 49-056, Respondent in the above entitled cause and movant herein, who himself pro se respectfully moves the court as relates herein aforsaid, pursuant to the provision of law and constitution of the United States of America and the States thereof, As Legally Applies Hereto.

An Incourt Evidentry Hearing In This Matter Is Respectfully Asked For, Requested And Demanded, As Legally Applies Relating Hereto. With The Assistence of An Appointed Counsel To Represent Movant, As Authorized Etc. By Laws and Constitution of The United States And The States Thereof.

The Petitioner In The Above Entitled Cause And All Employee's of The United States and The States Thereof And All Other Persons Involved Etc. Relating To The Aforsaid Case And Cause Is Asked To Be Subpoenaed To Testify At The Aforsaid hearing and to bring with each of same, all records documents, statements, affidavits, reports, etc. relating to them and the aforsaid and a copy of all of same be entered or read into the transcripts relating to the aforsaid and a copy of all the aforsaid be ordered given to movant and his counsel, without cost.

Motion Page No. 4

treatment and care which was considered
, recommended, ordered or not ordered
, applied for and not applied for, should and
should not have been applied for and why,
and ordered or not ordered and why.
And whether or not the aforsaid is and was
legal or not, with Legal Proof of same as
to how legal and how not legal, and why.

Movant futher moves the Orders of This Court,
order, petitioner aforsaid, state, show, prove
, When, Where, How, By Who Or What and Why,
Movant Was Advised and Informed of
His Rights And Priviledges And all Proceedure
due process of and relating to, 18 U.S.C.,
4244, 4245, 4247, 3006A, and sub sec.'s
of each and 28 U.S.C. 2241. And How such
rights and priviledges was and was not
afouled to movant, Why, How, When, Where
, By Who And What, Etc. Relating thereto
to enclude all forms for same given
and not given to movant, etc, reasons.
etc for the forms etc relating thereto.
Futher show and prove what records
etc. movant is and was legally entitled
and has or has not and why not, relating
to all the aforsaid herein mentioned
etc relating thereto and hereto.

Motion Page No. 3

The aforsaid relaties and applies also to all persons relating to movants state and federal court cases in any way, past and present and hereinafer, to enclude all the Governmental Employee's, Courts, Institutional And otherwise as relates to movant and or his court cases, past, present, etc..

Movant futher respectfully moves that the court Appoint, Investigators and Expert Witnesses and Doctors and Phy. s In Movants Favor, Defense and To Assist Movant and His **appointed Counsel**. of and relating to and Hereto. In a Hibird Defense or other defense as the court Allows and Orders relating hereto.

All Reasons of State And Federal Governmental Employees Past and Present, For, Recommending, Ordering And Prescribing Medicen and Phy. Medic en For Movant Past and Presents, And Proof Of The Legality Of Same And Proof Of The Need For Same And Forcing The Medicen On And Or Into Movant, Is asked to be ordered stated under oath in type written form and testified to in court relating hereto, at the hearing aforsaid, herein. Futher state all other medicen

United States District Court
For The District of Massachusetts
Boston Division
1 Courthouse Way - Suite 2300
Boston    Massachusetts 02210

In Re: Joseph Marion Head Junior Reg. No.
17549-056, Old State of North Carolina Prison No.
H2-410-007-46-36, Old Service Number
For For The United States Army - RA-128-133-58,
S.S. No. 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, Social Security No.
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, And Each File Number And Other
<u>Numbers, Relating To The Aforsaid, Past, Present, Etc.</u>
Motion For A Copy Of Each And All Records,
, Documents, Court And Other Records, Briefs,
Transcripts, Statements, Affidavits, Etc.,
Relating To Joseph Marion Head Junior aforsaid
In Any Way What So Ever, Past, Present, Etc.
, Without Cost To Joseph Marion Head Junior
Aforsaid, For Same.
This Motion Is Respectfully Made Pursuant To
The Provisions Of Laws, Constitutions, Case Laws,
Etc. And The Jencks Act, And The Freedom
Of Infromation Act, Brady Doctren, Brady v
Maryland Case And All Other Cases, Laws, Ethics,
Rules, Etc. Relating To Disclosure And Disclosure
To The Defendant In Criminal Cases And To The
Plaintiff In Civil Cases, As Both Applies To
Movant Herein.
Signed, Joseph Marion Head Junior aforsaid - 1-9-05

## RELIEF

IV.  State what relief you seek from the Court.  Make no legal arguments.  Cite no cases or statutes.

(1) Leave To Proceed In Forma Pauperis Hereto Etc.

(2) Appoint Counsel's, Experts Doctors, Phy., Etc. Lawyers Etc. Professionally Trained In Law, Medicen, Phy.

(3) Order incourt evidentry hearings and jury trials.

(4) Order all processes etc to be fully Transcribed and order transcripts and memergraph records of aforsaid etc. be made and Given to plaintiff free of charge for same.

(5) All Prior Relief Demandes By Plaintiff, Which is Authorized by law to be ordered in full or otherwise, be ordered hereto.

(6) Order Plaintiff Legally Paid Not Less Than a Zillion Zillion Zillion Tons of Dollars Tax Free and build his name as prior demands

Signed this ____3____ day of ____Jan,____ 200 5 .

Joseph Marion Head Jr.
Reg. No. 17549-056
Social Security No.
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
(Signature of Plaintiff or Plaintiffs)

## DECLARATION

I, Joseph Marion Head Jr., declare under penalty of perjury that I have read and subscribed to the above and state that the information contained therein is true and correct to the best of my knowledge.

Executed ____Jan. 3, 2005____ at ____F.M.C. Devens____
           Date                              Place

The Court Make And Serve All Required copies of this Complaint or Appoint Counsel to do so as well to Effectively and Competently reprs sent this complaint and all relating thereto For A Fee As Paid by the Court For Same and 1 percent of all relief ordered by the court.  (4)

Signed Joseph Marion Head Junior aforsaid On Jan, 3, 2005.

Joseph Marion Head Junior
Signature of Plaintiff

_____
Signature of Attorney (If Any)

Joseph Marion Head Junior
Reg. No. 17549 - 056
Unit - N-2  cell 219
Fed. Med. Center Devens
Post office Box 879
Ayer, Ma - 01432
1 - 8 - 05

Mr. Taura
U.S.D.Ct. Fed. Judge
United States District Court
1 - Courthouse Way
Suite 2300
Boston - Ma. 02210

Letter To The Judge
Taura
Speedy Reply Demanded

Judge, Taura

I request and demand that you appoint me
counsel, competent and effective counsel, This Time.
18 U.S.C. 30006A and sub provisions, for purpose
of fileing an untimely appeal from your
order commiting me, Nov. 17, 03 and all other
orders relating thereto. Futher for the purpose
of fileing motions for discharge 18 U.S.C. 4245(e)
, 4247(h) and for purpose of fileing petition for
writ of habeas corpus, 18 U.S.C. 1201, 28 U.S.C.
2241 as relates to your aforsaid order and
my state and federal court cases, crim, civ. etc..
I am and was Kidnaped by judicial processes
and relating thereto, and you know it and knowed
it when you commited me, Didn't You.
Once while housed on N-3 cell 309 F.M.C.D.

**PARTIES**

(In item I. Below, place our name in the first blank and place your present address in the second blank.  Do the same for additional Plaintiffs, if any).

I.  Name of Plaintiff *Joseph Marion Head Junior - Reg. No. 17549-056*
    Address: *N-2 Cell 219 F.M.C. Devens, P.O. Box 879, Ayer, Ma., 01432*

(In item II. Below, place the full name of the defendant in the first blank, his / her official position in the second blank, and his / her place of employment in the third blank.  Use the space below item II. for names, positions and places of employment of any additional defendants.)

