United States District Court
For The District Of Massachusetts
Boston Division

United States Of America     | Motion For Appointment
Petitioner                   | Of Counsel, 18 U.S.C. 3000
                             | 6A To File Motion 18
        VS                   | U.S.C. 4247(h) For The
Joseph Marion Head Junior    | Discharge Of Respondent
Reg. No. 17549-056           |
Respondent                   | 28 U.S.C. 2241

To The United States Federal Judge - Tauro of
The Boston Massachusetts - District.

Attention, Michael J. Sullivan - U.S. Attorney

Attention, United States Attorney General

Attention, William A. Brown - Attorney At Law, of
court Records Of Movants Case.

    Now Comes, Joseph Marion Head, junior aforesaid
herein, movant herein, who respectfully
moves the court to appoint to him counsel pursuant
to 18 U.S.C. 3000 6A and sub sec. s thereof as
applies hereto, for the purpose of filing a
motion pursuant to 18 U.S.C. 4247(h) and
4245 (e) and 28 U.S.C. 2241, U.S. Const. amend.
1, 4, 5, 6, 8, 9, 14, Etc as applies hereto.

    That for just cause and legal reason for the

(2)

motions and petition aforesaid the court is referred to the contents of each prison and court records relating to movant prior, present, etc. is afferance to all asserted and Demanded therein, As if all of same was related herein in proper order and form of same and the complete background of each of same to include each process etc of each and all of same. Movant herein does not have a copy of said records etc. therefore cannot not state same herein nor attach a copy of same hereto.

That a denial of this motion will violate Federal Law and Constitution and Movants Rights. Therefore the court Should Grant Same. Movant Objects to Mr William A. Brown being appointed to movants case. See court records as to a just reason of movant for the objection.

Signed Joseph Marion Head Junior 17547056
5-18-05

Joseph Miriam Haas Junior
Reg. No. 17549-056
N-5 Cell 524
F.M.U. Devens
P.O. Box 879
Ayer - Ma. 01432

Legal Mail
Date Mailed
5-18-05

To: United States Federal Judge - Young
United States District Court
1 Courthouse Way Suite 2300
Boston - Massachusetts, 02210

02210+3004

U.S.
SCH...

5-17-05

To: United States Federal Judge – Tauro

Re: Joseph Marion Head Junior 17549-056

Re: Each State and Federal Case of Head, Crim., Civil.
The Court and U.S.A. Gov. Attorneys Answer This.
and N.J. Attorneys.
How does and may the below legal words apply
to Head and his court cases, committments etc.?
        Miscarriage of Justice, Perjury.
Malicious Arrest, Malfeasance, Mens Rea,
Misadventure, Missfasance, Mispersion of Felony,
Mitigating Circumstances, False Imprisonment.
Applying the aforsaid correctly and fully, what
relief must me ordered to Head and why?
From Who and What, When, Where, How?
Re: Responds to inmate request to staff,
How does the perjury law apply to staff?
Read 28 U.S.C. 1343, 42 U.S.C. 1985(3), 1986, 1981.

    What records etc. was reviewed, read, etc.
to base Head's committment 18 U.S.C. 4245(A)
on and relating to? Which prison and court
records etc relating thereto was not considered
and applied, etc. and why? See each record
etc and read the contents of same, to include all
asserted and moved for within the prison and
court records, prior, present, etc as applies legally.
    What was the reasons for committing Head?
Signed, Joseph Marion Head Junior 17549-056 (5-17-05)

Legal Mail
5-17-05

[return address, handwritten]
cell 524
F.M.C. Devens
Post Office Box 879
Ayer - Ma. 01432

To: United States Federal Judge - Stearns
United States District Court
1 Courthouse Way Suite 2300
Boston - Massachusetts - 02210

**RESPONSE TO INMATE REQUEST TO STAFF MEMBER**

**Head, Joseph Marion**
**Reg. No. 17549-056**
**N-5 Unit**
**FMC Devens**

This is in response to your Inmate Request to Staff, dated May 2, 2005, wherein you request a copy of your medical records. You also attach a previous response wherein you seem to be asking for the name and address of a psychiatrist and a female lawyer you encountered while housed in N-1.

As you have been informed in numerous responses, you must make a request through the Freedom of Information Act for information that is not available in your Central or Medical files. Your request must be detailed in writing and addressed to the Director, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534, Attention: FOIA/PA Section. For more information, you may refer to Title 28 Code of Federal Regulations, Part 16.3 or 16.41 and Appendix I, or Program Statement 1351.05, Release of Information. Inmates may review their Central file or medical record at any time by submitting a request to their Unit Team or the Medical Records department, in accordance with 28 C.F.R. § 513.41 and Program Statement 1351.05, Release of Information. As these issues have been previously addressed, I am returning your attachments.

As I have stated to you in many responses in the past, I am an attorney for the Bureau of Prisons, I do not serve as counsel for inmates. I am not permitted by the Department of Justice or by ethical rules to assist you in your legal matters. If you have specific questions pertaining to your Court case, please contact your attorney or the Court.

I trust this information is responsive to your requests.

Ann H. Zgrodnik, Staff Attorney                    5/13/05
                                                    Date

*Forward This To Fed. Judge. Tauro / U.S. D.Ct, Boston Ma.*

*Failure to Stop, Prevent, Crime or Violation of Rights ar Privledges, 28 U.S.C, 1343 and other laws that apply.*

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

*See All Records Etc Relating To Heads Appeals Now Pending in 1st Cir Et. App. Etc Relating Thereto.*

| TO: (Name and Title of Staff Member) Warden-Ea. Gov. Employee | DATE: 5-2-05 |
| FROM: Joseph Marion Head Junior | REGISTER NO.: 17549-056 |
| WORK ASSIGNMENT: Ed. CRD | UNIT: N.5 Cell 5-24 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

False Imprisonment or Conspericy, Kidnaping Head.
Pursuant To The Provisions of Law, Constitution, Etc.
Inmate Head Demands a Free Copy of All Medical Records
Relating To Him, Not Prior Given To Him. See each
of Head's prior request etc to Medical Records
Staff and Warden and The Courts.
Brady v Maryland, Jencks Act, Etc. Acts of Law
Warden Winn, See all Records Etc Relating To
My Appeals In The First Circuit Court of Appeals
Case no. 05-1048, 1049, 1050 and See all Records
of Each Other Courts That Relates To The Aforsaid.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

**RESPONSE TO INMATE REQUEST TO STAFF MEMBER**

**Head, Joseph Marion**
**Reg. No. 17549-056**
**N-5 Unit**

This is in response to your Inmate Request to Staff, dated April 20, 2005, wherein you address several issues pertaining to your criminal conviction. In your request, you seem to be asking for the name and address of a psychiatrist and a female lawyer you encountered while designated in N-1. Also, you request a copy of all prison and court records pertaining to you. *What was her name and address? Was you at my Fed. Ct. Hearing 11-17-03?* If you wish to challenge your criminal conviction or any of these listed grounds, you must do so through a Habeas Corpus petition filed with your sentencing court pursuant to Title 28 U.S.C. § 2255. The Bureau of Prisons does not have the authority or jurisdiction to address any of these claims. *28 U.S.C, 1343, N.C, G.S. 17-8. See U.S. Ct, App. 4th. cir-05-254 Re: Head CR-98-102* In accordance with 28 C.F.R.§ 513.41 and Program Statement 1351.05, Release of Information, inmates may at any time request to review their Central File by submitting a request to their Unit Team. The Unit Team will then schedule a time for you to review your Central File. Likewise, in accordance with 28 C.F.R. § 513.42 and Program Statement 1351.05, inmates may review their medical file by submitting a request to the Medical Records Department.

