United States District Court
For The District of Massachusetts
Boston Division

Joseph Marion Head Junior - Plaintiff
vs
As Related of Court Record, Defendants

Amendment To The Complaint

Now Comes, Joseph Marion Head Junior
Reg. No. 17549056 - Plaintiff who
pro se amends the complaint
sent to this court in June 2005,

See Title 21 U.S.C. 851 and Sub
Sec.'s thereof as was and was not
applied to plaintiffs federal court
cases 4-98-CR-107, in accordence
with procedure due process, there
fore violative of due process and etc
rights and law. Makeing The
Federal Sentence illegal and
inlegally imposed and as applies
, ineffective assistence of counsel.
Strickland v Washington 1984,
U.S. Const. Amend. 5, 6, 8, 9, 14, 18 U.S.C.
3006 A and sub sec.'s.
        See the law and cases presented
etc. herein and apply all other cases
which applies to Title 21 U.S.C. 851 etc..

United States District Court
For The District of Massachusetts
        Boston        Division
To Each U. S. A. Federal Judge Of Boston Division
Joseph Marion Head Junior 17549-056
                    VS.
As Related Of This Courts Court Records
Prior and Present and As Related
Of Other Federal Courts Court Records

                    Amendment
To Each and All Of Plaintiffs Filings.

   Comes Now, Joseph Marion Head Junior
17549-056 who himself pro se
presents to this Court this Admend
ment To The Records Of Plaintiffs
Filings Prior and Present.

                Ground No. 1
Violative Of The Laws and constitution of
of The United States and The State of
North Carolina and Plaintiffs Rights Etc
Thereof Plaintiff Was Denied and
Deprived of Said Rights and Priviledges
as appears of Prison and Court Records
and as Related and asserted within
Prison and Court Records, Futher As c/s
and Was Known By Governmental Employee
s and Inmates of The United States and
North Carolina.

Ground No. 2

civil rights act law-suite for money
damages For Unlawful conviction
Unlawful Conviction of Head.

Conviction of 74CR2403 Was Illegally
and unconstitutional obtained because of
violations of Head's rights to counsel, etc,.

In preceedings at which the constitutional
right to counsel applies, a judge may not allow
a criminal defendant to proceed pro se unless
the judge has advised the defendant of the
dangers and disadvantages of self representaion
and the judge has determined that the waiver
of right to counsel is being made knowingly
and intelligently, Farretts v Califorina, 422
U.S. 806, 835 (1975) See also Mc Karkle (v) Wiggins
465 U.S. 168 (1984) United States v Taylor and
United States v Cash, cited in Head's court
records.

Futher Head told Judge Bailey, that if
Mr. Summy was the best attorney the
court would give him, he would
represent his own self.

Head therefore had to make a choise
between excepting incopetent counsel
or representing his own self. This
also violated Head's rights and the
waiver of right to counsel was inval
id etc because of same.

Head was not advised of the dangers and
disadvantages of self representaion.

Pg. 3

Futher see all of Head's prison and court records as to each and all claims, grounds, errors, motions etc of Head's relating to each of his State and Federal Court Cases. And see each opinion, judgment and order relating to each of same and see who and what asserted and represented same as to each process etc relating to same. Futher see all prior relief and release asked for and demanded and the courts judgments and orders thereto and reasons for each of same -

Based on and relating to the aforsaid plaintiffs rights was futher violated also, See all laws and constitution of United States and the States thereof, as applies to the aforsaid and asserted herein.

## Relief Demanded Herein
## Pro Se By Plaintiff's,

1 – Leave To Proceed On Forma Pauperis
2 – Appointment of Counsel
3 – On court Evidentry Hearing With Plaintiff Present For Same.
4 – A Jury Trial
5 – Judgment of Default On Date Same Becomes Entitled, Without Being Required To Futher Move Or Demand For Same.

Pg. 4

6 - Subpoeina's issue to all persons involed in and relating to plaintiffs prior criminal and civil cases and committments of plaintiff and all records etc relating to each case aforsaid and Docket Reports of all filings relating too the aforiaid and plaintiff herein.

7 - The maximum amount of all relief prior demanded by plaintiff, aforsaid which is authorized by law to be legally ordered be ordered herein to plaintiff pro se.

8 - Additional thereto the aforsais Herein Order to Plaintiff in building form worth a zillion Dollar's each, The ful name of each and all members of plaintiffs personal family and each of plaintiff's chieldren and their mothers and Plaintiffs ful name be builted in building form also completely around North and South Carolina as a complete Wall around said States, So they will remember what was done to plaintiff forever and so will the United States. Each building aforsaid be for a different purpose and different type of Busesness, Offices, Factories, Etc.. U.S. Const. Amend. 5 and 14, N.C. Const, Art. 1 Section 19.

Signed, Josyph Marion Head Junior - 6 - 18 - 05

Joseph Marion Head Junior
Reg. # 17549056
Z-5- Cell 524
Fed. Med. Center Devens
Post Office Box 879
Ayer - Ma. 01434

Legal Mail
Certi Mailed
6-16-05

To: United States Federal Judges For the
United States District Court
John Joseph Moakley U.S. Courthouse
1- Courthouse Way, Suite 2300
Boston - Massachusetts 02210-3001

N.C. Dept. Corr. had the knowledge

The alleging that the Defendant was violating the law and failed to report it to police.

(3)

(2) Failed

Comparison of 1 Responsible Violation A.F.Ed. Law.

Failed to legally prove that the Defendant did A prohibited Act to Violate 18 U.S.C. 876, to Willfully and Knowingly "Mund" to Deliberately and Knowingly "Mund"

Fed. R. 4(b)(c)

U.S. const.
5, 6, 8, 9

See Transcript of Trial 1a th. and what law or Prison Rule cite the State the Ruling the failed See the rest of Defendants Testimony

DATE:

the enclosed letter was processed th... special mailing procedures for... you. The letter i ... neither be... inspected... the writer... problem over... justification, you... material for further... with the writer enclos... forwarding to enc... return to the enc...

Federal Medical...
Devens, Mass...

O time material for... with the writer... exam...

18 U.S.C.

and what law on Prison Rule Was the Violating, By doing th. that cite the State the Violating Reasons for doing it "See the rest of Defendants Testimony By Defendant.

OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

RICHARD CUSHING DONOVAN
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

June 16, 2005

Joseph Marion Head, Jr., Reg. No. 17549-056
N-5 Cell 524
Federal Medical Center Devens
P.O. Box 879
Ayer, MA  01432

Dear Mr. Head:

I am returning the enclosed materials to you at this time because it is unclear whether you intended to file them in the district court or in an appeal pending before this court. This court is a court of appeals. Civil complaints should be filed in the district court. Further, it is unclear as to whether you are attempting to initiate an original proceeding in this court, and, if so, what sort of proceeding.

Sincerely,
Richard Cushing Donovan, Clerk

By: _____
Julie Gregg, Operations Manager

Enclosures

*United States Federal District Court Judge, Tauro*
*Enclosed Herewith is a Complaint I sent to the*
*Ct. App. 1 st. Cir. If you will, order same*
*filed in this court in forma pauperis based*
*on this courts records relating to Head hereof*
*and Order F.M.C. Devens to provide the court*
*all additional infromation needed to include*
*a copy of Trust Fund For Past Six Months. Also*
*Appoint counsel to represent Head.*
*Signed, Joseph Marion Head Junior 17549-056*
*Date Mailed 6-22-05*

and process etc. this complaint, in forma's
Pauperis

**PRO SE**

United States District Court
For The Ma. District of Massachusetts
Boston , Division

| Joseph Marion Head Junior | Civil Case Number |
| Plaintiff | |
| Reg. No. 17549-056 | Reference To |
| | Criminal Case NO. |
| VS | See Court Records of |
| | Henderson and Rutherford |
| United States Of America | County North Carolina |
| and The State of North | |
| Carolina | |
| Defendants | |

## COMPLAINT
In Forma Pauperis Or As Otherwise
Allowed And Ordered By The Court

## STATEMENT OF COMPLAINT

This is a civil acts lawsuit for
damages for unlawful convictions
and or convictions not legally proven
to lawful, valid and final at the
time same was used to plaintiffs
prejudice to obtain greater sentence
against plaintiff base on enhancem
ents and or upward departures based
on said convictions aforsaid. See Title
21 U.S.C. 851 and Strickland v Washington 1984.

*Complaint Page No. 2*

## JURISDICTION

The Court has jurisdiction herein pursuant to the provisions of law and constitution, Etc. As legally applies hereto and as may be legally applied hereto by the Courts of legal jurisdiction, Hereto and relating hereto.

## PLAINTIFF

Plaintiff herein is, Joseph Marion Head Junior, Reg. Number, 17549-056, who is presently housed in the, N-5 Cell 524, F.M.C. Devens Located at, Post Office Box 879 - Ayer Massachusetts 01432

Plaintiff is in the custody of the, Warden Thereof, who is, Mr., David L. Winn and is also in the custody of the United States Attorney General by Court Orders of Federal Court, or

## BACKGROUND OF PLAINTIFF AND HIS COURT CASES ETC.

Plaintiff refers the court to all known records and infromation etc relating to plaintiff, prior, present, etc as to the complete background of Plaintiff and all relating to Plaintiff

Complaint Page No. 3

As if all of same was related herein in proper order and form of same as part hereof and or attached hereto in proper order of same, as part hereof.

## DEFENDANTS

Defendants herein are, The United States of America And the State of N.C. Reference To Case Number 4-98-CR-105 United States America V S Joseph Marion Head jr. State of North Carolina V S Joseph Marion Head Junior Case No. 73CR5057 74CR2403 - 74CR2403A, Etc. Case No. D.

State of _____

VS _____ Case No. _____

State of _____

VS _____ case No. _____

The United States Court of Appeals years ago, Adjudged In a case That Indigent laymens at law, proceeding pro se are not required to prove their claims and grounds in advance of a full incourt evidentry hearing.

Liberal Construction

That it is a well settled rule that

Complaint Page No. 4

pro se litigants generally are entitled to
a liberal construction of their pleadings,
etc., which should be read to raise the
strogest arguments they suggest, Green
vs United States, 260 F. 3d. 78, 83 (2 d. cir.
2001) Haines v Kerner, 404 U.S.C. 519 –
520 - 21 (1972 per curiam)

Plaintiff herein is a laymen at law
and has had no professional training
in law and is proceeding pro se
without the assistence of a person
trained in law, until the Courts
appoints him counsel hereto, etc.
18 U.S.C. 3006 A, U.S. Const. amend.
1, 4, 5, 6, 8, 9, 14 as applies hereto.

Plaintiff states that he dose not waive
any rights nor priviledges he legally
has relating hereto, etc..

