U.S.D. Ct. Judges For the U.S.D. Ct. Boston, Ma. Attach this to my pending Petitions and complaints Judge Same With The Rest.

UNITED STATES GOVERNMENT

# Memorandum

Northeast Regional Office, Philadelphia, PA
FEDERAL BUREAU OF PRISONS

**DATE:** June 21, 2005

**REPLY TO ATTN OF:** Henry J. Sadowski, Regional Counsel

**SUBJECT:** Administrative Tort Claim No. TRT-NER-2005-00437

**TO:** Joseph Marion Head, Reg. No. 17549-056
FMC Devens

Appellant Head Counsel Head.

Your request for reconsideration of Administrative Tort Claim No. TRT-NER-2005-00437, was properly received by this agency on June 16, 2005. It has been considered for settlement as provided by the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2672, under authority delegated to me by 28 C.F.R. § 543.30. You seek compensatory damages in the amount of "one zillion" dollars for an alleged personal injury. Specifically, you claim staff at the Federal Medical Center (FMC), Devens, Massachusetts, participated in a court hearing to force medicate you. You do not specifically describe the type of injury you incurred as a result of this hearing or the forced medication.

After careful reconsideration, I have decided not to offer a settlement. You provide no new information which would warrant further settlement consideration. Therefore, your request for reconsideration is being denied.

Why didnt He Review The Prison and Court Records?

If you are dissatisfied with this decision, you may bring an action against the United States in an appropriate United States District Court within six (6) months of the date of this memorandum.

cc: David L. Winn, Warden, FMC Devens

Objection to the aforesaid is hereby entered July 11, 2005

As to the type of injury, if the Regional Counsel didn't Know, Why not? Is he that incompetent, to not know? as to describeing the injury, Deprivation Of Liberty Without due process and equal protection of law (see prison and court records and all asserted therein relating to Head. Futher Violations of Rights to Refuse Medicen and The Medicen Is and Was Forced, Violative of my rights. See all prison and court records relating to Head. See all my other tort claims also.
Joseph Marion Head Junior 17549-056 (7-11-05)

Joseph Marion Head Junior
Reg. No. 17549-056
N-5 Cell 524
Fed. Med. Center Devens
Post office Box 879
Ayer - Massachusetts 01432

To: (Each) Federal Judge For The
United States District court
John Joseph Moakely U.S. Courthouse
1 Courthouse Way Suite 2300
Boston - Massachusetts 02210

Legal Mail

Date mailed
7-11-05

**RESPONSE TO INMATE REQUEST TO STAFF MEMBER**

**Head, Joseph Marion**
**Reg. No. 17549-056**
**N-5 Unit**

This is in response to your Inmate Request to Staff, dated June 17, 2005, wherein you seem to be seeking my assistance regarding your criminal conviction.

As I have stated in numerous previous requests, I am an attorney for the Bureau of Prisons, I do not serve as counsel for inmates. I am not permitted by the Department of Justice or by ethical rules to assist you in your legal matters. If you have specific questions pertaining to your Court case, please contact your attorney or the Court.

With regard to your various requests regarding your criminal convictions and issues surrounding details of your charges. If you wish to challenge your criminal conviction or any of these listed grounds, you must do so through a Habeas Corpus petition filed with your sentencing court pursuant to Title 28 U.S.C. § 2255. The Bureau of Prisons does not have the authority or jurisdiction to address any of these claims.

I trust this information is responsive to your request.

Ann H. Zgrodnik, Staff Attorney

7-5-05
Date

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM Zgrodnik - Staff Attorney
SEP 98 U.S. Attorney
U.S. DEPARTMENT OF JUSTICE M. J. Sullivan **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) Dept Warden - Rape - Sex Offender | DATE: 6-17-05 |
|---|---|
| FROM: Joseph Marion Head Jr. | REGISTER NO.: 17549-056 |
| WORK ASSIGNMENT: Ed. ORD | UNIT: N-5 Cell 524 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Re: State N.C. (v) Head - 74CR2403 - 74CR2403A
Misprison of Felony - Mens Rea - Failing To Prevent a Rape, Etc. As Applies To The States Eye Witness Cooper, Constitutes a Capital Offense.
Why was Cooper never charged etc.?
Why Was Cooper not charged, Tried and Sentenced To Death?
Failing To Defend Female From Be Raped?
What could have been done to prevent the sex? When Could Have It Be Done.
Conspericy To Have Sex With Consenting Girl.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

Joseph Marion Head Junior
(?)549-056
N-5 Cell 524
F.M.C. Devens
Post office Box 879
Ayer - Ma. 01432

Legal Mail
Date Mailed
7-11-05

To: (Each) United States Federal Judge For The
United States District Court
John Joseph Moakely U.S. Courthouse
1 Courthouse Way Suite 2300
Boston Massachusetts 02210

USMS SCREENED

12 JUL 2005

USA

02210/3001

IN THE UNITED STATES DISTRICT COURT

FOR THE Ma. DISTRICT OF Ma.

Boston Division

Joseph Marion Head Junior,
Plaintiff,

Reg. No. 17549-056,

vs

United States of America
And
North Carolina
,
Defendants.

Case No. ______________

COMPLAINT

This is a civil rights act suit for damages for unlawful conviction and sentence.

JURISDICTION

The court has legal jurisdiction herein pursuant to the provisions of law and Constitution which applies hereto, to include 42 U.S.C. §§ 1981, 1983, 1984, 1985(3) and 1986; 28 U.S.C. §§ 1331, 1341, 1342, 1343, 2201 and 2202; and the Federal Rules of Civil Procedure Rule 57.

PLAINTIFF

Plaintiff herein is, Joseph Marion Head Jr. Reg. No. 17549-056 who is a Federal prisoner housed in the N.5 Cell.524 Fed. Med. Center Devens located at 42 Patton Road - P.O. Box 879 - Ayer - Ma. 01432. Plaintiff is in the custody of the Warden of the aforesaid institution, who is David L. Winn Warden. Also, in the custody of the United States Attorney General.

DEFENDANTS

Defendants herein are as related below;

(1) United States of America, Title United States of America

Address U.S. Att. Gen. - U.S. Dept. of Justice - Washington - D.C. 20543

(2) State of North Carolina, Title State of North Carolina

Address N.C. Att. Gen. - N.C. Dept. Justice - Raleigh - North Carolina 27602

Plaintiff herein is proceding pro se, without the legal assistance of a person trained in law and Plaintiff is a layman at law and has had no professional training in law and Plaintiff therefore respectfully moves the court for a liberal construction on and as to, all pleadings, claims, et c., herein and relating hereto.

That it is well settled that pro se litigants generally are entitled to a liberal construction of their pleadings, which should be read to raise the strongest argument they suggest. See: Green v. United States, 260 F 3d 78, 83 (2nd Cir. 2001), Haines v. Kerner, 404 U.S. 519, 520 - 21 (1972 per curiam).

Plaintiff's rights to counsel, legal assistence, et c., 18 U.S.C. § 3006(a) and et seq. thereof, U.S. Constitution Amendments Six and Fourteen. Plaintiff states that he does not waive this right to counsel, et c..

That the United States Court of Appeals for the Fourth Circuit prior, adjudged, that indigent laymen, (proceeding pro se) are not required to prove their asserted claims in advance of a full in court evidentry hearing.

The background of Plaintiff and his State and Federal Court cases and all related and asserted therein and relating thereto, is related within the prison and court records of and relating to Plaintiff, prior and present. Plaintiff does not himself have a copy of said records, therefore, cannot state the background herein and therefore refers the Court to said records as for the background of same and all related and asserted and demanded therein and relating thereto to include all opinions, judgements and orders of the courts, et c., thereto.

GROUNDS ASSERTED HEREIN BY PLAINTIFF
PRO SE WITHOUT LEGAL ASSISTANCE OF A
PERSON PROFESSIONALLY TRAINED IN LAW

GROUND 1:

The convictions obtained in case no. 74CR2403, was obtained in violation of the laws or Constitution of the United States or of the State of N.C. in the in the ways related herein below and for the reasons stated herein below:

1. Plaintiff did not legally consent to the mistrial nor to the discharge of the chosen jury. Retrial of The Mistrial Was therefore Double Jeopardy.
2. Judge Baily Failed To Inform Plaintiff of The Disadvantages and Dangers of self representation, the waiver of right to counsel is therefore illegal etc.
3. Deprivation of Liberty Without due process and equal protection of law. See all prison and court records of and relating to plaintiff.

GROUND 2:

The federal sentences of Plaintiff are illegal in that they were enhanced based on an unlawful conviction not legally proven to be legal, valid, final, prior to using same to enhance Plaintiff's federal sentence and or to obtain an upward departure and a greater sentence based upon said unlawful prior convictions. See: Title 21 U.S.C. § 851. 851(e) and notes.

GROUND 3: The Federal Sentences Illegal Because They exceed three years stated in 21 U.S.C. 851(a-2) and the infromation was not legally filed prior to trial.

GROUND 4: The Federal Sentences Are Illegal Because They are Not Based On a Legal and Valid convictions and indictment

GROUND 5: The infromation filed was Illegal because of the sentences imposed exceed 3 year increase and it was not timely filed before the Trial.

RELIEF DEMANDED BY PLAINTIFF PRO SE

1. Leave to proceed In Forma Pauperis

2. Appointment of counsel hereto

3. In court evidenrty hearing with the Plaintiff present for same.

4. Subpoeina's issued to the below persons:

All State and Federal Court Records and

1. Name: ________, Address: ________

Employee's Relating To Plaintiffs Court Cases.

all Governmental witnesses to Plaintiffs

2. Name: ________, Address: ________

State and Federal Court Cases.

All Defense Attorneys Relating To

3. Name: ________________, Address: ________________

Plaintiffs State and Federal Court Cases

5. Grant and Order to Plaintiff, the maximum relief and money, authorized by law, Constitution, relating hereto.

Signed Joseph Marion Head Jr. Reg. No. 17549-056

Address: N-5 Cell 524 F.M.C. Devens 42 Patton Road - P.O. Box 879 - Ayer - Massachusetts 01432

CERTIFICATION OF SERVICE

I, Joseph Marion Head Jr., Reg. No. 17549-056, state that on the 9 day of 7, 2005, I sent to the Court: U.S.D.Ct. located at Boston Massachusetts 02210 the original and ( 0 ) copies of the foregoing complaint and I also sent a copy of said complaint to the Attorney General of the United States, at: (Not Sent) copies out of order, court will have to make and serve and to, all copies and one to plaintiff.

Signed Joseph Marion Head Jr. Reg. No. 17549-056.

on this the 9 day of 7, 2005.

As to the indigence of plaintiff see all of this courts prior records of plaintiff and see the records of all other courts and prisons in the past 31 years. Have each provide this court the infromation as to plaintiffs indigence and trust fund blance.

Joseph Marion Head Junior 17549056 (7-9-05)

In The United States District Court
For The Ma. District of Ma.
Boston Division

| | |
|---|---|
| Joseph Marion Head Junior | Case Number 4-98-CR102 |
| Reg. No. 17549-056 | Fed. - North Carolina |
| vs | Reference To Case No. |
| United States of America And | North Carolina |
| State of - North Carolina | Rutherford and |
| State of - | Henderson Counties |
| Defendants, Repondent Or | |
| Appellee | |

Motion For A Free Copy Of All Materal, Statements, Etc., In The Passission Of The The United States Government And Its Staff, And The Government and Its Staff Of The State Of North Carolina, Relating To Movant Herein Jurisdiction, The Laws And Constitution of The United States And The State Of North Carolina, To Enclude The Jencks Act, 18 U.S.C. 3500 And Each And All Laws, Cases Etc On Disclosure and The Freedom of Infromation and Privacey Act, As Applies Hereto.

Now Comes, Joseph Marion Head Junior Reg. No. 17549-056 who is the N/A See Ct. Rec. in the cases of, case no. See Ct. Rec.

Motion Page, (2)

United States of America (VS) Joseph Marion Head Jr
________, Defendant.
case no.
United States America (VS) Joseph Marion Head Junior
, ________, Respondent,
case no. 73CR5057
State of North Carolina (VS) Joseph Marion Head Jr.
Defendant ________.
case no. 74CR2403 and 74CR2403A
State of North Carolina (VS) Joseph Marion Head Jr
, Defendant ________.
case no. As Related of court Records
State of North Carolina (VS) Joseph Marion Head Jr
, Defendant ________

Joseph Marion Head Jr. Plaintiff
VS
As Related Of Court Records In The Courts Of, United States of America And In The courts of The State Of North Carolina

, ________, ________, ________

A Free Copy Of All Known Records, Etc. Relating To The Aforsaid Plaintiff and Defendant And The Cases Aforsaid Is Also Requested And Moved For Herein.

Movant herein is presently housed in

the N-5 Cell 524 F.M.C. Devens
Located at 42 Patton Road - Post Office Box 879
Ayer - Massachusetts - 01432
And The Warden Thereof, Vs David L. Winn
Movant is in the custody of the aforesaid Warden and The, U.S. Attorney General Address, U.S. Dept. Justice - Washington D.C. 20543

Background Of Movant
And Movants Court Cases

The Court is refered to all Known Prison And Court Records Relating To Movant And The Court Cases of Movant And All Records Relating Thereto, As If Same Was Stated And Related Herein In Proper Order And Form Of Same.

Movants Needs For The Records Etc.

(1)

As a personal and privit record of same.

(2)

For Lawful Court Related Legal Matters, To Enclude As Relates To Effective Self Representaion, Etc. Relating To Movants Court Cases And Personal Legal Matters,

(3)

Motion Page (4)

(4)

(5)

(6)

(7)

(8)

Motion Page (5)

Movant refers the court to all the aforesaid records and the contents thereof and to the records herewith, as to the indigence of movant at the present time and date.

Wherefore movant respectfully moves the Court to Grant this motion in forma pauperis and order that movant be provided a copy of all the Records etc. at no cost to movant for same. Futher that movant be provide A Court Docket Report of all Filing Etc. Relating To Movant And His Court Cases And Etc. Records of Other Government Employees, Etc..

Respectfully Presented On This The 2 Day of July 2005.

Signed, Joseph Marion Head Junior 17549-056

Certificate of Service

Date Mailed To Court, 7-2-05

Joseph Marion Head Junior Aforsaid
7-2-05

Vereen v United States 587 A.2d 456, 458 (D.C. 1991)
Constitutional Error - Ineffective Counsel.
Smith v United States 414 A.2d. 1198, 1199 (D.C. 1980)
Prior To Each Stage of The Criminal Processes
Failure To Conduct
Proceedings, To Determine The
Competence Of Witnesses
Of The Governments Etc..

The States witnesses was incompetent to truthfully speak what the defendants mental state was at the time the acts was done by the defendant according to said witnesses testimony and statement to the police.

The degree of cooper's drunkness was not proven in court to be not so much he could say whether or not the defendant was in controle of himself and his thoughts at the time the defendant alledgelly did the acts complained of. Cooper was not a competent witness, nor was Griffen, Nor an impartial witness. See Griffens Statements to police, doctors and others. Perjury Intent.

IN THE UNITED STATES DISTRICT COURT

FOR THE Ma. DISTRICT OF Ma.
Boston Division

Joseph Marion Head Junior )
Plaintiff, )

Reg. No. 17549-056, )

vs ) Case No. ______________

United States of America )
And )
State of North Carolina )
______________, )
Defendants. )

COMPLAINT

This is a civil rights act suit for damages for unlawful conviction and sentence.

JURISDICTION

The court has legal jurisdiction herein pursuant to the provisions of law and Constitution which applies hereto, to include 42 U.S.C. §§ 1981, 1983, 1984, 1985(3) and 1986; 28 U.S.C. §§ 1331, 1341, 1342, 1343, 2201 and 2202; and the Federal Rules of Civil Procedure Rule 57.

PLAINTIFF

Plaintiff herein is Joseph Marion Head Jr. Reg. No. 17549-056, who is a Federal prisoner housed in the N-5-Cell 524 Federal Medical Center Devens located at P.O. Box 879 - Ayer - Massachusetts - 01432. Plaintiff is in the custody of the Warden of the aforesaid institution, who is David L. Winn, Warden. Also, in the custody of the United States Attorney General.

