```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS


                              )
IN RE: JOSEPH MARION HEAD, JR., )   M.B.D. No. 05-10281-RGS
            Movant.           )
                              )
```

## MEMORANDUM AND ORDER

STEARNS, D.J.

For the reasons set forth below, and in accordance with this Court's Orders dated December 8, 2004 and August 3, 2005, the clerk will be directed not to enter on the docket those documents that are now before the Court.

## DISCUSSION

In 2003, Joseph Marion Head, Jr., was civilly committed to FMC Devens pursuant to 18 U.S.C. § 4245 (hospitalization for an imprisoned person suffering from mental disease or defect). Because of his repetitive filing of frivolous pleadings, he was enjoined from filing any additional pleadings in this Court without first obtaining prior judicial approval. See 12/8/04 Memorandum and Order, Head v. Winn, C.A. No. 04-40084-RGS. The December 2004 Order required that any written petition seeking leave to file additional papers contain (1) a copy of the December 8th Memorandum and Order; and (2) a certification under oath that there was a good faith basis for their filing. Id.

By Memorandum and Order dated August 3, 2005, Joseph Marion Head Jr. was advised that he continues to be enjoined from filing absent leave of Court and that documents failing to comply with

this Court's previously imposed filing conditions shall be reviewed to determine whether Head has set forth any non-frivolous cognizable claims.  <u>See</u> 8/3/05 Order, Docket No. 20.

Now before the Court are more than thirty (30) documents that were submitted for filing by Joseph Marion Head, Jr. between November 2005 and October 2006.  They are as follows:

| <u>Date Filed</u> | <u>Description of Document(s)</u> |
|---|---|
| 10/30/06 | complaint accompanied by prison account statement |
| 10/19/06 | inmate request to staff seeking release accompanied by two habeas petitions. |
| 10/19/06 | copy of inmate account statement. |
| 10/19/06 | inmate request to staff accompanied by civil rights complaint |
| 10/13/06 | inmate request to staff seeking appointment of counsel |
| 10/13/06 | Freedom of Information Act request for all records |
| 10/13/06 | inmate request to staff concerning court records |
| 10/13/06 | declaration of request to proceed in forma pauperis |
| 10/13/06 | inmate request to staff accompanied by prison account statement and complaint challenging commitment |
| 10/04/06 | declaration in support of request to proceed in forma pauperis accompanied by petition; copy of Grand Jury Charges, inmate account statement, and 8/3/05 Order |
| 10/04/06 | request for copies of documents accompanied by petition and complaint and copy of Grand Jury Charges |
| 10/03/06 | motion for appointment of counsel |
| 10/03/06 | Petition and Complaint |
| 09/21/06 | inmate request to staff concerning mail accompanied by declaration in support of request to proceed in forma pauperis and two habeas petitions. |
| 09/21/06 | motion for appointment of counsel |
| 09/21/06 | petition |
| 09/21/06 | several motions for appointment of counsel and inmate requests to staff |
| 07/10/06 | declaration in support of request to proceed in forma pauperis accompanied by two habeas petitions |
| 05/30/06 | motion for appointment of counsel accompanied by |

```
                    declaration in support of request to proceed in
                    forma pauperis
03/16/06            federal tort claim act complaint accompanied by
                    12/8/04 Order
01/05/06            inmate request to staff concerning kidnaping
01/03/06            application for indictments to issue for kidnaping
                    and conspiracy
                    Copies of letters written to Head from Fourth
                    Circuit Clerk and First Circuit Clerk; each dated
                     1/4/06
01/03/06            motion for appropriate relief accompanied by
                    declaration in request to proceed in forma
                    pauperis
01/03/06            declaration in support of request to proceed in
                    forma pauperis accompanied by habeas petition and
                    12/8/04 Order.
11/30/05            letter from First Circuit Clerk returning filings
11/22/05            habeas petition accompanied by 8/3/05 Order
11/22/05            federal tort claims act complaint accompanied by
                    12/8/04 Order, 8/3/05 Order and declaration in
                    support of request to proceed in forma pauperis
11/18/05            tort claim action submitted with motion seeking
                    leave to file tort claim accompanied by fee-waiver
                    application and 12/8/04 Order
11/18/05            two inmate requests to staff
11/10/05            fee-waiver application accompanied by civil rights
                    complaint and 12/8/04 Order
```

These pleadings are addressed to various governmental officials and entities, including President Bush. The following quotation is typical of many of the salutations used in the pleadings: "To each location of each nation and world and to each official authority and court and department of justice of each." It is apparent that Head continues to believe he has been "kidnaped" and thus continues to seek his release from confinement.

The documents submitted by Head clearly fail to comply with the filing requirements set forth in the Court's 12/8/04 Order.

Moreover, the documents are not lucid, and to the extent they are, Head continues to seek his release from confinement. Because these documents fail to present any new, non-frivolous legal claims, they will not be entered on the docket and acted upon.

ORDER

Because Joseph Marion Head, Jr., has failed to comply with the filing requirements set forth in this Court's 12/8/04 Order, and because the subsequent filings fail to present any new, non-frivolous legal claims, it is hereby ORDERED that the clerk is directed not to docket these pleadings.

SO ORDERED.

| | |
|---|---|
| 11-21-06 | /s/ Richard G. Stearns |
| DATE | RICHARD G. STEARNS |
| | UNITED STATES DISTRICT JUDGE |