II.  Defendant *See Page 1* is employed as _____
     _____ at _____

**STATEMENT OF CLAIM**

III.  State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need. Attach extra sheet(s), if necessary.)

*Defendants Deprived Plaintiff of His Liberty Without Due Process And Of Equal Protection Of Law, Constitution And Human Rights Protected By Laws, Constitutions And the American Convention On Human Rights. Futher Thereby And Relating Thereto Did Kidnap Plaintiff By Judicial Processes Or Relating Thereto, See And apply to the Aforsaid And Asserted, All The Prison And Court Records Relating To The Plaintiff And All Records, Persons, Places, Things Relating To The Aforsaid Prior, Present Etc. Hereinafter as applies etc. hereto, etc..*

3

I got out of the shower and put my towel beside me and said tauro, tauro, like a bull in Mexico. Later that week I was told I was going to court and the judges name was Tauro. Doctor Thompson told me the judges name aforesaid.

I did not consent to be transfered to F.M.C. Devens from F.C.I. Beckley and I had petitions etc pending in federal court in Beckley W. Va. at the time of my transfer. The transfer was illegal, 18 U.S.C. 1201 and you did not have proper jurisdiction nor legal jurisdiction to commit me, 18 U.S.C. 1201 and Conspericey Law.

That female lawyer that was with Mr. Brown attorney at law, at my hearing Nov. 17, 03, Send her to me to talk to about my cases etc. Or send me to her. Do this Now, I do not know her name or address; I can not write to her. Was she my lawyer also?

I refer you to each and all my prison and court records, etc. records, persons, places and things relating thereto. Make findings of fact as to all of same and the complete background of same, each of same and of all related, stated, asserted and demanded therein and relating thereto, prior, present, hereinafter. Signed, Joseph Marion Head Junior aforesaid, 1-8-05

# ~~FORM TO BE USED BY FEDERAL PRISONERS IN FILING A CIVIL ACTION~~

## UNDER 28 U.S.C. § 1331 ~~OR~~ § 1346, 2201, 2202, 2241,

*42 U.S.C. As Applies Hereto, Fed. R. 57 As Applies Hereto*

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF *Massachusetts*

*Boston* **DIVISION**

*Joseph Marion Head Junior*
*Reg. No. 17549-056 (N-2 Cell*
*219 Fed. Med Center Devens P.O.*
*Box 879-Ayer, Ma. 01432*

(Enter above the full name of the Plaintiff
or Plaintiffs in this action)

**VS.**

*Fed. B.O.P. And F.M.C.*
*Devens And The Employees*
*Of Each Liable Herein*

(Enter above the full name of the Defendant
or Defendants in this action)

*See, Dec. 8th, 2004*
*Court Order of Judge*
*R.G. Stearns, of This*
*Court*
*Send This Complaint or a*
*Copy thereof, to the aforesaid*
*Judges For Approval To Be Filed*
*And Processes, Etc. Full and*
*Legally, Etc. With Liberal*
*Construction Etc. To Plaintiff.*
*U.S. (V) Green, U.S. v Keim,*
*ETC. Cases and Laws.*

A. Have you begun other actions in Federal Court dealing with the same facts involved in this
Action? Yes_____ No _____ *N/A - See Court Records*

B. If your answer to A is yes, describe the action in the spaces below. (If there is more than one
action, describe the additional actions on the reverse side of this page). *N/A - See Ct. Records.*

1. Parties to the action: *Joseph Marion Head Junior Reg. No. 17549-056*
   *Or H2-007-410-46-36*

2. Court (Federal Court name the district): *See Each, District Courts Court Records,*
   *(N.C.)(Va.)(Mich.)(Boston-Mass.)*

3. Docket Number: *N/A See Court Records*

4. Name of Judge to whom case was assigned: *N/A - See Court Records*

*Appoint A Special Selected Team of Lawyers*
*Etc. To Represent This Complaint.*
*18 U.S.C. 3006A and sub sec. D.*

1

United States District Court
For The District of Massachusetts
         Boston     Division
1 Courthouse Way - Suite 2300,
Boston    Massachusetts    02210

| United States Of America | Civil Case Number - N/A, |
| Petitioner | See - Ct. Rec., |
| VS | 18 U.S.C. 4245 (d) Civil |
| Joseph Marion Head | Commitment And Etc. |
| Reg. No. 17549-056 | Relating Thereto To Exclude |
| Respondent | 4245 and 4247 and sub sec. of each. |

Motion For A Copy Of All, Records, Documents,
Statements, Affidavits, Transcripts, Briefs, Etc.
Relating To The Above Entitled Case, To Exclude
All Institutional And Medical And Phy. Records.
This Motion Is Made Pursuant To The Provisions
Of Laws, Constitution, Rights And Privilidges That
Authorizes, Requires And Entitles All The Aforsaid
To Be Granted And Ordered Provided To Movant
Without Cost To Movant For Same. The Court
Is Heretofore Refered To All Provisons of Law
, Cases, Ethic's, Etc. Relating To Disclosures And
Discovory, To Exclude The Brady Doctrine of,
Brady v Maryland 373 U.S. 83 (1963) and United States
v Bagley 473 U.S. 667 (1985), United States v Valenzuela
- Bernal 458 U.S, 858 (1982) Strickland v Washington
466 U.S. 668 (1984), U.S. v Nobles 422 U.S. 225 (1975).

Each. Gov. Employee

S148.055 INMATE REQUEST TO STAFF CDFRM    Attorney General    FEDERAL BUREAU OF PRISONS
P 98

S. DEPARTMENT OF JUSTICE

| TO:(Name and Title of Staff Member) Proper Dept. | DATE: 1-3-05 |
| to, Ass. Warden, Reg. Director, I.S.M | REGISTER NO.: 17549-056 |
| FROM: Joseph Marion Head Junior | UNIT: N-2 cell 219 |

WORK ASSIGNMENT:  Ed. ORD

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Be specific. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.) Please fill out Notice of appeal and motion 18 U.S.C. 4247(6),

Re: United States of America (US) Joseph Marion Head 17549-056

Application For Warrant For Arrest For Kidnaping 18 U.S.C. 1201.

The representation received and not received constituted A kidnaping for judicial processes and relating to judicial Process. See all prison and court records relating to the aforesaid case and all State and Federal Prison, Medical Phy, Court records relating to Joseph Marion Head Junior 17549-056 and see all related, stated, asserted and demanded in said records and relating thereto and by who, when, where, how, why Etc. as applies thereto. Further see all laws relating to Discovery and disclosure and N.C. State Bar all case laws, and cases on disclosure and N.C. State Bar Annotated Rules of Professional Conduct Rule 7-3. and canons of Ethics E C 7-13-1, 2, 3, N.C.G.S. 7A-60-(3), 17-8.

DISPOSITION:

Head Pro Se, Demands that Arrest Warrants issue for Kidnaping and conspiracy, etc. as learned of relating to the aforesaid and his prison and court records (State and Federal)

Further appoint Head Counsel, 18 U.S.C. 3006A to file civil actions, petitions, etc. for court release of Head from custody, with all other relief the court orders relating hereto. Cause a copy of this cop out be sent to Courts and Justice Dept.

| Cause a copy of this cop out be sent | Date |

Signature Staff Member

are printed Oct 86

Re: 18 U.S.C. 4245(d) 4247(d) etc, 4247(h)

Re. Doctor Thompson's Report, Re. Inmate Head,

Re: Annual Case Summary For Court Dated 10-12-04

N.C.G.S. 15A-1415-A-B-B-1,2,3,7,8, As Applies.