If you seek records that are not contained in your Medical or Central Files, you must make a request through the Freedom of Information Act. Your request must be detailed in writing and addressed to the Director, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534, Attention: FOIA/PA Section. For more information, you may refer to Title 28 Code of Federal Regulations, Part 16.3 or 16.41 and Appendix I, or Program Statement 1351.05, Release of Information

As I have stated to you in numerous responses in the past, I am an attorney for the Bureau of Prisons, I do not serve as counsel for inmates. I am not permitted by the Department of Justice or by ethical rules to assist you in your legal matters. If you have specific questions pertaining to your Court case, please contact your attorney or the Court.

I trust this information is responsive to your requests.

Ann H. Zgrodnik, Staff Attorney

4/20/05
Date

*Date This Was Received By*
*Head — 5 - 2 - 05*
*Why Was There A Delay?*

*See each prior request for records*
*to Warden and Medical Records and Staff*
*from inmate Head 17549-056*

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM *Each Staff, Attorney At Law*
SEP 98
U.S. DEPARTMENT OF JUSTICE *Ex. Gov. Attorney*    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) *Warden - Ex. Gov. Employee* | DATE: 4 - 20 - 05 |
|---|---|
| FROM: *Joseph Marion Head Jr.* | REGISTER NO.: 175-49-056 |
| WORK ASSIGNMENT: *Ed. ORD* | UNIT: N-5 Cell 5-22 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

Re: U.S.A. (vs) Head Defendant, etc. relating thereto
1st. Cir. Ct. App. Nos. 05-1048, 05-1049, 05-1050
See all records relating to the aforesaid, past,
present, etc. as applies and all Tort Claims
and all V.A. claims
    False Imprisonment Or Kidnaping
See all relief demanded by Head Pro Se
This case 74CR2403A was also used to prejudice
the jurys etc. relating to 74CR2403, Capital
trial at first trial by God and country; illegal
verdicts at each trial of each case, See all legal
grounds etc of Head's, Past and Present, etc..

(Do not write below this line)

DISPOSITION: Head appeals to Warden Again For A Reply
etc as to each claim etc presented on these
appeals. Fed. R. 57 Civ. Proc. As Applies

| Signature Staff Member | Date |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)    This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Signed, Joseph Marion Head Junior   4-20-05   10 of 28 56

Attention All Appellees of Head cases on Appeal
U.S. Ct. App. - 1st and 4th. cir - Appellant, Joseph
Marion Head Junior Case Nos. 05-1048, 05-1049
, 05-1050, As Relief Demands The Legal Deeds
To Each Island of U.S.A., America, And States Thereof
and to all Things Etc. On and Relating To Said Islands.
Cooper-Heard Her Consent, Etc., For He Would
not Drink Beer After Her Because She Sucks Dicks.
U.S.A. vs Head, defendant, The sentences was
illegally imposed, failed to prove valid conviction.
State N.C. (vs) Head Case Number 74 CR 2403A
False Imprisonment Or Kidnaping Etc.
The prosecutor failed to legally prove that
Griffen did not consent to oral sex with the
defendant, Head. How did Head know that
Griffen had, had oral sex with her boyfriend
Nathen Terry, If Griffen did not consent the
way Head testified She did consent to oral sex?
Griffen said, I will if you want me to, when
Head asked her, will you suck my dick?
The consent to oral sex, elimates the offense.
Griffen committed perjury at each of Head's trials
, To convict Head, first as she said she would
, in her statements to the police, doctors, others.
Head was so drunk and sleepy, that he
could not and can not remember Griffen
sucking his dick, if she did at all. There
is and was known, No legal proof of the
offense charged and the elements thereof.
See, State N.C. vs Whitmore 1969. Proof of
seniatration of the sex orgain requires for
x valid conviction and legal sentence.

Signed, Joseph Marion Head Junior.

Attention All Appellees of Head cases on Appeal
U.S. Ct. App. – 1st and 4th. cir – Appellant, Joseph
Marion Head Junior Case Nos. 05–1048, 05–1049
, 05–1050, As Relief Demands The Legal Deeds
To Each Island of U.S.A., America, And States Thereof
and to all things Etc. On and Relating To Said Islands.
Cooper-Heard Her Consent, Etc., For He Would
not Drink Beer After Her Because she Sucks Dicks.
U.S.A. vs Head, defendant, The sentences was
illegally imposed, failed to prove valid conviction.
State N.C. (vs) Head Case Number 74 CR 2403A
False Imprisonment Or Kidnaping Etc.
The prosecutor failed to legally prove that
Griffen did not consent to oral sex with the
defendant, Head. How did Head know that
Griffen had, had oral sex with her boyfriend
Nathen Terry, If Griffen did not consent the
way Head testified she did consent to oral sex?
Griffen said, I will if you want me to, when
Head asked her, will you suck my dick?
The consent to oral sex, elimates the offense.
Griffen committed perjury at each of Head's trials
, to convict Head, First as she said she would
in her statements to the police, doctors, others.
Head was so drunk and sleepy, that he
could not and can not remember Griffen
sucking his dick, if she did at all. There
is and was known, No legal proof of the
offense charged and the elements thereof.
See, State N.C. vs Whitmore 1969– Proof of
seniatration of the sex organ requires for
a valid conviction and legal sentence.

Signed, Joseph Marion Head Junior 17.549-0.56

Attention All Appellees of Head cases On Appeal 4-20-05

U.S. Ct. App. -1st and 4th. cir - Appellant, Joseph Marion Head Junior Case Nos. 05-1048, 05-1049, 05-1050. As Relief Demands The Legal Deeds To Each Island of U.S.A, America, And States Thereof and to all Things Etc. On and Relating To Said Islands.

Cooper-Heard Her Consent, Etc., For He Would not Drink Beer After Her Because She Sucks Dicks.

U.S.A. vs Head, defendant, the sentences was illegally imposed, failed to prove valid conviction.

State N.C. (VS) Head Case Number 74CR2403A False Imprisonment Or Kidnaping Etc.

The prosecutor failed to legally prove that Griffen did not consent to oral sex with the defendant, Head. How did Head know that Griffen had, had oral sex with her boyfriend Nathen Terry, if Griffen did not consent the way Head testified She did consent To oral sex. Griffen said I will if you want me to, when Head asked her, will you suck my dick?

The consent to oral sex, eliminates the offense. Griffen committed perjury at each of Head's trials, to convict Head, first as she said she would in her statements to the police, doctors, others. Head was so drunk and sleepy, that he could not and can not remember Griffen sucking his dick, if she did at all. There is and was known, no legal proof of the offense charged and the elements thereof. See, State N.C. vs Whitmore 1969. Proof of feniatration of the sex organ requires for a valid conviction and legal sentence.