Plaintiff Pro Se Without Legal Assistence
of A person professionally trained in
law, asserts the legal grounds below,

Ground No. 1

Defendants herein failed to timely
legally prove that plaintiffs prior
convictions was legal and valid
prior to useing same to the prejudice

of plaintiff at Plaintiffs federal
sentencing in case no. 4-98-CR-102

therefore the enhancement and
or upward departure based on
the aforsaid convictions is illegal
and the aforsaid convictions is
unlawful, etc.. See Title 21
U.S.C. 851 and sub sec..s and
see all claims, grounds, etc.
relating to the aforsaid prior
convictions. Futher See all other
grounds asserted herein by plaintiff
and all relating hereto by a court
appointed counsel if the courts appoints
same hereto.

Ground No. 2
Dase, Bookes, Fanfan, Blakely and
or Apprendee, cases of The U.S. Supreme
court apply to plaintiffs cases?
If so, How, So, If not, how and
why not? Same is asked as to the
Strickland v Washington case, 1984.

Plaintiff Demands The Relief
Listed Herein Below. To Be
Legally Ordered To Him Pro Se.

1- Leave To Proceed Informa Pauperis Or On
Time Payments For Cost Of Filing And Counsel.

Complaint Page No. 7

On The ——— day of ——— 200——.
Signed, ——————— Reg. No. ———
Date Signed, ——— day of ——— 200——.

No Copies of This Complaint was made nor served. Head dose not have a copying card.

The Court must make and serve Same informa fauperis Order F.M.C. Devens Provide The Court With A Copy of Head's Trust Fund For Past 31 years Etc. as ordered.

See all court records relating to Head, as to his indigence Prior and present.

IN THE UNITED STATES DISTRICT COURT

FOR THE *Boston, Ma* DISTRICT OF *Ma.*

*Joseph Marion Head, Junior*                  )
                                              )
                 Plaintiff,                   )
                                              )
Reg. No. *17549-056* ,                        )
                                              )
          vs                                  )          Case No. _____
                                              )
*United States of America*                    )
*And*                                         )
                                              )
*North Carolina*                              )
                                              )
                                      ,       )
                                              )
_____ Defendants.                     )

## COMPLAINT

This is a civil rights act suit for damages for unlawful conviction and sentence, and for false imprisonment.

## JURISDICTION

The court has legal jurisdiction herein pursuant to the provisions of law and Constitution which applies hereto, to include 42 U.S.C. §§ 1981, 1983, 1984, 1985(3) and 1986; 28 U.S.C. §§ 1331, 1341, 1342, 1343, 2201 and 2202; and the Federal Rules of Civil Procedure Rule 57.

## PLAINTIFF

Plaintiff herein is, *Joseph Marion Head, Jr.* Reg. No. *17549056*, who is a Federal prisoner housed in the *N-5 Cell524, Federal Medical Center Devens* located at *P.O. Box 879 - Ayer, Massachusetts - 02210.* Plaintiff is in the custody of the Warden of the aforesaid institution, who is *David L. Winn*, Warden. Also, in the custody of the United States Attorney General.

**DEFENDANTS**

Defendants herein are as related below;

(1) $\mathcal{U}.\ \mathcal{S},\ \mathcal{A},$ _____, Title _____,

Address _____

(2) _North Carolina_____, Title _State of U. S. A._,

Address _____


Plaintiff herein is proceding pro se, without the legal assistance of a person trained in law and Plaintiff is a layman at law and has had **no professional** training in law and Plaintiff therefore respectfully moves the court for a liberal construction on and as to, all pleadings, claims, et c., herein and relating hereto.

That it is well settled that pro se litigants generally are entitled to a liberal construction of their pleadings, which should be read to raise the strongest argument they suggest. See: Green v. United States, 260 F 3d 78, 83 (2nd Cir. 2001), Haines v. Kerner, 404 U.S. 519, 520 - 21 (1972 per curiam).

Plaintiff's rights to counsel, legal assistence, et c., 18 U.S.C. § 3006(a) *3006(A)* and et seq. thereof, U.S. Constitution Amendments Six and Fourteen. Plaintiff states that he does not waive this right to counsel, et c..

That the United States Court of Appeals for the Fourth Circuit prior, adjudged, that indigent laymen, (proceeding pro se) are not required to prove their asserted claims in advance of a full in court evidentry hearing.

-2-

The background of Plaintiff and his State and Federal Court cases and all related and asserted therein and relating thereto, is related within the prison and court records of and relating to Plaintiff, prior and present. Plaintiff does not himself have a copy of said records, therefore, cannot state the background herein and therefore refers the Court to said records as for the background of same and all related and asserted and demanded therein and relating thereto to include all opinions, judgements and orders of the courts, et c., thereto.

**GROUNDS ASSERTED HEREIN BY PLAINTIFF**

**PRO SE WITHOUT LEGAL ASSISTANCE OF A**

**PERSON PROFESSIONALLY TRAINED IN LAW**

**GROUND 1:**

The convictions obtained in case no. *4-98-CR-102, (Ded.)* 74CR2403, 74CR2403 A, was obtained in violation of the laws or Constitution of the United States or of the State of _N.C._ in the in the ways related herein below and for the reasons stated herein below:

1. _As prior related and asserted, etc. within the State and Federal Prison and Court Records Relating To Plaintiff State and Federal Court Cases._

2. _Trial, Conviction, Sentence, of or By An Incompetent Person, Place Or Thing, Violates Due Process and other Rights Etc. and all Relating To Plaintiffs Cases, Etc. Was Not Proven Competent._

3. _Plaintiff is and was incompetent and so ineffective in law, it is and was a denial and violations of Plaintiffs rights to allow or force plaintiff to represent his own self in the Past 31 years in custody._

**GROUND 2:**

The federal sentences of Plaintiff are illegal in that they were enhanced based on an unlawful conviction not legally proven to be legal, valid, final, prior to using same to enhance Plaintiff's federal sentence and or to obtain an upward departure and a greater sentence based upon said unlawful prior convictions. See: Title 21 U.S.C. § 851.

**GROUND 3:** *U.S. Supreme Ct. Cases, Booker, Fanfan, Blakely, Apprendie and Strickland v Washington 1984, As Applies To Plaintiffs State and Federal Cases And As May Be Applied To Said Cases of Plaintiff.*

**GROUND 4:** *Plaintiffs State and Federal Convictions and Sentences Was Illegal, Etc. based on the representaion recived and not received in the past 31 years, etc. as applies.*

**GROUND 5:** *Plaintiff is illegally committed — 18 U.S.C. 4245(d) and was denied, deprived of, due process and equal protection of law and effective assistance of counsel See Prison, Ct, Rec.*

**RELIEF DEMANDED BY PLAINTIFF PRO SE**

1.   Leave to proceed In Forma Pauperis

2.   Appointment of counsel hereto

3.   In court evidenrty hearing with the Plaintiff present for same.

4.   Subpoeina's issued to the below persons:

1. Name: *Joseph Marion Head* Address: *F. M. C. Devens —P.O. Box 879 – Ayer – Ma. 01432.*

2. Name: *Each Gov. Employee* Address: *Relating to Plaintiffs cases*

3. Name: *Each Person Relating To Plaintiffs Cases* , Address: _____

_____

5. Grant and Order to Plaintiff, the maximum relief and money, authorized by law, Constitution, relating hereto.

Signed *Joseph Marion Head Jr* Reg. No. *17549 - 056*

Address: *N-5 Cell 524, Ft. M.C. Devens, P.O. Box 879 - Ayer - Massachusetts - 01432*

### CERTIFICATION OF SERVICE

I, *Joseph Marion Head Jr*, Reg. No. *17549 - 056* state that on the *11* day of *June*, 200*5*, I sent to the Court:

*U.S.D.C. (Judge - Tauro)* located at *John Joseph Moakley U.S. Ct. house - 1 Courthouse Way Suite 2300 - Boston - Ma. 02210*

the original and ( *0* ) copies of the foregoing complaint and I also sent a copy of said complaint to the Attorney General of the United States, at: *None* _____

_____

and to, *None* _____

_____

Signed *Joseph Marion Head Jr* Reg. No. *17549 - 056*

on this the *11* day of *June*, 200*5*.

*Plaintiff has no copies of this complaint, not even one for himself. The court will have to make and serve all required copies of this complaint and send plaintiff a filed copy of same for his record etc of same.*

*The Court must review plaintiffs prison and court records for the past 31 years to determine therefrom the indigence etc of plaintiff, to allow plaintiff to proceed in formapaupers and to appoint counsel etc. and to give plaintiff a copy of all known records etc.*

In The United States District Court
For The Boston Ma District of Massachusetts
Boston Division

Joseph Marion Head Junior
Reg. No. 17549-056
Plaintiff

VS

United States of America
And
State of North Carolina
Defendant

civil Case Number

Complaint
In Forma Pauperis

This is a civil rights act law suit for damages, United States Currincey, for the unlawful conviction and sentence of case no. Related Herein from North Carolina and for the false imprisonment thereby and relating thereto.

Jurisdiction

The Courts Has Legal Jurisdiction Herein, Pursuant To The Provisions of Laws And constitution of The United States of America and The States Thereof As Legally Applies Hereto And As May Be Legally Applied Hereto, By The Courts Etc.,

Complaint Page No. 2

Plaintiff

Plaintiff herein is, Joseph Marion Head Jr.
Reg. Number, 17549-056 , who is
presently housed in, N-5 Cell 524, Fed-
Med. Center Devens , Located at, Post office
Box 879 - Ayer - Massachusetts - 01432.
The Warden thereof is, Mr., David L.
Winn . Plaintiff is in the
custody of the aforsaid Warden and
The attorney General of the United States
of America, By Orders of Courts.

Background of Plaintiff and Plain-
tiffs Prison and court Records, cases,
Etc. Is Related In The Prison and
Court Records and Etc. Records of
and Relating To Plaintiff As Known of
and Learned of Relating Hereto. The
Court is heretofore refered to all said
records etc and to the contents of
each of same as if same was related
and stated herein in proper order and
form of same which plaintiff cannot do
himself because he dose not have a
copy of same, etc. Necessary to do so.
Order the Defendants To Include all
The aforsaid in their answers etc
hereto and relating hereto.

Defendants

Defendants Herein is the United
States of america and State of, North

Complaint Page Number 4

The grounds asserted herein are related by plaintiff without legal assistence of a person professionally trained in law and plaintiff is a laymen at law and has had no professional training in law, thus the court must afford to plaintiff a liberal construction as to each ground etc. herein and etc of court records and prison records relating to plaintiff.