DEFENDANTS

Defendants herein are as related below;

(1) United States of America, Title United States of America

Address U.S. Attorney General, U.S. Dept. of Justice, Washington - D.C. 20543

(2) State of North Carolina, Title State of North Carolina,

Address N.C. Attorney General, N.C. Department of Justice, Raleigh, North Carolina - 27602

Plaintiff herein is proceding pro se, without the legal assistance of a person trained in law and Plaintiff is a layman at law and has had no professional training in law and Plaintiff therefore respectfully moves the court for a liberal construction on and as to, all pleadings, claims, et c., herein and relating hereto.

That it is well settled that pro se litigants generally are entitled to a liberal construction of their pleadings, which should be read to raise the strongest argument they suggest. See: Green v. United States, 260 F 3d 78, 83 (2nd Cir. 2001), Haines v. Kerner, 404 U.S. 519, 520 - 21 (1972 per curiam).

Plaintiff's rights to counsel, legal assistence, et c., 18 U.S.C. § 3006(a) and et seq. thereof, U.S. Constitution Amendments Six and Fourteen. Plaintiff states that he does not waive this right to counsel, et c..

That the United States Court of Appeals for the Fourth Circuit prior, adjudged, that indigent laymen, (proceeding pro se) are not required to prove their asserted claims in advance of a full in court evidentry hearing.

The background of Plaintiff and his State and Federal Court cases and all related and asserted therein and relating thereto, is related within the prison and court records of and relating to Plaintiff, prior and present. Plaintiff does not himself have a copy of said records, therefore, cannot state the background herein and therefore refers the Court to said records as for the background of same and all related and asserted and demanded therein and relating thereto to include all opinions, judgements and orders of the courts, et c., thereto.

GROUNDS ASSERTED HEREIN BY PLAINTIFF
PRO SE WITHOUT LEGAL ASSISTANCE OF A
PERSON PROFESSIONALLY TRAINED IN LAW

GROUND 1:

The convictions obtained in case no. 74CR2403, was obtained in violation of the laws or Constitution of the United States or of the State of N. C. in the in the ways related herein below and for the reasons stated herein below:

1. Violations Of Rights Against Double Jeopardy And Subject To Double Jeopardy, See All State And Federal Prison And Court Records.
2. Failure To Reprosecute The Mistrial Within The Time Required By Law, 18 U.S.C. 3161(e), Strunk v United States Supra 1973, Rule 48(b) Fed. R. Crim. Proc..
3. Violations Of The Sixth Amendment Right To A Speedy Trial By An Impartial Jury And Judge. See All State, Federal, Prison and Court, Records.

GROUND 2:

The federal sentences of Plaintiff are illegal in that they were enhanced based on an unlawful conviction not legally proven to be legal, valid, final, prior to using same to enhance Plaintiff's federal sentence and or to obtain an upward departure and a greater sentence based upon said unlawful prior convictions. See: Title 21 U.S.C. § 851. -851(e).

GROUND 3: North Carolina Denied And Deprived Plaintiff Of His Liberty Without Due Process And Or Equal Protection of Law And Constitution And As Applies To, 4-98-CR-102.

GROUND 4: Each And All Prior Asserted Relating To Each Of Plaintiffs Criminal Cases, State and Federal And all Civil Complaints Relating To Each Said Cases of Plaintiff.

GROUND 5: Plaintiff Rights To Access To The Courts Was Violated By The State N.C. and By U.S.A and By Fed. B.O.P. and N.C. Dept. Corr. - See All Court Records of Plaintiff.

RELIEF DEMANDED BY PLAINTIFF PRO SE

1. Leave to proceed In Forma Pauperis or Timely Payments,
2. Appointment of counsel hereto 18 U.S.C. 3006 A, or Timely Payments,
3. In court evidenrty hearing with the Plaintiff present for same.
4. Subpoeina's issued to the below persons:

Each Government Employee Relating To Plaintiffs
1. Name: __________, Address: __________
criminal and Civil Cases and Prison Records.

Each Government Witness relating to Plaintiffs
2. Name: __________, Address: __________
Prison and Court Records and Court Cases

3. Name: Each Of Plaintiffs Prior Defense Counsels, Address: State and Federal - Criminal and Civil.

5. Grant and Order to Plaintiff, the maximum relief and money, authorized by law, Constitution, relating hereto.

Signed Joseph Marion Head Jr. Reg. No. 17549-056

Address: N-5-Cell-524-F.M.C. Devens, 42 Patton Road - Post Office Box 879 - Ayer - Massachusetts - 01432

CERTIFICATION OF SERVICE

I, Joseph Marion Head Jr., Reg. No. 17549-056 state that on the 6 day of July, 2005, I sent to the Court: U.S.D.Ct.-Boston Division located at Boston Massachusetts - Zip Code 02210. the original and (0) copies of the foregoing complaint and I also sent a copy of said complaint to the Attorney General of the United States, at: Not Sent (Copyer Out Of Order) The Court will have to make and serve all copies of ~~and to,~~ this complaint and send plaintiff a filed copy of same also.

Signed Joseph Marion Head Jr. Reg. No. 17549-056

on this the 6 day of July, 2005.

The Court is to make finding of plaintiffs indigence and trust fund blance for the past 31 years, To determine whether or not plaintiff is entitled to proceed in forma pauperis or not or in small timely payments.

Signed, Joseph Marion Head Junior 17549-056

7-6-05

To, Each U.S. D. Ct. Fed. Judge For Boston Ma.

IN FORMA PAUPERIS DECLARATION

U.S. D. Ct. Boston Ma. Division
[Insert appropriate court]

Joseph Marion Head Junior
(Petitioner)

v.

See Petition Herewith
(Respondent(s))

DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, Head, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? Yes ☑ No ☐

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. F. M.C. Devens, Ed. Dept., Less Than $20 per Month

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment? Yes ☐ No ☑
   b. Rent payments, interest or dividends? Yes ☐ No ☑
   c. Pensions, annuities or life insurance payments? Yes ☐ No ☑
   d. Gifts or inheritances? Yes ☑ No ☐
   e. Any other sources? Yes ☑ No ☐

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. Jol Aforesaid and V.A. Benefits and Gifts From a Brother

3. Do you own cash, or do you have money in checking or savings account? Yes ☑ No ☐ (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned. N/A See Prison Records.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐ No ☑ Ct.s Denied all Prior Relief. Why?
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. None

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on ______ (date). 1-July 2005

Joseph Marion Head Junior
Signature of Petitioner
17549-056

Certificate

I hereby certify that the movant herein has the sum of $ 10.00/100 on account to his credit at the FMC Devens institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said FMC Devens institution: Ø. Phone Credits

Authorized Officer of Institution

(Amended, effective August 1, 1982; effective December 1, 2004.)

See attached 2page statement

# Inmate Inquiry

PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 17549056 | **Current Institution:** | Devens FMC |
| **Inmate Name:** | HEAD, JOSEPH | **Housing Unit:** | N SOMP |
| **Report Date:** | 07/01/2005 | **Living Quarters:** | N05-524L |
| **Report Time:** | 2:59:55 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 5438 |
| FRP Participation Status: | ExemptTmp |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 2/15/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 7/1/2005 2:07:46 AM |
| Account Status: | Active |
| ITS Balance: | $0.00 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $10.00 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $10.00 |
| National 6 Months Deposits: | $824.70 |
| National 6 Months Withdrawals: | $820.35 |
| National 6 Months Avg Daily Balance: | $60.34 |
| Local Max. Balance - Prev. 30 Days: | $45.53 |
| Average Balance - Prev. 30 Days: | $22.16 |

page 1 of 2

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $509.42
Last Sales Date: 6/16/2005 11:52:40 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

**Comments:**

Page 2 of 2

**FORM TO BE USED BY FEDERAL PRISONERS FOR FILING A PETITION FOR WRIT OF HABEAS CORPUS UNDER TITLE 28 U.S.C. § 2241**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE** Boston - Ma. - Division

Joseph Marion Head Junior
Petitioner
Reg. No. 17549-056
P.O. Box 879 F.M.C. Devens
Ayer - Massachusetts 01432
(Full name under which you were convicted; Prison Number; Full Mailing Address).

**VS.** **CIVIL ACTION NO.**_____________

U.S. Attorney General and
Respondent(s)
David L. Winn, - Warden
F.M.C. Devens

(Name of Warden or other authorized person having custody of Petitioner).

**PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT. ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.**

1. This petition concerns: (check appropriate blank)

✓ A conviction
✓ A sentence (**CAUTION:** If you are attacking a sentence imposed under a Federal Judgment, you must file a direct motion under 28 U.S.C. § 2255 in the Federal Court which entered the Judgment).
_____ Jail or prison conditions
_____ Prison discipline issue
_____ A parole problem
✓ Other. State briefly: Denied Right To Appeal - 18 U.S.C. 4245 of commitment, Because of Ineffective assistance of counsel and By the court not ordering an Untimely appeal because of same.

2. Place of detention: N-5 Cell 524 - Fed. Med. Center Devens 42 Patton Road - Post office Box 879 - Ayer - Massachusetts 01432.

7. Indictment or case number, if known: 4-98-CR-102

8. Offense or Offenses for which sentence was imposed: 18 U.S.C. 876 (9 counts)

9. Date upon which sentence was imposed and the term of the sentence: N/A See Ct. Records

10. When was a finding of guilt made? (Check one)

__________ After a plea of guilty

✓ After a plea of not guilty

__________ After a plea of Nolo Contendre

11. If you were found guilty after a plea of not guilty, was that finding made by:

✓ A jury

__________ A judge without a jury

12. Did you appeal the judgment of the conviction or the imposition of a sentence? ✓ Yes _____ No

13. If you did appeal, give the following information for each appeal:

a. Name of court: U.S. Ct. App. 4th. Cir.

b. Result: N/A - See Court Records

c. Date of result: N/A - See Court Records

d. Citation or number of opinion: N/A See Court Records

e. Grounds raised: (List each one)

N/A See Court Records

**NOTE: If you appealed more than once, attach an additional sheet of paper the same size, give all the information requested above in question number 13, a through e. DO NOT WRITE ON BACK OF PAGE.**

15. If this petition concerns jail or prison conditions, prison discipline, a parole problem or other cause under 28 U.S.C. § 2241, answer the following:

a. Did you present the facts in relation to your present complaint in the internal prison grievance procedure?

_________ Yes _________ No N/A - See Prison Records

(1) If your answer to "a" above is yes, what was the result? N/A See Prison Records

(2) If your answer to "a" above is no, explain: N/A See Prison Records and all Court records relating to petitioner.

b. Did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

_________ Yes _________ No N/A See Prison Records

(1) If your answer is "yes," state the date such claim was submitted and what action, if any has been taken: N/A See Prison Records

(2) If your claim has not been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agency concerning you. N/A See Prison Records and Court Records

c. **STATEMENT OF CLAIM:** State here as briefly as possible the facts of your case. DO NOT give any legal arguments or cite any cases or any statutes. Attach extra pages of the same size to this page if more room is necessary. DO NOT write on the reverse side of this page.

Petitioner was denied and or deprived of his right to appeal his commitment 18 U.S.C. 4245(d) because his court appointed attorney did not file notice of appeal timely nor otherwise per petitioners request and instructions to him to do so. The courts and Staff at F.M.C. Devens is of knowledge of the aforesaid and ordered no relief nor release of or to petitioner. All relating to Petitioners State and Federal Convictions and charges could have been presented at the committment hearing, and on appeal therefrom and in a motion 18 U.S.C. 4245(e) 4247(h), 28 U.S.C. 2241 and was not presented by said attorney, etc. nor in Annual Reports to the Courts!

United States District Court
For The District of Massachusetts
Boston Division

| | |
|---|---|
| United States of America Petitioner | 18 U.S.C. 4245(d) committment |
| vs | case No. ______ |
| Joseph Marion Head Jr. Respondent | U.S. D.Ct. Boston - Massachusetts. |

Motion For A Hearing To Determine Whether The Person Should Be Discharged From Federal Medical Center Devens 18 U.S.C. 4247(h), U.S. Const. Amend. 5,8,14.

Now Comes, Joseph Marion Head Junior, Reg. No. 17549-056, Respondent in the above entitled cause, and movant herein, who himself pro se, respectfully moves the court for a hearing as aforsaid pursuant to the law aforsaid and such other law as applies.

Movant is presently housed in the Federal Medical Center Devens, Located at, 42 Patton Road - Post office Box 879, Ayer-Massachusetts 01432, In The custody of the Warden thereof, David L. Winn And The U.S. Attorney General.

Motion Page No. (2)

Movant was in the United States District Court in Boston Massachusetts committed on Nov. 17-03 by The Fed. Judge, Tauro.

Movant was represented by Court appointed attorney - William A. Brown - 31 Milk Street, Room 601 Boston - Massachusetts - 02109.

Said representaion was not effective as required by law, constitution and movants rights.

Mr. Brown, presented no evidence nor witnesses on behalf of movant, and did not allow movant to testify in his own behalf nor allowed movant to speak to Mr. Brown durning nor after said hearing and only two or three times prior to said hearing. Nor did Mr. Brown file a timely notice of appeal on behalf of movant as he told movant he would do, per movants request that he do.

See and apply, Glouser v United States S.D. Iowa (1970), 318 F. Supp. 175) United States v Smith, C.A. 6 (Mich.)(1967) 387 F. 2d, 268) Sincox v United States 571 F.2d, 876, 879-80 (5th cir 1978) U.S. (v) Wilson 997, F.2d, 429, 431 (8th cir 1993)

Motion Page No.(3)

Mr. Brown at no time told movant that he did not file a timely notice of appeal and did not give movant all the records so movant could proceed pro se - Self represent aion - Or seek appointment of counsel by the court.

Mr. Brown at no time informed and explaned to movant his rights nor as to habeas corpus 28 U.S.C. 2241 nor as to a motion 4245 © 4247(h).

Mr. Brown was totally ineff ective and violative of law, constitution and movants rights.

Movant tried to have Mr. Brown removed as movants attorney and Fed. Judge Tauro denied the motion. Why? Proof of Legality of Same and Vality of Same, Remanded.

Prior to committing movant Judge, Tauro did not allow movant to speak in his own behalf. Why?

Nor did said judge review all records relating to movants court cases, State and Federal Court Cases. Why?

Motion Page No.(4)

How, When, Where, By Who Or What was the law 18 U.S.C. 4245 and sub sec.s and 4247 and sub sec.s applied and not applied relating to movant and his case and committment, etc.? Proof of Same and of the legality of same is Demanded by movant.

Subpoena'S

Movant demands that the Court issue subpoena's to all person's places and things, relating to the committment of movant and prior thereto requesting same, all of F.M.C. Devens Staff and all of F.C.I. Beckly, W.Va Staff and inmate relating to movants case, committment, transfer, etc.; And All Person etc relating to movants criminal and civil court cases, V.A. S.S. S.S.I. and Each and All Phy: Prior and Present Relating To Movant and his court cases and committments

Appoint Movant Counsel Hereto.
Signed, Joseph Marion Head Junior 7-3-05

United States District Court
For The District Of Massachusetts
Boston Division

Joseph Marion Head Junior
Reg. No. 17549-056
Plaintiff,
vs
United States Of America
And, F.M.C. Devens, And
The Employee's Of Each,
Which Are Liable Herein

Civil Case No.

Complaint

This is a complaint in forma pauperis, or otherwise, as allowed and ordered by the Court, Cost Of Filing, And For Legal Assistance, Etc. To Be Paid Timely In Small Payments As Ordered By The Court.

For The

Violations Of Plaintiffs Rights To Refuse Medication While Falsely Imprisoned And Or Kidnaped By Judicial Processes And Or By Relating To Judicial Processes.

Jurisdiction

Complaint Page No. (2)

The Court Has Legal Jurisdiction Herein, Pursuant To The Provisions Of Laws And Constitution Which Legally Applies Hereto And Which May Be Legally Applied Hereto By The Court.

Plaintiff

Plaintiff herein, is Joseph Marion Head Junior, Reg. No. 17549-056, who is presently houses in N-5 cell 524, of Federal Medical Center Devens, located at 42 Patton Road - Post Office Box 879, Ayer - Massachusetts - Zip Code - 01432. And Is In The Custody Of The Warden Thereof, Who Is, David L. Winn, Also In The Custody Of The United States Attorney General.