The Prosecution With held Favorable Evidence From The Defense, Violative Of The Defendants Rights Had medical test been timely conducted to see whether or not Griffen's sex size was greater than Head's (larger) if so, how much and whether or not Griffen pusjohnnia stunk real bad to Head.

Whether there is a reasonable probability that, had the evidence been disclosed to the defense, the result of the proceedings and trials would have been different. If so, how different and what would have the results have been Had the jury of each of Head's trials had heard the aforsaid evidence and medical test results from an expert witness and a doctor that examined Griffen on April 15th 1974 when she first reported she had been raped and thereafter could have, when Head told the police and his attorneys his reasons for not keeping the agreement with Griffen for sex.

Futher why was Griffen not tested to see if she had, had oral sex and if so, who or what. N.C. State v Whitmore 1969, as to burden of proof and as to what had to be proven, legally. Perjuried Testimony is not legal proof of an offense of any crime.

Signed, Joseph Marion Head Junior 7549-056 (1-9-05)

# STATEMENT OF INDIGENCY

## Request To Waver Or Defer Payments

I do hereby swear, under penalty of perjury, that the following information is true and correct.

I, *Joseph Marion Head Junior* do assert that my income prevents me from paying any fees while incarcerated due to the fact that I only earn $ *20.00 about*[1] per month at my current work assignment.

By my not being able to afford to pay any unreasonable payments, it adversely affects my ability to research information which could help with any appeal or liberty interest. Any other payments that may have been made in the past have been made with the assistance of family members who cannot afford to help with, nor is it their responsibility to do so.

In the event a full waver of payments is not feasible, I would agree to, and fully intend to, pay the fees required. However, I would request a deferment of such payments until such time as I am on Supervised Release, at which time I will have an opportunity to obtain meaningful and gainful employment.

Respectfully submitted this ___*8*___ day of ___*Jan*___, 2 *005.*

Name: *Joseph Marion Head Jr.*
Number: *17549-056*
F.M.C. Devens, Unit: *N-2-Cell 219*
P.O. Box 879
Ayer, MA 01432

---

1. Please see copy of account for previous six (6) months.

# FORM TO BE USED BY FEDERAL PRISONERS IN FILING A CIVIL ACTION
## UNDER 28 U.S.C. § 1331 OR § 1346

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF *Massachusetts*

*Boston* DIVISION

*Jurisdiction of The Court Hereto.*

N- *Joseph Marion Head Junior*
*F.M.C. Devens, P.O. Box 879*
*-Ayer-Ma.- 01432*
*Reg. No. 17549-056*

(Enter above the full name of the Plaintiff
or Plaintiffs in this action)

*18, 28 and 42 U.S.C. and Rule
57 Federal Rules of Civ. Proc.,
As Applies And As May Be Applied
Relating Hereto.*

VS.

*United States of America
And Employees Thereof,
Liable Herein And
Hereto.*

(Enter above the full name of the Defendant
or Defendants in this action)

*Court Appoint Counsel Hereto,
18 U.S.C. 3006 A and sub sec. b*

*Court Review All Prior And Present,
Prison And Court Records As To The
Indigence Of Plaintiff For The
Past 31 years and Grant Leave
To Proceed In Forma Pauperis*

A. Have you begun other actions in Federal Court dealing with the same facts involved in this
Action? Yes_____ No _____ *N/A - See Ct. Rec.*

B. If your answer to A is yes, describe the action in the spaces below. (If there is more than one
action, describe the additional actions on the reverse side of this page).

1. Parties to the action: *N/A - See Ct. Rec.*

_____

2. Court (Federal Court name the district): *N/A - See Ct. Rec.*

3. Docket Number: *N/A - See Ct. Rec.*

4. Name of Judge to whom case was assigned: *N/A - See Ct. Rec.*

*Miscellaneous Business Docket Judge.*
*The Court and Judge is respectfully moved to allow
this complaint to be filed in forma pauperis and
fully processed in forma pauperis. Same is presented
in good faith and for a just cause - violations of rights.
See, Judge, R. H. Stearns Order of Dec. 8, 2004 requiring
approval by this court as to anything presented by Plaintiff.
Said Judge over reacted as a judge.*

*Motion.*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH MARION HEAD,
                Petitioner,

      v.               C.A. No. 04-40084-RGS

DAVID L. WINN,
                Respondent.

<u>MEMORANDUM AND ORDER</u>

By Order dated September 17, 2004, the court instructed the Clerk to docket no further filings submitted by Joseph Marion Head without the prior approval of the court. <u>See</u> 9/17/04 Order, Docket No. 5.

For the reasons set forth below, the Clerk is directed to return to petitioner the documents that were received for filing after the issuance of the court's September 17th Order.

<u>DISCUSSION</u>

Petitioner Joseph Marion Head is a federal prisoner[1] now confined to FMC Devens in Ayer, Massachusetts. Despite the issuance of an injunction on September 17th, Mr. Head has continued to submit documents for filing. Upon review of these submissions, the court finds the documents, save one

---

[1]Petitioner is now serving a 360-month sentence that was imposed pursuant to his convictions on nine counts of mailing threatening communications in violation of 18 U.S.C. § 876. <u>See</u> <u>United States v. Head</u>, No. 98-cr-102-ALL (W.D. N.C. Sept. 12, 2001).

**PARTIES**

(In item I. Below, place our name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any).

I. Name of Plaintiff: *Joseph Marion Head Junior, Reg. No. 17549-056*
  Address: *F. M. C. Devens - P. O. Box 879 - Ayer - Ma, - 01432*

(In item II. Below, place the full name of the defendant in the first blank, his / her official position in the second blank, and his / her place of employment in the third blank. Use the space below item II. for names, positions and places of employment of any additional defendants.)

II. Defendant *U.S.A. and Employee's thereof, liable Herein* is employed as _____
_____ At _____

**STATEMENT OF CLAIM**

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet(s), if necessary.) *U.S. Const, Amed. 5, 6, 8, 14 and 18 U.S.C. 3006A and sub sec. as applies hereto. The court failed to appoint counsel for the purpose of repre senting plaintiffs prior charges and convictions in an effort to prevent same from being used to the prejudice of plaintiff at trial and at sentencing, Said prior convictions and charges was used to the prejudice of plaintiff in Federal court for purpose of obtaining an upward departure and greater sentence, Title 21 U.S.C.S. 851 and sub sec. was not applied in plaintiffs federal cases. Why Not? The court could have and can, correct the illegal sentences aforsaid at any time and the Attorney For Gov. and Defense Attorney failed to move for a correction in the illegal sentences aforsaid, Deprivation of Liberty Without Due Process and Equal Protection of laws and constitution and Human Rights of American's and U.S.A.,*



**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210



December 14, 2004

Mr. Joseph M. Head, Jr.
Reg. No. 17549-056
FMC Devens
P.O. Box 879
Ayer, MA  01432

Dear Mr. Head:

The Clerk received your correspondence seeking information on
the three notices of appeal you recently filed.

The Court's records indicate that by Order dated November 30,
2004, Judge Stearns ordered the clerk to enter the Notices of
Appeal in the following actions: (1) <u>Head v. United States, et
al.</u>, C.A. No. 04-40089-RGS; (2) <u>Head v. Unknown Parties, et al.</u>,
C.A. No. 04-40090-RGS; and (3) <u>Head v. America, et al.</u>, C.A. No.
04-40103-RGS.

Enclosed please find courtesy copies of the docket sheets for
these three cases and note that the docket for each case
indicates the case is on appeal.  After the district court
transmits the files to the Court of Appeals for the First
Circuit, you will be notified of the appeals court case numbers.