To Chaplin and Warden and Staff of F.M.C. Devens.

Joseph Marion Head Junior
Reg. No. 17549-056
N-5 Cell 524

What was the Name of Doctor Phy. Thompson Female Lawyer When I was in N-1? Her Address.

To: Each Staff, Attorney At Law Legal Department

F. M. C. Devens

Get a copy of all Prison, Court, ETC Records Relating To Inmate Head, In Defense of Staff61 F.M.C, Devens) ETC.

Enter Prison Mail, No Stamps Needed

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM _Zarodnik - Staff Attorney_
SEP 98                                    _U.S. Attorney_
**U.S. DEPARTMENT OF JUSTICE** _M. J. Sullivan_          **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) _Staff_ _Warden, Zarodnik, Attorney_ | DATE: _5-17-05_ |
|---|---|
| FROM: _Joseph Marion Head Junior_ | REGISTER NO.: _17547-056_ |
| WORK ASSIGNMENT: _Ed. ORD._ | UNIT: _N. 5 cell 574_ |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.) _False Imprisonment or Kidnaping._

_Re: U.S.M. (V 8) Head - 17547-056 (18 U.S.C. 4247 (d) (e) - 4247 (h))_

_Inmate Head request and demands that each and all_
_of his prison and medical and court records be sent_
_to U.S. Fed. Judge - Tauro; for review and a_
_hearing relating to same for court release!_
_Futher; state and prove which records etc.,_
_Judge Tauro, considered etc., prior to the committ-_
_ment of Head and relating therto. Wherefore_
_the illegality of the committment will be known._
_Etc. relating therto._

_Ann H. Zarodnik - Attorney For Staff, who is not effictive_
_attorney for Staff. Failed To Stop Or Report crimes_
_and violations of [illegible] etc.._

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)     _OVER_    This form replaces BP-148.070 dated Oct 86
                                                   and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM *Zgrodnik - Staff Attorney*

SEP 98                                                 *U.S.A. Attorney*

**U.S. DEPARTMENT OF JUSTICE**     *M.J. Sullivan*     **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) *Warden - Zgrodnik - Staff Att.* | DATE: *5-17-05* |
|---|---|
| FROM: *Joseph Marion Head Junior* | REGISTER NO.: *17549-056* |
| WORK ASSIGNMENT: *Ed. ORD* | UNIT: *N-5 Cell 524* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.) *18 28 (H2) Misc. Your Case Wrong etc. False Imprisonment as Kidnaping Head.*

*Failure of Staff at F.M.C. Devens to stop, prevent,*

*crimes and violations of Head's rights, privileges,*

*28 U.S.C. 1343 and criminal laws as Applies. Futher*

*See each respond etc by staff to Head and see*

*all prison and court records relating to Head.*

*Forward This And All My Prison And*

*Court Records To A Magistrate Judge.*

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
  This form may be replicated via WP)     This form replaces BP-148.070 dated Oct 86
                                          and BP-S148.070 APR 94

*this responds is evidence of a conspericy, etc crimes by government employees*

## RESPONSE TO INMATE REQUEST TO STAFF MEMBER

**Head, Joseph Marion**
**Reg. No. 17549-056**
**N-5 Unit - FMC Devens**

*Objection To The Respond, As Same v's Insufficient Stated Etc..*

This is in response to your eleven (11) Inmate Requests to Staff, dated April 24, 2005, April 27, 2005, April 29, 2005 and April 31, 2005, wherein you claim you have been deprived of your rights to appeal your § 4245 commitment. You allege you have been illegally convicted, falsely imprisoned and kidnaped. You also list issues which pertain to your criminal conviction.

An investigation of your complaints revealed that you were transferred to FMC Devens on April 29, 2003 from FCI Beckley for mental health treatment. The Mental Health staff here at FMC Devens observed you and determined that you were suffering from a mental disease or defect which required treatment and care in a suitable facility. The United States subsequently filed a petition in the United States District Court for the District of Massachusetts for a hearing to determine the present mental condition of an imprisoned person pursuant to 18 U.S.C. § 4245. The hearing was conducted in accordance with 18 U.S.C. § 4247 (d). A court-appointed attorney was assigned to you. Dr. Thompson, Chief Psychiatrist, as well as a court-appointed psychiatrist, testified about their findings regarding your mental health. Following this hearing, you were committed to the custody of the Attorney General of the United States for treatment under 18 U.S.C. § 4245, pursuant to a court order dated November 17, 2003. A due process hearing was conducted on December 1, 2003, in accordance with the provisions set forth in 28 C.F.R. § 549.42, et seq, and Program Statement 6010.01, <u>Administration and Safeguards for Psychiatric Treatment and Medication</u>, § 8. You were then advised of your rights at the hearing. You had a staff representative present at the hearing. You did not call any witnesses. It was determined that you suffered from a mental disorder, which was dangerous to yourself and others. It was further decided that medication was necessary to treat your mental illness. Accordingly, you were medicated on December 9, 2003. If you wish to appeal your commitment under § 4245, you must do so through the proper procedures with the United States District Court for the District of Massachusetts.

As to your alleged kidnaping, you were sentenced in the United States District Court in the Western District of North Carolina to a 30- year sentence for violation of 18 U.S.C. § 876, Mailing Threatening Communications. Currently, your projected release date is January 14, 2025, via good conduct time release; your full term release date is March 8, 2028.

In regards to your alleged illegal conviction and false imprisonment, if you wish to challenge your criminal conviction, you must do so through a Habeas Corpus petition filed with your sentencing court pursuant to Title 28 U.S.C. § 2255. The Bureau of Prisons does not have the authority or jurisdiction to address any of these claims.

I trust this information is responsive to your requests.

Ann H. Zgrodnik, Staff Attorney                              5/12/05
_____                         _____
                                                           Date

*5 - 17 - 05 Date Received in N-5 Fed. Med Center Devens*

*[left margin handwritten:] this responds is illegitimate, and etc. Prison and court records is evidence by that will as a result, 28 U.S.C. 1331, 1343, 1331 Etc Laws. Prison and court records as a evidence by that rule as a result 28 U.S.C. 1331, 1343, 1331 Etc Laws, applies.*

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM *Ea. Staff Attorney At Law*
SEP 98
U.S. DEPARTMENT OF JUSTICE *Ea. Gov. Attorney*    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) *Warden - Ea. Gov. Employees* | DATE: *4 - 24 - 05* |
|---|---|
| FROM: *Joseph Marion Head Junior* | REGISTER NO.: *17549-056* |
| WORK ASSIGNMENT: *Ed. ORP* | UNIT: *N-5 Cell 524* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.) *False Imprisonment or Kidnaping, Etc..*
*The U.S.A. and Employees thereof, Having Knowledge that*
*Inmate Head was deprived of his rights to appeal his*
*committment 18 U.S.C. 4245(d) did not provide Head*
*forms etc necessary to petition the court for lawful*
*release and relief and did not do it themselfs*
*nor appointed counsel to Head, 18 U.S.C. 3006A.*
*Relief Demanded By Head Pro Se S/s, One Zillion*
*Dollars Tax Free Per Each Day Incustody and*
*per each day committed, 18 U.S.C. 1201 and*
*Conspiricy Laws be applied, etc.. And Head*
*be given the legal deeds to the Blue Ridge Mountins and*
*Park Way, and all thereon and relating thereto.*
(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM *Ea. Staff Attorney At Law*