Grounds Asserted Herein

Ground Number 1

The conviction obtained in the case of, Case No. 74CR2403, case No. 74CR2403A, case No. 73CR5057 Case No. 4-98-CR-102(8dd), was obtained in violation of the laws or constitution of the United States Or of the State of North Carolina, in the way's, etc, as related herein below,

Case No. 74CR2403 - 74CR2403A
1 - The reasons etc, as prior related and asserted relating to this case and see any and all changes in law etc. that relates and applies thereto.

2 - The representaion received and not received in the past and present relating to this cases, which was ineffective according to laws etc which legally applies thereto presently, etc..

complaint Page No. 5

3 - Plaintiff being allowed to and forced to represent his own self and the courts having knowledge that Plaintiff was incompetent in law and as to knowledge of law and legal skills necessary for an effective defense and representation and the courts etc, at no time informed and advised plaintiff of the disadvantages and dangers etc of self representation.

4 - Convictions and trials etc of, or by an incompetent person etc violates due process and this law dose not stop at the trial or pretrial levals of the judicial systems. It applies until final adjudication by the court of last resort and the Human Rights Courts and World Courts.

5 - The reasons of the jurors for their verdicts of guilty is not stated within the court records nor elseware, There fore it is unknown whether or not said reason was legal and valid at the time of the verdicts returned. Burden of proof was on the Government's attorneys to timely and legally prove said reasons and said verdicts legal and valid and not violative of law nor rights, priviledges of the plaintiff hereof. Where the record is silent, judgment must be in bavor of criminal defendant, civil plaintiff.

Ground No. (2)

Each of plaintiffs state and federal sentences was illegal, etc. as appears and related and asserted prior hereto, within the prison and court records.

Ground No. (3)

Based on all the aforsaid herein and of prison and court records, plaintiff is and was falsely imprisoned and or kidnaped by judicial processes and or relating thereto.

See Prison And Court Records as to all Relief Prior Demanded By Plaintiff. Which is demanded again herely.

Signed, Joseph Marion Head Junior
6-11-/05   Date Mailed 6-11-05

# Inmate Inquiry

 **PRINT**

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 17549056 | **Current Institution:** | Devens FMC |
| **Inmate Name:** | HEAD, JOSEPH | **Housing Unit:** | N SOMP |
| **Report Date:** | 06/14/2005 | **Living Quarters:** | N05-524L |
| **Report Time:** | 3:34:59 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 5438 |
| FRP Participation Status: | ExemptTmp |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 2/15/2002 |
| Local Account Activation Date: | 7/1/1991 |

| | |
|---|---|
| Sort Codes: | |
| Last Account Update: | 6/9/2005 12:33:18 PM |
| Account Status: | Active |
| ITS Balance: | $0.00 |

**FRP Plan Information**

**FRP Plan Type          Expected Amount  Expected Rate**

## Account Balances

| | |
|---|---|
| Account Balance: | $19.63 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $18.12 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $1.51 |
| National 6 Months Deposits: | $874.70 |
| National 6 Months Withdrawals: | $855.77 |
| National 6 Months Avg Daily Balance: | $59.82 |
| Local Max. Balance - Prev. 30 Days: | $45.53 |
| Average Balance - Prev. 30 Days: | $22.23 |

## Commissary History

### Purchases

Validation Period Purchases: $35.71
YTD Purchases: $507.94
Last Sales Date: 6/9/2005 12:33:18 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $16.10
Remaining Spending Limit: $273.90

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

**List Name**      **List Type  Start Date  End Date  Userid  Active**

## Comments

**Comments:**



| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 6/9/2005 12:33:18 PM | DEV3009 | Sales | ($25.90) | 53 | | $19.63 |
| 6/6/2005 10:44:01 AM | DEV0002 | Debt Encumbrance | ($2.68) | 5DEVD036 - 310 | | |
| 6/6/2005 10:44:01 AM | DEV0002 | Debt Encumbrance | ($2.68) | 5DEVD034 - 309 | | |
| 6/6/2005 10:44:01 AM | DEV0002 | Payroll - IPP | $13.44 | 5JV107 | | $45.53 |
| 6/3/2005 10:41:02 AM | DEV2006 | Debt Encumbrance | ($6.38) | 5DEVD036 - 304 | | |
| 6/3/2005 10:41:02 AM | DEV2006 | Debt Encumbrance | ($6.38) | 5DEVD034 - 303 | | |
| 6/3/2005 10:41:02 AM | DEV2006 | Local Collections | $31.90 | 109 | | $32.09 |
| 6/2/2005 12:51:38 PM | DEV3010 | Sales | ($1.48) | 41 | | $0.19 |
| 6/2/2005 12:50:27 PM | DEV3010 | Sales | ($8.33) | 40 | | $1.67 |
| 6/1/2005 2:07:49 AM | AMSERVICE | PLRA Payment | ($8.96) | 5DEVD034 | 822 | $10.00 |
| 6/1/2005 2:07:49 AM | AMSERVICE | Debt Encumbrance - Released | $6.38 | 5DEVD036 - 278 | | |
| 6/1/2005 2:07:49 AM | AMSERVICE | Debt Encumbrance - Released | $6.38 | 5DEVD034 - 277 | | |
| 6/1/2005 2:07:49 AM | AMSERVICE | Debt Encumbrance - Released | $3.07 | 5DEVD036 - 274 | | |
| 6/1/2005 2:07:49 AM | AMSERVICE | Debt Encumbrance - Released | $3.07 | 5DEVD034 - 273 | | |
| 5/26/2005 1:45:12 PM | DEV0003 | Bills | $0.00 | | | $18.96 |
| 5/5/2005 12:14:26 PM | DEV3008 | Sales | ($38.30) | 29 | | $18.96 |
| 5/4/2005 1:25:09 PM | DEV2006 | Debt Encumbrance | ($6.38) | 5DEVD036 - 278 | | |
| 5/4/2005 1:25:09 PM | DEV2006 | Debt Encumbrance | ($6.38) | 5DEVD034 - 277 | | |
| 5/4/2005 1:25:09 PM | DEV2006 | Local Collections | $31.90 | 099 | | $57.26 |
| 5/4/2005 10:08:43 AM | DEV2006 | Debt Encumbrance | ($3.07) | 5DEVD036 - 274 | | |
| 5/4/2005 10:08:43 AM | DEV2006 | Debt Encumbrance | ($3.07) | 5DEVD034 - 273 | | |
| 5/4/2005 10:08:43 AM | DEV2006 | Payroll - IPP | $15.36 | 5JV093 | | $25.36 |
| 5/1/2005 2:07:47 AM | AMSERVICE | PLRA Payment | ($14.96) | 5DEVD034 | 749 | $10.00 |
| 5/1/2005 2:07:47 AM | AMSERVICE | PLRA Payment | ($5.32) | 5DEVD036 | 748 | $24.96 |
| 5/1/2005 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $4.16 | 5DEVD036 - 220 | | |
| 5/1/2005 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $4.16 | 5DEVD034 - 219 | | |
| 5/1/2005 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $10.80 | 5DEVD036 - 217 | | |
| 5/1/2005 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $10.80 | 5DEVD034 - 216 | | |
| 4/14/2005 12:17:46 PM | DEV3010 | Sales | ($9.46) | 48 | | $30.28 |
| 4/8/2005 2:00:14 PM | DEV0003 | Bills | ($66.30) | | 672 | $39.74 |
| 4/7/2005 1:02:23 PM | DEV3010 | Sales | ($40.70) | 56 | | $106.04 |
| 4/5/2005 10:22:50 AM | DEV2007 | Debt Encumbrance | ($4.16) | 5DEVD036 - 220 | | |
| 4/5/2005 10:22:50 AM | DEV2007 | Debt Encumbrance | ($4.16) | 5DEVD034 - 219 | | |
| 4/5/2005 10:22:50 AM | DEV2007 | Payroll - IPP | $20.84 | 5JV081 | | $146.74 |
| 4/5/2005 7:17:40 AM | DEV2007 | Debt Encumbrance | ($10.80) | 5DEVD036 - 217 | | |
| 4/5/2005 7:17:40 AM | DEV2007 | Debt Encumbrance | ($10.80) | 5DEVD034 - 216 | | |
| 4/5/2005 7:17:40 AM | DEV2007 | Local Collections | $54.00 | 086 | | $125.90 |
| 4/1/2005 2:07:37 AM | AMSERVICE | PLRA Payment | ($14.29) | 5DEVD034 | 634 | $71.90 |
| 4/1/2005 2:07:37 AM | AMSERVICE | PLRA Payment | ($14.29) | 5DEVD036 | 633 | $86.19 |
| 4/1/2005 2:07:37 AM | AMSERVICE | Debt Encumbrance - Released | $3.49 | 5DEVD036 - 176 | | |
| | | Debt Encumbrance - | | 5DEVD034 - | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/1/2005 2:07:37 AM | AMSERVICE | Released | $3.49 | 175 | | |
| 4/1/2005 2:07:37 AM | AMSERVICE | Debt Encumbrance - Released | $10.80 | 5DEVD036 - 169 | | |
| 4/1/2005 2:07:37 AM | AMSERVICE | Debt Encumbrance - Released | $10.80 | 5DEVD034 - 168 | | |
| 3/21/2005 5:52:14 PM | DEV3008 | Sales | ($34.40) | 57 | | $100.48 |
| 3/14/2005 5:51:33 PM | DEV3008 | Sales | ($21.80) | 97 | | $134.88 |
| 3/7/2005 12:43:51 PM | DEV3008 | Sales | ($35.40) | 34 | | $156.68 |
| 3/7/2005 10:21:25 AM | DEV2006 | Debt Encumbrance | ($3.49) | 5DEVD036 - 176 | | |
| 3/7/2005 10:21:25 AM | DEV2006 | Debt Encumbrance | ($3.49) | 5DEVD034 - 175 | | |
| 3/7/2005 10:21:25 AM | DEV2006 | Payroll - IPP | $17.46 | 5JV068 | | $192.08 |
| 3/4/2005 12:50:56 PM | DEV0002 | Court Fees | ($255.00) | | 534 | $174.62 |

12

IN THE UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____

Joseph Marion Head Jr.,
    Plaintiff,  )
)
Reg. No. _17549 -056_, )
)
    vs      )  Case No. _____
)
United States of America )
   And     )
)
State of North Carolina )
)
_____ , )
)
    Defendants. )

## COMPLAINT

This is a civil rights act suit for damages for unlawful conviction and sentence, and for false imprisonment.

## JURISDICTION

The court has legal jurisdiction herein pursuant to the provisions of law and Constitution which applies hereto, to include 42 U.S.C. §§ 1981, 1983, 1984, 1985(3) and 1986; 28 U.S.C. §§ 1331, 1341, 1342, 1343, 2201 and 2202; and the Federal Rules of Civil Procedure Rule 57.