Background of Plaintiff

Background Of Plaintiff And Plaintiffs Criminal Court Cases - State And Federal, and The 18 U.S.C. 4245(d) Committment, Is As Related Within The Prison and Court Records And Other Records Relating Thereto. To Enclude All Related and asserted and Demanded Therein And Relating Thereto and All Prosesses Etc., Relating To Each Of Same And The Court Is Refered To Said R...

as to all the aforsaid and etc relating thereto, as if same was related herein in proper order and form of same, as part hereof. The Court relating hereto make a complete findings of fact etc as to all the aforsaid; past, present, etc. as applies.

Defendants

Defendants herein are, The United States of America And F.M.C. Devens, and The Employee's Of Each Which Are Liable Herein As Determind By The Court. Addresses, F.M.C. Devens, Post Office Box 880 - Ayer - Massachusetts - 01432.

The United States Court Of Appeals For The Fourth Circuit Prior Hereto Has Adjudged That When An Indigent Prisoner Proceeding Pro Se In Forma Pauperis Is Not Required To Prove His Claims And Grounds In Advance of a Full Incourt Evidentiary Hearing. Plaintiff Dose Not Waive This Right And Dose Demand Same Be Aforded To Him Without Any Unnecessary Delay, Etc..

Plaintiffs Right To Counsel

Plaintiff's rights to counsel is related in amendments 4, 5, 6, 8, 14 of The United States Constitution and 18 U.S.C. 3006 A, Etc. Laws and cases as Known By The Courts.

Plaintiffs Rights To A Liberal Construction

Plaintiff herein is a laymen at law, none versed in law and has had no professional training in law and is forced to proceed pro se without the assistance of a person professionally trained in law. Plaintiff is an indigent person and has been for the past 58 years from his date of birth forward and has been incustody for over 31 years, illegally etc as is evident of prison and court records and law, constitution.

That it is well settled that pro se litigants generally are entitled to a liberal construction of their pleadings, etc., which should be read to raise the strongest arguments they suggest. Green (v) U.S., 260 F.3d. 78, 83 (2d. Cir 2001) Haines v Kerner-404 U.S.C. 519, 520-21 (1972)

The Legal Grounds Herein are Plaintiffs And Pro Se Related Without Legal assistence of a Person Professionally Trained In Law.

Ground (1)

Violative of Law And Constitution And Plaintiffs Rights, Plaintiff Is And Was Forced To Take Medicen Which He Had No Need For And No Need For Said Medicen Was Ever Legally Proven In A Court of Law Nor Otherwise. The Medicen Is Not Now And Was Not Prior Needed By Plaintiff And There Is And Was Systimadical Consperiseys Against Plaintiff By Governmental Employee's And Inmates To Force Plaintiff To Have To Take Medicen And To Denie And Or Deprive Plaintiff Of The Relief And Release Plaintiff Demanded In courts of Law, Legally And For Just Cause, And To Try To Cover Up Or Keep Secreat The Systems Etc. Plaintiff Complained Of To Prison Staff And To The Courts For Which Plaintiff Is And Was Forced To Take Medicen Which cost $800.00 a shot, Once ever two weeks.

Ground (2)

Plaintiffs Committment - 18 U.S.C. 4245(d) is and was illegal, unconstitutional and violative of law, constitution, plaintiffs rights, priviledges, as appears and related and asserted, prior To the Prison Staff - Etc and To The Courts, Federal Courts. Futher see each and all of plaintiffs legal claims, grounds, etc within the State and Federal Prison and Court records that relates and applies to the aforsaid and may be applied to the aforsaid by the Courts. Futher see all prior relief demanded by plaintiff and See each and all opinions, judgments and orders of the courts, etc relating to the aforsaid.

All The Aforsaid Could Have And Should Have Been Presented At The Committment Hearing of The Plaintiff Nov. 17 - 2003 and at The Institutional Due Process Hearing December 1, 2003 and on The Appeals From Each Aforsaid. Also in The Annual Case Summarys For The Court Made By Staff Of F.M.C. Devens Also 18 U.S.C. 4245(e) and 4247(h) 28 U.S.C. 2241

complaint Page No (7.)

Relief Demanded Herein As Demanded By Plaintiff Pro Se Who Dose Not Know What Relief He Can Legally Demand Therefore The Court Must Grant And Order The Legally Authorized Relief And Deny The Rest, With Legal Reasons Stated For The Denial, In The Courts Order.

Plaintiff Pro Se Demands The Relief Stated And Indicated Herein Below.

(1.)

Leave to proceed in forma pauperis based on the courts finding of fact, of Plaintiffs indigense for the past 58 years and past 31 years in custody and all prison and court records relating thereto. Same as to how much money would have to be paid each month, otherwise if not allowed to proceed if forma pauperis.

(2)

The Court appoint counsel hereto, to fully and effectively represent this complaint and plaintiff.

(3)

That all cost for, postages, record copying, etc copying, legal meterel, law books, ink pens and paper and legal pads, folder's, envelopes, Certified Mailing, [illegible]

and Typeast, be informa paupeis and or as otherwise allowed and ordered and the Clerk of Court, do all the typeing and makeing of copies and mailing copies to defendants and to plaintiff and to the courts.

(4)

That the Court review all Known Prison and Court and Other Records Relating To Plaintiff and determine therefrom which dose, can, may, will, apply to the matters its relates and asserted and demanded herein and attach a copy of same to the coplaint and all copies of the complaint and provide plaintiff a free copy of same. Or Have a Court Appointed attorney To Do the aforsaid.

(5)

The Court Grant and Order Incourt Evidentry Hearings With Plaintiff Present, and Order a Jury Trial Hereto and each jurior (Be) a Telicopic and or a Mind Reader, Both if possiable, and professionally trained in law.

(7)

Court Order Subpoena's to issue to all persons, places and things, to appear and testify and produce all ...

records etc relating to plaintiff and the aforsaid herein.

(8)

That the Court Grant and Order To Plaintiff, the Maximum Relief Authorized By Law, Constitutions Etc. all of Same Be Tax Free Forever.

(9)

Court Order the Clerk of Court to make a typed copy of this complaint and serve a copy of same on each defendant and the court and plaintiff and plaintiffs counsel if one is appointed or a Team of Attorneys Etc.. And Have The Clerk make all Necessary copies of records etc, also and attach a copy to the complaint and each copy of the complaint and Serve Same.

Signed, Joseph Marion Head Junior
Reg. No. 17549-056
On This The 3 day of July 2005
Same Date Mailed To Court

IN THE UNITED STATES DISTRICT COURT

FOR THE Ma. DISTRICT OF Ma.

Boston Division

Joseph Marion Head Junior )
Plaintiff, )
Reg. No. 17549-056, )
vs ) Case No. ______
United States America
And
North Carolina
_______,
Defendants. )

COMPLAINT

This is a civil rights act suit for damages for unlawful conviction and sentence.

JURISDICTION

The court has legal jurisdiction herein pursuant to the provisions of law and Constitution which applies hereto, to include 42 U.S.C. §§ 1981, 1983, 1984, 1985(3) and 1986; 28 U.S.C. §§ 1331, 1341, 1342, 1343, 2201 and 2202; and the Federal Rules of Civil Procedure Rule 57.

PLAINTIFF

Plaintiff herein is Joseph Marion Head Jr. Reg. No. 17549056 who is a Federal prisoner housed in the N-5 Cell 524 Federal Medical Center Devens located at P.O. Box 879 - Ayer - Massachusetts - 01432.

Plaintiff is in the custody of the Warden of the aforesaid institution, who is David L. Winn, Warden. Also, in the custody of the United States Attorney General.

DEFENDANTS

Defendants herein are as related below;

(1) United States America, Title United States America

Address U.S. Attorney General, U.S. Dept. of Justice, Washington - D.C. 20543

(2) North carolina, Title State of North Carolina

Address N.C. Attorney General, N.C. Dept. of Justice - Raleigh - North Carolina 27602.

Plaintiff herein is proceding pro se, without the legal assistance of a person trained in law and Plaintiff is a layman at law and has had **no professional** training in law and Plaintiff therefore respectfully moves the court for a liberal construction on and as to, all pleadings, claims, et c., herein and relating hereto.

That it is well settled that pro se litigants generally are entitled to a liberal construction of their pleadings, which should be read to raise the strongest argument they suggest. See: Green v. United States, 260 F 3d 78, 83 (2nd Cir. 2001), Haines v. Kerner, 404 U.S. 519, 520 - 21 (1972 per curiam).

Plaintiff's rights to counsel, legal assistence, et c., 18 U.S.C. § 3006(a) and et seq. thereof, U.S. Constitution Amendments Six and Fourteen. Plaintiff states that he does not waive this right to counsel, et c..

That the United States Court of Appeals for the Fourth Circuit prior, adjudged, that indigent laymen, (proceeding pro se) are not required to prove their asserted claims in advance of a full in court evidentry hearing.

The background of Plaintiff and his State and Federal Court cases and all related and asserted therein and relating thereto, is related within the prison and court records of and relating to Plaintiff, prior and present. Plaintiff does not himself have a copy of said records, therefore, cannot state the background herein and therefore refers the Court to said records as for the background of same and all related and asserted and demanded therein and relating thereto to include all opinions, judgements and orders of the courts, et c., thereto.

GROUNDS ASSERTED HEREIN BY PLAINTIFF
PRO SE WITHOUT LEGAL ASSISTANCE OF A
PERSON PROFESSIONALLY TRAINED IN LAW

GROUND 1:

The convictions obtained in case no. 74CR2403, 74CR2403A, was obtained in violation of the laws or Constitution of the United States or of the State of N. C. in the in the ways related herein below and for the reasons stated herein below:

1. Plaintiff was not allowed file anything ON appeal pro se and was not aforded his rights under Anders v California 1967, N.C.G.S. Vol. 1C 1974 Cumm. Supp. Frivolous Appeals.
2. The Grand Jury Falsely Charged Plaintiff And Had No Evidence Etc. Of A Violation Of N.C.G.S. 14-177. See State v Whitmore 1969 N.C. case. See Griffen's Statements To Police.
3. Magistrate H.O. White Wrote A Warrant charging Griffen With Perjury And It Was Never Served Nor Inforced, Plaintiff was forced to fully serve his sentence,

GROUND 2:

The federal sentences of Plaintiff are illegal in that they were enhanced based on an unlawful conviction not legally proven to be legal, valid, final, prior to using same to enhance Plaintiff's federal sentence and or to obtain an upward departure and a greater sentence based upon said unlawful prior convictions. See: Title 21 U.S.C. § 851. 851(e).

GROUND 3: The D.A. in 74CR2403A knowingly uses false or perjuried testimony of Griffen, to obtain the convictions and the judges, justices, Defense Attorneys, Police, Knows it.

GROUND 4: Subornant Perjury By D.A. Lowe. He knowed and allowed Griffen to committ perjury to convict plaintiff in cases 74CR2403 - 74CR2403A.

GROUND 5: Each Claim, Ground, Etc. Prior Asserted relating to 74CR2403 - 74CR2403A, See All State and Federal Prison And Court records relating to the aforsaid cases.

RELIEF DEMANDED BY PLAINTIFF PRO SE

1. Leave to proceed In Forma Pauperis

2. Appointment of counsel hereto

3. In court evidenrty hearing with the Plaintiff present for same.

4. Subpoeina's issued to the below persons: Each Gov. Employee and Witness; Etc. Relating

1. Name: __________, Address: __________

To Plaintiffs Cases 74CR2403 - 74CR2403A.

Each Attorney that was appointed to represent

2. Name: __________, Address: __________

Plaintiff and His Court Cases.

3. Name: All Records, Etc Relating To Plaintiffs, Address: Criminal and civil court cases.

5. Grant and Order to Plaintiff, the maximum relief and money, authorized by law, Constitution, relating hereto.

Signed Joseph Marion Head Jr. Reg. No. 17549-056

Address: N-5 Cell 5-24 Fed. Med. Center Devens, 42 Patton Road, Post Office Box 879 Ayer Massachusetts, 01432

CERTIFICATION OF SERVICE

I Joseph Marion Head Jr. Reg. No. 17549-056 state that on the ~~30~~ 1st day of July, 2005, I sent to the Court: U.S.D. Ct. located at Boston Massachusetts, 02210 the original and ( 0 ) copies of the foregoing complaint and I also sent a copy of said complaint to the Attorney General of the United States, at: Not Sent, due to Plaintiffs indigence and lack of access to funds, Plaintiff could not make any copies, not even one for himself. The Court must have the Clerk of court make and serve the required copies, and send Plaintiff a filed copy.

Signed Joseph Marion Head Jr. Reg. No. 17549-056

on this the 1 day of July, 2005.

Plaintiff request and moves the court to order F.M.C. Devens to provide the court with a copy of Plaintiffs Trust Fund for the past 31 years and a statement as to the indigence of Plaintiff as shown by the prison and court records for the past 31 years which Plaintiff was in custody and still is. Why? Legality of Same Must Be Proven.

Signed Joseph Marion Head Junior 1-7-05

IN THE UNITED STATES DISTRICT COURT

FOR THE Ma. DISTRICT OF Ma.
Boston Division

Joseph Marion Hear Junior,
Plaintiff,
Reg. No. 17549-056,

vs

United States Of America
And
North Carolina
,
Defendants.

Case No. ________________

COMPLAINT

This is a civil rights act suit for damages for unlawful conviction and sentence and for false imprisonment

JURISDICTION

The court has legal jurisdiction herein pursuant to the provisions of law and Constitution which applies hereto, to include 42 U.S.C. §§ 1981, 1983, 1984, 1985(3) and 1986; 28 U.S.C. §§ 1331, 1341, 1342, 1343, 2201 and 2202; and the Federal Rules of Civil Procedure Rule 57.

PLAINTIFF

Plaintiff herein is, Joseph Marion Hear Jr., Reg. No. 17549-056 who is a Federal prisoner housed in the N-5 Cell 524 Federal Medical Center Devens located at P.O. Box 879 - Ayer - Massachusetts 01432.
Plaintiff is in the custody of the Warden of the aforesaid institution, who is David L. Winn, Warden. Also, in the custody of the United States Attorney General.

DEFENDANTS

Defendants herein are as related below;

(1) United States America, Title United States America

Address United States Attorney General, United States Department of Justice - Washington - D.C. 20543

(2) North Carolina, Title State of North Carolina

Address North Carolina Attorney General, N.C. Dept. of Justice - Raleigh, North Carolina 27602

Plaintiff herein is proceding pro se, without the legal assistance of a person trained in law and Plaintiff is a layman at law and has had **no professional** training in law and Plaintiff therefore respectfully moves the court for a liberal construction on and as to, all pleadings, claims, et c., herein and relating hereto.

That it is well settled that pro se litigants generally are entitled to a liberal construction of their pleadings, which should be read to raise the strongest argument they suggest. See: Green v. United States, 260 F 3d 78, 83 (2nd Cir. 2001), Haines v. Kerner, 404 U.S. 519, 520 - 21 (1972 per curiam).

Plaintiff's rights to counsel, legal assistence, et c., 18 U.S.C. § 3006(a) and et seq. thereof, U.S. Constitution Amendments Six and Fourteen. Plaintiff states that he does not waive this right to counsel, et c..

That the United States Court of Appeals for the Fourth Circuit prior, adjudged, that indigent laymen, (proceeding pro se) are not required to prove their asserted claims in advance of a full in court evidentry hearing.

The background of Plaintiff and his State and Federal Court cases and all related and asserted therein and relating thereto, is related within the prison and court records of and relating to Plaintiff, prior and present. Plaintiff does not himself have a copy of said records, therefore, cannot state the background herein and therefore refers the Court to said records as for the background of same and all related and asserted and demanded therein and relating thereto to include all opinions, judgements and orders of the courts, et c., thereto.

GROUNDS ASSERTED HEREIN BY PLAINTIFF
PRO SE WITHOUT LEGAL ASSISTANCE OF A
PERSON PROFESSIONALLY TRAINED IN LAW

GROUND 1:

The convictions obtained in case no. 74CR2403, was obtained in violation of the laws or Constitution of the United States or of the State of N. C. in the in the ways related herein below and for the reasons stated herein below:

1. Violations Of The Protections Against Double Jeopardy As Appears And As Related And Asserted Within Prison And Court Records (State And Federal)
2. Violations Of Right To A Speedy Trial By An Impartial Jury And Judge, As Appears And Related And Asserted Within The Prison And Court Records.
3. Violations Of Rights To Counsel, As Appears And Related And Asserted Within The Prison And Court Records Relating To Head And His Court Cases.