Finally, I am enclosing a copy of the December 8th Memorandum and
Order issued by Judge Stearns in <u>Head v. Winn,</u> C.A. No. 04-
40084-RGS.  This order requires you to obtain approval of the
Miscellaneous Business Docket Judge before filing any documents
with this Court.  In the future, if you wish to file any
documents in the District of Massachusetts, the Memorandum and
Order requires you to file a written petition accompanied by a
copy of the December 8th Memorandum and Order together with the
papers sought to be filed and a certification under oath that
there is a good faith basis for their filing.

I hope that this letter addresses your concerns.

Barbara Morse
Pro Se Office

**RELIEF**

IV. State what relief you seek from the Court.  Make no legal arguments.  Cite no cases or statutes.

(1) Grant Leave To File And Proceed In Forma Pauperis And Appoint Counsel Hereto Without Delay.

(2) Grant Inscourt Evidentry Hearings And Jury Trial.

(3) Order plaintiff legally paid One Tillion Dollars Tax Free Per each day he is and was illegally in custody, past, present, hereinafter, futher order a complete city, be builted in the shape of the letters which spell plaintiffs full name on 500 miles of land and a Tillion Dollars Worth of Supplies For Said City per each week or month, hereinafter, all aforsaid Tax Free.

Signed this ___8th___ day of ___Jan,___ 200_5_.

Joseph Marion Head Junior
17549-056-(N-2 Cell 219)
F.M.C. Devens, P.O. Box 879-
Ayer-Ma., 01432
(Signature of Plaintiff or Plaintiffs)

**DECLARATION**

I, Joseph Marion Head Junior ___ declare under penalty of perjury that I have read and subscribed to the above and state that the information contained therein is true and correct to the best of my knowledge.

Executed  _1-8-05_   at _F.M.C. Devens_
     Date            Place

The court must make and serve all required copies of this complaint, due to plaintiffs indigence, the Plaintiff is unable to do so himself.

Joseph Marion Head Junior
Signature of Plaintiff
Appoint Counsel Hereto,
18 U.S.C. 3006 A
Signature of Attorney (If Any)

Plaintiff has request copy of his Prison Trust Fund For Past 6 months and has not received same; Therefore the court must order F.M.C. Devens to Provide the court with same, now and should have Priors as to other complaints.

United States District Court
For The District Of Massachusetts
Boston Division
1 Courthouse Way - Suite 2300
Boston Massachusetts 02210

| | |
|---|---|
| United States Of America<br>Petitioner<br><br>vs<br><br>Joseph Marion Head<br>Reg. No. 17549-056<br>Respondent | Civil Case Number<br><br><br>18 U.S.C. 4245 (d)<br>Commitment And Etc.<br>Relating Thereto |

18 U.S.C. 1201 By Judicial Processes

Motion For Discharge Of A Committed Person, Pursuant To 18 U.S.C. 4245(d) Etc. As Was Applied. This Motion Is Pursuant To The Provisions Of 18 U.S.C. 4247(h) And The Constitution Of The United States of America As Legally Relates And Applies Hereto.

Treatment Received While Kidnaped By Judicial Processes

When The Court Ordered Commitment Of Head, It Did Not Order Nor State Any Rehabilitation Programes Meeting The Needs Of Head. And None Was Stated By The Doctors, Phy. Nor Attorney General of United States. See 18 U.S.C. 4247(i)(e)(i-D)(i-C)(h) (e),(D),(a)(b),(C), See Etc. duties Etc as stated in said law aforsaid. U.S. Const. Amend. 1, 4, 5, 6, 8, 9, 14, as applies to the aforsaidand as could have and should have been asserted etc. prior hereto by Defense counsel Of Head and Gov. attorneys, Judge, Doctors, Etc., See, read, etc. each and all known, record, persons

**THE ARTICLE(S) OF THE DECLARATION OR CONVENTION THAT HAVE BEEN VIOLATED** ..............................................
..............................................................................


**NAMES AND TITLES OF PERSONS (AUTHORITIES) WHO COMMITTED THE VIOLATION** ........................................
..............................................................................
..............................................................................


**WITNESSES TO THE VIOLATION** (Include addresses and telephone numbers of witnesses) ........................................
..............................................................................
..............................................................................


**DOCUMENTS/PROOFS** (for example, letters, legal documents, photos, autopsies, tape recordings, etc.)
..............................................................................
..............................................................................


**DOMESTIC LEGAL REMEDIES PURSUED** (e.g. copies of writs of Habeas Corpus or Amparo)
..............................................................................
..............................................................................
..............................................................................

**20**

place and thing, past, present, hereinafter, as relates and applies to the aforesaid herein and Movant hereof, Head aforesaid.

Failure to inform and advise Head of all of his priviledges and rights as relates and applies to all the aforesaid and etc. relating thereto, prior, present, hereinafter, to include as to all relief and release prior and present demanded and why. Violated his rights and priviledges to same, etc.. rights violated also as known by the courts, etc..
          See all claims, grounds etc. of Head, within the Prison and Court Records and all Relief Demanded As To Each of Same, Prior And Present.

That per each violation of Head's rights and priviledges aforesaid, Head Pro Se Demands That He be legally paid at least A Zillion Dollars Tax Free Per each violation of his rights and priviledges and Human Rights And Double that amount per each day illegally, or unconstitutionally in custody from 1973 Forward as relates and applies to the aforesaid. That Head's full name be ordered builted in building forms as stated in his prison and court records and a all girl and women staff for same be provided to Head and each of same be paid at least $100.00 an hour and each work 8 hours a day 6 days a week hereinafter and time and half for all overtime. Each employee be required to have an I Q of at least 130 and have training in law and medicen at least and go to school as needed.

**VICTIM**

Name: ........................................................................................

Age: .........................................................................................

Nationality: ...............................................................................

I.D. N°: ....................................................................................

Marital status .............................................................................

Occupation: ...............................................................................

Address: ....................................................................................

City, Province, State: ...................................................................

Country: .....................................................................................

Telephone: .................................................................................

Number of children: ....................................................................


**GOVERNMENT ACCUSED OF VIOLATION**

........................................................................................

........................................................................................


**ALLEGED HUMAN RIGHTS VIOLATION. (Explain what happened in as great a factual detail as possible, specifying place and date of the violation)**

........................................................................................

........................................................................................

........................................................................................

**19**

All That is within Head's Name, is Head's and should be legally registard as Head's. This be applies World Wide In Each Nation Thereof, Herein after. Build The Name And Be All You Can Be In The Name. But To This Man Shall You Look. ISS. 66-V-1, 2, Corint. 1 Ch. 11 V 3.

The Legal And Religest Deffinsion Of The Name, As Defined, World Wide In Each Nation.

The Court is heretofore respectfully moved to Order all relief authorized, required, entitled, and demanded, relating to the aforsaid and etc. relating thereto, prior, present, etc..

Signed, Joseph Marion Head Junior Reg. No. 17549-056
Jan. 5th., 05.
N-2 Cell 219
Fed. Med. Center Devens
P.O. Box 879
Ayer, Ma. 01432

The Court Make And Serve All Required Copies Of This Motion. Movant is unable to do so himself due to his indigence, etc..
The Court is further refered to the Court Order of Judge , Stearns, dated 8, Dec., 04., case No. C.A. No. 04-4008 4-RGS., Movant can not send a copy of the court order due to his indigence. But refers to Court to the Court record as to same. And all relating thereto.
Joseph Marion Head Junior aforsaid, 1-5-5.

**VICTIM**

Name:.................................................................................

Age: ..................................................................................

Nationality: .......................................................................

I.D. N°: .............................................................................

Marital status...................................................................