SEP 98

U.S. DEPARTMENT OF JUSTICE *Ea. Gov. Attorney*     FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) *Warden, Ea. Gov. Employee* | DATE: 4 - 24 - 05 |
|---|---|
| FROM: *Joseph ~~Head Junior~~* | REGISTER NO.: 17549 - 056 |
| WORK ASSIGNMENT: *Ed. ORD* | UNIT: IV - 5 Cell 524 |

Relief Demanded By Head or ~~Pro Se~~ chs so Lawful Court Release, ~~continue on back if necessary. Your failure to be specific may result in no action being~~ and Ten Zillion Dollars Tax Free and a Zillion Dollar Railer Tax Free and a Zillion Dollar Hospital Tax Free, False Imprisonment Or Kidnaping, In That inmate Head was not aford his Tright to object to transfer from F.C.I. Beckely to F.M.C. Devens. See 18 U.S.C. 4245(a), U.S. Const, amend. 1, 4, 5, 8, 9, 14 as applies to the aforesaid. Inmate Head, prior to being transfered, wrote a note or letter to I.S.M. and Warden at F.C.I. Beckely, objecting to the transfer, and Told Staff at F.M.C. Devens when he was being processed in Devens and also told them that he was being Kidnaped and demanded release. Head was not informed of his rights to petition the court for Habeas corpus release ~~and was~~ not given forms.

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM *Ea. Staff Attorney*
SEP 98
U.S. DEPARTMENT OF JUSTICE *Ea. Hor. Attorney*    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Warden, Ea. Hor. Employee | DATE: 4 - 24 - 05 |
|---|---|
| FROM: Joseph Marion Head for. | REGISTER NO.: 175 49 - 056 |
| WORK ASSIGNMENT: Ed. ORD | UNIT: IV - 5 Cell 524 |

(SUBJECT: Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

U.S.A. (VS) Head - 4:98 CR 102, False Imprisonment on
kidnaping. The Indictment Falls to alledge and
state, Willfully, Deliberatly And Knowingly Did The
acts Alledged, For The Purpose Of Violating 18 U.S.C,
876, as to each count of the indictment.
Convictions must be based on legal and valid indict-
ments, Sentences must be based on legal and
valid convictions, Therefore the committments
of Head based on the aforsaid is illegal etc.
The Courts could have corrected the illegal sentences at
any time and did not do so on their own, etc..

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM *Ea. Staff Attorney*
SEP 98
**U.S. DEPARTMENT OF JUSTICE** *Ea. Gov. Employee* **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) *Warden - Ea. Gov. Employee* | DATE: 4-24-05 |
|---|---|
| FROM: *Joseph Marion Head Junior* | REGISTER NO.: 17549-056 |
| WORK ASSIGNMENT: *Ed. ORD* | UNIT: N-5 Cell 524 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

*False Imprisonment or Kidnaping In the case of U.S.A. (V)
Head 4-98CR102 U.S.D.Ct. W.D.N.C Ash. Div. and Relating
Thereto, Prior and Present and On appeal to 1St. cir.
ct. App. Nos. 05-1048, 05-1049, 05-1050 and
See all records etc in the 4th. cir ct. appeals
relating to Head. Futher the courts will not appoint
Head counsel and did not prior. See said
records as to all prior relief demanded and why.
   Additional Relief Demanded, Conserisey and
Kidnaping charges Issue Against all Persons Possiable
Relating to the Aforsaid, Prior and Present.*

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM *Ea, Staff, Attorney At Law*
SEP 98
**U.S. DEPARTMENT OF JUSTICE** *Ea, Gov. Attorney*  FEDERAL BUREAU OF PRISONS

*(left margin, vertical handwritten text):* Where Are The Demands As Public, A Zillion Zillion Tons Of U.S.A. Dollars Tax Free

| TO: (Name and Title of Staff Member) *Warden – Ea, Gov. Employee* | DATE: *4-27-05* |
|---|---|
| FROM: *Joseph Marion Head Junior* | REGISTER NO.: *17549-056* |
| WORK ASSIGNMENT: *Ed. ORD* | UNIT: *N-5 cell 524* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

*Re: U.S.A. and N.C. (vs) Joseph Marion Head Junior.*
*The courts can and could have, corrected an*
*illegal conviction and or sentence on their own*
*action etc and their failure to do so unconst-*
*itutionally shifted on to the defendant the*
*burden of asserting claims, grounds, motions*
*etc relating to the convictions and or sentences.*
*Due Prosess required and demanded the*
*courts to correct the illegal or unconstitution-*
*al convictions or sentences on the courts own*
*actions etc and otherwise other than the afor-*
*esaid by defendant as appears of state and of*
*federal court (Do Not cetera) and Prison Records.*

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM *Ea. Staff Attorney At Law*

SEP 98

**U.S. DEPARTMENT OF JUSTICE** *Ea. Gov. Attorney*   **FEDERAL BUREAU OF PRISONS**

*(left margin, vertical:) Build This Public In East And West, Germany, On Head's Full Name, Herein.*

| TO: (Name and Title of Staff Member) | DATE: 4 - 29 - 05 |
|---|---|
| *Warden - Ea. Gov. Employee* | REGISTER NO.: 17549 - 056 |
| FROM: *Joseph Marion Head Junior* | |
| WORK ASSIGNMENT: *Ed. ORD* | UNIT: N - 5 Cell 524 |

*Forward This Request, Etc. to a Court Of Jurisdiction For a Hearing And On Or For Jurisdiction Order Necessarily*

(Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

State N.C. (vs) Head 74CR2403 - 74CR2403A, The State failed to legally prove that Head was legally competent at the time of the alledged offenses and knowed right from wrong and what was legal and not legal by law, etc. And that Head was not so drunk and sleepy, that he did not know what he was doing and saying when he did it and said it,

Trial, conviction and or charge, of an incompetent person violates due process and other rights. N.C.G.S. 17-8, 17-21, 18 U.S.C. 1201. Because of the violation of Head's rights; Head Pro Se demands legal payment to him Pro Se, A Zillion, Zillion tons of dollars of U.S.A. and N.C. all tax free. Worth of factories, Beeroresses, schools, banks, offices, stores.