## PLAINTIFF

Plaintiff herein is, Joseph Marion Head Jr. Reg. No. _17547-056_, who is a Federal prisoner housed in the _N-5 Cell 524_ _Federal Medical Center Devens_ located at _Post office Box 879 Ayer - Massachusetts - 01432_. Plaintiff is in the custody of the Warden of the aforesaid institution, who is _David L. Winn_, Warden. Also, in the custody of the United States Attorney General.

### DEFENDANTS

Defendants herein are as related below;

(1) *United States of America* Title _____,

Address *United States of America - United States*

*Department of Justice - Washington - D.C. 20543*

(2) *State of North Carolina* Title *State of U.S.A.*,

Address *North Carolina Attorney General - N. C.*

*Department of Justice - Raleigh - N. C. 27602,*


Plaintiff herein is proceding pro se, without the legal assistance of a person trained in law and Plaintiff is a layman at law and has had **no professional** training in law and Plaintiff therefore respectfully moves the court for a liberal construction on and as to, all pleadings, claims, et c., herein and relating hereto.

That it is well settled that pro se litigants generally are entitled to a liberal construction of their pleadings, which should be read to raise the strongest argument they suggest. See: Green v. United States, 260 F 3d 78, 83 (2nd Cir. 2001), Haines v. Kerner, 404 U.S. 519, 520 - 21 (1972 per curiam).

Plaintiff's rights to counsel, legal assistence, et c., 18 U.S.C. § 3B006(a) and et seq. thereof, U.S. Constitution Amendments Six and Fourteen. Plaintiff states that he does not waive this right to counsel, et c..

That the United States Court of Appeals for the Fourth Circuit prior, adjudged, that indigent laymen, (proceeding pro se) are not required to prove their asserted claims in advance of a full in court evidentry hearing.

-2-

U. S. D. Ct. Boston Massachusetts

# IN FORMA PAUPERIS DECLARATION

[Insert appropriate court]

Joseph Marion Heard Junio (Petitioner)

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

U.S.A — N.C. (Respondent(s)), Defendant,

I, _Head_, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?    Yes ☑    No ☐
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.
   _Less Than $20.00 Per Month, F.M.C. Devens Ed. Dept._
   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   _____

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment?    Yes ☐    No ☑
   b. Rent payments, interest or dividends?    Yes ☐    No ☑
   c. Pensions, annuities or life insurance payments?    Yes ☐    No ☑
   d. Gifts or inheritances?    Yes ☑    No ☐
   e. Any other sources?    Yes ☑    No ☐
   If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.
   _Job aforsaid, and V.A. Benefits and Gifts from a Brother,_

3. Do you own cash, or do you have money in checking or savings account?
   Yes ☑    No ☐    (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned. _Less Than $2-1.00_

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐    No ☑    _Ct. S Denied The Relief Prior Hereto,_
   If the answer is "yes," describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _None_

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on _____ (date). _6-14-05_

Joseph Marion Heard
Signature of Petitioner   Plaintiff

Certificate

I hereby certify that the movant herein has the sum of $ _19.63_ on account
to his credit at the _FMC Devens_ institution where he is confined.
I further certify that petitioner likewise has the following securities to his
credit according to the records of said _____ institution:

_____

_Danielle J. Donilla Counseln_

Authorized Officer of Institution

(Amended, effective August 1, 1982; effective December 1, 2004.)

IN THE UNITED STATES DISTRICT COURT

FOR THE _____*Ma.*_____ DISTRICT OF _____*Ma*_____

*Joseph Marion Head Jr.*
                    )
                    )
          Plaintiff,)
                    )
Reg. No. *17549 - 056*  )
                    )
       vs           )   Case No. _____
                    )
*United States Of America* )
          *And*     )
*North Carolina*    )
                    )
_____,   )
          Defendants.)

## COMPLAINT

This is a civil rights act suit for damages for unlawful conviction and sentence.

## JURISDICTION

The court has legal jurisdiction herein pursuant to the provisions of law and Constitution which applies hereto, to include 42 U.S.C. §§ 1981, 1983, 1984, 1985(3) and 1986; 28 U.S.C. §§ 1331, 1341, 1342, 1343, 2201 and 2202; and the Federal Rules of Civil Procedure Rule 57.

## PLAINTIFF

Plaintiff herein is *Joseph Marion Head Jr.* Reg. No. *17549056* who is a Federal prisoner housed in the *N-5 Cell 524* *Federal Medical Center Devens* located at *Post office Box 879-Ayer-Ma, 01432*. Plaintiff is in the custody of the Warden of the aforesaid institution, who is *David L. Winn* Warden. Also, in the custody of the United States Attorney General.

## DEFENDANTS

Defendants herein are as related below;

(1) _United States of America_ Title _U/K_ ,
Address _United States Attorney General, United
States Department of Justice - Washington - D.C. 20543_
(2) _North Carolina_ , Title _State of U.S.A.,_
Address _North Carolina Attorney General, N.C. Dept.
Of Justice - Raleigh, North Carolina 27602_

Plaintiff herein is proceding pro se, without the legal
assistance of a person trained in law and Plaintiff is a layman
at law and has had no professional training in law and Plaintiff
therefore respectfully moves the court for a liberal construction
on and as to, all pleadings, claims, et c., herein and relating
hereto.

That it is well settled that pro se litigants generally are
entitled to a liberal construction of their pleadings, which
should be read to raise the strongest argument they suggest. See:
Green v. United States, 260 F 3d 78, 83 (2nd Cir. 2001), Haines
v. Kerner, 404 U.S. 519, 520 - 21 (1972 per curiam).

Plaintiff's rights to counsel, legal assistence, et c., 18
U.S.C. § 3006(a) and et seq. thereof, U.S. Constitution
Amendments Six and Fourteen. Plaintiff states that he does not
waive this right to counsel, et c..

That the United States Court of Appeals for the Fourth
Circuit prior, adjudged, that indigent laymen, (proceeding pro
se) are not required to prove their asserted claims in advance of
full in court evidentry hearing.

-2-

The background of Plaintiff and his State and Federal Court cases and all related and asserted therein and relating thereto, is related within the prison and court records of and relating to Plaintiff, prior and present. Plaintiff does not himself have a copy of said records, therefore, cannot state the background herein and therefore refers the Court to said records as for the background of same and all related and asserted and demanded therein and relating thereto to include all opinions, judgements and orders of the courts, etc., thereto.

GROUNDS ASSERTED HEREIN BY PLAINTIFF
PRO SE WITHOUT LEGAL ASSISTANCE OF A
PERSON PROFESSIONALLY TRAINED IN LAW

GROUND 1:

The convictions obtained in case no. *74CR2403A* was obtained in violation of the laws or Constitution of the United States or of the State of *N.C.*, in the in the ways related herein below and for the reasons stated herein below:

1. *The conviction was obtained based on false or perjured testimony of Victim Or based on said testimony not proven not to be false or perjured.*
2. *The prosecutor failed to legally prove that plaintiff knowingly and deliberetly violated N.C.G.S. 14-177 at the time of the offense in 74CR2403A.*
3. *The prosecutor failed to legally prove the elements of the offense charged in 74CR2403A and See N.C. State (V) Whitmore 1969*

GROUND 2:

The federal sentences of Plaintiff are illegal in that they were enhanced based on an unlawful conviction not legally proven to be legal, valid, final, prior to using same to enhance Plaintiff's federal sentence and or to obtain an upward departure and a greater sentence based upon said unlawful prior convictions. See: Title 21 U.S.C. § 851.

GROUND 3: The Federal Sentences of Plaintiff was not based on a legal and valid conviction as prior related etc within the prison and court records of plaintiff.

GROUND 4: See each and all of prison and court records related and asserted relating to each of plaintiffs court cases etc. relating thereto,

GROUND 5: Violative Of Laws, Constitutions and plaintiffs rights, plaintiff is and was denied and deprived of liberty and property and relied, See Prison, Ct, Rec..

RELIEF DEMANDED BY PLAINTIFF PRO SE

1. Leave to proceed In Forma Pauperis

2. Appointment of counsel hereto

3. In court evidentry hearing with the Plaintiff present for same.

4. Subpoeina's issued to the below persons:

1. Name: Ea. Person Relating To    Address: Each case of Plaintiff

2. Name: Each Record Relating    Address: to each of Plaintiffs cases.

-4-

3. Name: _Each Brand / Every Relating To Plaintiff_  Address: 
_Cases._

5.    Grant and Order to Plaintiff, the maximum relief and money, authorized by law, Constitution, relating hereto.

Signed _Joseph Marion Head, Jr._ Reg. No. _17549-056_
Address: _N-5 Cell 524 I, M.C. Devens, P.O. Box 879 Ayer - Ma. 01432_

---

### CERTIFICATION OF SERVICE

I, _Joseph Marion Head, Jr._ Reg. No. _17549-056_ state that on the _14_ day of _June_, 200_5_, I sent to the Court: _U.S. Ct. in Boston_ located at _Massachusetts_

the original and ( _0_ ) copies of the foregoing complaint and I also sent a copy of said complaint to the Attorney General of the United States, at: _Not Sent, Due To Indigence and lack of any copies of the complaint_ and to, _Not Sent — Due To Indigence, and lack of any copies of the complaint._

Signed _Joseph Marion Head, Jr._ Reg. No. _17549-056_
on this the _15_ day of _June_, 200 _5_.

_Grant and Order Plaintiff allowed To Proceed In Forma Pauperis Bases on This Courts Records of Plaintiff Prior and Present To include another Complaint file 74 CR 2403, Sent to This Court on 6-14-05._

_The court must make and serve all required copies of this complaint to assure same is mailed and because of the aforesaid reasons._

IN THE UNITED STATES DISTRICT COURT

FOR THE *Boston-Ma.* DISTRICT OF *Massachusetts*

*Joseph Marion Head Junior,*
               Plaintiff,    )
                       )

Reg. No. *17549-056* ,    )
                       )

        vs            )     Case No. _____

*United States of America*
         *And*         )
*State of North Carolina* )
                       )
_____ ,  )
                       )
           Defendants.    )

## COMPLAINT

This is a civil rights act suit for damages for unlawful conviction and sentence, and for false imprisonment.

## JURISDICTION

The court has legal jurisdiction herein pursuant to the provisions of law and Constitution which applies hereto, to include 42 U.S.C. §§ 1981, 1983, 1984, 1985(3) and 1986; 28 U.S.C. §§ 1331, 1341, 1342, 1343, 2201 and 2202; and the Federal Rules of Civil Procedure Rule 57.