GROUND 2:

The federal sentences of Plaintiff are illegal in that they were enhanced based on an unlawful conviction not legally proven to be legal, valid, final, prior to using same to enhance Plaintiff's federal sentence and or to obtain an upward departure and a greater sentence based upon said unlawful prior convictions. See: Title 21 U.S.C. § 851. and 851(e)

GROUND 3: Each Ground, Claim, Motion, Prior Presented Within Head's Prison And Court Records (State and Federal Court Records) As Each Stated Herein In Proper Form And Order.

GROUND 4: Head Federal Convictions And Sentences Are Illegal, Invalid, Etc. As Asserted And Related Within The Prison And Court Records.

GROUND 5: Head Is And Was Falsely Imprisoned and or Kidnaped From 1974, April 15, Forward Until Lawfully Ordered To Be Released By The Courts of U.S.A.

RELIEF DEMANDED BY PLAINTIFF PRO SE

1. Leave to proceed In Forma Pauperis

2. Appointment of counsel hereto

3. In court evidenrty hearing with the Plaintiff present for same.

4. Subpoeina's issued to the below persons:

Each Gov. Employee Relating To Head's Court Cases and each

1. Name: ______, Address: ______

jurior relating to Head's court cases.

Each Prison and Court Record Relating To Head's

2. Name: ______, Address: ______

court Cases.

IN THE UNITED STATES DISTRICT COURT

FOR THE Ma. DISTRICT OF Ma.

Boston DIVISION

| | | |
|---|---|---|
| Joseph Marion Head Junior, Reg. No. 17549-056, Petitioner/Movant/Plaintiff/Appellant, | ) | Case Number: U/K |
| | ) | U.S. Dist. Ct. for N.C. W.Va., Boston Ma |
| v. | ) | Case Number: U/K |
| As Related of Court Records, | ) | U.S. Ct. of Appeals for the 1st, Circuit and 4th |
| _______________, | ) | Case Number: U/A |
| Respondents/Defendants/(Appellees.) | ) | U.S. Supreme Court |

**MOTION FOR THE APPOINTMENT OF COUNSEL** based upon the indigence of Joseph Marion Head Jr. or appoint Counsel for cost of same to be paid by Joseph Marion Head Jr. in small amounts as allowed and Ordered by the court. U.S. Constitution Amendments 1, 5, 6, 8, 9, 14 as applies hereto and Title 18 U.S.C. §§ 3006(a) and sub sec. thereof.

**NOW COMES**, Joseph Marion Head Jr., Reg. No. 17549-056 who is the See Ct. Rec, in the above entitled cause and movant herein, who himself **Pro Se**, respectfully moves the Court to appoint him Counsel in the aforesaid entitled case, for the purpose of effectively representing movant in all matters, etc., relating to the aforesaid entitled cause.

# PROOF OF SERVICE

I, Joseph Marion Head Junior certify that on June 30, 2005 I mailed a copy of this document and all attachments via First Class mail to the following parties **at the addresses listed below:**

United States District Court Judge - Tauro
and Each Other Judge For The,
United States District Court
John Joseph Moakley U.S. Courthouse
1 Court House Way Suite 2300
Boston - Massachusetts - 02210

# PROOF OF SERVICE FOR INCARCERATED LITIGANTS

In addition to the above Proof of service, all litigants who are currently incarcerated should include the following statement with all documents to be filed with the court:

I certify that this document was given to officials[1] on this date for forwarding to the United States District Court for the District of Boston - Massachusetts. I further certify under penalty of perjury that the forgoing is true and correct. **Title 28 U.S.C. § 1746.**

Respectfully submitted this 30 day of June, 2005

Joseph Marion Head Jr.
Name: Joseph Marion Head Junior
Number: 17549-056
FMC Devens, Unit N-5 Cell 524
P.O. Box 879
Ayer, Massachusetts 01432

[1] ...dings by prisoners who represent themselves are to be considered filed at the moment such pleadings are delivered to authorities for forwarding to clerk. **Houston v Lack. 487 U.S. 266 (1988).**

United States District Court
For The District of Massachusetts
Boston Division

| United States Of America<br>Petitioner<br>vs<br>Joseph Marion Head Junior<br>Reg. No. 17549-056<br>Respondent | Civil Case Number<br>U.S.D.C.-Boston-Ma.<br>18 U.S.C. 424<br>Committment |
| --- | --- |

Motion For A Hearing To Determine Whether Respondent Aforsaid Should Be Discharged From The Facility Where Housed, Assigned, 18 U.S.C. 4247(h), United States Constitution Amendments, 1, 4, 5, 6, 8, 9, 14 as legally applies hereto and thereto the committment of Respondent Aforsaid.

Now Comes, Joseph Marion Head Junior Reg. No. 17549-056, who is the respondent in the above entitled cause and is the movant herein, who himself pro se respectfully moves the Court for discharge pursuant to the law 18 U.S.C. 4247 (h) and the Constitutions as legally applies hereto and thereto the committment etc. - movant herein aforsaid.

Motion Page No. (2)

Movant is presently housed in the N-5-Cell 524-Z, M.C. Devens located at, 42 Patton Road-Post Office Box 879-Ayer-Massachusetts-01432. and is in the custody of the Warden ______, thereof, who is, David L. Winn ______ and is also in the custody of the United States Attorney General, Address, United States Department of Justice, Washington D.C. 20543

Background Of Movant's Committment and Etc. Relating Thereto, As Related Within The Court and Prison Records Of and Relating To Movant, Past, Present, Hereinafter as applies. Is to be stated by the Respondents hereto and by the persons having custody of movant, aforesaid herein. and by the Court and Judge relating hereto. And Or By An Attorney at Law Appointed or Retained To Represent movant herein and etc relating hereto. Movant cannot do it himself because he is a laymen and dose not know how

Mr Brown did not effectly represent movant prior to the committment hearing and did not effectfully prepare to represent movant at said hearing, etc as necessary.

(2)

Mr. Brown did not present any evidence nor witnesses on behalf of movant and did not allow movan it to testify in his own behalf and did not allow movant to talk durning the hearing

(3)

Mr. Brown did not file a timely notice of appeal on behalf of movant as Mr. Brown Told Movant He Would Do If Movant Was Committed, Movant Asked Mr. Brown To Do The Aforsaid.

(4)

Mr. Brown did not inform movant nor the Court that Her Did Not File The Notice Of Appeal As He Said He Would Do - Per Movants Request To Him To Do, On Movants Behalf.

(5)

Mr. Brown Did Not Give Movant The Prison And Court Records Relating To Movant - So Movant Could Proceed Pro Se and Or With another attorney at Law.

Motion Page No. (5)

The Federal Sentences of Movant Is and Was Illegal or Unconstitutional and Violative of Law or Constitution and or The Rights or Priviledges of Movant and The Courts Have Not Yet or Will Not Order Movants Lawful Court Release and Relief. And See Movant committment Order For Movants 18 U.S.C. 4245 (d) committment, as to the lenighth of the committment stated in Ct. Order.

The Federal Judge Which Committed movant, failed to consider all records and the contents of same, which relates and applies to movant and movants criminal and civil cases, prior and present, etc as applies.

The Federal Judge Which Committed movant did not allow movant to speak in his own behalf prior to committing movant, and Movant was —, was not allowed to testify and present Evidence And Witnesses in his on behalf, Because of (1) ineffective assistense of counsel and (2) Denial of A Hybird Defense

Motion Page No. (9)

The court is asked etc, to review all of movants prison and court records for the past 31 years, and determine therefrom, the indigence of movant, past and present, etc. and enter an Order allowing Movant to proceed in forma pauperis as to all matter, etc and ways stated in the courts orders, to include as to, cost for, typeing, copying, and postage, ink pens, paper, law books and legal meterial, copies of records, etc, filing fee's, attorney fee's, etc fee's and cost. Futher order that movant be rembersed for all cost for, filing, copying, stamps, postage, etc. which movant had to pay in the past 31 years, to include for all things movant has to do without due to his indigence in the past 31 years. The Court estimate the amount aforsaid which should be paid to movant and why as stated by the court. U.S. Const. Amend. 1, 4, 5, 6, 8, 9, 14 N.C. Const. Art. 1 Sec. 19, 21, 23, 27, all aforsaid as applies to the aforsaid.

The Court is refered to all and why and arose, and and insure movant himself receives said relief.

Order Respondents, Etc. F.M.C. Devens, To Fully Respond To All Related Etc. Herein. The United States Attorney General Also Respond.

Movant is and was Falsely Imprisond Or Kidnaped Or Both.

Respectfully Presented On July 4th, 2005.

Signed, Joseph Marion Head Junior
Reg. No. 17549-056 (7-4-05)

OFFICE OF THE CLERK
**UNITED STATES COURT OF APPEALS**
FOR THE FIRST CIRCUIT

RICHARD CUSHING DONOVAN
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

July 12, 2005

Joseph Marion Head, Jr., Reg. No. 17549-056
N-5 Cell 524
Federal Medical Center Devens
P.O. Box 879
Ayer, MA 01432

Dear Mr. Head:

I am returning the enclosed materials to you at this time because it is unclear whether you intended to file them in the district court or in an appeal pending before this court. This court is a court of appeals. Civil complaints should be filed in the district court. Further, it is unclear as to whether you are attempting to initiate an original proceeding in this court, and, if so, what sort of proceeding.

Sincerely,
Richard Cushing Donovan, Clerk

By: Julie Gregg
Julie Gregg, Operations Manager

Enclosures

File And Process The Complint Herewith Informa pauperis bas on this courts record etc relating to plaintiff and Order F.M.C. Devens Send the court a Statement of Plaintiffs Trust Fund For Past Six Months.
Joseph Marion Head Junior 17549-056
7-18-05

58

PRO SE

To Each State and Federal Court And Each Other Court - Within American Legal Jurisdiction Relating Hereto.

2005 JUL -8 P 1:11

FILED IN CLERKS OFFICE US COURT OF APPEALS FOR THE FIRST CIRCUIT

| | |
|---|---|
| Joseph Marion Head Junior 17549-056 VS State of North Carolina Defendant, Respondent, | Complaint, See Ct. Rec. Amendment To The Records 28 U.S.C. 1331, 1343, 42 U.S.C. 19-81, 83, 84 etc. |

Ground (1)

Violative Of The United States Constitution Amendment Five and Fourteen - The State of North Carolina Denied And Deprived Joseph Marion Head Junior of His Liberty Without Due Process And Equal Protection of Law And Constitution And Human Rights.

See And Apply Each Of Head's Prior Claims, Grounds, Errors, Motions, Etc. Within The Prison And Court Records Relating To Head And His State And Federal court cases And civil Committ-ments. Futher Apply Each Opinion And Judgment and Order Of The Courts Relating To The aforesaid.

Relief Demanded
Pro Se By Head

All the relief within the aforsaid records, prior demanded by Head. Futher Demanded is Ten Lillion Dollors Tax Free Per Each Day Head is and was illegally in custody.

Signed, Joseph Marion Head Junior 17549-056
7-5-05

To Each Federal Judge And Justice And To Head's Trial Jury and Grand Jury.
C/O - Federal Judge, Lacey H. Thornburg. And
C/O - Federal Judges In Massachusetts

U.S.A. (V) Head - 17549-056 (No. 4-98-CR-102.)
False Imprisonment Or Kidnaping Head, Violation Of Defendants Sixth Amendment Right To A Speedy And Impartial Trial By An Impartial Jury And Judge.

FACTS

All of Defendants trial testimony as if same related herein in proper form of same.

AND

The Governments Attorney Improper And Or prejudical statement to the judge and the jury, misleading the judge and jury to beleive and find the defendant guilty of all nine counts in the indictment, No. 4-98-CR-102.

The Governments Attorney Stated The Rule Of Law Of Guilt, Based On The Ignorance Of The Defendant Of The Law 18 U.S.C. 876 At The Time The Defendant Wrote The Letters and Mailed The Letters. Without Proving The Defendant Had No Reasons Which Would Justify Him For Not Knowing 18 U.S.C. 876 At The Time The Letter's Was Wrote and Mailed By The Defendant. Therefore failed to prove that the Defendant Knowingly Violated The Law.

Defense counsel was ineffective for not making timely objections and motions to and relating to the aforesaid and for proper instructions by the trial judge relating to the aforesaid, prior to jury verdicts. Futher the court should have instructed the jury on the courts own action, etc. and did not do so. Why Not,?

The Governments Attorney Failed To Legally Prove That Defendant Was Planing To Do An Illegal Act In An Illegal Way By What Was Wrote In Defendants Letters.

The Governments Attorney Failed To Legally Prove That The Defendant Willfully, Delibertly, Intentionally, And Knowingly Did Acts To Violate 18 U.S.C. 876,

The Governments Attorney Failed To Legally Prove That The Defendant Willfully, Delibertly, Intentionally, And Knowingly Did Acts In Violation Of 18 U.S.C. 876,

The Governments Attorney Failed To Prove Legally That There Was No Reasons That Would Justify The Defendant Not Knowing The Law 18 U.S.C. 876 At The Time Of The Offenses.

Had the trial jury and judge and the appeals Court(s) judges and other judges, justices, etc. had known the aforsaid herein, what would have their verdicts, judgments, orders, etc. have been most likely and why?

Was it ineffective assistance of Counsel, for counsel to not timely present the aforsaid, to the jury, judges etc? How was the defendant prejudiced by the aforsaid not haveing been presented timely, prior hereto?

Head, Pro Se Demands As Relief

1- Dismissal With Prejudice as to all charges, convictions - 4-98-CR-102)

2- Judgments of Acquitals on all charges of 4-98-CR-102.

3- Legal Payment To Head Himself Pro Se, 29,00,000 Zillion Zillion Tons Tax Free United States Dollors, Legal Currnicey. And A Zillion Dollor Masion Builted In The Shape of The Letters Which Spells Head's Full Name And Same Have Two Zillion Dollors worth of furnishings and equipt ment etc and a Medical Ward builded in Same and Computor Center Builted in.

Signed, Joseph Marion Head Junior 17549-056
July 2 th, 2005

SP

The Each Federal Court Within American jurisdictions, Re: U.S.A. (VS) Head 4-98-CR-102 and etc relating thereto and to Head (VS) as related of court records and case numbers thereto. Additional Ground and Reif Demanded. Additional Lillion Tons of Dollars Tax Free In American Currency Legal Money.

2005 JUL 12 AM 11:15 CLERKS OFFICE COURT OF APPEALS FOR THE FIRST CIRCUIT

The Convictions Of Head Was Obtained violative of Law And Constitution And Head Rights And The Sentences Are Therefore Illegal Also, And Futher As Prior Asserted By Head.

Had The Trial Judge Thornburg Correctly Instructed The Trial Jury of Head Cases Their Verdicts Would Have Been Not Guilty Most Likely, Because The Ass. U.S. Attorney had mislead the jury to beleive and find That Head was guilty because he did not know the law 18 U.S.C. 876 at the time he wrote and mailed the letters. Said attorney stated to the jury and judge the rule of law,

"Ignorence of the law is no excuse for Not Knowing the law.

He did not state the reasons of Head for not knowing said law that would have justified Head not knowing the law.

He futher failed to prove that Head had a criminal intent to violate said by writting and mailing the letters Not Knowingly violating said law.

UNITED STATES DISTRICT COURT

FOR THE Ma. DISTRICT OF Ma.

Boston DIVISION

Joseph Marion Head Jr.
Reg. No. 17549-056,

Plaintiff,

vs

United States of America,

And,

State Of North Carolina

______,

Defendants.

Civil Case # ______

Reference to Criminal Case Number(s)

Case # 4-98-CR-102 (Fed.)

Case # 74CR2403 (State N.C.)

Case # 74CR2403A (State N.C.)

Case # See Ct. Rec. (State N.C.)

## COMPLAINT

**In Forma Pauperis**

This is a Civil Rights Act law suit for damages (money) for unlawful conviction and unlawful sentence and for false imprisonment, kidnapping and/or conspiracy to convict Plaintiff.