Occupation: ......................................................................

Address: ...........................................................................

City, Province, State: ........................................................

Country:.............................................................................

Telephone: ........................................................................

Number of children: ..........................................................

**GOVERNMENT ACCUSED OF VIOLATION**

.............................................................................................

.............................................................................................

**ALLEGED HUMAN RIGHTS VIOLATION. (Explain what happened in as great a factual detail as possible, specifying place and date of the violation)**

.............................................................................................

.............................................................................................

.............................................................................................

**19**

4S148.055 **INMATE REQUEST TO STAFF** CDFRM *Each. Gov. Employee*

P 98

.S. **DEPARTMENT OF JUSTICE** *Attorney General* **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) *Dept.* *a. Ass. Warden, Reg. Director, I.S.M.* | DATE: *1-3-05* |
|---|---|
| FROM: *Joseph Marion Head Junior* | REGISTER NO.: *17549-056* |
| WORK ASSIGNMENT: *Ed. ORD* | UNIT: *N-2 Cell 219* |

SUBJECT: (Briefly) state your question or concern and the solution you are requesting. If this is not possible, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.) *Failure to file Notice of appeal and motion* 18 U.S.C. 4247(c)

*Re: United States of America (VS) Joseph Marion Head 17549-056*
*Application For Warrant For Arrest For Kidnaping* 18 U.S.C. 1201.
*The representation received and not received constituted A*
*Kidnaping by judicial processes and relating to judicial Process.*
*See all prison and Federal Prison, Medical, Phy. Court*
*records relating to Joseph Marion Head Junior 17549-056*
*and see all related, stated, asserted and remanded in*
*said records and relating thereto and by who, when,*
*where, how, why Etc. As applies thereto. Further see*
*all laws relating to Discovery and disclosure and*
*all case laws, and cases on disclosure and N.C. State Bar*
*Annotated Rules of Professional Conduct Rule 7-3,*
*and canons of Ethics E C 7-13-1, 2, 3, N.C.G.S. 7A-66-(3), 17-8,*

DISPOSITION:

*Head Pro Se, Demands that Arrest warrants issue for*
*Kidnaping and conspiracy, etc. as learned of relating*
*to the aforsaid and his prison and court records (State*
*and Federal)*
*Further Appoint Head Counsel, 18 U.S.C. 3006A to file*
*civil actions, petitions, etc. for court release of*
*Head from custody with all other relief the court orders*
*relating hereto.*
*Cause a copy of this cop out be sent to Courts and Justice Dept.*

| Signature Staff Member | Date |
|---|---|

Inmate

## VICTIM

Name: .................................................................................

Age: ..................................................................................

Nationality: .......................................................................

I.D. Nº: .............................................................................

Marital status .................................................................

Occupation: ....................................................................

Address: .........................................................................

City, Province, State: .....................................................

Country: ..........................................................................

Telephone: .....................................................................

Number of children: ......................................................

## GOVERNMENT ACCUSED OF VIOLATION

.........................................................................................

.........................................................................................

## ALLEGED HUMAN RIGHTS VIOLATION. (Explain what happened in as great a factual detail as possible, specifying place and date of the violation)

.........................................................................................

.........................................................................................

.........................................................................................

**19**



*Handwritten text along left margin (vertical):* his refusal is part of a conspiracy to deprive liberty without due process of law and protection or Constitution, etc.

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

Main Reception: (617) 748-3100
Fax Number: (617) 748-3971

John Joseph Moakley U. S. Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

January 3, 2005

Joseph Marion Head, Jr.
Reg. No. 17549-056
FMC-Devens
P. O. Box 879
Ayer, MA 01432

RE:    USA v. Joseph Marion Head, U.S. District Court MBD No. 03-10228
       **Filed Under Seal**

*Handwritten left margin:* 18 U.S.C. 4247 H) ETC. 4245 e) ETC.

Dear Mr. Head:

Our office is in receipt of your request dated December 17, 2004. Be advised that your case is closed and if you wish to make a request for copies of documents under the Freedom of Information Act (FOIA), you must file your request with the FOIA Unit, Executive Office of the United States Attorneys in Washington, D.C. That office coordinates the processing of all FOIA requests for all of the United States Attorney Offices. The address for the FOIA Unit is:

Freedom of Information Act/Privacy Act Unit
Executive Office for United States Attorneys
600 E Street, N.W., Room 7300
Washington, DC 20530

I am returning your request with this letter so that you may contact the FOIA Unit directly. Be advised that if you continue sending FOIA requests to this Office, they will not be answered.

*Handwritten:* Was This My Attorney what is His address what is Her address its and who is she

Sincerely,

Eugenia M. Carris
Assistant U.S. Attorney

Enclosure

cc:    William A. Brown, Esq.
       Ann H. Zgrodnik, Esq.
       (both w/o enclosures)

*Handwritten:* Judge Tauro, Enter appropriate Order. Herein To The Ends & be provided said Records and information etc. And Order Appropriate Action otherwise as to me being Kidnaped, Etc. See all prison and court Records, Etc. Relating To Me, State the complete Background of all of same, prior, present, etc.

*Handwritten left:* 18 U.S.C. 4247 (h)

*To, Ann H. Lgrodnick, Esq. Attorney At Law; Boston, Ma.*
*You have my consent to file this complaint on*
*your own relating to me and my cases etc.*

IACHR HANDBOOK

*Under American Commission And Court On Human Rights Located in Washington, D.C. 20549 (P.O. Box 20006 1889 F. St, N.W.*

# APPENDIX

## COMPLAINT FORM

Complaints should be drafted in a simple and straightforward manner, free of political rhetoric.

Petitions addressed to the Commission shall include:

➤ the name, nationality, profession or occupation, postal address, or domicile and signature of the person or persons making the denunciation; or in cases where the petitioner is a nongovernmental entity, its legal domicile or postal address, and the name and signature of its legal representative or representatives;

➤ an account of the act or situation that is denounced, specifying the place and date of the alleged violations and, if possible, the name of the victims of such violations as well as that of any official that might have been appraised of the act or situation that was denounced;

➤ an indication of the state in question which the petitioner considers responsible, by commission or omission, for the violation of a human right recognized in the American Convention on Human Rights in the case of States Parties thereto, even if no specific reference is made to the article alleged to have been violated;

➤ information on whether the remedies under domestic law have been exhausted or whether it has been impossible to do so.

*You can also file to the United Nations Commission On Human Rights On my behalf. You have my consent to do so. Have the court No Appeal you to do it.*

*Signed Joseph Marion Head Junior*
*Reg. No. 17549 956 (1-24-05)*

18



David Kelly, Intake Staff
617-482-3170 ext. 317
DKelly@aclu-mass.org

January 3, 2005

**LEGAL MAIL**
Joseph Marion Head Jr., Reg. No. 17549-056
Federal Medical Center
N-2, Cell 219
Box 879
Ayer, MA 01432

Thank you for your recent inquiry. I am sorry to report that the American Civil Liberties Union of Massachusetts cannot provide you with legal assistance. We are a relatively small private organization, supported by membership contributions. A large number of complaints come in to us regarding violations of civil rights and civil liberties, and we are only able to handle a very few. The result is that we must sometimes decline to help people who have meritorious claims.

I am sorry that we could not be more helpful.

Sincerely yours,

David Kelly

*Appoint Head Counsel, 18 U.S.C. 3006 A and sub sec. s as applies to his cases, etc..*

ACLU of Massachusetts, 99 Chauncy Street, Suite 310, Boston, Massachusetts 02111
Phone: 617-482-3170    Fax: 617-451-0009    Website: www.aclu-mass.org

To Judge, Tauro and All Persons Places, Thing
Relating To Head's cases, committments, etc..