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

(Sensitive) (Limited) (Official Use) (Only)

*Forward This Request Etc. To The Courts.*

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM *Ea, Staff, Attorney At Devens*
SEP 98
U.S. DEPARTMENT OF JUSTICE *Ea, Gov. Attorney*    FEDERAL BUREAU OF PRISONS

*Make Each Staff and Dept. a Copy of this, Not at my Unit for same. Devens D.*

| TO: (Name and Title of Staff Member) *Warden - Ea, Gov, Employee* | DATE: 4 - 29 - 05 |
|---|---|
| FROM: *Joseph Marion Head Junior* | REGISTER NO.: 17549-056 |
| WORK ASSIGNMENT: *Ed. CORD* | UNIT: N-5 Cell 524 |

Court: Release From Custody, Cover Legal Payment to Head
Continue on back, if necessary. Your failure to be specific may result in no action being taken. *Trillion Trillion Dollars Cash or Gold, accessed, Demanded,* False Imprisonment or Kidnaping, Consperise,
Re: Head vs As Related in case no's 05-1048, 05-1049,
05-1050, on appeal to 1st. Cir in Massachusetts
Re: U.S.A. vs Head 17549-056 Respondent, 18
U.S.C. 42 45(d) committment, Illegal and
violative of Heads rights, priviledges, Etc.
and False improvronment or Kidnaping
consfericey, as was applied, Defense Counsel
did not withdrawal and did not present any evidence
, witnesses at the Hearing and Would not allow Head
to testify in his own behalf: Nor filed notice of
appeal as he said he would, Nor filed petition 28 U.S.C.
2241, 18 U.S.C. 4245(e), 4247(h) nor etc motions,
and did not Give Head his records To Do it Pro Se.

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Re: U.S.A. v Head - 17549-056 - 18 U.S.C. 4245(d) committ —
counsel must discuss the right to appeal with his
client and must file a timely notice of appeal in
his clients behalf. Failure to file a notice of appeal
on behalf of his client, absent his clients explicit
instruction not to do so, <u>Violates</u> Ethical
obligations and obligations imposed on counsel by
who was appointed to the cases pursuant to the
criminal justice Act. If counsel is unable to
represent his client in the court of Appeals, after
filing the notice of appeal, counsel may request
leave to withdraw and assignment of a
new attorney.
Failure of counsel to take simple steps of
filing a timely notice of appeal per his clients
request that he do so, constituted ineffective
assistence of counsel and a deprivation of the
right to appeal and other rights also thereby,
Alouser vs United States, S.D. Jowa (1970) 318 F.
Supp 175, United States vs Smith, C.A. 6 (mich. 1967)
387, F. 2d. 268.
Failure by an attorney to prefect an appeal where
the client has indicated a desire to appeal
Violates due process, etc rights, Sincox vs
United States, 571 F. 2d. 876, 879 - 80 (5th cir 1978)
Head Related to his counsel prior to the hearing
to committment of Head, 18 U.S.C. 4245(d)
that he want to appeal if convisted... committed
and that he wont said attorney to file timely
notice of appell for Head and represent the appeal
Said attorney said he would do it and did not.

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM *Ea. Staff Attorney At Law*
SEP 98

U.S. DEPARTMENT OF JUSTICE *Ea. Gov. Attorney*          FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) *Warden – Ea. Gov. Employee* | DATE: *4-29-05* |
|---|---|
| FROM: *Joseph, Marion Head of Junior* | REGISTER NO.: *17549-056* |
| WORK ASSIGNMENT: *Ed. ORD* | UNIT: *N-5 Cell 524* |

SUBJECT: *~~Forward This Request, Etc. To The Court of Jurisdiction~~* (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being *~~Hold Hearing and Adjudication~~* taken. If necessary, you will be interviewed in order to successfully respond to your request.)

*Re: U.S.A. (v) Head-Docket No. 4-98CR-102-Violation 18 U.S.C. 876,*
*The statement of the offense in each count of the indictment*
*is a false statement, violative of 18 U.S.C. 1001, 1201*
*as applied and violative of U.S. Const. Amend. 5, 14, ETC*
*as applies thereto the aforesaid. Because of the aforesaid*
*and relating thereto Head, is and was falsely*
*imprisoned and or kidnapped and falsely charged*
*and falsely accused in each count of the indictment.*
*The indictment and all counts thereof must be dismissed with*
*prejudice and Head further Demands A Zillion Zillion Dollars*
*Tax Free Because of The Violations of His Rights, Priviledges,*
*and a Zillion Valleys and Mountains Be Ordered Head's Personal*
*and Privit Property, Herein, after all Tax Free.* (Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

(Sensitive) Limited (Official Use) Only

*OVER*

*Reno This Request To Court Of App. N.C. as esq. J.M.C.*

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM *Ea. Staff Attorney At Devens*

SEP 98

U.S. DEPARTMENT OF JUSTICE *Ea. Hov. Attorney*   FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: 4 - 31 - 05 |
|---|---|
| Ann H. Tyzzodnik - Staff Attorney | |
| FROM: Joseph Marion Head Junior | REGISTER NO.: 17549-056 |
| WORK ASSIGNMENT: Ed. ORD | UNIT: N - 5 Cell 524 |

(SUBJECT: Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.) Nos 05-1048-05-1049-05-1050

Head(v) As Related In The Records In App. To 1st. Ct. App:

In a trial by God and Country for the offense of first and second degree rape and crime against nature, the alleged victim was allowed to testify with an intent to convict, by giving perjuried and false testimony at the trials As proof of the aforsaid; see the transcript of trial and the records of the appeal to court of Appeals of N.C., of Heads state cases 74CR2403-74CR2403-A. The aforsaid relates several violations of Head's rights to include due process, amend. 5, 6, 14. Futher, as applies to the reasons of each jurior for their verdicts of guilty recorded of court records.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

*Sensitive Limited Official Use Only*

*(left margin, vertical:) Field Reply Herds In Regards By Law And Heads Rights, Timely File Same*

*Forward This To The Court*
*Of Appeals And Respond To Appeals* Ex. Staff Attorney At Devens
F.M.C.

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE** Ex. Gov. Attorney   **FEDERAL BUREAU OF PRISONS**

*Review PA To All Presented On Appeals and All Demanded On Appeals and Etc.,*
*Respond Hereto also and request to state attorney ex F.M.C. Devens*

| TO: (Name and Title of Staff Member) Ann H. Tyzzrodnik (Staff Attorney | DATE: 4-31-05 |
|---|---|
| FROM: Joseph Marion Head Jr. | REGISTER NO.: 17549-056 |
| WORK ASSIGNMENT: Ed. ORD | UNIT: N-5 Cell 524 |

Answer hereof within the time required by law, Etc., In
respose on the issues and facts, the specific law cited In person being
given. If necessary you will be interviewed in order to successfully respond to your request.

28 U.S.C. 1331 - 1343 - 42 U.S.C. 1981, 1983, 1984, 1985(3) 1986
Head (vs) As Related On App. Res. 1st. Cir., 05-1048, 1049, 1050
Violative Of Head's Rights Against Double Jeopardy, The State
of North Carolina Reprosecuted Until A Conviction Was
Obtained In Case 74CR2403 - 74CR2403A, Had The Errors
and Violations of Head's Trials, Etc. Not Have Accured, Head
Would Have Been Found Not Guilty Of Each Offense and
Charge, At Each Trial of The Cases. The Aforsaid Is
Evident and Legal Proof of Same, By All Records
Relating To The Aforsaid and All Laws, Etc. That
Legally Applies Thereto, Prior and Present. And
See all relief Head prior asked for and demanded
relating to the aforsaid cases. The aforsaid is
futher applies to Head (the present) sentences, etc..