## PLAINTIFF

Plaintiff her in is *Joseph Marion Head Junior* Reg. No. *17549-056*, who is a Federal prisoner housed in the *N-5 Cell 524* *Federal Medical Center Devens* _____ located at *Post office Box 879-Ayer, Massachusetts-01432* . Plaintiff is in the custody of the Warden of the aforesaid institution, who is *David L. Winn* , Warden. Also, in the custody of the United States Attorney General.

## DEFENDANTS

Defendants herein are as related below;

(1) *United States of America*, Title _____,
Address *C/o, U. S. Attorney General — U.S. Dept. of Justice*
*— Washington — D.C. 20530*
(2) *State of North Carolina*, Title *State of U.S. A.*,
Address *C/o — N.C. Attorney General — N.C. Dept.*
*of Justice — Raleigh — North Carolina — 27602*

Plaintiff herein is proceding pro se, without the legal assistance of a person trained in law and Plaintiff is a layman at law and has had **no professional** training in law and Plaintiff therefore respectfully moves the court for a liberal construction on and as to, all pleadings, claims, et c., herein and relating hereto.

That it is well settled that pro se litigants generally are entitled to a liberal construction of their pleadings, which should be read to raise the strongest argument they suggest. See: Green v. United States, 260 F.3d 78, 83 (2nd Cir. 2001), Haines v. Kerner, 404 U.S. 519, 520 - 21 (1972 per curiam).

Plaintiff's rights to counsel, legal assistence, et c., 18 U.S.C. § 3006(a) $3006(A)$ and et seq. thereof, U.S. Constitution Amendments Six and Fourteen. Plaintiff states that he does not waive this right to counsel, et c..

That the United States Court of Appeals for the Fourth Circuit prior, adjudged, that indigent laymen, (proceeding pro se) are not required to prove their asserted claims in advance of a full in court evidentry hearing.

-2-

The background of Plaintiff and his State and Federal Court cases and all related and asserted therein and relating thereto, is related within the prison and court records of and relating to Plaintiff, prior and present. Plaintiff does not himself have a copy of said records, therefore, cannot state the background herein and therefore refers the Court to said records as for the background of same and all related and asserted and demanded therein and relating thereto to include all opinions, judgements and orders of the courts, et c., thereto.

GROUNDS ASSERTED HEREIN BY PLAINTIFF

PRO SE WITHOUT LEGAL ASSISTANCE OF A

PERSON PROFESSIONALLY TRAINED IN LAW

GROUND 1:                                        *74 CR 2403 -*
                                                 *74 CR 2403A,*

The convictions obtained in case no. *4-98-CR-102 (Fed.)* was obtained in violation of the laws or Constitution of the United States or of the State of *N.C.* in the in the ways related herein below and for the reasons stated herein below:

1. *The Reason Of The Juries's For Their Verdicts Was Not Stated Nor Wrote On The Records Nor To The Court, Therefore It Is Unknown Whether Or Not Same Was Legal, Valid.*

2. *The Convictions Was Obtained Based On False Or Perjured Testimony Or Testimony Not Proven To Be Not False Or Perjured, Witnesses Not Advised Of Their Rights Nor Plaintiffs Rights.*

3. *Each And All Opinions, Judgments, Orders, Of The Courts, Etc. Was Not Proven To Be Legal And Valid And Final, Prior To Useing The Convictions To Plaintiffs Prejudice In Federal and/or State Courts, Etc..*



**GROUND 2:**

The federal sentences of Plaintiff are illegal in that they were enhanced based on an unlawful conviction not legally proven to be legal, valid, final, prior to using same to enhance Plaintiff's federal sentence and or to obtain an upward departure and a greater sentence based upon said unlawful prior convictions. See: Title 21 U.S.C. § 851.

**GROUND 3:** U.S. Supreme Court Cases, Booker, Fanfan, Blakely, Apprendi And Strickland v Washington, 1984, As Applicable As They Be Applied To The Plaintiffs Court Cases And Etc Relating Thereto.

**GROUND 4:** The Laws Are Constitution and Human Rights, As Applies And As May Be Legally Applied To Plaintiffs Court Cases And Etc. Relating Thereto, See Court Records.

**GROUND 5:** The Sentences Were Not Imposed On Convictions Proven To Be Legal And Valid Therefore The Sentences are illegal and or invalid.

## RELIEF DEMANDED BY PLAINTIFF PRO SE

1. Leave to proceed In Forma Pauperis

2. Appointment of counsel hereto

3. In court evidenrty hearing with the Plaintiff present for same.

4. Subpoena's issued to the below persons:

1. Name: Each Gov. Employee Relating To Each Case of Plaintiff, Address: _____

_____

2. Name: Each Person, Place Thing Relating To Each Case of Plaintiff Address: _____

_____

3. Name: *Each Prior Gov. Employee Relating To Each Of Plaintiffs Cases*, Address: _____

_____

5.   Grant and Order to Plaintiff, the maximum relief and money, authorized by law, Constitution, relating hereto.

Signed *Joseph Marion Head Jr* Reg. No. *17549-056*

Address: *N-5 Cell 5-24, F.M.C. Devens -*
*Post office Box 879 - Ayer - Massachusetts*
*-01432.*

### CERTIFICATION OF SERVICE

I, *Joseph Marion Head Jr* Reg. No. *17549-056* state that on the *11* day of *June*, 200*5*, I sent to the Court: *U.S. D.Ct. - Boston Division* located at *John Joseph Moakely U.S. Courthouse - 1 Courthouse Way - Suite 2300 - Boston - Ma. 02210* the original and ( *0* ) copies of the foregoing complaint and I also sent a copy of said complaint to the Attorney General of the United States, at: *Not Sent* _____

and to, *Not Sent* _____

Signed *Joseph Marion Head* Reg. No. *17549-056*
on this the ____ day of ____, 200__.

*Plaintiff is unable to make and serve copies of this complaint himself. The court will have to do so and to send plaintiff a filed copy. Futher to ensure all copies are made and served.*

*The court is refered to all prison and court records relating to plaintiff for the past 31 years in custody, as to the indigence of plaintiff and as to plaintiffs entitlement to proceed in forma pauperis and for appointment of counsel, etc. 18 U.S.C. 3006A.*
*Signed, Joseph Marion Head Junior - 6 - 11 - 05*

In The United States Distrist Court
For The Boston Ma. Distrist of Massachusetts
Boston Division
Emergence Motion Presented

| | |
|---|---|
| Joseph Marion Head Junior Reg. No. 17549-056 Movant, | Re: Criminal, Fed. case Number — 4-98-CR-102 |
| VS United States of America A N D State of North Carolina And Employees of Each Afor Said Respondents | State — Each In North Carolina Fed. Civil Case Number Each As Appears of Federal Court Records of Each Federal court |

Motion For Judicial Protection Against
Acts, Persons, Places, And Or Things, That
Violated, Violates, Violating Will Or May
Violate, Legal, Constitutional, civil Or
Human Rights Or Priviledges of Movant
and Or Movants Chieldren And Or Their
Mothers And Or Girlfriends Of Movant In
The Past And Or Present And Or Movants
Family Or Other Persons Relating To Movant.
    The court is heretofore refered to all
Persons, places and things relating movant
to his criminal and civil court cases
Signed, Joseph Marion Head Junior
· 9-056     Date Mailed     6-16-05

To Each State and Federal Court Judge, fus.
U.S.A. (g) Head - 4-98-CR-102 and etc
State and Federal cases Relating Thereto.

## Complaint

18-28-42-U.S.C. As Applies Hereto, Also U.S., N.C., Const.
False Imprisonment Or Kidnaping Head,
On The Courts Own Action

Within the time required by law to correct
an illegal sentence, the courts did not
correct the illegal sentences of Head and
thereby depriving Head of his Liberty with
out due process and equal protection of law
and constitution. See also, Title 21 U.S.C. 851
and the sub sec. s and Notes of Decisions
thereof. How was and dose said law and
notes apply to Head's cases and why?

## Relief

Demanded Pro Se By Head

Lawful Court Release From Custody, Etc. and
900,000, Zillion Dollars Tax Free in U.S.A.
currieey and a Masion builted in the shape
of Head's full name, Worth 100 Zillion Dollars
& Free, Said Masion be builted on top of the
Ridge Mountains and Parkway and same
" Heads Privit Astate.
 " Head Junior - 6-26-05

United States District Court
For The District of Massachusetts
Boston Division

FILED
OFFICE

| | |
|---|---|
| Joseph Marion Head Junior<br>Reg. No. 17549-056<br>Plaintiff (Pro Se)<br>VS<br>United States of America<br>And The Employees Thereof<br>Liable Herein<br>Defendants | Civil Case No.<br><br>Reference To<br>U.S.A. (V) Head<br>And<br>N.C. (V) Head<br>And<br>Head(V) See Ct. Rec. s<br>As To Who And What |

This Complaint Is Informa Pauperis Unless
Otherwise Ordered And Allowed To
Pay Cost Of Filing Fee's, Legal Assence, Ets.
In Small Timely Payments As Allowed
and Ordered By The Court Relating Hereto.

Complaint

This Is A Complaint For False Imprison —
ment Or Kidnaping By Judicial Processes
Or Relating To Judicial Processes As In The
Case Of Deprivation Of Liberty Without Due
Process And Or Equal Protection Of Law
And Constitution And Human Rights.

Complaint Page No. 2

## Jurisdiction

FILED OFFICE
JUN 20 P 2:46

The Court Has Legal Jurisdiction Herein
Pursuant To The Provisions of Law and
Constitution Which Legally Applies Hereto
And Which May Be Legally Applied Hereto.
By The Courts, Etc. Relating Hereto,

## Plaintiff

Plaintiff herein is, Joseph Marion Head
Junior, Reg. No. 17549-056, Who is housed
in N-5, Cell 524 Of Federal Medical Center
Devens, Located At, 42 Patton Road, (Post
Office Box 879), Ayer, Massachusetts, 01432.
In The Custody Of The Warden Thereof, Who is
David L. Winn, Also In The Custody of
The United States Attorney General, By
Court Orders.

## Defendants

Defendants herein, is, the United States
Of America and The Employees Thereof
Which Are Liable Herein And Relating
Hereto, As Determind By The Court
Relating Hereto.

Complaint Page No. 3

Background of Plaintiff and all of Plaintiffs criminal and civil cases and all Relating To Each of Same To Include all Prison and Etc. Records, Employees and Inmates, Etc...

The Court is heretofore referesded to all known records, etc. aforesaid, as if same was related herein in proper order and form of same and all contents of each of same related also.

Futher the court is to determine the indigence of plaintiff, prior and present, from the courts review and finding of and from all of the aforesaid, for the purpose of determining whether or not Plaintiff is legally entitled to proceed in forma pauperis herein or otherwise as stated herein or ordered by the court. To include as to all cost for legal assistence, etc,, postage, copying of records etc, legal meterial and law books, etc as needed, typeing service for plaintiff, Etc. Cost, Fee's.