## JURISDICTION

The Courts have legal jurisdiction herein pursuant to the provisions of law and Constitution of the United States of America and States thereof as applies and as may be legally applied herein.

## THE PARTIES

### PLAINTIFF

Plaintiff herein is, Joseph Marion Head Junior, Reg. No. 17549-056, who is presently housed in the F.M.C. Devens located at 42 Patton Road - Post Office Box 879 Ayer - Massachusetts - 01432, and is in the custody of the Warden thereof, who is David L. Winn, also in the custody of United States Attorney General.

### DEFENDANTS

Defendants herein are as listed below.

1. United States of America, Title United States Of America at the Office of the United States Attorney General, United States Department of Justice, Washington, D.C. 20543.

2. State Of North Carolina Title State Of North Carolina Address Roy Cooper - N.C. Attorney General's Office - 9001 Mail Service Center - Raleigh, N.C. 27699-9001

3. ______________________, Title ______________________, Address ______________________.

4. ______________________, Title ______________________, Address ______________________.

**BACKGROUND**

Background of Plaintiff and Plaintiff's criminal record, cases, convictions, etc., are or is as related within the records of the Governments of the United States of America and the State of North Carolina, Boston-Ma., Beckely, W. Va..

Record relating to Plaintiff herein: as to said background the court is herefore referred to said records as if same was related herein in proper order and form of same and all therein same, each of same and etc., relating to the processes etc., relating to each of same.

The Fourth Circuit Court of Appeals in another case adjudged that an indigent laymen at law, proceeding pro se is not required to prove his claims and grounds in advance of a full incourt evidentry hearing.

Plaintiff does not waive nor abands his rights to a full incourt evidentry hearing with Plaintiff present for same to prove the instant complaint.

Plaintiff's rights to counsel is related in 18 U.S.C. § 3006(a) and sub seq. thereof and in the United States Constitution Amendments 5, 6 and 14 as applies herein and hereto the instant complaint.

Plaintiff herein is a layman at law, non versed in law and has had no professional training in law and is forced to proceed pro se without assistance of persons professionally trained in law, until the courts appoint counsel hereto. Therefore should be afforded a liberal construction as to all matters etc., related and asserted and demanded herein and relating hereto.

> "That it is well settled that pro se litigants, generally, are entitled to a liberal construction of their pleadings, etc., which should be read to raise the strongest arguments they suggest."

See: Green v. United States, 260 F 3d 78, 83 (2nd Cir. 2001) and Haines v. Kerner, 404 U.S. 519, 520 - 21, (1972 per curiam).

## GROUNDS

**Grounds Asserted Herein**

**are Listed, Stated, Below** As Applies To Each

The conviction obtained in criminal Case No.: Case of Plaintiff is unlawful, in that it was obtained inviolation of the law or Constitution of the United States of America or of the State of North Carolina, for the reasons stated herein below and in the ways stated herein below.

**(1)** As prior related and asserted relating to this case, Each of Plaintiff, by the Defense Attorney of record and/or by Plaintiff, pro se, as related of court records or by others as authorized by law, constitution, etc., to do so. As to same and all relating thereto see, all known prison and court records relating all known prison and court records relating to the aforesaid and to Plaintiff herein.

**(2)** The United States Supreme Court's Opinions, Judgements and Orders, entered in the Case of N/A or U/K - See Ct. Rec.'s as applies and as may be applied to Plaintiff's criminal Case No. Each of Plaintiff Cases retroactively or otherwise as applies and may be applied to all criminal cases etc., by law and constitution.

**(3)** The reasons of each juror or Judge, for finding the Plaintiff guilty was not legally proven to be legally valid and final, prior to sentencing nor on appeals, etc., processes of the case nor in the Federal Courts, Title 21 U.S.C. § 851, et seq., nor prior to federal sentencing of Plaintiff nor on Plaintiff's federal appeals, etc., processes relating to

Plaintiff. Therefore, enhancement and upward departures were illegal.

(4) The convictions were obtained based upon false or perjuried testimony or testimony not proven to be not false or perjuried and the witnesses and victims were not advised of their rights nor the rights of the Plaintiff prior to making statements and/or testifying against Plaintiff and Plaintiff was not afforded his right to reply to or make corrections to inaccurate **or** offensive statements or testimony or reasons for the jury verdict of guilty.

(5) The jury verdicts of guilty are inaccurate, offensive and contrary to evidence, testimony, statements or law and are violative of Plaintiff's rights or privileges. See Records.

(6) The Federal Sentences of Plaintiff are Illegal in that they exceed the maximum authorized by law 21 U.S.C. 851(a-2) no waiver was made, and no other indictments was returned and Prior Convictions, Etc. Unlawful.

(7) Fedeal Sentences Illegal because State of North Carolina Failed To Provide Federal court infromation that would have required reduction of sentences because of unlawful prior charges and convictions.

(8) Federal Attorney Failed To Prove That Plaintiff Knowingly violated 18 U.S.C. 876 or Knowingly did acts inviolation of 18 U.S.C. 876, See transcript of trial as to Plaintiffs testimony.

The sentences imposed in criminal Case No. Each Case Of Plaintiff was illegally imposed, or is illegal, or exceeds the maximum authorized by law or by Constitution or by Plaintiff's rights, or is otherwise invalid, etc. according to law. The aforesaid as applies to the below stated and listed herein.

(1) The sentences were not based upon a legal and valid conviction and the conviction was not based upon a legal and valid indictment. The aforesaid as is evident and legal proof of same by the contents of the Court records and the records of the Grand Jury, relation to the criminal Case No. Each Case Of Plaintiff and all asserted and related herein, hereto.

(2) The sentences are illegal also because they were enhanced and/or upwaredly departed, based upon prior convictions which were unlawful or not legally proven to be valid, legal, final, prior to using same to the prejudice of the Plaintiff as to federal sentencing, etc. See and apply Title 21 U.S.C. § 851 and all laws, cases, relating to enhancements, etc.

(3) The United States Supreme Court's Opinions, Judgments, Orders in the cases of Booker, Fanfan, Blakely, Apprendi and Strickland v. Washington, (1984), as applies and/or may be, applied to Plaintiff's criminal Case No. Each Case Of Plaintiff _.

(4) Plaintiff was not appointed counsel for the purpose of representing his prior charges and prior convictions in an effort to obtain a lesser federal sentence for Plaintiff or to prevent enhancements and/or upward departure, in Plaintiff's criminal Case No. 4-98-CR-102 and defense counsel of record and appeals, did not represent Plaintiff prior convictions and

charges for the aforesaid purposes, etc. See 18 U.S.C. § 3006A et seq. thereof. See also: United States Constitution Amendments 1, 4, 5, 6, 8, 9, 14 and Title 21 U.S.C. § 851 et seq. thereof, Strickland v. Washington, (1984).

(5) Plaintiff Did Not Legally Waive His Rights To Counsel In 74CR2403 and Was Not Appointed Counsel For Retrial of Mistrial Nor The Sentencing but was for appeal, See Ct. Rec. of Appeal, Etc..

(6) Each Prior Claim, ground, error, motion, etc prior presented within the State and Federal Prison and Court Records Relating To Plaintiff.

(7) U.S. Attorney mislead the Judge and Jury to beleive and find Plaintiff Guilty of Each Charge Because of A Rule of law as to ignorance of the law -- but did not prove there was no Justifyable Reasons.

(8) Counsel was ineffective on appeal for failing to present on appeal all that plaintiff has presented to the courts Pro Se

(9) Plaintiff was allowed and forced to represent his own self in the past 25 years without a hearing to see if he was competent to do so and if not appoint counsel. See All Court Records

COMPETENCE OF PLAINTIFF

The Court must conduct a competence hearing to determine the competence of Plaintiff. To legally represent himself relating hereto and to determine whether or not counsel, etc. must be appointed hereto and why, and as to who or what has to pay for same, why. When etc.

The Court must determine whether or not Plainiff is and was competent to represent him self in the past years from August 1976 Foward and was he aforded counsel, if so, when, where, by who and what and which counsel. See each petition, motion, complaint, etc presented pro se, was Plaintiff competent and should have the Courts granted incourt evidentry hearings? If so, when etc and why? What would have been the outcome has Plaintiff been represented by effective counsel as to all the aforsaid, etc?

**RELIEF**

Plaintiff, Pro Se, demands the Court to grand and Order to him the relief stated and listed herein below.

**(1)** Leave to proceed In Forma Pauperis and if denied, leave to pay costs of filing, etc. in timely payments as Ordered by the Court and as allowed by the Court to include as to appointment of counsel, etc., costs relating to this complaint and processes relating thereto, to include for cost of copies of records, etc., books and etc., legal materials and postage and costs of copying records etc. relating hereto.

**(2)** Order all processes, etc., relating to this complaint, to be fully filmed and recorded and sound thereto and fully transcribed and transcripts of same be ordered made and give to Plaintiff as well a memeograph copy of same and hereinafter or all which the Court will grant and Order and reasons stated for denying the rest.

(3) A Death Sentence For And To Each Male Who Fucked Plaintiffs Daughter and Her Mother and Plaintiffs Two Sons Mothers and Shenia Marie Griffen, From 1973 Forward other than Plaintiff. Plaintiff was Helled Prisoner, Kidnaped So others could fuck the aforesaid and marrie them and babes born. Same was not aforded to Plaintiff. Why? How many times and by who and what was they fucked?

**SUBPOEINA'S**

Plaintiff's demands that subpoeina's issue for the below listed and named or indicated, to be present and testify at the evidentry hearings and jury trials relating hereto as ordered hereto.

(1) All Prison and Court Records Relating To Plaintiff, Past, Present, Etc.

(2) All Government Employees of and relating to Plaintiffs Cases, Etc.

(3) All Government Witnesses Relating To Head Cases, Past, Present, Etc.

(4) All of Head's Familey and Children and Former Wifes of Head.

(5) All of Head's Girl Friends From his age 5 forward.

(6) All prison inmates relating to plaintiffs court cases, etc.

(7) The Resident Judge Of Each State and Federal Courts In America.

(8) All Attorneys At Law Who Has Ever Representer Plaintiff, Prior Etc.

(4) A Jury Trial.

(5) The maximum relief and sum of money which can legally be ordered relation hereto, to Plaintiff hereof, see all prior records relating to Plaintiff as to the relief asked for or demanded and whether same was denied or granted and why, etc. Plaintiff has been in custody over 31 years, illegally, etc., as is evident and proof of same within the prison and Court records and laws, etc. Falsely Imprisoned and or Kidnaped by Judicial Processes, etc.

Signed,

This 17 day of 7, 2005,

Joseph Marion Head Junior

**CERTIFICATION OF SERVICE**

I, Joseph Marion Head Jr., reg. no. 17549-056, state that on the 17 day of 7, 2005, I sent to the Court aforesaid in the complaint, the original and 0 copies of same said complaint and I also sent a copy of said complaint to the Defendants named in the complaint on this, the N/A day of N/A, 200 N/A by placing all the aforesaid in the inmate mail box at Did Not Send Same Except To The Court _ for inmate legal out going mail. F.M.C. Devens

Signed,

this 17 day of 7, 2005,

Joseph Marion Head Junior

Due to Plaintiffs indigence he did not make and send a copy of the aforesaid complaint As Required and dose not have a copy for him self. The Court must make and serve same and to Plaintiff also. See all of this Courts Prior records of Plaintiffs cases and plaintiff, as to the indigence of Plaintiff, etc. Order F.M.C. Devens to send to this court all other infromation needed as to the indigence of plaintiff in the past year.

Joseph Marion Head Junior 17549056
7-17-05



**U.S. Department of Justice**

Office of Information and Privacy

Telephone: (202) 514-3642

Washington, D.C. 20530

JUL 12 2005

Mr. Joseph M. Head, Jr.
Register No. 17549-056, Unit N-5
Federal Medical Center, Cell 524
Post Office Box 879
Ayer, MA 01432

Re: Appeal No. 05-1544
Request No. 04-3699
RLH:GLB:JTR

Dear Mr. Head:

You appealed from the action of the Executive Office for United States Attorneys on your request for records concerning you. Specifically, as outlined in your letters dated May 2, 2005, and May 12, 2005, you inquire as to why you have not received your records from the EOUSA, despite having sent in a check in the amount of $59.80 to cover the fees related to your request.

As of June 14, 2005, the EOUSA has no record of receiving any payment from you, or on your behalf. Until the EOUSA receives payment in the amount of $59.80, it will not send you the releasable portions of the records responsive to your request. Additional information or proof that you sent your check may aid the EOUSA in processing your request. This could include information such as who wrote the check, the exact date it was sent, the location from where it was sent, or any additional information you may believe is helpful. Please send to the EOUSA directly any information you believe may assist in locating your check or understanding what may have happened to it.

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Richard L. Huff
Co-Director

Head was latter informed That records office at Devens Did not write the Check when Head Had funds and could not when he Spend same, unknowingly That the Check was not sent
Joseph Marion Head Junior 7-18-05

Order F.M.C. Devens Pay the cost For The Records and cost To The Medical Records and all other Records of Head.

UNITED STATES DISTRICT COURT
FOR THE Ma DISTRICT OF Ma
Boston DIVISION

Joseph Marion Head Jr.,
Reg. No. 17549056,
Plaintiff,

vs

United States of America,
United States of America
And,
North Carolina,
Defendants.

Civil Case # ____________

Reference to Criminal Case Number(s)

Case # 4-98-CR-102 (Fed.)
Case # 74CR2403 (State N.C.)
Case # 75CR2403A (State N.C.)
Case # All Others In (N.C.)

## COMPLAINT

**In Forma Pauperis**

This is a Civil Rights Act law suit for damages (money) for unlawful conviction and unlawful sentence and for false imprisonment, kidnapping and/or conspiracy to convict Plaintiff.

Federal Sentences increased and enhanced and upward departure based on unlawful Prior Charges and Unlawful Prior State Conviction, Not Proven To Be Legal And Valid Prior To Federal Sentencing Nor on appeal nor at any other time prior hereto See Title 21 U.S.C. 851 sub sec.s and Notes thereto and all case laws etc. That applies to the aforesaid.

**JURISDICTION**

The Courts have legal jurisdiction herein pursuant to the provisions of law and Constitution of the United States of America and States thereof as applies and as may be legally applied herein. 18, 28, 42 U.S.C. As Applies and As May Be applied Relating Hereto.

## THE PARTIES

### PLAINTIFF

Plaintiff herein is, Joseph Marion Head Junior Reg. No. 17549056, who is presently housed in the F.M.C. Devens located at 42 Patton Road - Post Office Box 879 Ayer, Massachusetts - 01432, and is in the custody of the Warden thereof, who is David L. Winn, also in the custody of The United States Attorney General.

### DEFENDANTS

Defendants herein are as listed below.

1. United States of America, Title United States of America at the Office of the United States Attorney General, United States Department of Justice, Washington, D.C. 20543.

2. State of North Carolina, Title State of North Carolina Address Roy Cooper - N.C. Attorney General's Office 9001 Mail Service Center - Raleigh, N.C. 27699-9001

3. U.S. Attorney Gen. Title U.S. Attorney Gen. Address U.S. Department of Justice, Washington - D.C. 20543.

4. David L. Winn, Title Warden - F.M.C. Devens Address Post Office Box 880, Ayer - Massachusetts 01432.

**BACKGROUND**

Background of Plaintiff and Plaintiff's criminal record, cases, convictions, etc., are or is as related within the records of the Governments of the United States of America and the State of North Carolina, Boston Ma., Beckely, W. Va, Courts.

Record relating to Plaintiff herein: as to said background the court is herefore referred to said records as if same was related herein in proper order and form of same and all therein same, each of same and etc., relating to the processes etc., relating to each of same.

The Fourth Circuit Court of Appeals in another case adjudged that an indigent laymen at law, proceeding pro se is not required to prove his claims and grounds in advance of a full incourt evidentry hearing.

Plaintiff does not waive nor abands his rights to a full incourt evidentry hearing with Plaintiff present for same to prove the instant complaint.

Plaintiff's rights to counsel is related in 18 U.S.C. § 3006(a) and sub seq. thereof and in the United States Constitution Amendments 5, 6 and 14 as applies herein and hereto the instant complaint.

Plaintiff herein is a layman at law, non versed in law and has had no professional training in law and is forced to proceed pro se without assistance of persons professionally trained in law, until the courts appoint counsel hereto. Therefore should be afforded a liberal construction as to all matters etc., related and asserted and demanded herein and relating hereto.