The Courts Should Have Made Findings of Records
Themselfs on their own action etc..
The U.S.A. should have related the below to the Courts.
Mr. Brown-Attorney At Law Could Have Asserted
The Herein Below On Head's Behalf timely
to the District court and To appeals court and
United States Supreme court And Did Not. Why?
   Violations of Rights To Effective Assistence
Of Counsel In Lower Courts and On Appeal.
In That,
Failure to appeal sentencing error constituted a
default, but, relief was nevertheless
required because sentence was in excess
of the maximum authorized by law and or
was illegal and or unauthorized at the time
imposed, because of the reasons prior
related and asserted to the courts and the
prison staff and futher as known by
the courts and attorneys for the Govern-
ment and defense prior. See and apply
To Head's cases, The below law and cases,
   United States (v) Caslano, 929, F. 2d. 1046, 1051, 5th
cir. C1991)
   United States (v) Metzger - 3, F.3d., 756, 757, (4th
cir. (1993) ) cert. denied 114 S.ct. 1374 C1994)
   Strickland (v) Washington (1984)
   Title 21 S. 851 and sub sec's thereto.
   Apprindio (v) New Jersey
   Blackely (v) Washington
   United States (v) Booker 2004 - 2005
   United States (V) Fanfan 2004 - 2005

*[handwritten, top margin left vertical:] his refusal is part of a conspiracy to deprive liberty without due process, no equal protection or constitutional...*

*[handwritten top:] United States Federal Grand Jury*
*Boston Massachusetts 02210*

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

Main Reception: (617) 748-3100
Fax Number: (617) 748-3971

*[handwritten:] 18 U.S.C. 4245(e) 4247(h)*
*[handwritten:] Has not been fully applied to Head's case, Why Not?*

John Joseph Moakley U. S. Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

January 3, 2005

Joseph Marion Head, Jr.
Reg. No. 17549-056
FMC-Devens
P. O. Box 879
Ayer, MA 01432

*[handwritten:] Nor has 18 U.S.C. 3006A and sub. sec's thereof, Why Not?*
*[handwritten:] Deprivation of Liberty Without Due Processes and equal protection of law - 18 U.S.C. 1201 as applies Hereto, Head's cases.*

RE:    USA v. Joseph Marion Head, U.S. District Court MBD No. 03-10228
       **Filed Under Seal**

*[handwritten left margin:] 18 U.S.C. 4247 H) ETC. 4245 e) ETC.*

Dear Mr. Head:

        Our office is in receipt of your request dated December 17, 2004. Be advised that your case is closed and if you wish to make a request for copies of documents under the Freedom of Information Act (FOIA), you must file your request with the FOIA Unit, Executive Office of the United States Attorneys in Washington, D.C. That office coordinates the processing of all FOIA requests for all of the United States Attorney Offices. The address for the FOIA Unit is:

Freedom of Information Act/Privacy Act Unit
Executive Office for United States Attorneys
600 E Street, N.W., Room 7300
Washington, DC 20530

        I am returning your request with this letter so that you may contact the FOIA Unit directly. Be advised that if you continue sending FOIA requests to this Office, they will not be answered.

*[handwritten:] Was This My Attorney? what is His address what is Her address ils and who is she?*

Sincerely,

Eugenia M. Carris
Assistant U.S. Attorney

Enclosure

cc:    William A. Brown, Esq.
       Ann H. Zgrodnik, Esq.
       (both w/o enclosures)

*[handwritten:] Judge, Tauro, Enter appropriate Order Hereto To The Ends of be provided said Records and information etc. And Order Appropriate Action otherwise as to me being Kidnaped, Etc. See all prison and court Records, Etc. Relating To Me; State the complete Background of all of same, Prior, Present, etc.*

*[handwritten left margin:] 18 U.S.C. 4247 (h)*

Motion Page No. 4

Motions and Errors of Trials, Related and
Assterted Within the Prison and Court Records
Relating To Movant and His State and Federal
Court Cases, Etc Relating Thereto. And Futher
All Prior Related To the United States Attorneys
And Warden - David L. Winn of F.M.C. Devens
And Warden - Troy Williamson of F.C.I.
Beakely, And To the District Attorney of
Rutherford County North Carolina And
To Ann H. Zgrodnik - Attorney At Law,

Such other and futher grounds as may be
asserted etc by court appointed attorneys
hereto and or movant

If the Courts Grants an Incourt
Evidentry and Etc Hearing Relating
Hereto Movant Will Want Witnesses and
Records, Subpoeinaes For Movant. And
Movant Will Want To Testify In His
own Behalf.

Movant will need investigators and
expert witnesses appointed for movant.

Movant cannot make and serve copies
of this motion due to movants indigence.
See movants prison and court records as to same.
Signed, Joseph Marion Head Junior (1-17-05)
Date Sent To Court By Mail (1-18-05)

United States District Court
Distict of Boston Massachusetts
Case Number_____
United States Federal Judge, Tauro
18-28 and 42 U.S.C. As Applies Hereto.
28 U.S.C. 2241(3) etc. as applies hereto.
Conspericey And Kidnaping By Judicial
Processes And Or Relating Thereto.
Title 21 U.S.C. 851 and sub sec. as applies.
N.C.G.S. 17-8, 15A-1415-B-2, 3, 7, 8, 1, 15A-954(a)

  Defendants waiver of rights to counsel made in
August 1976 in the Superior Court of Rutherford
county North Carolina was illegal and invalid and
was not voluntaray and intelligently made.
(1) The defendant was foved to chose between
representaion by an incompetent and not prepared
counsel (Robert H. Summy) or representing his
own self,
(2) The Judge Baiely, did not conduct incourt
competence hearing to see whether or not the
defendant was legally competent to represent his
own self in a rape case.
(3) Judge Bailey failed to advise and inform
the defendant of the, disadvantages, pitfalls,
and dangers, of self representaion, prior to
allowing the defendant to signed the waiver
of right to counsel.
  See, U.S. v Tagor and U.S. v Cash, etc. cases
, 8th, 9th., 10th, 11th. and other circuits, that
relates and applies thereto the aforsaid and
all other claims, grounds, motion, etc within the

Motion Page No. 3

Freedom of Information Request presented by movant prior hereto.

The United States Of America in a reply hereto can and must state an accurate back grounds aforsaid, for the court and movants information and record of same and for movants counsel if the Court Appoints an attorney or a team of attorneys to represent movant relating hereto, etc relating thereto and thereto, see, 18 U.S.C. 3000 6 A and sub ses. s thereof as applies hereto.

Prior Hereto, Movant was not informed of all of his rights and of proceedural due process of, 18 U.S.C. 4245, 4247 and sub ses. of each, and 18 U.S.C. 3000 6 A and sub ses. s thereof. Nor as to any rights of appeals and further reviews, etc. relating to the aforsaid. Nor was movant afordes all of the aforsaid rights and priviledges. Why Not? Movant did Not Knowingly waive nor abandones any of the aforsaid rights and priviledges.

Grounds For Discharge And Release From Criminal Convictions And The Criminal Sentences, And Criminal Charges, State And Federal As Dose Relate And Apply To Movant Herein.

Each and All Prior, Claims, Grounds, Allegations,

2

prisons and court records relating to the defendant, Head, Reg. No. 17549-056. As to Head's State and Federal court cases and etc. relating thereto, Other's and also as applies to Head's Federal commit ment civil 18 U.S.C. 4245(d), at which Head was forced to be represented By William A. Brown – Attorney At Law Who was not prepared to represent Head and was ineffective and incompetent, at the Hearing and Prior Thereto, and Thereafter.