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

*Process This Request To Staff, In Code Red and Each Emergence*

U.S. Ct. App. 1st. Cir. Re. Appellant, Joseph Marion Head Junior Case No. 05-1048, 1049, 1050. Admendment To The Petition For Rehearing Dated 5-11 or 12, 05 See Records As To Same, Additional Relief Demanded, Appellant Be Given Free Of Charge, A Membergraph Copy Of Each And All Record Known Of That Applies To Him And His State And Federal Court Cases, Crim., Civ. And 14 Zillion Dollars Tax Free And Privit Mountains.

## Grounds Asserted

False Imprisonment Or Kidnaping Head, In That The Governments Attorneys Failed To Legally Prove That Heads State Convictions Was Legal And Valid, Prior To Useing Same To Head's Prejudice To Obtain An Upward Departure And Greater Sentences As To The Federal Sentences Of Head Therefore Said Sentences Is Illegal And Was Illegally Imposed At The Time Imposed. Title 21 U.S.C. 851 and sub provision as applies and Strickland (vs) Washington 1984, 18 U.S.C. 3006 A and sub sec. as applies, U.S. Constitution Amendments 1, 4, 5, 6, 8, 9, 14.

Futher see and apply each and all of Head's prior, claims, grounds, errors of trials, motions, etc as related and asserted within the prison and court records of and relating to Head aforsaid, prior and present, etc as applies. N.C. Const. Art. 1 Sec. 19, 21, 23, 27, N.C.G.S. 17-8, 17-21 Etc., Signed, Joseph Marion Head Junior 17549-056 (5-12-05)

Leo Judge Tauri
BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM *Zigrodnik - Attorney At Law*
SEP 98
**U.S. DEPARTMENT OF JUSTICE** *Attorney General* **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Warden - Zigrodnik - Staff Attorney | $5 - 5 - 05$ |
| FROM: | REGISTER NO.: |
| Joseph Marion, Head Junior | $17549 - 056$ |
| WORK ASSIGNMENT: | UNIT: |
| Ed. ORD | N-5 Cell 524 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.) False imprisonment, Conspiracy or Kidnaping Head.
Re: U.S. A. v Head 17549-056, 18 U.S.C. 4245(d) commitment,
Failure of Judge Tauro to make a detail finding of fact etc
as to the complete background of Head and his state and federal
court cases and prison and court records violated Head's
rights to due process and equal protection of law, and
not to be denied nor deprived of liberty nor property
but by due process of law, judge Tauro failed to state
the aforesaid background of Head, in the committment
order Nov, 17-2003 and failed to state therein what
records etc was presented and reviewed, etc,
for him to committ based thereon and the legality
of all Head's convictions, sentences, was not stated by
Judge Tauro Nov 17 state 2003 this let him not ?

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP) *OVER* This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Hereof Demands Law full Justice and Medical Rules and Medical Supplies, Factories and Million Trillion Trillion Dollars Stores, Etc.,
Worth of Medicines Law full Justice and Medical Rules and Medical Supplies, Factories and Million Trillion Dollars Etc.,

Head is and was forced to take medicin
, violative of laws, rights and his rights.
As facts and proof of same is the complete
background of Head and his court cases
and etc relating thereto, past, present,
etc.

See all prison and court records relating
to Head as to all prior relief demanded
etc relating thereto.

Additional Relief Demanded By Head is

Head's choice of The Female Staff of
Fed. B. O. P. And F. M. C. Devens
As Head's Personal And Privit Property
To Do With As He So Choses, Whenever
and Wherever He So Choses to enclude
while in inmate Stadus. A Statement
By each female to Head as to why he
should and or should not choose them, in
type written form double spaced. Same be
Done As To Each Gov. Employe (Female) a
Photo Of Them be With The Statements of same.



**U.S. Department of Justice**

Federal Bureau of Prisons

*Northeast Regional Office*

*U. S. D. Ct, Boston - Ma,*

*Attach the Enclosed Tort*
*Claims To My Petition For*
*Writ of Habeas Corpuse*
*Now Pending.*
April 28, 2005

*U.S. Custom House*
*2nd & Chestnut Streets - 7th Floor*
*Philadelphia, PA. 19106*


Joseph Marion Head
Reg. No. 17549-056
Federal Medical Center
P. O. Box 879
Ayer, MA 01432

Re:   Administrative Tort Claims Nos. TRT-NER-2005-00654;
      TRT-NER-2005-01118 and TRT-NER-2005-01325 were combined;
      TRT-NER-2005-02682; and TRT-NER-2005-02692

Dear Mr. Head:

     This is in response to your tort claims in which you seek
compensation for alleged personal injuries suffered at the FMC Devens.
Please note that you do not explain what injuries/health problems you
incurred, nor how the Bureau of Prisons is negligent.  The above noted
tort claims are being rejected as you have not stated a cause actionable
under the Federal Tort Claims Act (FTCA).  In addition, allegations of
constitutional violations are not actionable under the FTCA.

     Accordingly, I am returning your claims for such action as you deem
appropriate.

     Sincerely,

Henry J. Sadowski
Regional Counsel

Enclosures

TRT- NER 2005-00654

| **CLAIM FOR DAMAGE, INJURY, OR DEATH** | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

1. Submit To Appropriate Federal Agency: Bureau of Prisons / Facilities, Northeast Regional Office U.S. Custom House, 2nd. + Chestnut Street 7th. Floor Philadelphia, Pa. 19106

2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) Joseph Marion Head Junior 17349-056 F. M. C. Devens, P. O. Box 879 Ayer, Massachusetts, 51432

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH 12-2-46 | 5. MARITAL STATUS Divorced | 6. DATE AND DAY OF ACCIDENT Nov. 17 2003 See Court Records | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurence and the cause thereof) (Use additional pages if necessary.) Illegal commitment 18 U.S.C. 4244 (d) at the request of David L. Winn - Warden of F. M. C. Devens. Complainant was not allowed to testify in his own behalf and complainant attorney was ineffective and incompetent and was not prepared to represent complainant, did not present any evidence nor witnesses nor records relating to the State and federal cases of complainant and did not withdraw per demand by him to do so several times and in open court and he did not inform complainant of his rights to appeal and the Courts is

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT. As related herein above and see all state and federal prison and court records of complainant and all related and asserted therein and Remanded therein. See all opinions, judgments, orders relating to all the aforsaid.