From the background aforesaid the court make findings of fact as to the cause and pretents of plaintiffs custody and imprisonment, charges, etc. and the legality of same as well the constitutionallity,

Complaint Page No. 4.

## Plaintiff's Rights To A Liberal Construction

Plaintiff herein is a layment at law, none versed in law and has had no professional training in law and is and was legally incompetent to represent his own self pro se as is evident and proof of same by the records and contents thereof relating to Plaintiff from 1973 forward and as the Courts Knowed and Knows, The Trial, Conviction, Sentence, Etc. of or By An Unsompetent person, violates due process of law and other rights.

That it is a well settled That pro se litigants generally are entitled to a Liberal Construction of their pleadings, etc. which should be read to give raise to the strongest arguments they suggest. Green vs United States 260 F. 3d, 78, 83 (2d. Cir. 2001) Haines vs Kerner 404 U.S.C. 519, 520-21 (1972 per curiam)

Plaintiff ask and demands the Liberal Construction hereto and to all related herein and all to which same relates and applies to, to enclude the background stated herein and all related and asserted, therein.

IN THE UNITED STATES DISTRICT COURT

FOR THE *Boston Ma*DISTRICT OF *Massachusetts*

*Joseph Marion Head Jr.*,        )
                   Plaintiff,    )
                                 )
Reg. No. *17549-056*,            )
                                 )
            vs                   )        Case No. _____
                                 )
*United States of*               )
*America*                        )
                                 )
_____                  )
                                 )
_____,                 )
                                 )
            Defendants.          )

## COMPLAINT

This is a civil rights act suit for damages for unlawful conviction and sentence. *and for false imprisonment*.

## JURISDICTION

The court has legal jurisdiction herein pursuant to the provisions of law and Constitution which applies hereto, to include 42 U.S.C. §§ 1981, 1983, 1984, 1985(3) and 1986; 28 U.S.C. §§ 1331, 1341, 1342, 1343, 2201 and 2202; and the Federal Rules of Civil Procedure Rule 57.

## PLAINTIFF

Plaintiff herein is, *Joseph Marion Head Jr.* Reg. No. *17549-056*, who is a Federal prisoner housed in the *N-5 Cell 524* *Federal Medical Center Devens* located at *Post office Box 879 - Ayer - Ma. 01432*. Plaintiff is in the custody of the Warden of the aforesaid institution, who is *David L. Winn*, Warden. Also, in the custody of the United States Attorney General.

## DEFENDANTS

Defendants herein are as related below;

(1) *United States of America* Title *U. S. A.* ,

Address *U. S. Attorney General, U. S. Dept. of Justice, Washington - D. C, 20543*

(2) _____, Title _____,

Address _____

Plaintiff herein is proceding pro se, without the legal assistance of a person trained in law and Plaintiff is a layman at law and has had **no professional** training in law and Plaintiff therefore respectfully moves the court for a liberal construction on and as to, all pleadings, claims, et c., herein and relating hereto.

That it is well settled that pro se litigants generally are entitled to a liberal construction of their pleadings, which should be read to raise the strongest argument they suggest. See: Green v. United States, 260 F 3d 78, 83 (2nd Cir. 2001), Haines v. Kerner, 404 U.S. 519, 520 - 21 (1972 per curiam).

Plaintiff's rights to counsel, legal assistence, et c., 18 U.S.C. § 3006(a) and et seq. thereof, U.S. Constitution Amendments Six and Fourteen. Plaintiff states that he does not waive this right to counsel, et c..

That the United States Court of Appeals for the Fourth Circuit prior, adjudged, that indigent laymen, (proceeding pro se) are not required to prove their asserted claims in advance of a full in court evidentry hearing.

-2-

The background of Plaintiff and his State and Federal Court cases and all related and asserted therein and relating thereto, is related within the prison and court records of and relating to Plaintiff, prior and present. Plaintiff does not himself have a copy of said records, therefore, connot state the background herein and therefore refers the Court to said records as for the background of same and all related and asserted and demanded therein and relating thereto to include all opinions, judgements and orders of the courts, et c., thereto.

GROUNDS ASSERTED HEREIN BY PLAINTIFF

PRO SE WITHOUT LEGAL ASSISTANCE OF A

PERSON PROFESSIONALLY TRAINED IN LAW

GROUND 1:

The convictions obtained in case no. $4-98CR10.2$ was obtained in violation of the laws or Constitution of the United States or of the State of ___N/A___ in the in the ways related herein below and for the reasons stated herein below:

1. Each Claim, Etc. Prior Asserted With the Prison and Court Records Relating To Plaintiff, Prior And Present, Etc.

2. Ineffective Assistance Of Counsel Pretrial, At Trial and Sentencing and On Appeal, Etc. See all Prison and Ct. Rec. Relating To Plaintiff.

3. The Prosecutor Failed To Legally Prove That Plaintiff Delibertly and Knowingly Did Acts To Violate 18 U.S.C. 876 Nor As charged In The indictment.

GROUND 2:

The federal sentences of Plaintiff are illegal in that they were enhanced based on an unlawful conviction not legally proven to be legal, valid, final, prior to using same to enhance Plaintiff's federal sentence and or to obtain an upward departure and a greater sentence based upon said unlawful prior convictions. See: Title 21 U.S.C. § 851.

GROUND 3: Booker, Fanfan, Blackely, Apprendie and Strickland VS Washington 1984, As applies and as May Be applied to Plaintiffs Cases.

GROUND 4: Plaintiffs attorney Failed to Represent Plaintiff Prior Convictions to Prevent upward departure and enhancements Based On Same, and to Het a Lesser Sentences.

GROUND 5: Title 21 Section 851 and sub Sec. s was not applied in accordance with due process and equal protection of law in plaintiffs cases, Why?

RELIEF DEMANDED BY PLAINTIFF PRO SE

1.   Leave to proceed In Forma Pauperis

2.   Appointment of counsel hereto

3.   In court evidenrty hearing with the Plaintiff present for same.

4.   Subpoeina's issued to the below persons:

1. Name: Defense Att, Loose. Address: 68 N. Market Street, Asheville, N.C., 28801.

2. Name: U.S. Att, Who Tried Address: Plaintiff

All Persons Relating To Plaintiffs Cases

3. Name: _____ , Address: _____

5.   Grant and Order to Plaintiff, the maximum relief and money, authorized by law, Constitution, relating hereto.

Signed *Joseph Marion Hemp* , No. *17549-056*

Address: *N-5 Cell 5 24 F. M.C. Devens*

*Post Office Box 879, Ayer - Ma. 01432*

## CERTIFICATION OF SERVICE

I *Joseph Marion Hemp* , Reg. No. *17549 056*, state that on the *15* day of *June*, 200 *5*, I sent to the Court:

*U.S. D.C.* _____ located at *Boston*

*Massachusetts 02210*

the original and ( *C* ) copies of the foregoing complaint and I also sent a copy of said complaint to the Attorney General of the United States, at: *Not Sent due to Plaintiffs indigence and Not having copy to Send* and to, *Not a copy for him self. The Court Must Make the copies and mall same.*

Signed *Joseph Marion Hemp* , Reg. No. *17549 - 056*

on this the *15* day of *June*, 200 *5*.

IN THE UNITED STATES DISTRICT COURT

FOR THE _Boston_ DISTRICT OF _Ma._

Joseph Head            )
                       )
            Plaintiff, )
                       )
Reg. No. _17549-056_,  )
                       )
vs                     )    Case No. _____
                       )
_U.S.A. And N.C._      )
_and Employee of Each_ )
_, Liable Herein As_   )
_Determined By The Court._ )
                       )
            Defendants. )

## COMPLAINT

This is a civil rights act suit for damages for unlawful conviction and sentence.

## JURISDICTION

The court has legal jurisdiction herein pursuant to the provisions of law and Constitution which applies hereto, to include 42 U.S.C. §§ 1981, 1983, 1984, 1985(3) and 1986; 28 U.S.C. §§ 1331, 1341, 1342, 1343, 2201 and 2202; and the Federal Rules of Civil Procedure Rule 57.

## PLAINTIFF

Plaintiff herein is, _Joseph Marion Head Junior_ Reg. No. _17549-056_ who is a Federal prisoner housed in the _N-5 Cell 524_ _Federal Medical Center Devens_ located at _Post Office Box 879 Ayer - Massachusetts 01432_ Plaintiff is in the custody of the Warden of the aforesaid institution, who is _David L. Winn_, Warden. Also, in the custody of the United States Attorney General.

## DEFENDANTS

Defendants herein are as related below;

(1) *United States of America* Title *United States of America*
Address *United States Attorney General, U.S. Dept.*
*Justice, Washington - D.C. 20543*
(2) *North Carolina* , Title *A State of U.S.A.* ,
Address *North Carolina Attorney General - N.C.*
*Dept. Justice - Raleigh - North Carolina 27602*

Plaintiff herein is proceding pro se, without the legal assistance of a person trained in law and Plaintiff is a layman at law and has had **no professional** training in law and Plaintiff therefore respectfully moves the court for a liberal construction on and as to, all pleadings, claims, et c., herein and relating hereto.

That it is well settled that pro se litigants generally are entitled to a liberal construction of their pleadings, which should be read to raise the strongest argument they suggest. See: Green v. United States, 260 F 3d 78, 83 (2nd Cir. 2001), Haines v. Kerner, 404 U.S. 519, 520 - 21 (1972 per curiam).

Plaintiff's rights to counsel, legal assistence, et c., 18 U.S.C. § 3006(a) and et seq. thereof, U.S. Constitution Amendments Six and Fourteen. Plaintiff states that he does not waive this right to counsel, et c..

That the United States Court of Appeals for the Fourth Circuit prior, adjudged, that indigent laymen, (proceeding pro se) are not required to prove their asserted claims in advance of a full in court evidentry hearing.

-2-

The background of Plaintiff and his State and Federal Court cases and all related and asserted therein and relating thereto, is related within the prison and court records of and relating to Plaintiff, prior and present. Plaintiff does not himself have a copy of said records, therefore, cannot state the background herein and therefore refers the Court to said records as for the background of same and all related and asserted and demanded therein and relating thereto to include all opinions, judgements and orders of the courts, et c., thereto.

GROUNDS ASSERTED HEREIN BY PLAINTIFF

PRO SE WITHOUT LEGAL ASSISTANCE OF A

PERSON PROFESSIONALLY TRAINED IN LAW

GROUND 1:

The convictions obtained in case no. 73CR5057 was obtained in violation of the laws or Constitution of the United States or of the State of _N. C._ in the in the ways related herein below and for the reasons stated herein below:

1. Denial of a Speedy Trial By An Impartial Jury And Judge As Related And Asserted Prior In the State And Fed. Courts, Etc., Prisons, Etc.