"That it is well settled that pro se litigants, generally, are entitled to a liberal construction of their pleadings, etc., which should be read to raise the strongest arguments they suggest."

See: Green v. United States, 260 F 3d 78, 83 (2nd Cir. 2001) and Haines v. Kerner, 404 U.S. 519, 520 - 21, (1972 per curiam).

Plaintiff. Therefore, enhancement and upward departures were illegal.

(4) The convictions were obtained based upon false or perjuried testimony or testimony not proven to be not false or perjuried and the witnesses and victims were not advised of their rights nor the rights of the Plaintiff prior to making statements and/or testifying against Plaintiff and Plaintiff was not afforded his right to reply to or make corrections to inaccurate **or** offensive statements or testimony or reasons for the jury verdict of guilty.

(5) The jury verdicts of guilty are inaccurate, offensive and contrary to evidence, testimony, statements or law and are violative of Plaintiff's rights or privileges.

(6) The U.S. Attorney Failed To Legally Prove That Plaintiff Had nor could State any legal reasons which would justify him not knowing the law 18 U.S.C. 876 at the time the letters was wrote and mailed.

(7) The U.S. Attorney Failed To Legally Prove That Head Knowingly and intentionally violated the Law 18 U.S.C. 876 or did acts violative of said law, intentionally and knowingly.

(8) The U.S. Attorney failed To legally prove that plaintiff had a criminal intent to do an illegal act when released from prison. Head thought he had a legal right based on the case of State v Head 73CR5057.

charges for the aforesaid purposes, etc. See 18 U.S.C. § 3006A et seq. thereof. See also: United States Constitution Amendments 1, 4, 5, 6, 8, 9, 14 and Title 21 U.S.C. § 851 et seq. thereof, Strickland v. Washington, (1984). Deliberty Acts By Counsel.

(5) Violative of Plaintiffs Rights, Mr. Wolf and Harris failed to effectively represent Plaintiff prior to their withdraw, Had they done so, Plaintiffs Court cases would have been dismissed.

(6) Violative of Plaintiffs Rights of Appeal Plaintiffs Court Appointed Counsels failed to present on appeals, all which could have and should have been presented on each appeal and thereafter, State, Federal.

(7) Violative of Plaintiff's Rights To A Speedy Trial and Against Double Jeopardy A mistrial was declared in 74CR2403 without Plaintiffs consent and the jury was discharged without Plaintiffs Consent,

(8) Violative of Plaintiffs Rights to a Speedy Trial and against double jeopardy the D.A. failed to object to the mistrial and to the discharge of the Chosen jury and and did not timely reserve rights to reprosecute.

(9) 18 U.S.C. 3161(C), Strunk v United States supra, 1973, Rule 48(b) Crim. Proc., State N.C. v McCoy a N.C. Supreme Court case, N.C.G.S. 15-10-2, 15A-711(C) and all double jeopardy laws, cases, rights, etc..

## COMPETENCE OF PLAINTIFF

The Court must conduct a competence hearing to determine the competence of Plaintiff. To legally represent himself relating hereto and to determine whether or not counsel, etc. must be appointed hereto and why, and as to who or what has to pay for same, why.

Trial, Conviction, Sentences, Forced Self Representation of or by an incompetent Person etc, violates due process and other rights. Was Said Rights Ever Violated Relating To Plaintiffs State and Federal court cases.

If so, when, where, how, why and by Who and what? If not, How Not?

How dose or did the aforsaid apply to all prior asserted and demanded by Head and on Head's behalf And futher as relates and applies hereto and thereto each of his court cases and civil committments and forced medican violative of law and his rights and not being aforded his rights to refuse said medican by injection.

**RELIEF**

Plaintiff, Pro Se, demands the Court to grand and Order to him the relief stated and listed herein below.

**(1)** Leave to proceed In Forma Pauperis and if denied, leave to pay costs of filing, etc. in timely payments as Ordered by the Court and as allowed by the Court to include as to appointment of counsel, etc., costs relating to this complaint and processes relating thereto, to include for cost of copies of records, etc., books and etc., legal materials and postage and costs of copying records etc. relating hereto.

**(2)** Order all processes, etc., relating to this complaint, to be fully filmed and recorded and sound thereto and fully transcribed and transcripts of same be ordered made and give to Plaintiff as well a memeograph copy of same and hereinafter or all which the Court will grant and Order and reasons stated for denying the rest.

(3) The maximum relief authorized by law as to all relief prior demanded and asked for by Plaintiff From 1980 Forward within the prison and court records

(4) Determine The Indigence of Plaintiff based on all prison and court records and all adjudication and all asserted and related of records and No Evidentury Hearings nor counsel was ever aforded Plaintiff complaints, etc. see court records and why not?

**SUBPOEINA'S**

Plaintiff's demands that subpoeina's issue for the below listed and named or indicated, to be present and testify at the evidentry hearings and jury trials relating hereto as ordered hereto.

(1) Each Governmental Employee And Witness and Inmate, Relateing To Head cases.

(2) Director of N.C. State Bar Association.

(3) Director of N.C. Judicial Standard Commission.

(4) All court and Other records, tapes, recordings, film, etc relating to Head's cases

(5) The Resident State and Federal Judges of Each Court Relating To Head's cases

(6) All Defense attorneys Relating To Head's Cases and Prison Records,

(7) All F.B.I. and Othe Police Records of and Relating To Head's Cases and Head.

(8) A Memembergraph copy of all aforsaid records etc, transcripts, etc.

(4) A Jury Trial.

(5) The maximum relief and sum of money which can legally be ordered relation hereto, to Plaintiff hereof, see all prior records relating to Plaintiff as to the relief asked for or demanded and whether same was denied or granted and why, etc. Plaintiff has been in custody over 31 years, illegally, etc., as is evident and proof of same within the prison and Court records and laws, etc. and V.A. and S.S. Records. and all other Governmental Records as applies to Head and Head's cases etc..

Signed,

This 18 day of 7, 2005,

Joseph Marion Head Jr.

Additional Relief Demanded Pro Se By Head Hereinaforsaid.

(1) One Zillion Dollars Tax Free Per Each Second Plaintiff Is and Was Illegally Incustody, Past, Present, Etc..

(2) All Of The 29th Judicial District Of North Carolina Be Converted Unto a luxary Personal and Privit Astate For Plaintiff herein forever his Tax Free and all thereof and relating thereto and One Zillion Dollars Worth Of Supplies and repaires, Per Each 2 years hereinafter-

**CERTIFICATION OF SERVICE**

I, Joseph Marion Head Jr. reg. no. 17549-056, state that on the 18 day of 7, 2005, I sent to the Court aforesaid in the complaint, the original and 0 copies of same said complaint and I also sent a copy of said complaint to the Defendants named in the complaint on this, the 18 day of 7, 2005, by placing all the aforesaid in the inmate mail box at F.M.C. Devens

_ for inmate legal out going mail. only.

Signed,

this 18 day of 7, 2005,

Joseph Marion Head Jr.

No Copies of This Complaint was made and served, due to the indigence of Plaintiff. The Court will have to make and serve same and sent Plaintiff a filed copy of same.

Joseph Marion Head Junior 17549056

18-7-05

IN THE UNITED STATES DISTRICT COURT

FOR THE Ma DISTRICT OF Ma
Boston Division

Joseph Marion Head Jr.
Plaintiff,

Reg. No. 17549 056,

vs

U.S.A. and N.C.
and U.S. Att. Gen.
and N.C. Att. Gen.
and Warden, Winn
Defendants.

Case No. ________________

COMPLAINT

This is a civil rights act suit for damages for unlawful conviction and sentence.

JURISDICTION

The court has legal jurisdiction herein pursuant to the provisions of law and Constitution which applies hereto, to include 42 U.S.C. §§ 1981, 1983, 1984, 1985(3) and 1986; 28 U.S.C. §§ 1331, 1341, 1342, 1343, 2201 and 2202; and the Federal Rules of Civil Procedure Rule 57.

PLAINTIFF

Plaintiff herein is, Joseph Marion Head Jr. Reg. No. 17549 056 who is a Federal prisoner housed in the N-5 Cell 524 42 Patton Road, Post Office Box 879 located at F.M.C. Devens - Ayer - Ma. 01432.

Plaintiff is in the custody of the Warden of the aforesaid institution, who is David L. Winn Warden. Also, in the custody of the United States Attorney General.

DEFENDANTS

Defendants herein are as related below;

(1) U.S. A., Title U.S. A.,

Address U.S. Att. Gen., U.S. Dept. Of Justice, Washington, D.C. 20543

(2) State Of N.C., Title State Of N.C.,

Address N.C. Att. Att. Gen. - Roy Cooper N.C. Dept. Of Justice, Raleigh, N.C. 27602

Plaintiff herein is proceding pro se, without the legal assistance of a person trained in law and Plaintiff is a layman at law and has had no professional training in law and Plaintiff therefore respectfully moves the court for a liberal construction on and as to, all pleadings, claims, et c., herein and relating hereto.

That it is well settled that pro se litigants generally are entitled to a liberal construction of their pleadings, which should be read to raise the strongest argument they suggest. See: Green v. United States, 260 F 3d 78, 83 (2nd Cir. 2001), Haines v. Kerner, 404 U.S. 519, 520 - 21 (1972 per curiam).

Plaintiff's rights to counsel, legal assistence, et c., 18 U.S.C. § 3006(a) and et seq. thereof, U.S. Constitution Amendments Six and Fourteen. Plaintiff states that he does not waive this right to counsel, et c..

That the United States Court of Appeals for the Fourth Circuit prior, adjudged, that indigent laymen, (proceeding pro se) are not required to prove their asserted claims in advance of a full in court evidentry hearing.

The background of Plaintiff and his State and Federal Court cases and all related and asserted therein and relating thereto, is related within the prison and court records of and relating to Plaintiff, prior and present. Plaintiff does not himself have a copy of said records, therefore, cannot state the background herein and therefore refers the Court to said records as for the background of same and all related and asserted and demanded therein and relating thereto to include all opinions, judgements and orders of the courts, et c., thereto.

GROUNDS ASSERTED HEREIN BY PLAINTIFF

PRO SE WITHOUT LEGAL ASSISTANCE OF A

PERSON PROFESSIONALLY TRAINED IN LAW

GROUND 1: Title 21 U.S.C, 851 and sub sec. s and notes.

The convictions obtained in case no. 74CR2403 was obtained in violation of the laws or Constitution of the United States or of the State of N.C. in the in the ways related herein below and for the reasons stated herein below:

1. The trial judge Baily Entered The Plea of Not Guilty and Forced Plaintiff To Trial, Violative Of Amend. 1, 4, 5, 6, 8, 14 and N.C. Const. Art. 1 sec. 19, 21, 23, 27 as applies

2. Violation of Right To Counsel, Court Appointed Attorneys in August 1976 withdrew from Plaintiffs Court Cases and could have stayed on the case and assert ineffective Counsel

X. because of insufficient time to prepare, See State v Merker 1969 (N.C. case) The judge forced Head to represent his own self and afforded Head only a day 1/2 to prepare, Head was a laymen at law and in custody.

GROUND 2:

The federal sentences of Plaintiff are illegal in that they were enhanced based on an unlawful conviction not legally proven to be legal, valid, final, prior to using same to enhance Plaintiff's federal sentence and or to obtain an upward departure and a greater sentence based upon said unlawful prior convictions. See: Title 21 U.S.C. § 851, sub sec.s and note.

GROUND 3: Violative of Law, Constitution and Rights The Court denied Head a continuance in Aug. 1976 That the motion was based on two constitutional reasons or grounds for same, See Ct. Records.

GROUND 4: Violative of Law, Constitution, Rights Judge Baily and D.A. Lowe, Selected the trial jury and forced Head to reprosecution of 74CR2403, a conviction obtained illegally and sentenced.

GROUND 5: Violative of Law, Constitution, Rights, Judge Baily appointed for Head's appeal an attorney who had refused to represent the case and Head at retrial of mistrial.

RELIEF DEMANDED BY PLAINTIFF PRO SE

1. Leave to proceed In Forma Pauperis

2. Appointment of counsel hereto 18 U.S.C. 3006A.

3. In court evidenrty hearing with the Plaintiff present for same. (4th cir. Ct. appeal judgment over 20 years ago.)

4. Subpoeina's issued to the below persons:

Each Gov. Employee and Witness relating to Heads cases and Head.

1. Name: ______, Address: ______

Each Jurior relating to Head's courts cases.

2. Name: ______, Address: ______

3. Name: Each Attorney At Law That Was appointed to, Address: Head's court cases.

5. Grant and Order to Plaintiff, the maximum relief and money, authorized by law, Constitution, relating hereto.

Signed Joseph Marion Head Jr. Reg. No. 17549056
Address: N-5 Cell 524, F.M.C. Devens P.O. Box 879 - Ayer - Ma. 01432

CERTIFICATION OF SERVICE

I, Joseph Marion Head Jr., Reg. No. 17549056, state that on the 19 day of 7, 2005, I sent to the Court: U.S. D. Ct. located at Boston, Ma. 02210 the original and ( 0 ) copies of the foregoing complaint and I also sent a copy of said complaint to the Attorney General of the United States, at: 0-Copies Sent, due to indigense and not having copies nor funds to make and to, Copies. The court will have to make and serve the copies and send Head a filed copy.

Signed Joseph Marion Head Jr. Reg. No. 17549056
on this the 19 day of 7, 2005.

Court is to review all of Head's prison and court records to see, etc the indigense of Head for the Past 31 years in custody, and his trust fund blance for the past 6 months. Order Defendants and F.M.C. Devens to Provide the aforsaid infromation to Court.
Signed, Joseph Marion Head Junior 7-18-05

World And Nations And Blacks That Would not Let Head Have His Familey and chieldren Why? Master Band Of Christ... Joseph Marion Head Junior. Bad Movies, Run Away, Sugar Shak, Baby Got Blue Jeans On Prase The Loard I Saw The Light, 3 Woodden Crosses. Paper Masions, Sperit In The Sky, Waite For Me. From A Jack To A King, On Golden Pond. Those Girls Of My Past Can Kiss My Glass And I Hope They Are All Happy With Him. Band Of Gold, Divorce --- My Hart Is An Open Book. Misprisons Of A Felony And Mens Rea. Excepting Consent To Sex And Having Sex Under False Pretents Is Rape And Or Other Crimes.

Where the female consented to one man or person, thinking she was consenting to another man or person and though she was having sex with said man or person and the male knowed the aforesaid and had sex with her it violates Laws And the rights of the unconceived fedous.

Joseph Marion Head Junior has been in custody From April 15th 1974 forward and has not had sex with any male or female. Question Is, Who Has Been Fucking And Sucking Who Or What, When, Where, How, Why. Was same lawful sex? Death Sentences Demanded For And To Each Male Who Raped Etc As aforsaid Under False Pretents Etc..

The female was supposed to have been aboding with Head and Having Babies By Head.

Each Time a female Got Fucked etc when it Should have been with Head instead of the other person Head Demands A Death Sentence To Be Applied To Each Male Who did the Fucking Etc To To Each That Could Have Prevented It and did not, Misprisons of A Felony and Mens Rea.

Head's Human Rights Protected By The Laws, Constitutions and American Convention On Huma Rights was and is Violated. Why, By Who and What, When, Where, How

See All Of Head's Prison And Court Records and Etc Relating Thereto.

Release Head To A Personal and Privit Astate (Luxary) as his own and send to him his children and their motors to abod with him for ever And All Girls and Women who wants to come visit Head etc may be appoved by Head. Privit Nurses, Doctors, Etc. For The Astate as part of same, all be females, good looks, good figgers, good heath and no older than 40 years old, No Black Persons.

All Cost Etc. Be Paid For Ever As Part of The Relief Ordered

Joseph Marion Head Junior 17549056
July 18th 2005

UNITED STATES DISTRICT COURT

FOR THE Ma. DISTRICT OF Ma.

Boston DIVISION

Joseph Marion Head Jr.
Reg. No. 17549-056
Plaintiff,

vs

United States of America,
And
State of North Carolina
Defendants.

Civil Case # ______

Reference to Criminal Case Number(s)

Case # 4-98-CR-102 (Fed.)
Case # 74CR2403 (State N.C.)
Case # 74CR2403A (State N.C.)
Case # All others (State N.C.)