Head has been Kidnaped by Judicial Process es And Or Relating Thereto, From April 15th 1974 Forward and still is. Why? By Who And What, When, Where, How, Why?

See all prison and court records as to all relief and release Head prior demanded etc., and etc. relating to same.

Appoint Counsel Hereto For Head Hereof. 18 U.S.C. 3006 A and Sub Sec. s.
   18 U.S.C. 4245 (e) hearing and 4247 (h) hearing, 28 U.S.C. 2241 hearing Etc. hearings etc..

Joseph Marion Head Junior 17549-056
         1 - 15 - 05

Motion Page No. 2.

Now Comes, Joseph Marion Head Junior, Reg. No. 17549-056, who is the respondent in the above entitled cause and is the Movant, herein, who himself, pro se respectfully moves the court for discharge and lawfull court release from custody, etc., This motion is respectfully made pursuant to the provisions of 18 U.S.C. 4245(e) and 4247(h) and 28 U.S.C. 2241 and the United States Constitution, as applies hereto.

Movant was committed on Nov. 17th, 2003 By the Honorable United States Federal Judge, Tauro, in the United States District Court For Boston - Massachusetts.

That as to a complete background of the case and movant hereof, the court is heritofore refered to all State and Federal Prison and court Records relating to movant, past and present, etc. as applies and to all related and asserted and asked for and demanded within said records aforsaid and all records etc. relating to said records and movant, to enclude each propess etc. of and relating to the aforsaid to enclude institutional and judicial and otherwise.

Movant cannot state the aforsaid background herein because he does not have a copy of said records and has tried several times to obtain same, see prison and court records and

Re: U.S. v. (,9) /RGC - Document 12-3 Filed 01/07/2005 Page 19 of 24 and greater sentence is illegal and invalid, etc., not based on legal and valid charges and convictions.

---

Re: State v Head - No. 74CR2403 - 74CR2403-A - Defendant Pro Se Demands One Zillion Dollars Tax Free Because of Violations of His Rights To Effective Assistence of Counsel And Etc. Rights.

Failure of defense counsel to timely raise as a defense at each trial of the cases, Complainant and Defendant Engaged In Consensual sexual relations based on an agreement of $20.00 and a ride half way to the beach, for sex, as defendant testified at trials and the complainants denial that said agreement was not made was perjury or it was not proven not to have been perjury, In support that it was perjury in the complainants statement to police, doctors and others, in which she stated as related herein below.

Complainants          Statement

[ I'll do or say anything to convict him. Anything It Takes - Whatever It Takes, Whatever Is Necessary, Whether It Is True Or Not, ]

See the transcripts of Trials and records on the appeals as to said statement above.

Said attorneys and prosecutor should have moved for judgments of acquittal in both cases and for the judges to properly instruct and charge the jury's, that they may acquitte defendant if it concludes that the defendant had reasonable grounds to beleive complainant consented to have sex and oral sex.

Futher see, Davis (v) United States, 613 A. 2d. 906, 908-912 (D.C. 1992) - 18, 28 and 42 U.S.C. As Applies Hereto, U.S. And N.C. Constitution As Applies To The Aforsaid, N.C.G.S. 17-8, 17-10, 17-17, 17-21, Kidnaping Laws.

United States District Court
For The District Of Massachusetts
         Boston      Division
1 courthouse Way – Suite 2300
Boston      Massachusetts  02210

United States of America
Petitioner

                    VS

Joseph Marion Head Junior
Reg. No. 175-49-056
Respondent

| Motion For Discharge Pursuant To 18 U.S.C. 4247(h), and 4245(e), 28 U.S.C. 2241 case no. 03–CV–10228 Civil Commitment 18 U.S.C. 4245(d), Nov. 17th. 2003. U.S. Fed. Judge, Tauro. |

To The Honorable United States Federal District
Court Judge, Tauro, For The United States District
Court Of Boston, Massachusetts.
         For United States Of America
Attention, Michael J. Sullivan, U.S. Attorney
Attention, Gina Y. Walcott–Torres, Ass. U.S. Attorney,
John Joseph Moakley United States Courthouse,
1 Courthouse Way, Suite 9200
Boston – Massachusetts, 02210
(617) 748–3100
      Prior Attorneys For The Respondent
Attention, William A. Brown, Attorney At Law,
Attention, Ann H. Zgrodnik, Attorney At Law
Joseph Marion Head Junior Reg. No. 175-49-056 –
Unit – N-2, Cell 219, Federal Medical Center Devens, Post Office
Box 879, Ayer Massachusetts, Zip Code – 01432.

Re: State v Head No. 74CR2403 - 74CR2403A.
One Zillion Dollars Tax Free Demanded Pro Se.

Violation Of Right To Effective Assistence
of Counsel, Strickland v Washington 1984.

Failure of defense counsel, Wolf and Harris To Raise
As A Defense, complainant and Defendant Engaged In
consensual sexual relations and therefore No Rape
Nor crime against Nature was committed By The
Defendant, Constituted Ineffective Assistence Of
Counsel And Violated Several of The Defendants
Rights.    Said attorneys should have moved for
a judgment of acquital in both cases because
the District Attorney failed to prove that she
did not consent to sex and oral sex. And her
trial testimony denying an agreement for
sex was made, was perjury or was not proven
not to have been perjury. See also her state
ments to the police in which she stated,
  [ I'll do or say anything to convict him,
    Whatever It Takes,
    Whatever Is Necessary,
    Whether It Is True Or Not. ]
The jury should have been informed at each
ofthe Trials, that, it may acquite if it concludes
that defendant had reasonable grounds to beleive
complainant consented.
  See, Davis v United States, 613, A.2d. 406, 908-912
( D.C. 1992)
U.S. and N.C. const, as applies to the aforsaid.

Judge, Tauro, should have himself reviewed all prison and court records of, and relating to Head, and made findings etc, thereof and relating thereto.

Not having done so prior violates Head's rights and priviledges as said Judge now knows. Therefore said Judge should do so now, fully and completely and effectively, not to the prejudice of Head, and based thereon and relating thereto, Order to Head all, criminal, civil, Tort, and Damestic Relief The Laws Allow, and or cause same to be ordered.

Speedy Rely And Adjudication Hereto c/s Respectfully Requested And Demanded

Signed, Joseph, Marion Head Junior / 7549-056
Jan. 17th. 2005
N-2 Cell 219  Fed. Med. Center Devens
Post Office Box 879
Ayer - Massachusetts - 01432

Date This Motion Sent To Court - 1-18-05

United States District Court
For The District of Boston — Ma.

| | |
|---|---|
| United States of America<br>VS<br>Joseph Marion Head Junior<br>Reg. No. 17549-056 | Motion For Appointment of<br>Counsel, 18 U.S.C. 30006A<br>and Sub Sec. As Applies,<br>And Crim. Civ. Etc, Relif, Release |

To, Tauro, United States Federal District Court Judge

Title 21 U.S.C.S, 851 and sub sec. s was not applied in Head's Federal court cases. Why?

See the prison and court records as to all claims, grounds, motions, error's etc. relating to Head's State and Fed. court cases and who asserted, etc. What, Which, How, When, Where, Why, Etc.:

Herewith is a list of some grounds, which applies to Head's State case 74CR2403.

Mr. William A. Brown could have but did not, present all the herein and etc to the court Nov. 17-2003 and before and after that date, to include on an appeal that could have been taken, and in a motion 18 U.S.C. 4247(h) and in a petition 28 U.S.C. 2241. Why didn't he do so?

(1)

The Trial Judge Baily, Failed to inform and advise, Head, of the disadvantages of self representaion he would or may face if he waived his right to counsel and represented his own self.