11. WITNESSES

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| All State and Federal Staff Relating to the Aforesaid Herein | DEC 29 2004 |

| 12. (See instructions on reverse) AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY Personal Injury | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) 1 Zillion of Tax Free |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) Joseph Marion Head Junior | 13b. Phone number of signatory | 14. DATE OF CLAIM 10-26-04 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM The claimant shall forfeit and pay to the United States the sum of $2,000. plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |
|---|---|

| 95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (Rev. 7-85) PRESCRIBED BY DEPT. OF JUSTICE |
|---|---|---|

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM *Igrodnik - Staff Attorney*
SEP 98
U.S. DEPARTMENT OF JUSTICE *Ea. Gov. Employee*    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: 5-5-05 |
| *Warden - Igrodnik - Staff Attorney* | |
| FROM: *Joseph Morrion Head Junior* | REGISTER NO.: 175-49-056 |
| WORK ASSIGNMENT: Ed. ORD | UNIT: N - 5 Cell 524 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.) *False Imprisonment or Kidnaping Head*
*Re: U.S.A. V Head - 4-98 CR 102 Count Two of The Indictment*
*The conviction and sentence of count Two of The Indictment*
*4-98 CR-102 is not based on a legal and valid*
*indictment and is therefore illegal, invalid*
*and violative of Head's rights not to be deprived*
*of liberty but by due process and equal protection*
*of law and constitution and Human Rights. The*
*statement of The offense of count two is false or*
*perjuryly stated - 18 U.S.C. 1001 and did not vest*
*the court with legal jurisdistion of the case or of*
*the person of Head! The Court on its own could have*
*corrected the conviction and sentence and did not do so.*

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)    This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

*[left margin, handwritten, vertical]: Head Demands Dismissal with Prejudice and a billion Dollars in the shape of the dollar that spells Heads full name with prejudice Building or the shape of the Dollar that spells Heads Full name*

BP-S148.055 INMATE REQUEST TO STAFF CDFRM *Zgrodnik - Staff Attorney*
SEP 98

U.S. DEPARTMENT OF JUSTICE *Ea. Gov. Attorney* FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| *Warden - Zgrodnik - Staff Attorney* | *5 - 6 - 05* |
| FROM: *Joseph Marion Head Junior* | REGISTER NO.: *17549 - 056* |
| WORK ASSIGNMENT: *Ed. ORD* | UNIT: *N - 5 Cell 524* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.) *False Imprisonment or Kidnaping Head, etc..*

(1) *Violative of Laws, Constitution and Inmate Head's Rights,*
*inmate Head is and was committed criminally and civilly*

2) *Violative of Laws, Constitution and rights of inmate Head,*
*inmate Head is and was forced to take medicen by*
*injection.*

*That as facts to 1 and 2 above, is the complete background*
*of inmate Head and his criminal and civil court cases*
*and etc relating thereto, to include all institutional*
*records and medical and phy. records and etc records*
*etc relating thereto. All relief prior demanded by*
*Head, is again demanded by Head hereby.*

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055 INMATE REQUEST TO STAFF CDFRM *Staff Attorneys and S, I, S,*
SEP 98

U.S. DEPARTMENT OF JUSTICE *Ea. Hor. Attorney*          FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) *Ea. Staff Attorney and S. I, S.* | DATE: *5 - 5 - 05* |
|---|---|
| FROM: *Joseph Marion Head Junior* | REGISTER NO.: *17549-056* |
| WORK ASSIGNMENT: *Ed. ORD* | UNIT: *N - 5 Cell 5 24* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.) *False Imprisonment, Conspiracy or Kidnaping Head,*

*U.S.A. (Y) Head - 17549-056 - 18 U. S.C. 4245 (d) commitment. The committing judge having personal knowledge that Head was not aforden his due process rights at the in court hearing Nov. 17, 2003 and was not allowed to appeal. Nor given a copy of the records where he could proceed pro se 28 U.S. C. 2241, 18 U.S.C. 4245 (e), 4247 (h) and by The U.S.A. and Warden, Winn having knowledges of the aforsaid, constitutes False Imprisonment, Conspiracy and or Kidnaping Head By Judicial Processes. See each and all of Head's prison and court records and all related and asserted therein and all relief demanded relating thereto. Same is Again Demanded Hereby.*

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

United States V Kong (+)
U.S. 174, 97 S. Ct. 1823

As applies to the
cases of Joseph Marion
Hear junior another
legal grounds that
alledges victem and
witness was not
admised of their rights
etc nor Hear's rights

See each statement
and trial testimony of the
aforsaid.

Immigration and
Naturalization Service
v Delgado 466 A.S. 210,
104 S. Ct. 1758, Believes
not force to go, do, etc
of his own choice etc,
beleived he was in
custody. Fourth Amend.
and Fifth, Six, Fourteenth

L. 28

387 U.S. 1, 87 S.Ct.

Marchetti v United States 390

U.S. 39 88 S.Ct. 697,

Brooks v Tennesee 406 U.S. 605

, 92 S.Ct. 1891

Branzburg v Hayes 408 U.S. 665

, 92 S.Ct. 2646

DEV/Warden~ - Booker-Fanfan decision 1-12-05.pdf

Rock v Arkansas 483 U.S. 44,
107 S. Ct. 2704 (Pennsylvania
v Ritchie 480 U.S. 39, 107 S.Ct.
989) Taylor v Illinois, 484
U.S. 400, 108 S. Ct. 646,
Miranda v Arizona 384 U.S.
436, 86 S. Ct. 1602
Schmerber v California
384 U.S. 757, 86,
S. Ct. 1826,
Hoffa v United States
385 U.S. 293, 87,
S. Ct. 408.
Spevack v Klein
385 U.S. 511, 87,
S. Ct. 625.

10

UNITED STATES

STEVENS, J., dissen

374, 397 (1967). Indeed, this Co
consider "every conceivable situ
arise in the application of co
legislation," *Barrows* v. *Jackson*
because "[t]he delicate power
Congress unconstitutional is no
ence to hypothetical cases thus
*Raines*, 362 U. S. 17, 22 (19(
already shown it can apply the
even as written, and Congres
drafting the statute on its own.
tion for the extreme judicial re
any part of the SRA or the Gui(

In sum, it is indisputable tha
sentences under the Guideline
the Sixth Amendment withou
remedy. Under any reasonab
in no way can it he

Joseph Marion Head Junior
Reg. No. 17549-056
N-5 Cell 524
Fed. Med. Center Devens
Post Office Box 879
Ayer - Ma. 01432

To: United States Federal Judge - Stearns
United States District Court
1 Courthouse Way, Suite 2300
Boston - Massachusetts - 02210

Legal Mail
5-5-05

02210/3001

**FORM TO BE USED BY FEDERAL PRISONERS FOR FILING A PETITION FOR WRIT OF HABEAS CORPUS UNDER TITLE 28 U.S.C. § 2241**

**IN THE UNITED STATES DISTRICT COURT**

FOR THE *Boston - Massachusetts Division*

*Joseph Marion Head Junior*
_____
Petitioner

*17549-056 - N - 5 Cell 524*
*F.M.C. Devens - P.O. Box 879*
*Ayer - Ma. 01432*
(Full name under which you were convicted;
Prison Number; Full Mailing Address).

VS.

CIVIL ACTION NO._____

*U.S. Attorney General and*
_____
Respondent(s)

*D.L. Winn - Warden - F.M.C.*
*Devens, P.O. Box 880*
*Ayer - Ma. 01432*
(Name of Warden or other authorized person
having custody of Petitioner).

**PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT.  ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.**

1. This petition concerns:  (check appropriate blank)

✓ A conviction
✓ A sentence (**CAUTION:** If you are attacking a sentence imposed under a Federal Judgment, you must file a direct motion under 28 U.S.C. § 2255 in the Federal Court which entered the Judgment).
✓ Jail or prison conditions
✓ Prison discipline issue
✓ A parole problem
✓ Other.  State briefly: *18 U.S.C. 4245(d) committment, illegal unconstitutional and violative of laws, rights and rights of Head - Petitioner.*

2. Place of detention: *Federal Medical Center Devens - Post Office Box 879 - Ayer - Ma. 01432*

1

**HAVE YOU FILED PREVIOUS PETITIONS FOR HABEAS CORPUS MOTION UNDER TITLE 28 U.S.C. § 2255, OR ANY APPLICATIONS, PETITONS OR MOTIONS WITH RESPECT TO THIS CONVICTION?**

_YES_ **Yes**          _____ **No**

3. If your answer is "yes," give the following information:

a. Name of the Court: _U.S.D.Ct. IN - N.C., Mich., Beckely W.V, Boston-Ma,_

b. Nature of proceeding: _N/A - See Court Records_

c. Grounds raised: _N/A See Ct. Rec. and Records of Each Appeal in 1st., 4th. cir.ct. App. and U.S. Supreme Ct.,_

d. Result: _N/A See Court Records_

e. Date of result: _N/A See Court Records_

f. Citation or number of any written opinion or order entered pursuant to each such disposition: _N/A See Court Records_

4. If you did not file a motion under section 2255 of Title 28 U.S.C., or if you filed a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention: _As appears of prison and court records and records relating thereto._

5. Does counsel presently represent you? _____ Yes _NO_ No _See Ct. Res. As To Why?_

If so, Name address and phone number of counsel: _N/A - William E. Loose Attorney At Law - 68 N. Market Street - Asheville, North Carolina 28801, William A. Brown - Boston Ma., See Ct. Rec._

6. Name and location of court, which imposed sentence: _United States District Court Western District of North Carolina, Asheville Division 309 U.S. Courthouse Building (100 Otis Street) Asheville North Carolina 28801_

7. Indictment or case number, if known: $4 - 98 \ CR \ 102$

8. Offense or Offenses for which sentence was imposed: $N/A$ _See Ct. Rec._

9. Date upon which sentence was imposed and the term of the sentence: $N/A$ _See Ct Rec._

10. When was a finding of guilt made? (Check one)
_____ After a plea of guilty

___✓____ After a plea of not guilty

_____ After a plea of Nolo Contendre

11. If you were found guilty after a plea of not guilty, was that finding made by:
___✓____ A jury

_____ A judge without a jury

12. Did you appeal the judgment of the conviction or the imposition of a sentence? _Yes_ Yes _____ No

13. If you did appeal, give the following information for each appeal:

a. Name of court: _U.S. Ct. App. 4 th. Cir_

b. Result: _N/A See Ct Rec._

c. Date of result: _N/A See Ct Rec_

d. Citation or number of opinion: _N/A See Ct. Rec._

e. Grounds raised: (List each one)
_N/A See Ct. Rec._
_____
_____
_____
_____
_____

**NOTE: If you appealed more than once, attach an additional sheet of paper the same size, give all the information requested above in question number 13, a through e. DO NOT WRITE ON BACK OF PAGE.**

3

14. Summarize briefly the facts supporting each ground. If necessary attach a single page behind this page.

**CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

a. Ground one: *Each Ground Prior Asserted In State and Federal Courts and Institutions, Etc, Relating To Petitioner,*

Supporting Facts: (Tell your story BRIEFLY without citing cases or law. You are CAUTIONED that you must state facts not conclusions, in support of your grounds. E.g., who did exactly what to violate your rights at what time or place).

*N/A See Each and All Prison and Court Records of Each State and Federal Prison and Court, Etc, Relating To Petitioner,*

b. Ground Two:
*William A. Brown - Was Ineffective, Pre, At, Part The Nov. 17th 2003 Hearing in Fed Court, in Ma,.*

Supporting Facts: *Brown, did not present any evidence, witnesses on behalf of petitioner and did not allow petitioner to testify, Mr. Brown, did not file notice of appeal as petitioner asked him to do and he said he would do, Brown, did not give petitioner records to process pro se, Brown, did not file petition and motion, 28 U.S.C. 2241, 18 U.S.C. 4245 (e), 4247 (h), 3006 A,*

Ground Three:
*Based on and Relating To the Foregoing Herein, Petitioner d's and Was Falsely Imprisoned or Kidnaped From 1974 Forward,*

Supporting Facts: *The contents of all Known Records Relating To Petitioner, Prior and Present, Etc,. To include all Institutional Records and all Records Relating Thereto. as if all of Same was stated herein in proper order and form of same.*

15. If this petition concerns jail or prison conditions, prison discipline, a parole problem or other cause under 28 U.S.C. § 2241, answer the following:

a. Did you present the facts in relation to your present complaint in the internal prison grievance procedure?

_____ Yes _____ No *N/A See Prison Records*

(1) If your answer to "a" above is yes, what was the result? _____

(2) If your answer to "a" above is no, explain: _____

b. Did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

_____ Yes _____ No *N/A See Prison Records*

(1) If your answer is "yes," state the date such claim was submitted and what action, if any has been taken:

_____

(2) If your claim has not been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agency concerning you. *N/A See Prison Records*

c. **STATEMENT OF CLAIM:** State here as briefly as possible the facts of your case. DO NOT give any legal arguments or cite any cases or any statutes. Attach extra pages of the same size to this page if more room is necessary. DO NOT write on the reverse side of this page.

*The contents of Each Records Etc, Relating To Petitioner in proper order and form of same as if all of same was stated therein in proper order and form of same, Each Claim, ground, error, motion stated therein and Relating Thereto, as if same was stated herein in proper order and form of same,*

**16. RELIEF:** state briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Appoint Counsel Herito -18 U, S. C. 3006A, (2) Order petitioner to be provided a free copy of all known records relating to him and his cadeses. (3) Order F, M. C. Devens To Bend to this court a statement of petitioner indgence and wealth in the past 31 years, for purpose of the court granting leave to proceed informa pauperis. (4) The Court Grant and order, all Relief Prior Asked for and Demanded By Petitioner On as much of same as authorized by law, (5) Order Respondents To fully respond hereto in type written form within 20 days hereof or as ordered by the court, (6) Order in court evidentry hereings conducted, (7) Order all processes etc relating hereto to be fully transcribed and filmed and transcripts of same be ordered made and given to petitioner (8) Order Petitioner legally paid a Tillion Dollars Tax Free Per Each Second he is and was incustody from 1973 forward Until Lawfully Released.

Signed on this the ___3___ day of ___May___, 200_5_.

_Joseph Marion Head Junior_
Signature of petitioner

**I DECLARE (OR CERTIFY, VERIFY OR STATE) THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE OR INFORMATION AND BELIEF AND THAT ANY FALSE STATEMENTS MADE THEREIN ARE MADE SUBJECT TO THE PENALTIES OF APPLICABLE LAWS RELATING TO UNSWORN FALSIFICATIONS TO AUTHORITIES.**

**Executed on:** ___5 - 3rd day___, 200 _5_.

Petitioner Cannon Make and _Joseph Marion Head Junior_

Serve copies of This Petition, Due To His Indigence       Signature of petitioner

and and he dose not have a cofing card.

The court will Therefore have to make

and serve same. And Order F. M. C. Devens

To Provide The court a Statement of Petitioners

Wealth and Indigence For The Past 31 years.

Signed, Joseph Marion Head Junior 3 - 5 - 05

6