2. Double Jeopardy as related and asserted prior in State, Fed. Ct's And Prisons, Etc. There was Two Different Verdicts in the same trial

3. Each and all Prior Claims, Grounds, Errors, Motions, Related, Asserted Within the State and Federal Prisons and Court Systems and Courts.

Blackburg V's State United States 1932 And other cases

-3-

GROUND 2:

The federal sentences of Plaintiff are illegal in that they were enhanced based on an unlawful conviction not legally proven to be legal, valid, final, prior to using same to enhance Plaintiff's federal sentence and or to obtain an upward departure and a greater sentence based upon said unlawful prior convictions. See: Title 21 U.S.C. § 851.

GROUND 3: Ineffective assistence of counsel for not timely presenting all the aforsaid etc. to the Trial Courts and appeals courts, Etc..

GROUND 4: Failed To Prosecuted and Reprosecute Within the Time Required By Law and Constitution, 18 U.S.C. 3161, 3161(e), Strunk v United States 1973

GROUND 5: The Prosecutor failed to prove criminal intent and knowingly and delibertly violated the law charges with and tried for and convicted of.

## RELIEF DEMANDED BY PLAINTIFF PRO SE

1.  Leave to proceed In Forma Pauperis

2.  Appointment of counsel hereto

3.  In court evidenrty hearing with the Plaintiff present for same.

4.  Subpoeina's issued to the below persons:
    1.  Name: Each Person involved in 73 CR 5057. Address: _____

    2.  Name: The Grand Jury and Trial Jury of 73 CR 5057. Address: _____

3. Name: Each Defense Attorney and Prosecutor
Address: and N.C. Attorney Gen. Staff, Involved.

5. Grant and Order to Plaintiff, the maximum relief and money, authorized by law, Constitution, relating hereto.

Signed Joseph Heas, Reg. No. 17549-056
Address: N-5 - Cell 524 - Fed, Med. Center
Devens, Post Office Box 879 - Ayer -
Massachusetts - 01432.

## CERTIFICATION OF SERVICE

I, Joseph Heas, Reg. No. 17549-056 state that on the 15 day of June, 2005, I sent to the Court: U.S. D. Ct. Boston Div. located at Boston Massachusetts 02210 the original and ( 0 ) copies of the foregoing complaint and I also sent a copy of said complaint to the Attorney General of the United States, at: Not Sent due to indigence and lack of copies.

and to, Not Sent. due to indigence and lack of copies.

Signed Joseph Heas Reg. No. 17549-056
on this the 14 day of June, 2005.

This court must make and serve the required copies hereof to include plaintiff a copy filed. This complaint is in forma pauperis unless otherwise ordered by the court requiring cost of filing and counsel to be paid timely as when plaintiff receives money, as did the court of appeals 1 st. cir's Prior hereto. See Thats and This courts Records of Same.

*U.S.D.C. Boston MA.*

IN FORMA PAUPERIS DECLARATION

[Insert appropriate court]

*Joseph Marion Head Jr.*
(Petitioner) *Plaintiff*

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

v.

*U.S.A*
(Respondent(s)) *Defendant*

I, *Head*, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?    Yes ☑    No ☐
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. *less than $10.00 a month, Ed. Dept. M.C. Perkins.*
   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment?       Yes ☐    No ☑
   b. Rent payments, interest or dividends?                  Yes ☐    No ☑
   c. Pensions, annuities or life insurance payments?        Yes ☐    No ☑
   d. Gifts or inheritances?                                 Yes ☑    No ☐
   e. Any other sources?                                     Yes ☑    No ☐

   If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. *V.A. Benefits, Prison Job, Gifts from Brother*

3. Do you own cash, or do you have money in checking or savings account? Yes ☑    No ☐    (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned. *Less than $21.00*

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐    No ☑    *Courts denied Prior Relief*
   If the answer is "yes," describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. *None*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on _____ (date). *6-15-05*

*Joseph Marion Head Jr.*
Signature of Petitioner *Plaintiff*

### Certificate

I hereby certify that the movant herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said _____ institution: _____

_____

Authorized Officer of Institution

(Amended, effective August 1, 1982; effective December 1, 2004.)



| General Information | Account Balances | Commissary History | Commissary Restrictions | Comments |

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 5438 |
| FRP Participation Status: | ExemptTmp |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 2/15/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 6/9/2005 12:33:18 PM |
| Account Status: | Active |
| ITS Balance: | $0.00 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $19.63 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $18.12 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |

Outstanding Negotiable Instruments:    $0.00

Administrative Hold Balance:    $0.00

Available Balance:    $1.51

National 6 Months Deposits:    $874.70

National 6 Months Withdrawals:    $855.77

National 6 Months Avg Daily Balance:    $59.92

Local Max. Balance - Prev. 30 Days:    $45.53

Average Balance - Prev. 30 Days:    $22.25

# Commissary History

### Purchases

Validation Period Purchases:    $35.71

YTD Purchases:    $507.94

Last Sales Date:    6/9/2005 12:33:18 PM

### SPO Information

SPO's this Month:    0

SPO $ this Quarter:    $0.00

### Spending Limit Info

Spending Limit Override:    No

Weekly Revalidation:    No

Spending Limit:    $290.00

Expended Spending Limit:    $16.10

Remaining Spending Limit:    $273.90

# Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit:  $0.00

Restricted Expended Amount:  $0.00

Restricted Remaining Spending Limit:  $0.00

Restriction Start Date:  N/A

Restriction End Date:  N/A

**Item Restrictions**

**List Name**      **List Type   Start Date   End Date   Userid   Active**

# Comments

**Comments:**

OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

RICHARD CUSHING DONOVAN
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

June 8, 2005

Joseph Marion Head, Jr.
Reg. No. 17549-056
N-5 Cell 524
Federal Medical Center Devens
P.O. Box 879
Ayer, MA  01432

Dear Mr. Head:

    I am returning the enclosed materials to you at this time because it is unclear whether you intended to file them in the district court or in an appeal pending before this court.  This court is a court of appeals.  Civil complaints should be filed in the district court.  Further, it is unclear as to whether you are attempting to initiate an original proceeding in this court, and, if so, what sort of proceeding.

Sincerely,
Richard Cushing Donovan, Clerk

By: _____
Julie Gregg, Operations Manager

Enclosures  U.S. D. Ct. Boston, Ma.  Judge – Tauro.
Order The Clerk Of Court Of U.S. D. Ct. Boston, Ma.
To Make and Serve all Required Copies
Of The Enclosed Complaints and Send the
Plaintiff a Filed Copy Of Same.
Order F. M.C. Devens To Provide The Court
With a Copy of Plaintiff Trust Fund and
Court See Plaintiffs Prison and Court Records For
Past 31 years as to the indigence of Plaintiff.
Appoint Plaintiff Counsel Hereto.

United States Court of Appeals For the
First Circuit, See Your Records R, S
To Joseph Marion Head Junior hereof.

United States District Court
For The District of Massachusetts
Division Boston

Joseph Marion Head Junior
Reg. No. 17549-056
Plaintiff
v.s
United States of America
And The Employees
Thereof, Liable Hereto,
Defendants

Case Number

Re, Case Number
4-98-CR-102
U.S. D. Ct. W. D. N.C.
Ash. Div.

## Complaint
### Jurisdiction

This is a civil rights act lawsuit
42 U.S.C. 1981, 1983, 1984, 1985(3), 1986,
28 U.S.C. 1331, 1341, 1342, 1343, 2201, 2202,
2255, 2241. Federal Rules Civil Procedure
Rule 57

### Plaintiff

Plaintiff herein is Joseph Marion Head Junior
Reg. Number 17549-056 , who is
presently housed in N-5 Cell 524, Fed. Med.
center Devens , Located at Post office Box
879 - Ayer - Massachusetts - 02210
And is in the custody of David L. Winn
- Warden, who is the Warden of aforesaid
and also in the custody of The United States
attorney General.

### Defendants

Complaint Page No.(2)

Defendants herein is the United
States of America And The Employees
thereof liable relating hereto as
determined by the court relating hereto.

Plaintiffs Rights To Counsel Hereto

18 U.S.C. 3006 A and sub sec s as
legally applies Hereto, And The United
States Constitution Amendment 5,6,8,9,14
as may be applied relating hereto.

Plaintiff's Rights To A Liberal Const-
ruction Relating To all Pleadings
Etc., Claims, Grounds, Etc. Relating
Hereto,
Green (vs) United States, 260 F, 3d, 78,83,
(2d. Cir. 2001) and Haines (vs) Kerner
, 404 U.S.C. 519, 520-21 (1972 per curiam)

The United States Court of Appeals
For The Fourth Circuit adjudged
about Twenty Years Ago, That an
indigent laymen at law process-
ing pro se, is not required to
prove his claims and grounds
in advance of a full incourt
evidentry hearing.

Complete Background of Plaintiff
And His Court Cases Etc Relating Thereto.
Is As related and asserted within
the prison and court records relating
to plaintiff herein, Prior, Present,

Complaint Page No (3)

The claim's and grounds herein
is related and asserted by plaintiff
him self pro se without the legal
assistence of a person professionally
trained in law and plaintiff is
a laymen at law who has had
no professional training in law.
Therefore moves the court for a
Liberal Construction in all matters
etc relating herein and hereto this
complaint and all filings relating thereto

Claim No. (1)

Plaintiffs federal sentences are
illegal in that they are enhanced
and upward departure and greater
sentences, based on plaintiffs Prior
Convictions which was unlawful
or unconstitutional based on the
related and asserted herein below,
(1)
The Convictions was obtained in
violation of the laws or constitution
of the United States Or The State of
North Carolina      as asserted within
the court records relating to same
prior hereto.
(2)
Violative Of The Law, Constitution and The
Rights of Plaintiff, Plaintiff Was Forced
To Represent His Own Self In August
1976 At The Retrial of Mistrial which
was a illegal, unconstitutional trial.

Complaint Page No. (4)

(3)

Violative of Law, Constitution and Plaintiffs Rights, Plaintiff Was Denied a Continuance In August 1976 and Was Forced To Trial and Forced To Represent His own Self With only a day and one half to prepare for trial in and plaintiff was in custody.

(4)

Violative of Law, Constitution and Plaintiffs Rights, The Trial Judge Bailey Failed To Inform Plaintiff of The Dangers and Disadvantages of Self Representation, Prior To Plaintiff Signing Waiver Form, Having To Chose Between Incompetent Counsel.