**COMPLAINT**

**In Forma Pauperis**

This is a Civil Rights Act law suit for damages (money) for unlawful conviction and unlawful sentence and for false imprisonment, kidnapping and/or conspiracy to convict Plaintiff. All as appears of Prison and Court records and records, etc. relating Thereto. And All related and asserted Therein the aforsaid and relating Thereto. Blevens Act-Unknown --- Violations of Procedureal Due Process By Governmental Staff and Persons Etc. on Inmate clothing.

**JURISDICTION**

The Courts have legal jurisdiction herein pursuant to the provisions of law and Constitution of the United States of America and States thereof as applies and as may be legally applied herein. To Enclude 18, 28, 42, U.S.C. N.C.G.S. 17-8, 17-10, 17-17, 17-21 15A-954(a-1 to 10 as applies.

**THE PARTIES**

**PLAINTIFF**

Plaintiff herein is, Joseph Marion Head Junior, Reg. No. 17549056 who is presently housed in the F.M.C. Devens located at 42 Patton Road, Post office Box 879, Ayer - Massachusetts - 01432, and is in the custody of the Warden thereof, who is David L. Winn, also in the custody of United States Attorney General.

**DEFENDANTS**

Defendants herein are as listed below.

1. United States of America, Title United States of America at the Office of the United States Attorney General, United States Department of Justice, Washington, D.C. 20543.

2. Roy Cooper (N.C. Title N.C. (Attorney General Address 9001 Mail Service Center - Raleigh, North Carolina 27699-9001.

3. Government Staff Title Gov. Employees, Address See Prison and Court, Etc Gov. Rec. as to each liable relating hereto.

4. ________, Title ________, Address ________ ________.

**BACKGROUND**

Background of Plaintiff and Plaintiff's criminal record, cases, convictions, etc., are or is as related within the records of the Governments of the United States of America and the State of North Carolina - Fed. Ct. (Ma.) N.C.) Beckly W. Va.

Record relating to Plaintiff herein: as to said background the court is herefore referred to said records as if same was related herein in proper order and form of same and all therein same, each of same and etc., relating to the processes etc., relating to each of same.

The Fourth Circuit Court of Appeals in another case adjudged that an indigent laymen at law, proceeding pro se is not required to prove his claims and grounds in advance of a full incourt evidentry hearing.

Plaintiff does not waive nor abands his rights to a full incourt evidentry hearing with Plaintiff present for same to prove the instant complaint.

Plaintiff's rights to counsel is related in 18 U.S.C. § 3006(a) and sub seq. thereof and in the United States Constitution Amendments 5, 6 and 14 as applies herein and hereto the instant complaint.

Plaintiff herein is a layman at law, non versed in law and has had no professional training in law and is forced to proceed pro se without assistance of persons professionally trained in law, until the courts appoint counsel hereto. Therefore should be afforded a liberal construction as to all matters etc., related and asserted and demanded herein and relating hereto.

> "That it is well settled that pro se litigants, generally, are entitled to a liberal construction of their pleadings, etc., which should be read to raise the strongest arguments they suggest."

See: Green v. United States, 260 F 3d 78, 83 (2nd Cir. 2001) and Haines v. Kerner, 404 U.S. 519, 520 - 21, (1972 per curiam).

See Each and All Claims, Grounds, Errors, Motions, Etc. Within The Prison and Court Records Relating To Plaintiff and Plaintiffs State and Federal Court Cases and Committment 18 U.S.C. 4245(d) All Records, Persons, Places and Things Relating To The Aforsaid. Past, Present, Etc. As Applies.

## GROUNDS

**Grounds Asserted Herein**

**are Listed, Stated, Below**

The conviction obtained in criminal Case No.: Each of Plaintiffs is unlawful, in that it was obtained inviolation of the law or Constitution of the United States of America or of the State of North Carolina for the reasons stated herein below and in the ways stated herein below.

**(1)** As prior related and asserted relating to this case, Each Aforesaid by the Defense Attorney of record and/or by Plaintiff, pro se, as related of court records or by others as authorized by law, constitution, etc., to do so. As to same and all relating thereto see, all known prison and court records relating all known prison and court records relating to the aforesaid and to Plaintiff herein.

**(2)** The United States Supreme Court's Opinions, Judgements and Orders, entered in the Case of As Applies (See Recs.) as applies and as may be applied to Plaintiff's criminal Case No. Each Aforesaid, retroactively or otherwise as applies and may be applied to all criminal cases etc., by law and constitution.

**(3)** The reasons of each juror or Judge, for finding the Plaintiff guilty was not legally proven to be legally valid and final, prior to sentencing nor on appeals, etc., processes of the case nor in the Federal Courts, Title 21 U.S.C. § 851, et seq., nor prior to federal sentencing of Plaintiff nor on Plaintiff's federal appeals, etc., processes relating to

Plaintiff. Therefore, enhancement and upward departures were illegal. Bases on the Aforsaid

(4) The convictions were obtained based upon false or perjuried testimony or testimony not proven to be not false or perjuried and the witnesses and victims were not advised of their rights nor the rights of the Plaintiff prior to making statements and/or testifying against Plaintiff and Plaintiff was not afforded his right to reply to or make corrections to inaccurate **or** offensive statements or testimony or reasons for the jury verdict of guilty. of his State and Federal Convictions

(5) The jury verdicts of guilty are inaccurate, offensive and contrary to evidence, testimony, statements or law and are violative of Plaintiff's rights or privileges.

(6) Violation of Right To Counsel - Court did not inform defendant of the dangers of self-representaion at trial and futher processes of the case in State and Federal Courts. The Waiver Is Therefore Illegal Etc..

(7) Violation of Right To Counsel - Court forced defendant to chose between repre senting himself or excepting unprepared counsel and incompetent counsel and ineffective Counsel - Robert G. Summy.

(8) N.C. and U.S.A. was required to prove beyond a reasonable doubt, that the errors etc had no substantial effect on the jury's view of the cases when it deliberated to a guilty verdict - See Chapman v California (Brecht)

The sentences imposed in criminal Case No. ______________ was illegally imposed, or is illegal, or exceeds the maximum authorized by law or by Constitution or by Plaintiff's rights, or is otherwise invalid, etc. according to law. The aforesaid as applies to the below stated and listed herein.

**(1)** The sentences were not based upon a legal and valid conviction and the conviction was not based upon a legal and valid indictment. The aforesaid as is evident and legal proof of same by the contents of the Court records and the records of the Grand Jury, relation to the criminal Case No. ________________ and all asserted and related herein, hereto.

**(2)** The sentences are illegal also because they were enhanced and/or upwaredly departed, based upon prior convictions which were unlawful or not legally proven to be valid, legal, final, prior to using same to the prejudice of the Plaintiff as to federal sentencing, etc. See and apply Title 21 U.S.C. § 851 and all laws, cases, relating to enhancements, etc.

**(3)** The United States Supreme Court's Opinions, Judgments, Orders in the cases of Booker, Fanfan, Blakely, Apprendi and Strickland v. Washington, (1984), as applies and/or may be applied to Plaintiff's criminal Case No. ____________________ _.

**(4)** Plaintiff was not appointed counsel for the purpose of representing his prior charges and prior convictions in an effort to obtain a lesser federal sentence for Plaintiff or to prevent enhancements and/or upward departure, in Plaintiff's criminal Case No. _ _ and defense counsel of record and appeals, did not represent Plaintiff prior convictions and

charges for the aforesaid purposes, etc. See 18 U.S.C. § 3006A et seq. thereof. See also: United States Constitution Amendments 1, 4, 5, 6, 8, 9, 14 and Title 21 U.S.C. § 851 et seq. thereof, Strickland v. Washington, (1984).

(5) The question is not whether the jurys (jurors) were right in their verdicts and judgments, regardless of the errors or its effect upon the verdict. It is rather what effect the error had or reasonably may be taken to have had on the jury's decision. The crucial thing is the impact of the thing done wrong on the minds of other men not on one's own, in the total setting. This must take account of what the error ment to them, not singled out and standing alone, but in relation to all else that happened. And one must judge others reactions not by his own, but with allowance for how others might react and not be regarded generally as acting without reason. This is the important difference, but one easy to ignore when the sense of guilt comes strongly from the record. Futher see, Greer v. Miller 483 U.S. 756, 769 (1987) and Brecht v Abrahamson

(6) See and apply etc. each error, claim, ground, motion with in Plaintiffs Prison and court records, State and Federal.

**COMPETENCE OF PLAINTIFF**

The Court must conduct a competence hearing to determine the competence of Plaintiff. To legally represent himself relating hereto and to determine whether or not counsel, etc. must be appointed hereto and why, and as to who or what has to pay for same, why. Futher to determine the competence of plaintiff for the past 31 years of being forced to proceed Pro se as he was and is without legal training aforded to him in the Past 31 years and him not being able to useing the law libarays etc. and Not having ~~assess~~ access to law books, State, Federal Etc. and not having copies of his records nor funds to pay for copies and postage etc. And Not being released where he could work and earn funds for the cost of the aforsaid and attorney fee's etc..

**RELIEF**

Plaintiff, Pro Se, demands the Court to grand and Order to him the relief stated and listed herein below.

**(1)** Leave to proceed In Forma Pauperis and if denied, leave to pay costs of filing, etc. in timely payments as Ordered by the Court and as allowed by the Court to include as to appointment of counsel, etc., costs relating to this complaint and processes relating thereto, to include for cost of copies of records, etc., books and etc., legal materials and postage and costs of copying records etc. relating hereto.

**(2)** Order all processes, etc., relating to this complaint, to be fully filmed and recorded and sound thereto and fully transcribed and transcripts of same be ordered made and give to Plaintiff as well a memeograph copy of same and hereinafter or all which the Court will grant and Order and reasons stated for denying the rest.

(3) Order Each Male Who Fucked Plaintiffs Daughter and Her Mother and the mothers of Plaintiffs two sons, in the past 31 years, Order each of same to be Put To Death By Legal Injection. Same as to Shenia Marie Griffen in the past 31 years. And Order the aforsaid females and sons to abod with Hear Plaintiff for ever and not let any male fuck them and Order all Males Put To Death That Trys To Fuck them, etc or Kiss, date, tuch etc Kill all of same 01-11- give me a gun where I can.

SUBPOEINA'S

Plaintiff's demands that subpoeina's issue for the below listed and named or indicated, to be present and testify at the evidentry hearings and jury trials relating hereto as ordered hereto.

(1) All Prison And Court Records Relating To Plaintiff.

(2) All Government Employees Relating To Plaintiffs Cases Past, Etc.

(3) All State and Federal Witnesses For The Governments.

(4) Each Male Who has ever fucked Plaintiffs Daughter and Her Mother and His two sons Mothers

(5) Each Judge And Justice, Etc. Clerks of each State and Federal Courts Etc.

(6) V.A. and S.S. and S.S.I. Staff Members Relating To Plaintiff.

(7) The Judges of The Judicial Standard Commissions, State and Federal.

(8) The Director of Each State and Federal Bar Association.

(4) A Jury Trial.

(5) The maximum relief and sum of money which can legally be ordered relation hereto, to Plaintiff hereof, see all prior records relating to Plaintiff as to the relief asked for or demanded and whether same was denied or granted and why, etc. Plaintiff has been in custody over 31 years, illegally, etc., as is evident and proof of same within the prison and Court records and laws, etc. False Imprisonment and Kidnaped By Judicial Processes and relating to Judicial Processes.

Signed,

This 17 day of 7, 2005,

Joseph Marion Head Junior

See Each And All Of Plaintiff Prison And Court Records For The Past 31 years, And Determine The Indigence of Plaintiff Therefrom. Order F.M.C. Devens And The Defendants Provide The Court With a Statement of Infromation as to all the aforsaid records and contents Thereof.

CERTIFICATION OF SERVICE

I, Joseph Marion Head Jr., reg. no. 17549-056, state that on the 18 day of 7, 2005, I sent to the Court aforesaid in the complaint, the original and 0 copies of same said complaint and I also sent a copy of said complaint to the Defendants named in the complaint on this, the 0 day of 0, 2000, by placing all the aforesaid in the inmate mail box at Federal Medical Center Devens _ for inmate legal out going mail.

Signed,

this 17 day of 7, 2005,

Joseph Marion Head Jr.

Due to the indigence of Plaintiff copies was not made and served, therefore the court will have to make and serve same and send Plaintiff a filed copy.

Joseph Marion Head Junior
17549-056
17-7-05

IN THE UNITED STATES DISTRICT COURT

FOR THE Ma DISTRICT OF Ma

Boston, Ma

Joseph Marion Head Junior )
Plaintiff, )
Reg. No. 17549056, )
vs )
U.S.A. )
And )
State N.C. And )
Misprision of A Felony )
Defendants. )

Case No. ______________

COMPLAINT

This is a civil rights act suit for damages for unlawful conviction and sentence and false imprisonment.

JURISDICTION

The court has legal jurisdiction herein pursuant to the provisions of law and Constitution which applies hereto, to include 42 U.S.C. §§ 1981, 1983, 1984, 1985(3) and 1986; 28 U.S.C. §§ 1331, 1341, 1342, 1343, 2201 and 2202; and the Federal Rules of Civil Procedure Rule 57. Misprision of A Felony

PLAINTIFF

Plaintiff herein is, Joseph Marion Head Jr. Reg. No. 17549056, who is a Federal prisoner housed in the N-5 Cell 524 Federal Medical Center Devens located at 42 Patton Road - Post Office Box 879 Ayer, Ma. 01432. Plaintiff is in the custody of the Warden of the aforesaid institution, who is David L. Winn Warden. Also, in the custody of the United States Attorney General.

DEFENDANTS

Defendants herein are as related below;

(1) U.S.A., Title U.S.A.,

Address U.S. Attorney Gen., U.S. Dept. of Justice Washington - D.C. 20543

(2) State N.C., Title State N.C.,

Address Roy Cooper - N.C. Att. Gen. - N.C. Dept. of Justice, Raleigh, North Carolina 27602

Plaintiff herein is proceding pro se, without the legal assistance of a person trained in law and Plaintiff is a layman at law and has had **no professional** training in law and Plaintiff therefore respectfully moves the court for a liberal construction on and as to, all pleadings, claims, et c., herein and relating hereto.

That it is well settled that pro se litigants generally are entitled to a liberal construction of their pleadings, which should be read to raise the strongest argument they suggest. See: Green v. United States, 260 F 3d 78, 83 (2nd Cir. 2001), Haines v. Kerner, 404 U.S. 519, 520 - 21 (1972 per curiam).

Plaintiff's rights to counsel, legal assistence, et c., 18 U.S.C. § 3006(a) and et seq. thereof, U.S. Constitution Amendments Six and Fourteen. Plaintiff states that he does not waive this right to counsel, et c..

That the United States Court of Appeals for the Fourth Circuit prior, adjudged, that indigent laymen, (proceeding pro se) are not required to prove their asserted claims in advance of a full in court evidentry hearing.

The background of Plaintiff and his State and Federal Court cases and all related and asserted therein and relating thereto, is related within the prison and court records of and relating to Plaintiff, prior and present. Plaintiff does not himself have a copy of said records, therefore, cannot state the background herein and therefore refers the Court to said records as for the background of same and all related and asserted and demanded therein and relating thereto to include all opinions, judgements and orders of the courts, et c., thereto.

GROUNDS ASSERTED HEREIN BY PLAINTIFF
PRO SE WITHOUT LEGAL ASSISTANCE OF A
PERSON PROFESSIONALLY TRAINED IN LAW

Fed. Cases and 74CR2403A

GROUND 1:

The convictions obtained in case no. 74CR2403., Etc. was obtained in violation of the laws or Constitution of the United States or of the State of N.C. in the in the ways related herein below and for the reasons stated herein below:

1. Failure to instruct and charge on lesser offenses supported by the evidence and testimony at trial - Soliciation of Prostitution and Prostitution - Breach Of Promise For Sex.

2. Breach of Agreement For Sex. The Entent To Pay Etc. Prior To Sex. But Not Keep Because of Reasons testified To In Court. See Victems Statements To Police - Perjury At Trials.

3. The Prosecution Knowingly Used False Of Perjuried testimony To obtain the convictions and to try to convict on first degree so a death sentence would have been imposed.