Therefore Head's Waiver Of Right To Counsel Is Not Legal And Valid. See, U.S. v Taylor and U.S. v Cash, Etc. cases.

(2)

Head, was " forced to chose between" excepting an attorney (Robert G. Summy) who was an incompetent or ineffective counsel and was not prepared to represent Head's cases, Or to represent himself, Head, told Judge Baily that if Mr. Summy is the best you have to offer, I'll represent my self. Judge Baily then had Head to sign the Waiver Of Right To Counsel.

(3)

Judge Baily, Failed to conduct an hearing to determined the competence of Head to see whether or Not Head was legally competent to represent him self, in his cases, Rape, Etc..

(4)

Judge Baily faild to conduct a competence hearing to determine whether or Not Head was competent to stand trial and to represent his own self with only a day and a half to prepare for trial in. Heas was incustody and a laymen at law.

United States District Court
For The District of Massachusetts
1 Courthouse Way Suite 2300
Boston Massachusetts 02210

United States of America    | Civil Commitment
Petitioner                  | 18 U.S.C. 4245(d)
            VS              | Nov. 17th. 2003
Joseph Marion Head          | Boston, Ma. U.S.D.Ct.
Respondent                  | NO._____

Motion For Court Order To Issue To All The
Persons, Places And Things, Which Has Any
Records, Documents, Statements, Affidavits,
Etc. Relating To Movant And His State
And Federal court cases And His Civil
Committment, To Provide Movant And
The Court With A Copy of Each of Same, In
Type Written Form And In Original Form
, In Transcript And Memergraph Form of
Each And All of The Aforsaid, Without
Cost To Movant For His Copy of The Aforsaid
     That This Motion Is Made Pursuant
To Each And All Provisions of Laws, Cases,
Etc. Relating To Discovory And Disclos
ure. Futher Pursuant To The Jencks Act
And Freedom of Infromation Act And The
Privesy Act, The Brady Doctrine And The
Case of United States v Bagley, 473 U.S.667 (1985)
Strickland v Washington 466 U.S.468 (1984)
United States v Valenzuela-Bernal 458 U.S.858

_Complaint Page No. 5_

Ann H. Zgrodnist, Esq. Attorney At Law
From Boston Massachusetts.

(2)

That the court order leave to proceed in
forma pauperis based on the courts review
of plaintiffs prison and court records for
the past 31 years.

(3)

The Court Disbar Defendant As An Attorney At
Law Or Order It Done.

(4)

Defendant be charged Etc. For Conspiracy
and Kidnaping.

(5)

Defendant be ordered to pay plaintiff at
least One Billion Dollars Tax Free in U.S.A.
currency and all property etc. of Defendants
be ordered to be Plaintiffs, legally.

(6)

Such Other And Futher Relief As The Court
Deems, Appropriate, Fair, Just, Entitled,
Authorized By Law, Constitution, Human Rights.

Signed, Joseph Marion Head Junior 17549-056
Jan. 26th. 2005

Date Mailed Jan. 26th. 2005

In The United States District Court
For The District Of Massachusetts
Boston Division
1 Courthouse Way Suite 2300
Boston Massachusetts 02201

| | |
|---|---|
| Joseph Marion Head Junior | Complaint |
| Reg. No. 17549-056 | In Forma Pauperis |
| Plaintiff | civil Case No. _____ |
| vs | |
| William A. Brown, | Appoint Counsel Hereto |
| Attorney At Law In | 18 U.S.C. 3006 A |
| Boston Massachusetts | and sub sec.s as |
| Defendant | Applies |

## Jurisdiction

The Court has jurisdiction herein pursuant to the provisions of laws and constitution of the United States of America And The States Thereof, As Legally Applies Relating Hereto As Known By Court.

## Plaintiff

Plaintiff herein is Joseph Marion Head Junior, Reg. No. 17549-056 who is a carcausion male born on December Second 1946 is Gastonia, North Carolina Of The United States Of America, Presently housed in N-2 cell 219 of F. M. C. Devens, located at 42 Patton Road, Post office Box 879 Ayer-Ma, 01432

Complaint Page No: 4

Defendant did not ask nor file for hibird defense,
Defendant violated plaintiffs rights to due process
and equal protection of law and other rights,
to include not to be deprived of liberty but
by due process of law. As Applies Thereto, 18
U.S.C. 1201 and 42 U.S.C. 1984, 1985(3), 1986, 28
U.S.C. As Applies.

  Failure of counsel to take simple
steps of filing notice of appeal per
his clients request that he do so,
constituted ineffective assistance of counsel
and a deprivation of the right to appeal
and other rights.  Glouser v United States,
S.D. Jowa (1970), 318 F. Supp. 175, and see
United States v Smith C.A.6.(mich)(1967)
387, F. 2d. 268. and see, Sincox v.s
United States, 571, F. 2d., 876, 879-80,
5th. Cir.(1978) Failure by an attorney to
prefect an appeal where the client has
indicated a desire to appeal (is cause)
and see, United States v Wilson 997, F. 2d., 429,
431 (8th cir. (1993), United States v Caslano
929, F. 2d. 1046, 1051, 5th. cir. (1991), United
States v Metzger 3 F. 3d. 756, 757 (4th. cir.
(1993) cert. denied 114 S. Ct. 1374 (1994).

Relief Demanded By Plaintiff Pro Se Is,

(1)

Leave To Proceed In Forma Pauperis Hereto
And appoint Counsel Hereto - Attorney Requested

_Complaint Page No. 2_

The Warden of The Aforsaid Medical Center Is David L. Winn.

## Defendant

Defendant herein is William A. Brown, Attorney At Law, Boston, Massachusetts, 02210, See Court Records As To Complete Address of Defendant, Who Represented Plaintiff In Boston Fed. Court, Nov. 17th. 2003, In A Civil Commitment Case, 18 U.S.C. 4245 (d).

Plaintiff herein is proceeding pro se with out the assistence of a person professionally trained in law or an attorney at law, until and unless the court appoints counsel to represent movant - Plaintiff herein. And therefore Plaintiff is legally entitled to a liberal construction by the Courts and the Judges therefore.
See Law As To Pro Se Litigants Green v United States, 260 F. 3d., 78, 83, ( 2d. Cir. 2001) and Haines v Kerner, 404 U.S.C. 519, 520 - 21 (1972) per curiam.
It is well settled that pro se litigants generally are entitled to a liberal construction of their pleadings; which should be read, to raise the strongest arguments they suggest.

That Over 20 years ago the 4th. Cir. Ct. App. s did adjudge that when indigent plaintiffs are

Complaint Page No. 3

proceeding pro se, are not required to prove their asserted claims and grounds in advance of a full incourt evidentry hearing.

## Claims Asserted Herein By Plaintiff Pro Se

(1.)

Defendant herein violated Plaintiffs Rights to,

1— Effective Assistence of Counsel at the Committment Hearing Conducted Nov. 17-03 In U.S.D.C. Boston Mass. Division Before Federal Judge, Tauro, Presiding judge.

## FACT'S

Defendant did not present any evidence nor any witnesses on plaintiffs behalf and would not allow plaintiff to testify in his own behalf now was plaintiff allowed to talk to defendant during said hearing nor thereafter.

Defendant did not appeal plaintiff's committment and knowed plaintiff want to appeal same. Nor did defendant tell plaintiff how to appeal pro se and to give notice of appeal and motion for appointment of counsel.

Defendant did not withdrawal from plaintiffs case per plaintiff request, demand and motion for him to do so.

Defendant failed, file motion 18 U.S.C. 42 45(e) 4245 (h) etc as he could and should have.