(5)

Violative of Law, Constitution and Plaintiffs Rights The D.A. Failed To Object To The Mistrial and Discharge of The Jury at May 1975 Term of Court Re: 74CR2403 State N.C. (V) Joseph Marion Head Junior, Retrial of Mistrial Was Double Jeopardy.

(6)

Plaintiff Did Not Consent To The Mistrial and Discharge of The Chosen Jury, On May 1975 in Case State N.C. (V) Joseph Marion Head Junior, Therefore Retrial of The Mistrial Was Double Jeopardy and Plaintiff did not enter a plea nor chose jury.

(7)

See and Apply Etc. Each Prior Claim, Grounds, Error, Motion, Etc. of Plaintiffs within his prison and court Records etc and records etc, relating thereto.

Complaint Page No.(5)

(2)

The Federal Sentencing Judge of Plaintiffs Criminal Case imposed the sentences without legal proof that Plaintiffs prior convictions, was legal and valid and constitutional and final, prior to useing same to the prejudice of Plaintiff to enhance his federal sentences and to give a greater sentence based on an upward departure. The Federal Sentences is therefore illegal and was imposed in a illegal way, etc.. See Title 21 U.S.C. 851 and Sub'sec.s thereof. The burden of proof was not legally on plaintiff relating to the aforsaid.

(3)

Failure of Plaintiff Trial Lawyer to timely raisse the aforsaid herein, in the District and Appeals Courts was ineffective assistence of counsel, See, Strickland v Washington 1984.

(4)

The Court could have corrected the aforsaid illegal sentences etc on the courts own and did not do so. Why Not?

Relief Demanded Pro Se By Plaintiff

(1)

The maximum relief authorized by law etc, is Demanded herein.

Signed, Joseph Mcunion Henry Jammn - Plaintiff - Pro Se.



United States Federal Courts With
Legal Jurisdiction Herein

Joseph Marion Head Junior, Reg. Number
17549-056, Plaintiff
vs
State of North Carolina And Employees
Thereof Liable Herein - Defendants

This Is A Civil Rights Act Law Suit
For And Unlawful Conviction In
The Case Of State Of North Carolina
(VS.) Joseph Marion Head Junior, Case
Number 74 CR 2403. This Complaint
Is To Be Filed Etc. In Forma Pauperis.
Jurisdiction

The Courts Has Legal Jurisdiction
Herein Pursuant To The Provisions
Of Law And Constitution Which Legally
Applies Hereto And Which May Be
Legally Applied Hereto.

Plaintiff

Plaintiff herein is Joseph Marion
Head Junior, Reg. Number 17549-056
Who Is A Federal Prisoner Of The
United States Of America, Who Is Presently
Housed In The Federal Medical Center
Devens, Located At - Post Office Box 880
- Ayer - Massachusetts - Zip Code 01432.
And Is In The Custody Of The Warden
Thereof And The United States Attorney General

Page No. 2


## Defendants

Defendants herein is the State of North Carolina and Employees Thereof Which are Liable Herein and Relating Hereto.

Plaintiffs Rights To Counsel Herein Appointed By The Court. 18 U.S.C. 3006bA and sub sec.s, United States Constitution Amendments Five, Six, Eight, Fourteen.

Plaintiffs Rights To A Liberal construct Hereto and Herein and all Matter's Etc. Relating Hereto. See United States Constitution, Amendment Five, Six, Eight, Fourteen, Etc. As Legally Applies Herein and Hereto. See also Green vs United States, 260, F. 3d. 78, 83, ( 2d, Cir, 2001) and Haines vs Kerner, 404 U.S.C. 519 - 520 - 21 ( 1972 per curiam.)

Complete Background of Plaintiff and His State and Federal Court cases and all Known Records, Etc. and Infromation Relating Thereto, Prior and Present, as As Related In Said Records Etc. and all Persons, Places and Things Relating Thereto and Hereto. The Defendants Is To State all of Same In Their Responds Hereto and Defense. The Court Is To State all of Same In Its Opinions, Judgments And Orders Relating Hereto and as to Leave To Proceed Informa Pauperis

Page No. 5

Further is to list and state each and all claims, grounds, errors, motions, etc. filed relating to each case etc of plaintiff, to include institutional and medical records etc. and based on same aforesaid and etc relating thereto, Plaintiff Pro Se Contends Etc That His State and Federal Convictions and Sentences is Unlawful, illegal, unconstitutional and invalid. The Court is further refered to the aforesaid records etc. as to all prior relief and release demanded by Plaintiff, When, Where, How, Etc.. All of same is heretofore demanded again by plaintiff hereof.

Wherefore The Court of Appeals For The First Circuit, Enter judgments and orders Hereto relating to Plaintiffs cases etc. in the above court, as to same, see records of the Clerk of That and All Other State and Federal Courts and Institutions, Etc..

The Court make and serve a copy of this complaint, etc, to each defendant and etc. by law entitled to receive a filed copy of same, to include Plaintiff. Plaintiff is an indigent person, inmate and cannot do the aforsaid himself due to his indigence.

Signed, Joseph Marion Head junior, aforsaid June 1st, 2005.

**RESPONSE TO INMATE REQUEST TO STAFF MEMBER**

**Head, Joseph Marion**
**Reg. No. 17549-056**
**N-5 Unit - FMC Devens**

This is in response to your Inmate Request to Staff, dated May 17, 2005, wherein you claim you have been deprived of your rights to appeal your § 4245 commitment. You also allege, you were not allowed to present evidence or to have a witness at the Due Process Hearing held on December 1, 2003. As relief, you request One Million Dollars tax free, to be released from custody and request a luxury estate worth atleast Ten Million Dollars.

As you have been previously informed in responses dated April 1, 2005 and May 12, 2005, you were transferred to FMC Devens on April 29, 2003 from FCI Beckley for mental health treatment. The Mental Health staff here at FMC Devens observed you and determined that you were suffering from a mental disease or defect which required treatment and care in a suitable facility. The United States subsequently filed a petition in the United States District Court for the District of Massachusetts for a hearing to determine the present mental condition of an imprisoned person pursuant to 18 U.S.C. § 4245. The hearing was conducted in accordance with 18 U.S.C. § 4247 (d). A court-appointed attorney was assigned to you. Dr. Thompson, Chief Psychiatrist, as well as a court-appointed psychiatrist, testified about their findings regarding your mental health. Following this hearing, you were committed to the custody of the Attorney General of the United States for treatment under 18 U.S.C. § 4245, pursuant to a court order dated November 17, 2003. A due process hearing was conducted on December 1, 2003, in accordance with the provisions set forth in 28 C.F.R. § 549.42, et seq, and Program Statement 6010.01, <u>Administration and Safeguards for Psychiatric Treatment and Medication</u>, § 8. You were then advised of your rights at the hearing. You had a staff representative present at the hearing. You did not call any witnesses. It was determined that you suffered from a mental disorder, which was dangerous to yourself and others. It was further decided that medication was necessary to treat your mental illness. Accordingly, you were medicated on December 9, 2003. If you wish to appeal your commitment under § 4245, you must do so through the proper procedures with the United States District Court for the District of Massachusetts.

I trust this information is responsive to your request.

_____          _____6/10/05_____
Ann H. Zgrodnik, Staff Attorney                     Date

*The Staff representative was not of my choice and I tried to get him off of my case and was unable to do so. I did not waive rights to evidence nor witnesses nor to testify and I was not afforded said rights. I want to appeal my 4245 committment on all ground etc prior related to the courts and F.M.C. Devens and my prior State and Federal court cases. Appoint me counsel for appeal. Joseph Marion Head Junior 17549-056 (6-17-05)*

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM *Zgrodnik - Staff Attorney*
SEP 98                                    *U.S. Attorney*
**U.S. DEPARTMENT OF JUSTICE** *M. J. Sullivan*        **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) *Warden - Zgrodnik - Staff Att.* | DATE: *5 - 17 - 05* |
|---|---|
| FROM: *Joseph Marion Head Jr.* | REGISTER NO.: *17549-056* |
| WORK ASSIGNMENT: *Ed, O.R.D.* | UNIT: *N-5 cell 524* |

SUBJECT) (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.) *Violations of Due Process and Other Rights, Etc.*
*Inmate Head's rights was violated relating to the Due*
*Process Hearing Conducted Dec. 1, 2003 in F. M.C. Devens*
*In that Head was not allowed to have or present*
*evidence and witnesses in his favor and was removed*
*from said hearing by force. Head was not*
*effectively Represented. Head was forced to*
*appeal himself pro se and was not allowed*
*to have representation on appeal to Warden,*
*and was forced to represent his own self*
*and was not provided a copy of all of his court*
*and prison records. Head was not advised of*
*any right to proceed after appeal.*

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)    *OVER*    This form replaces BP-148.070 dated Oct 86
                                         and BP-S148.070 APR 94

**RESPONSE TO INMATE REQUEST TO STAFF MEMBER**

**Head, Joseph Marion**
**Reg. No. 17549-056**
**N-5 Unit**

This is in response to your Inmate Request to Staff, dated May 17, 2005, wherein it appears that you are requesting me to do your legal research.

As stated in numerous previous responses, I am an attorney for the Bureau of Prisons, I do not serve as counsel for inmates. I am not permitted by the Department of Justice or by ethical rules to assist you in your legal matters. If you have specific questions pertaining to your Court case, please contact your attorney or the Court.

I trust this information is responsive to your request.

_____                    _____6/10/05_____
Ann H. Zgrodnik, Staff Attorney                                    Date

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM *Lgrodnik - Staff Attorney*
SEP 98
U.S. DEPARTMENT OF JUSTICE  *U.S. Att. Sullivan*          **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) *Warden - Lgrodnik - Att. For Staff* | DATE: *5-17-05* |
|---|---|
| FROM: *Joseph Marion Head Jr.* | REGISTER NO.: *17549-056* |
| WORK ASSIGNMENT: *Ed. ORD* | UNIT: *N-5-524* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

*Mrs. Lgrodnik, I advise you to read the law 28 U.S.C. 1343 and all laws relating to MISPRISION OF FELONY, Misfeasance, Malfeses of office. You should respond again to all my prior request. I sent same and my request to the Warden. - Winn On 5-17-05.*

*Being A Lawyer, I assume you know your rights and mine.*

*See - Read*
*Records Of My Appeals In 1St. Cir Ct App And Petition For Rehearing Etc*

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94



Joseph Marion Head Junior
17549-056
N-5 cell 524
F. M. C. Devens
P. O. Box 879
Ayer - Ma. 01432

To: U.S. District Judge - Tauro
United States District court
John Joseph Moakely U.S. courthouse
1 Courthouse Way Suite 2300
Boston - 02210

Legal Mail
Date mailed
6-17-05

6/17

US SCREENED