GROUND 2:

The federal sentences of Plaintiff are illegal in that they were enhanced based on an unlawful conviction not legally proven to be legal, valid, final, prior to using same to enhance Plaintiff's federal sentence and or to obtain an upward departure and a greater sentence based upon said unlawful prior convictions. See: Title 21 U.S.C. § 851 and sub sec.s and notes

GROUND 3: The Statutes of Laws Alledged Violated By Plaintiff Is and Was Unconstitutional on Their Face Or As Applied To Plaintiff From Date Charged Forward, See All Prison And Court Records.

GROUND 4: See and Apply Each and All of Plaintiffs Prior Claims, Grounds, Errors of Trial Etc and all motions etc of plaintiff.

GROUND 5: Violative of Law, Constitution, Rights Etc. Plaintiff Is And Was Denied And Deprived of Liberty and Property, Etc. Without Due Process and Equal Protection Of Law, Constitutions, Etc..

RELIEF DEMANDED BY PLAINTIFF PRO SE

1. Leave to proceed In Forma Pauperis

2. Appointment of counsel hereto

3. In court evidenrty hearing with the Plaintiff present for same.

4. Subpoeina's issued to the below persons:

Each 1. Name: Gov. Employee Etc, Address: Relating To Plaintiffs Cases and Plaintiff.

Each 2. Name: Person Who Has Ever Known Plaintiff and Each Thing Etc Who Has Ever Known Plaintiff.

Each Record Etc Relating To Plaintiff.

3. Name: ______________, Address: ______________

______________

5. Grant and Order to Plaintiff, the maximum relief and money, authorized by law, Constitution, relating hereto and all relief Prior Demanded By Plaintiff.

Signed Joseph Marion Head Jr. Reg. No. 17549 056

Address: N-5 Cell 524 F.M.C. Devens, 42 Patton Road - Post office Box 879 Ayer Massachusetts - 01432

CERTIFICATION OF SERVICE

I, Joseph Marion Head Jr. Reg. No. 17549056 state that on the 19 day of 7, 2005, I sent to the Court: U.S.D.Ct. located at Boston Massachusetts - 02210 the original and ( 0 ) copies of the foregoing complaint and I also sent a copy of said complaint to the Attorney General of the United States, at: Not Sent - Due To Indigence and lack of copies, No Copies Was Made Due To Indigence. ~~and to~~, The Court will have to make and serve the copies and one to plaintiff.

Signed Joseph Marion Head Jr. Reg. No. 17549 056

on this the 19 day of 7, 2005.

The court must review Plaintiff's prison and court records for the past 31 years of illegal in custody, to determain the indigence of Plaintiff and the trust fund blance for the past 12 months. Or Order F.M.C. Devens or Defendants to Provide The court with said infromation.

Joseph Marion Head Junior 17549056 (7-19-05)

UNITED STATES DISTRICT COURT

FOR THE Ma DISTRICT OF Ma

Boston DIVISION

Joseph Marion Head Jr.
Reg. No. 17549056

Plaintiff,

vs

United States of America,
U.S.A. and N.C.,
and Each Gov.,
Employee and Inmate
Liable Herein
Defendants.

Civil Case # ____________

Reference to Criminal Case Number(s)

Case # 4-98-CR-102 (Fed.)
Case # 74CR2403 (State N.C)
Case # 74CR2403A (State N.C)
Case # Rest of Cases In State N.C)

**COMPLAINT**

In Forma Pauperis

This is a Civil Rights Act law suit for damages (money) for unlawful conviction and unlawful sentence and for false imprisonment, kidnapping and/or conspiracy to convict Plaintiff. And etc. as the claims, etc herein relatin and apply thereto.

## JURISDICTION

The Courts have legal jurisdiction herein pursuant to the provisions of law and Constitution of the United States of America and States thereof as applies and as may be legally applied herein. To Enclude 18, 28, 42, U.S.C. As Applies and As May Be Applied Hereto and Relating Hereto, and Misprisons of A Felony, Law. and The United States Constitution, as applies and As May Be Legally Applied Hereto.

## THE PARTIES

### PLAINTIFF

Plaintiff herein is, Joseph Marion Head Junior, Reg. No. 17549056 who is presently housed in the F.M.C. Devens located at 42 Patton Road, Post office Box 879 Ayer Massachusetts, Zip Code 01432, and is in the custody of the David L. Winn, Warden, thereof, who is David L. Winn, also in the custody of U.S. Attorney General, U.S. Dept. Justice, Washington D.C.

### DEFENDANTS

Defendants herein are as listed below.

1. United States of America, Title U.S.A, at the Office of the United States Attorney General, United States Department of Justice, Washington, D.C. 20543.

2. State of N.C., Title State of N.C., Address Roy Cooper, N.C. Att. Gen., N.C. Dept. of Justice, Raleigh, North Carolina 27602.

3. Each Government Employee of Aforsaid Address Liable Herein.

4. Each Inmate Of U.S.A, and N.C., Address Liable Herein.

**BACKGROUND**

Background of Plaintiff and Plaintiff's criminal record, cases, convictions, etc., are or is as related within the records of the Governments of the United States of America and the State of North Carolina, Boston, Ma, Beckely W. Va., Mich..

Record relating to Plaintiff herein: as to said background the court is herefore referred to said records as if same was related herein in proper order and form of same and all therein same, each of same and etc., relating to the processes etc., relating to each of same.

The Fourth Circuit Court of Appeals in another case adjudged that an indigent laymen at law, proceeding pro se is not required to prove his claims and grounds in advance of a full incourt evidentry hearing.

Plaintiff does not waive nor abands his rights to a full incourt evidentry hearing with Plaintiff present for same to prove the instant complaint.

Plaintiff's rights to counsel is related in 18 U.S.C. § 3006(a) and sub seq. thereof and in the United States Constitution Amendments 5, 6 and 14 as applies herein and hereto the instant complaint.

Plaintiff herein is a layman at law, non versed in law and has had no professional training in law and is forced to proceed pro se without assistance of persons professionally trained in law, until the courts appoint counsel hereto. Therefore should be afforded a liberal construction as to all matters etc., related and asserted and demanded herein and relating hereto.

> "That it is well settled that pro se litigants, generally, are entitled to a liberal construction of their pleadings, etc., which should be read to raise the strongest arguments they suggest."

See: Green v. United States, 260 F 3d 78, 83 (2nd Cir. 2001) and Haines v. Kerner, 404 U.S. 519, 520 - 21, (1972 per curiam).

See each and all of plaintiffs Prior litigation, State and Federal / Prison and Court, Etc Relating thereto, and see all related and asserted and asked for and demanded therein and each opinion, judgment, order relating thereto and how same would have been different and Granted and Ordered, If Same had been presented by an attorney at law who was Competent and effective to represent Same, each of Same at each process etc of Same.

## GROUNDS

**Grounds Asserted Herein**

**are Listed, Stated, Below**

The conviction obtained in criminal Case No.: Each Of Plaintiff Cases is unlawful, in that it was obtained inviolation of the law or Constitution of the United States of America or of the State of North Carolina, for the reasons stated herein below and in the ways stated herein below. and Prior from 1985 Forward

**(1)** As prior related and asserted relating to this case, Ea. Of Plaintiffs by the Defense Attorney of record and/or by Plaintiff, pro se, as related of court records or by others as authorized by law, constitution, etc., to do so. As to same and all relating thereto see, all known prison and court records relating all known prison and court records relating to the aforesaid and to Plaintiff herein.

**(2)** The United States Supreme Court's Opinions, Judgements and Orders, entered in the Case of As Applies To Plaintiffs Cases as applies and as may be applied to Plaintiff's criminal Case No. Ea. Plaintiffs Cases retroactively or otherwise as applies and may be applied to all criminal cases etc., by law and constitution.

**(3)** The reasons of each juror or Judge, for finding the Plaintiff guilty was not legally proven to be legally valid and final, prior to sentencing nor on appeals, etc., processes of the case nor in the Federal Courts, Title 21 U.S.C. § 851, et seq., nor prior to federal sentencing of Plaintiff nor on Plaintiff's federal appeals, etc., processes relating to

Plaintiff. Therefore, enhancement and upward departures were illegal.

(4) The convictions were obtained based upon false or perjuried testimony or testimony not proven to be not false or perjuried and the witnesses and victims were not advised of their rights nor the rights of the Plaintiff prior to making statements and/or testifying against Plaintiff and Plaintiff was not afforded his right to reply to or make corrections to inaccurate **or** offensive statements or testimony or reasons for the jury verdict of guilty.

(5) The jury verdicts of guilty are inaccurate, offensive and contrary to evidence, testimony, statements or law and are violative of Plaintiff's rights or privileges.

(6) Gov. Att. failed to legally prove that Head had no legal reasons that would justify him not knowing the law 18 U.S.C. 876 at the time Head wrote and mailed the letters. See Head's trial testimony and all questions asked to him.

(7) Gov. Att. failed to legally prove that Head had a criminal intent to violate 18 U.S.C. 876 at the time he wrote and mailed the letters and did not prove that Head knowingly violated 18 U.S.C. 876 when he wrote and mailed the letters.

(8) Violative of Head's rights, the reasons of each juror for each of their verdicts of guilty was not stated nor wrote in the court records therefore it was not proven that same was legal and valid, etc..

The sentences imposed in criminal Case No. Each Of Plaintiffs Cases was illegally imposed, or is illegal, or exceeds the maximum authorized by law or by Constitution or by Plaintiff's rights, or is otherwise invalid, etc. according to law. The aforesaid as applies to the below stated and listed herein.

**(1)** The sentences were not based upon a legal and valid conviction and the conviction was not based upon a legal and valid indictment. The aforesaid as is evident and legal proof of same by the contents of the Court records and the records of the Grand Jury, relation to the criminal Case No. Each Of Plaintiffs Cases and all asserted and related herein, hereto.

**(2)** The sentences are illegal also because they were enhanced and/or upwaredly departed, based upon prior convictions which were unlawful or not legally proven to be valid, legal, final, prior to using same to the prejudice of the Plaintiff as to federal sentencing, etc. See and apply Title 21 U.S.C. § 851 and all laws, cases, relating to enhancements, etc.

**(3)** The United States Supreme Court's Opinions, Judgments, Orders in the cases of Booker, Fanfan, Blakely, Apprendi and Strickland v. Washington, (1984), as applies and/or may be applied to Plaintiff's criminal Case No. Each Of Plaintiffs Cases.

**(4)** Plaintiff was not appointed counsel for the purpose of representing his prior charges and prior convictions in an effort to obtain a lesser federal sentence for Plaintiff or to prevent enhancements and/or upward departure, in Plaintiff's criminal Case No. 4-98-CR-102 and defense counsel of record and appeals, did not represent Plaintiff prior convictions and

charges for the aforesaid purposes, etc. See 18 U.S.C. § 3006A et seq. thereof. See also: United States Constitution Amendments 1, 4, 5, 6, 8, 9, 14 and Title 21 U.S.C. § 851 et seq. thereof, Strickland v. Washington, (1984). See also records of appeal of Heads.

(5) Violative of Plaintiffs Rights the Gov. Att. did not file a timely infromation as required or entitled by Title 21 U.S.C. 851 and sub. sec. thereof, see 851(a-1) and did not file additional indictments, 851(e).

(6) Violative of Plaintiffs Rights Each and all of His Claims and grounds etc. relating to his State and federal cases was not time presented to the District Court nor on appeal, by his defense counsel nor Gov. Attorny.

(7) Violative of Plaintiffs Rights and The U.S. Const. The State of North Carolina did not order nor cause to be ordered relief as to the State cases and as applied to the federal cases of Plaintiff.

(8) Violative of Plaintiff Rights all of his claim's, grounds, etc relating to his State and Federal Court was not presented to the Federal Courts in Boston, Ma. Prior to nor after Committment 18 U.S.C. 4245 d.

(9) Gov. Employees could have and should have presented the aforsaid timely and did not and has not and did not allow Plaintiff to appeal etc as related and asserted prior hereto.

## COMPETENCE OF PLAINTIFF

The Court must conduct a competence hearing to determine the competence of Plaintiff. To legally represent himself relating hereto and to determine whether or not counsel, etc. must be appointed hereto and why, and as to who or what has to pay for same, why.

See each and all of Plaintiffs Prison and Court Records and all related, asserted, etc therein and relating thereto.

Convictions, Trials, Sentences, Etc of or by incopetent persons, places, Things, Violates Due Process and Other Rights, Each aforsaid must be legally proven to be competent at each stage, etc of the processes and relating thereto and each must be fully advised of their rights and others rights and Plaintiffs Rights, Prior to making Statements, testifying, etc to the prejudice of Plaintiff.

**RELIEF**

Plaintiff, Pro Se, demands the Court to grand and Order to him the relief stated and listed herein below.

(1) Leave to proceed In Forma Pauperis and if denied, leave to pay costs of filing, etc. in timely payments as Ordered by the Court and as allowed by the Court to include as to appointment of counsel, etc., costs relating to this complaint and processes relating thereto, to include for cost of copies of records, etc., books and etc., legal materials and postage and costs of copying records etc. relating hereto.

(2) Order all processes, etc., relating to this complaint, to be fully filmed and recorded and sound thereto and fully transcribed and transcripts of same be ordered made and give to Plaintiff as well a memeograph copy of same and hereinafter or all which the Court will grant and Order and reasons stated for denying the rest.

(3) Grant and Order to Plaintiff herein all prior relief ever asked or demanded by him relating to his criminal and civil case and tort claims, or the maximum amount of same authorized by law.

(4) Grant and Order Plaintiffs Children and their mothers and their families returned to plaintiff and all males who ever had sex with them be put to death and put in lime pitts or assit vates, and Killed Publicly on Tellivision, world Wide.

**SUBPOEINA'S**

Plaintiff's demands that subpoeina's issue for the below listed and named or indicated, to be present and testify at the evidentry hearings and jury trials relating hereto as ordered hereto.

(1) Each Gov. Employee And Inmate Relating To Plaintiffs Court Cases, Etc..

(2) Each And All Plaintiffs Prior Attorneys At Law, State and Federal.

(3) The President of The Bar Association of North Carolina and Boston, Ma.

(4) The State and Federal Judicial Standard Commissions.

(5) The President of The U.S.A., Present and Prior as still living and Their Spouses

(6) Television News Teams To Show the Hearing and Trial etc World Wide

(7) Each and All Prior Phy. Doctors, Etc Relating To Plaintiff In The Past 32 years

(8) Each and All of Plaintiffs Family, Children and their mothers and all Prior Girl Friends of Plaintiff from age 5 years old, up.

(9) Each and All Female Governmental Employee That Knows Plaintiff Or Knowed him in the past 33 years.

(4) A Jury Trial.

(5) The maximum relief and sum of money which can legally be ordered relation hereto, to Plaintiff hereof, see all prior records relating to Plaintiff as to the relief asked for or demanded and whether same was denied or granted and why, etc. Plaintiff has been in custody over 31 years, illegally, etc., as is evident and proof of same within the prison and Court records and laws, etc. for the past 32 years forward while illegally in custody.

Signed,

This 19 day of 7, 2005,

Joseph Marion Head Junior

The Court is heretofore refered to each and all prior and present prison and court records relating to the Plaintiff hereof, to determain there from the indigence of Plaintiff Prior and Present, Etc. relating Thereto. Order The Defendants and F.M.C. Devens To Provide The Court with the aforsaid records and infromation.

Joseph Marion Head Junior 17549056

7-19-05

CERTIFICATION OF SERVICE

I, Joseph Marion Head Jr, reg. no. 17549 056, state that on the 20 day of 7, 2005, I sent to the Court aforesaid in the complaint, the original and 0 copies of same said complaint and I also sent a copy of said complaint to the Defendants named in the complaint on this, the ____ day of ________, 200__, by placing all the aforesaid in the inmate mail box at Did not send, due to indigence, Ct. must do so. _ for inmate legal out going mail.

Signed,

this 20 day of 7, 2005,

Joseph Marion Head Junior

Plaintiff due to his indigence did not make and send the required copies of the forgoing complaint, not even a copy for himself. The Court will therefore have to make and serve said copies and send plaintiff a filed copy of same.

Signed, Joseph Marion Head Junior
Reg. No. 17549 056
7-20-05